IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, a Minor, by her FATHER and Next Friend, MATTHEW M. HSIEH, <br>    Plaintiffs, <br><br> v. <br><br><br><br> CONSOLIDATED ENGINEERING SERVICES, INC., <br> 320 23rd Street, South, Suite 100 <br> Arlington, Virginia  22202 <br><br> SERVE: Corporation Service Company <br>     1090 Vermont Avenue, N.W. <br>     Washington, DC  20005 <br><br>     Defendant and <br>     Third-Party Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, and <br><br> GENERAL SERVICES ADMINISTRATION, <br><br>    Third-Party Defendants. | (On removal from the Superior Court for the District of Columbia, Case No.  0003766-06) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, 1442 and 1446, Defendant/Third Party Plaintiff Consolidated Engineering Services, Inc. ("CES"), by and through its undersigned counsel, hereby files this Notice of Removal.  In support of this Notice, CES states as follows:

1. On or about May 16, 2006, Plaintiff Hsieh filed this action in the Superior Court for the District of Columbia.  Plaintiff alleged that as the result of negligence on the part of CES, she was burned by steam and sustained injuries on September 11, 2004.

2. On June 20, 2006, CES filed an Answer to Plaintiff's Complaint.

3. On June 30, CES filed a Third Party Complaint against Third- Party Defendants United States and General Services Administration.

4. On June 30, 2006, the Summons and Third Party Complaint was sent via certified mail to all three of the following: Civil Process Clerk for the US Attorney for the District of Columbia; the Attorney General of the United States at the District of Columbia, Washington; and to the General Services Administration.

5. The claims against Third Party Defendants United States and the General Services Administration allege a cause of action under the Federal Tort Claims Act. (28 U.S.C. §2671 et seq). Accordingly, 28 U.S.C. § 1441(b) and 1442(a) provide a basis for this removal.

6. As required by 28 U.S.C. § 1446(a), enclosed with this Notice of Removal is a copy of all process, pleadings and orders served upon CES in this action.

WHEREFORE, this action now pending in the Superior Court for the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442 and 1446.

Respectfully Submitted,

_____

William J. Hickey, Esq. 928945
Law Office of William J. Hickey
33 Wood Lane
Rockville, Maryland 20850
(301) 424-6300
Attorney for Defendant/Third Party Plaintiff CES

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2006, the foregoing was sent to:

<u>Counsel for Plaintiff Hsieh</u>
Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102
* via regular mail

General Services Administration
Office of Regional Counsel
7th & D Streets, SW Suite 7048
Washington, DC 20047
*via certified mail

Attorney General
United States Department of Justice
Room B-112
10th Street & Constitution Avenue, NW
Washington, DC 20520
*via certified mail

Civil Process Clerk
US Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC  20530
*via certified mail

_____
William J. Hickey, Esq., 928945