**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| NATALIE T. HSEIH | : |
| Plaintiffs | : |
| v. | : C.A. No. 2006 CA 003766B |
| | : Next Event: Initial Conference: 8/18/06 |
| CONSOLIDATED ENGINEERING SERVICES, INC. | : |
| Defendant | : |

**ANSWER TO COMPLAINT**

COMES NOW the Defendant, Consolidated Engineering Services, Inc., by and through its counsel, William J. Hickey, Esquire of the Law Offices of William J. Hickey, and for its Answer to the Complaint filed by the Plaintiffs herein states as follows:

**First Defense**

The Complaint fails to state a cause of action against Defendant and should be dismissed.

**Second Defense**

1. The Defendant acknowledges Plaintiffs are attempting to assert the jurisdiction of this Court to which no response is required.

2. The Defendant has insufficient information to formulate a belief as to the truth of the allegations of Paragraph No. 2 and therefore will deny them at this time.

3. The Defendant denies the allegations of Paragraph 3 of the Complaint.

4. The Defendant denies the allegations of Paragraph 4 of the Complaint.

5. The Defendant denies the allegations of Paragraph 5 of the Complaint.

6. The Defendant denies the allegations of Paragraph 6 of the Complaint.

7. The Defendant denies the allegations of Paragraph 7 of the Complaint.

### Third Defense

Defendant affirmatively asserts the defense of the statute of limitations as to each and every allegation and count of the Complaint.

### Fourth Defense

Defendant pleads and avers the affirmative defense of estoppel.

### Fifth Defense

Defendant pleads and avers the affirmative defense of Release

### Sixth Defense

Defendant asserts the Plaintiff failed to mitigate damages.

### Seventh Defense

Defendant pleads and avers the affirmative defense of contributory negligence.

### Eighth Defense

Defendant pleads and avers the affirmative defense of the assumption of the risk.

### Ninth Defense

The Defendant pleads and avers that the injuries and damages alleged by the Plaintiffs were the result of independent and/or intervening acts over which Defendant had no control or responsibility.

### Tenth Defense

Plaintiffs lack standing to bring this action.

### Eleventh Defense

Plaintiffs have failed to join indispensable parties and as a consequence the Complaint should be dismissed.

**Twelfth Defense**

The Plaintiffs lack privity with Defendant and as a consequence Defendant owed no duty nor responsibility to Plaintiffs for any consequential or personal injuries.

Defendant reserves the right to further amend this Answer as discovery develops.

    Respectfully submitted,
Law Offices of William J. Hickey

_____
William John Hickey, Bar No: 928945
Counsel for the Defendants
33 Wood Lane
Rockville, Maryland 20850
301-424-6300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2006, I mailed, postage prepaid to the foregoing:

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

_____
William John Hickey