CO-388
Rev. 10/05

**FILED**

JUL - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Natalie T. Hsieh
                Plaintiff

v.

Consolidated Engineering
Services, Inc. Defendant
ET AL

CASE NUMBER   1:06CV01218

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/5/2006

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Consolidated Engineering, Services, Inc__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Consolidated Engineering Services, Inc.__, which have any outstanding securities in the hands of the public. __EMCOR Group, Inc.__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

928945
Bar Identification Number

William J. Hickey
Print Name

33 Wood Lane
Address

Rockville,  MD    20850
City          State    Zip

301-424-6300
Telephone Number

2