UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATALIE T. HSIEH, a Minor,** by her **FATHER and Next Friend, MATTHEW M. HSIEH,** )<br><br>Plaintiff, )<br><br>v. )<br><br>**CONSOLIDATED ENGINEERING SERVICES, INC.,** )<br><br>Defendant and Third Party Plaintiff, )<br><br>v. )<br><br>**GENERAL SERVICES ADMIN.,** Office of Regional Counsel 7th and D Streets, S.W. Washington, D.C. 20047, )<br><br>and )<br><br>**UNITED STATES OF AMERICA** Department of Justice 10th and Constitution Ave. Washington, D.C. 20520, )<br><br>Third-Party Defendants. ) | Civil Action No. 06-1218(CKK) |

### **PRAECIPE**

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the Federal Defendants in this action.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058


_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)