UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Natalie T. Hsieh, a Minor, by her Father<br>And Next Friend, Matthew M. Hsieh<br>　　　Plaintiff,<br><br>　　　v.<br><br><br>Consolidated Engineering Services, Inc.<br>　　　Defendant and<br>　　　Third-Party Plaintiff,<br><br>　　　v.<br><br>General Services Administration,<br>And United States of America<br>　　　Third Party Defendants. | Civil Action No: 06cv1218 (CKK) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Federal Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Complaint. In support of this request, the federal defendants state as follows:

1. On July 21, 2006, the plaintiff filed an amended complaint.

2. On July 26, 2006, the federal (third party) defendants filed an answer to the third-party plaintiff's complaint.

3. According the federal defendants' calculation, the answer to plaintiff's amended complaint is due August 4, 2006.

4. Because of vacation schedules of both agency counsel and the undersigned, the federal defendants are requesting an additional thirty five (35) days to file an answer to the amended complaint.

5. Undersigned counsel spoke to plaintiff counsel's paralegal, Terri Toto, concerning this request for an enlargement. Undersigned counsel learned from Ms. Toto that plaintiff consents to this request for an enlargement.

Wherefore the federal defendants request thirty five (35) additional days, until September 8, 2006, to file their answer. A proposed Order accompanies this motion.

                        Respectfully submitted,

                        /s/
                        KENNETH L. WAINSTEIN, DC Bar #451058
                        United States Attorney

                        /s/
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                        /s/
                        KAREN L. MELNIK DC BAR # 436452
                        Assistant United States Attorney
                        555 4TH Street, N.W. Rm. E-4112
                        Washington, D.C. 20530
                        (202) 307-0338

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Natalie T. Hsieh, a Minor, by her Father And Next Friend, Matthew M. Hsieh <br>     Plaintiff, <br><br> v. <br><br> Consolidated Engineering Services, Inc. <br>     Defendant and <br>     Third-Party Plaintiff, <br><br> v. <br><br> General Services Administration, And United States of America <br>     Third Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No: 06cv1218 (CKK)

## ORDER

UPON CONSIDERATION of the Federal Defendants' Consent Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Federal Defendants shall have until September 8, 2006, to file their answer.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. Robert B. Adams
Mr. Timothy R. Obitts
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530