UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Natalie T. Hsieh, a Minor, by her Father And Next Friend, Matthew M. Hsieh<br>Plaintiff,<br><br>v.<br><br>Consolidated Engineering Services, Inc.<br>Defendant and<br>Third-Party Plaintiff<br><br>v.<br><br>General Services Administration,<br>And United States of America<br>Third Party Defendants. | Civil Action No: 06cv1218 (CKK) |

**FEDERAL DEFENDANTS' ANSWER TO CROSS CLAIM**

COMES NOW Federal Defendants, General Services Administration ("GSA") and the United States, and in answer to the Cross-Plaintiff's cross claim, incorporate fully the defenses contained in Federal Defendants' Answer to Third-Party Complaint previously filed stating as follows:

1. Each and every answer of the Federal Defendants' Answer to Third-PartyComplaint is hereby adopted and incorporated herein by reference as its Answer to the instant Cross Claim by Consolidated Engineering Services, Inc..

2. Federal Defendants herein deny that anything they did or failed to do caused injury or damage to the Plaintiffs. To the extent Plaintiffs' causes of action have any merit, Cross-Plaintiff is not entitled to indemnification and/or contribution from Cross-Defendant.

## Cross Claim Of The Federal Defendants
## Against Consolidated Engineering Inc.

1.  The United States of America, by and through the General Services Administration, entered into a contract with Consolidated Engineering Services, Inc. ("Consolidated"), on or about August 27, 2004, for the repair and maintenance of the Steam Distribution Complex.

2.  At the time of the incident complained of herein, Consolidated was responsible for the repair and maintenance of the Steam Distribution Complex.

3.  The Federal Defendants deny that it owed a duty to the Plaintiff and deny any liability whatsoever. Nonetheless, if the allegations contained in the Complaint are proven, then the injury was caused by the negligence of Consolidated. In the unlikely event that the Plaintiff recovers against the Federal Defendants, the Federal Defendants seek contractual and/or common law indemnity and/or contribution from Consolidated.

Wherefore the Federal Defendants demand indemnity and/or contribution as against Cross-Plaintiff in addition to interest and costs.

WHEREFORE, having fully answered the cross claims, the Federal Defendants request that they be dismissed and that judgment be entered in favor of the Federal Defendants.

Respectfully Submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

_____/s/_____
KAREN L. MELNIK, D.C. Bar # 436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Rm. E-4112
Washington, D.C.  20530
(202) 307-0338