**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATALIE T. HSIEH, a minor, by her FATHER and NEXT Friend, MATTHEW M. HSIEH : : : Plaintiffs, : : v. : : : CONSOLIDATED ENGINEERING : SERVICES, INC., et al. : Defendants. : | Case No.: 1:06-cv-01218 CKK |

**DISCOVERY PLAN**

COME NOW the Plaintiffs Natalie T. Hsieh, a minor by her father and next friend, Matthew M. Hsieh, and Matthew M. Hsieh, by counsel, and Defendants Consolidated Engineering Services, Inc. (CESI) and General Services Administration (GSA), by counsel and files this Discovery Plan with the Court.

1.  Written Discovery.

The Plaintiffs have already served their First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions upon the Defendants. The Defendant GSA plan on serving their first set of written discovery upon the Plaintiffs by December 22, 2006 and Defendant CESI plan on serving its first set of written discovery upon the Plaintiffs by December 22, 2006.

The parties will propound additional discovery as necessary in a timely manner.

2.  The parties have agreed that all fact witnesses' depositions and Rule 30(b)(6) depositions shall occur the week of January 22nd, 2007.

The Plaintiff will conduct the deposition of GSA employee Greg Westphal on

January 22, 2007 at 10:00 a.m.

The Plaintiff and Defendant CESI will conduct the Rule 30(b)(6) deposition of Defendant GSA on January 22, 2007 at 1:00 a.m.

The Plaintiff and Defendant GSA will conduct the Rule 30(b)(6) deposition of Defendant CESI on January 24, 2007 at 9:30 am.

The Defendants will conduct the deposition of Plaintiff Matthew Hsieh on January 25, 2007 at 10:00 a.m.

The Plaintiff will conduct the deposition of FBI Police Officer Louis Burton on January 25, 2007 at 3:00 p.m.

The Plaintiffs and Defendants agree to work together to schedule other deponents as necessary in a timely manner as further evidence is discovered.

3. The parties agree to amend this Discovery Plan by February 15, 2006 to prepare a schedule of deposition of expert identified by the parties pursuant to the Scheduling Order.

Date: October 23, 2006                                      Respectfully Submitted,

                                                            _____/s/_____
                                                            Robert B. Adams, DC Bar No. 189515
                                                            Timothy R. Obitts, DC Bar No. 478470
                                                            Gammon & Grange, P.C.
                                                            8280 Greensboro Drive, 7TH Flr.
                                                            McLean, Virginia 22102
                                                            (703) 761-5000
                                                            Counsel for Plaintiffs Hsieh

2

                                  [1]_____
William J. Hickey, DC Bar No. 928945
33 Wood Lane
Rockville, MD 20850
(301) 424-6300
Counsel for Defendant CESI


   ___Signed with permission_____
Karen L. Melnik, Esq.
US Attorney's Office for DC, Civil Div.
555 Fourth Street, NW. Rm. E-4112
Washington, DC 20530
(202) 307-0338
Counsel for Defendants GSA/USA

---

[1] Counsel for Plaintiffs and Counsel for Defendant GSA were unable to obtain Mr. Hickey's final approval of this Discovery Plan. Upon information and belief, Plaintiffs and GSA believe that Mr. Hickey would approve this Discovery Plan.