## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, a minor, by her FATHER and NEXT Friend, MATTHEW M. HSIEH : : : Plaintiffs, : : v. : : : CONSOLIDATED ENGINEERING : SERVICES, INC., et al. : Defendants. : | Case No.: 1:06-cv-01218 CKK Mediation Jan. 30, 2007 |

## AMENDED DISCOVERY PLAN[1]

COME NOW the Plaintiffs Natalie T. Hsieh, a minor by her father and next friend, Matthew M. Hsieh, and Matthew M. Hsieh, by counsel, and Defendants Consolidated Engineering Services, Inc. (CESI) and General Services Administration (GSA), by counsel and files this Discovery Plan with the Court.

1.   Written Discovery.

The Plaintiffs have already served their First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions upon the Defendants. The Defendant GSA plan on serving their first set of written discovery upon the Plaintiffs by December 22, 2006 and Defendant CESI plan on serving its first set of written discovery upon the Plaintiffs by December 22, 2006.

The parties will propound additional discovery as necessary in a timely manner.

2.   The parties have agreed that all fact witnesses' depositions and Rule 30(b)(6)

---

[1] Counsel for Plaintiffs and Counsel for GSA previously filed a Discovery Plan without the signature of counsel for CESI. Counsel for CESI has been able to discuss the Discovery Plan with the other parties and has given permission to have this document filed with the Court. The Amended Discovery Plan is identical to the previously filed Discovery Plan.

1

depositions shall occur the week of January 22nd, 2007.

The Plaintiff will conduct the deposition of GSA employee Greg Westphal on January 22, 2007 at 10:00 a.m.

The Plaintiff and Defendant CESI will conduct the Rule 30(b)(6) deposition of Defendant GSA on January 22, 2007 at 1:00 a.m.

The Plaintiff and Defendant GSA will conduct the Rule 30(b)(6) deposition of Defendant CESI on January 24, 2007 at 9:30 am.

The Defendants will conduct the deposition of Plaintiff Matthew Hsieh on January 25, 2007 at 10:00 a.m.

The Plaintiff will conduct the deposition of FBI Police Officer Louis Burton on January 25, 2007 at 3:00 p.m.

The Plaintiffs and Defendants agree to work together to schedule other deponents as necessary in a timely manner as further evidence is discovered.

3. The parties agree to amend this Discovery Plan by February 15, 2006 to prepare a schedule of deposition of expert identified by the parties pursuant to the Scheduling Order.

Date: October 23, 2006                         Respectfully Submitted,

                                                                    _____/s/_____
                                                                    Robert B. Adams, DC Bar No. 189515
                                                                    Timothy R. Obitts, DC Bar No. 478470
                                                                    Gammon & Grange, P.C.
                                                                    8280 Greensboro Drive, 7TH Flr.
                                                                    McLean, Virginia 22102
                                                                    (703) 761-5000
                                                                    Counsel for Plaintiffs Hsieh

2

   ___Signed with Permission_____
William J. Hickey, DC Bar No. 928945
33 Wood Lane
Rockville, MD 20850
(301) 424-6300
Counsel for Defendant CESI


   ___Signed with permission_____
Karen L. Melnik, Esq.
US Attorney's Office for DC, Civil Div.
555 Fourth Street, NW. Rm. E-4112
Washington, DC 20530
(202) 307-0338
Counsel for Defendants GSA/USA