IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, a Minor, by　　　　:
her FATHER and NEXT FRIEND,　　　　:
MATTHEW M. HSIEH,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　:　　Case No: 1:06-cv-01218-CKK
　　　　　　　　　　　　　　　　　　　:　　Mediation January 30,
2007　　　　　　　　　　　　　　　　　:
CONSOLIDATED ENGINEERING　　　　　　:
SERVICES, INC., et. al.　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　 :

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

COMES NOW the plaintiff Matthew Hsieh, as Father and Next Friend of his minor daughter, Natalie T. Hsieh, and moves the Court for leave to file his Second Amended Complaint herein to name him as an individual party plaintiff and to include the claims that he has made in said capacity in Case Number 1:06-cv-01626 that has also been filed in this court. The proposed Second Amended Complaint has previously been filed with the Clerk of the Court.

In support of his Motion Matthew Hsieh submits that, since the personal injuries that he sustained on September 11, 2004 and those that were sustained by his daughter on that date arose out of the same incident and were proximately caused by the same alleged joint and several negligence of the defendants, who are identical in both lawsuits, the interests of justice and judicial economy will be served by the Court's grant of this

-2-

Motion.

MATTHEW M. HSIEH<br>By counsel

GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000

_____
Robert B. Adams
DC. Bar No: 189159
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2006, I mailed, postage prepaid, true and complete copies of the foregoing as well as of the plaintiff's Second Amended Complaint herein, to William J. Hickey, Esq., 33 Wood Lane, Rockville, Maryland 20850, counsel for the defendant Consolidated Engineering Services, Inc., and to Karen L. Melnik, Esq., Office of the U.S. Attorney for the District of Columbia, Civil Division, 555 Fourth Street, NW, Room E-4114, Washington, DC 20530, counsel for the defendants General Service Administration and the United States of America.

_____
Robert B. Adams