UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, *et al.*         :
                                    :
    Plaintiffs,                   :
                                    :
v.                                  :   Case No.  06-cv-1218 (CKK)
                                    :
CONSOLIDATED ENGINEERING            :
SERVICES, INC., *et al.*            :
                                    :
    Defendants.                   :

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

    COMES NOW, Defendant, Consolidated Engineering Services, Inc., by and through its attorneys, William J. Hickey and the Law Offices of William J. Hickey, and pursuant to LCvR 7.1 of the local Rules of the United States District Court for the District of Columbia, states as follows:

    I, the undersigned, counsel of record for Consolidated Engineering Services, Inc., certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>Consolidated Engineering Services, Inc</u>., which have any outstanding securities in the hands of the public.

    **EMCOR Group, Inc.**

    These representations are made in order that judges of this court may determine the need for recusal.

                              CONSOLIDATED ENGINEERING
                                 SERVICES, INC.


                                    /s/ William J. Hickey
                             William J. Hickey, Bar No.:  928945
                             Counsel for the Defendant CESI
                             33 Wood Lane
                             Rockville, MD 20850
                             301-424-6300

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2006, I mailed, postage prepaid, and submitted via electronic filing, to the foregoing:

Robert B. Adams, Esq.
GAMMON & GRANGE, PC
Seventh Floor
8280 Greensboro Drive
McLean, VA 22102

Karen L. Melnik, Esq.
U.S. Attorney's Office for the
 District of Columbia
Civil Division
555 Fourth Street, NW, Room E-4112
Washington, DC 20530

                                           /s/  William J. Hickey
                                           William J. Hickey