THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSEIH, et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Case No: 1:06-cv-01218-CKK |
| : | |
| : | |
| CONSOLIDATED ENGINEERING : | |
| SERVICES, INC., et al. : | |
| : | |
| Defendants : | |

## NOTICE OF RELATED CASES

Dear Mr. Clerk:

Please take note the undersigned counsel, William J. Hickey and the Law Offices of William J. Hickey, pursuant to LCvR 40.5 of the Local Rules of the United States District Court for the District of Columbia, hereby notifies the Court of a related case as follows:

1. The allegations of the Complaint in the instant action concern an alleged emission of steam from a grate or grates in the District of Columbia allegedly originating from an underground Steam Distribution Complex ("SDC"), which is a series of pipes that provide a steam heating system to various federal and other buildings in the District of Columbia.

2. Consolidated Engineering Services, Inc. ("CESI") and The United States of America ("USA") have been named as defendants in another case pending before this Court having the caption of having the caption of *Openshaw, et al. v. Consolidated Engineering Services, Inc., et al.,* Case No. 1:06-cv-01884 (RWR) ("Openshaw") that contains similar allegations of the emission of steam from the "SDC".

3. Since both cases involve alleged common property (SDC), which is the property of the United States Government, notice is hereby provided pursuant to LCvR 40.5(a)(3)(i).

CONSOLIDATED ENGINEERING<br>SERVICES, INC.

     /s/ William J. Hickey
William J. Hickey, Bar No.:  928945
Counsel for the Defendant CESI
33 Wood Lane
Rockville, MD 20850
301-424-6300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2006, I mailed, postage prepaid, and submitted via electronic filing, to the foregoing:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2006, I mailed, postage prepaid, and submitted via electronic filing, to the foregoing:

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

     /s/ William J. Hickey
William J. Hickey