UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et. al.,

             Plaintiffs,

v.                                    Case No: 1:06-cv-01218-CKK

CONSOLIDATED ENGINEERING
SERVICES, INC., et. al.

             Defendants.

### PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM FILED
### BY DEFENDANT CONSOLIDATED ENGINEERING SERVICES, INC.

COMES NOW the plaintiff herein, Matthew M. Hsieh, by
counsel, and respectfully moves the Court for an Order dismissing
the counterclaim that the defendant Consolidated Engineering
Services, Inc. has filed against him herein for the reasons set
forth in the Memorandum of Points and Authorities that
accompanies this Motion.

                                    MATTHEW M. HSIEH
                                    By counsel

GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000

_____
Robert B. Adams
Counsel for Plaintiffs

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, I mailed, postage prepaid, true and complete copies of the foregoing to William J. Hickey, Esq., 33 Wood lane, Rockville, Maryland 20850, counsel for the defendant Consolidated Engineering Services, Inc,., and to Karen L. Melnik, Esq., AUSA, Civil Division, 555 4th Street, NW, Washington, DC 20530, counsel for the Federal Defendants.

_____
Robert B. Adams

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et. al.

                    Plaintiffs,

v.                                          Case No: 1:06-cv-01218-CKK

CONSOLIDATED ENGINEERING
SERVICES, INC., et. al.,

                    Defendants.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM FILED BY
DEFENDANT CONSOLIDATED ENGINEERING SERVICES, INC.**

     The plaintiff Matthew Hsieh has moved the Court for an
Order dismissing the counterclaim that the defendant Consolidated
Engineering Services, Inc. (hereinafter CESI) has filed against
him in response to the Second Amended Complaint that he has filed
herein pursuant to the direction of the Court at the Scheduling
Conference that was held in the matter on October 11, 2006.

     As grounds for his Motion, the plaintiff submits that
CESI lost and/or waived its right to file a counterclaim, which
in this instance is clearly a compulsory counterclaim, by its
failure to do so in a timely manner in response to the Amended
Complaint that he had previously filed herein.

     Rule 13(a) of the Federal Rules of Civil Procedure
requires a defendant to file a compulsory counterclaim in
response to a complaint against it within 20 days from its
receipt of process.  CESI failed to include a counterclaim in the
Answer To Amended Complaint that it filed in the case on or about

-2-

August 9, 2006.

Any attempt by CESI to avoid the clear loss of its right to file a counterclaim in this action should have been brought to the attention of the Court at the Scheduling Conference so that the matter could have been addressed by all concerned at that time.

Based upon the foregoing, the plaintiff respectfully requests that the Court enter an Order dismissing the counterclaim that CESI has filed against him herein.

MATTHEW M. HSIEH
By counsel

GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000

_____
Robert B. Adams
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, I mailed, postage prepared, true and complete copies of the foregoing to William J. Hickey, Esq., 33 Wood Lane, Rockville, Maryland 20850, counsel for the defendant Consolidated Engineering Services, Inc., and to Karen L. Melnik, Esq., AUSA, Civil Division, 555 4th Street, NW, Washington, DC 20530, counsel

-3-

for the Federal Defendants.

_____
Robert B. Adams