THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OFCOLUMBIA

| | | |
|---|---|---|
| NATALIE T. HSEIH, et al. | : | |
| Plaintiffs | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| UNITED STATES OF AMERICA, et al. | : | |
| Defendants | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC. | : | |
| Defendant and Third-Party Plaintiff | : | |
| v. | : | |
| DAY & ZIMMERMANN SERVICES, INC. | : | |
| Third-Party Defendant | : | |

## ORDER

UPON CONSIDERATION of Defendant Consolidate Engineering Services, Inc.'s ("CESI") Opposition to Plaintiffs' Motion to Dismiss Counterclaim, and good cause having been shown, it is by the United States District Court for the District of Columbia this _____ day of _____ 2007

ORDERED that Plaintiffs' Motion to Dismiss Counterclaim is hereby DENIED, and it is further

ORDERED that Plaintiffs file their Answer to Defendant CESI's Counterclaim within ten (10) days of the date of this Order.

_____
United Stated District Court Judge

Copies to:

William John Hickey, Esquire
Law Offices of William J. Hickey
33 Wood Lane
Rockville, Maryland 20850

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

The Corporation Trust, Inc.
Day & Zimmermann Services, Inc.
300 E. Lombard Street
Baltimore, MD 21202