THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATALIE T. HSIEH, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC., et al. | : | |
| | : | |
| Defendant and Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY & ZIMMERMANN SERVICES, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

**DEFENDANT/THIRD-PARTY PLAINTIFF CONSOLIDATED ENGINEERING SERVICES, INC.'S ANSWER TO FEDERAL DEFENDANTS' CROSS-CLAIM**

COMES NOW Defendant and Third-Party Plaintiff Consolidated Engineering Services, Inc. ("CESI"), by and through its counsel, William J. Hickey, Esquire of the Law Offices of William J. Hickey, and files its Answer to Federal Defendants' Cross-Claim. In support thereof, CESI states as follows:

**FIRST DEFENSE**

Defendant CESI incorporates by reference all defenses raised in its Answer to the Plaintiffs' Complaint, Amended Complaint and Second Amended Complaint.

**SECOND DEFENSE**

Federal Defendants' Cross-Claim fails to state a cause of action or grounds for relief

upon which any claim for contribution and/or indemnity against this Defendant CESI may be maintained.

### THIRD DEFENSE

1. Paragraph 1 of the Federal Defendants' Cross-Claim is denied as phrased.

2. Paragraph 2 of the Federal Defendants' Cross-Claim is denied.

3. Paragraph 3 of the Federal Defendants' Cross-Claim states legal conclusions to which no response is required. To the extent a response is required, Paragraph of the Federal Defendants' Cross-Claim is denied.

### FOURTH DEFENSE

The Plaintiff's alleged injuries and damages, if any, are the direct and proximate result of the actions and/or inactions of individuals or entities other than Defendant CESI.

### FIFTH DEFENSE

Defendant CESI reserves the right to raise other affirmative defenses as facts and circumstances of the case are developed and/or warrant.

WHEREFORE, Defendant CESI respectfully moves that the Court dismiss the Federal Defendants' Cross-Claim against Defendant CESI with prejudice and ordering all costs to be born by the Federal Defendants.

CONSOLIDATED ENGINEERING
  SERVICES, INC.

/s/ William J. Hickey
William John Hickey, Bar No: 928945
Counsel for the Defendant CESI
33 Wood Lane
Rockville, Maryland 20850
301-424-6300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January, 2007, I mailed, postage prepaid to the foregoing:

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

The Corporation Trust, Inc.
Day & Zimmermann Services, Inc.
300 E. Lombard Street
Baltimore, MD 21202

                                                                         /s/ William J. Hickey
                                                                         William John Hickey