THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSEIH, et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : Case No: 1:06-cv-01218-CKK |
| | : |
| UNITED STATES OF AMERICA, et al. | : |
| | : |
| Defendants | : |
| | : |
| CONSOLIDATED ENGINEERING SERVICES, INC. | : |
| | : |
| Defendant and Third-Party Plaintiff | : |
| | : |
| v. | : |
| | : |
| DAY & ZIMMERMANN SERVICES, INC. | : |
| | : |
| Third-Party Defendant | : |

**CONSENT MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

COMES NOW all parties in the above-captioned case, by and through counsel, pursuant to Federal Rule of Civil Procedure 14(a) and jointly move for leave to file the attached Third-Party Complaint against Day & Zimmerman Services, Inc. ("D&Z"). In support thereof, the parties state as follows:

1. On or about November 9, 2006, Plaintiffs filed their Second Amended Complaint in the above-captioned case.

2. To date, written discovery has been propounded by all parties. However, responses to all of these requests have not yet been submitted.

3. While several depositions have been scheduled, Plaintiffs, Defendant CESI and the Federal Defendants have agreed to reschedule these depositions to conform to the deadlines requested in a new Scheduling Order.

4. Defendant CESI, upon information and belief, asserts that Day & Zimmerman was the contracting party with GSA responsible for the inspection, maintenance and repair of the Steam Distribution Complex ("SDC") and held this responsibility up until two weeks before the incident complained of in Plaintiffs' Second Amended Complaint. Upon information and belief, the alleged problem was known to both GSA and Day & Zimmerman during the time the Day & Zimmerman had the responsibility to inspect, maintain and repair the SDC and/or fix, repair, warn or cure the problem. Upon information and belief, a contract or other agreement assumed by Day & Zimmerman may impose responsibility or liability for any neglect, fault, breach or other consequence upon Day & Zimmerman that resulted within the limited time period following the novation to the contract which substituted CESI for Day & Zimmerman.

5. On or about December 20, 2006, Defendant CESI filed a Notice of Related Cases, notifying the Court of a similar dispute captioned *Openshaw, et al. v. Consolidated Engineering Services,, Inc., et al*., Case No. 1:06-cv-01884 (CKK). This related case involves two of the defendants involved in the instant case, CESI and USA, as well as allegations regarding the SDC and its alleged causation of plaintiffs' injuries, also at issue in the instant case.

6. Consequently, Defendant CESI is filing contemporaneously with the instant motion, a similar Motion for Leave to File Third Party Complaint against D&Z in *Openshaw*, as well as a Motion to Consolidate the Scheduling Order in *Hsieh* with the Scheduling Order in *Openshaw*. The Scheduling Order in *Openshaw* has not yet been issued. This action will allow D&Z an opportunity to be brought into both cases, as well as preclude the necessity of the parties performing duplicative

discovery tasks. This remedy would further prevent the wasting of judicial resources it would have to incur if managing separate scheduling orders with obviously similar cases, issues and parties.

      7.     Due to the early stage of the discovery process, no party would be unduly prejudiced by the relief requested.

WHEREFORE, the parties respectfully request the Court grant the proposed Order appended hereto enabling Defendant CESI to file the attached Third Party Complaint against Day & Zimmerman Services, Inc.

          Respectfully submitted,
          Law Offices of William J. Hickey

             /s/ William J. Hickey
          William J. Hickey, Esquire
          33 Wood Lane
          Rockville, Maryland  20850
          301-424-6300
          Counsel for the Defendant

             /s/ Karen L. Melnik/WJH
          Karen L. Melnik, Esquire
          Assistant U.S. Attorney
          Judiciary Center Building
          555 4th Street, NW, Rm. E-4112
          Washington, DC 20530

             /s/ Robert B. Adams/WJH
          Robert B. Adams, Esquire
          Timothy R. Obitts, Esquire
          Gammon & Grange, P.C.
          8280 Greensboro Drive
          McLean, Virginia  22102-380

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was submitted via electronic filing, and mailed, postage prepaid, this 12th day of January, 2007, to the following:

Robert B. Adams, Esquire
Timothy R. Obitts, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
McLean, Virginia  22102-380

Karen L. Melnik, Esquire
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

                  /s/ William J. Hickey
                 William J. Hickey, Esquire