THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OFCOLUMBIA

| | | |
|---|---|---|
| NATALIE T. HSEIH, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC., et al. | : | |
| | : | |
| Defendant and Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY & ZIMMERMANN SERVICES, INC. Serve: The Corporation Trust, Inc. 300 E. Lombard Street Baltimore, MD 21202 | : | |
| | : | |
| Third-Party Defendant | : | |

**DEFENDANT/THIRD-PARTY PLAINTIFF CONSOLIDATED ENGINEERING SERVICES, INC.'S THIRD-PARTY COMPLAINT**

COMES NOW Defendant and Third-Party Plaintiff Consolidated Engineering Services, Inc.("CESI"), by and through its counsel, William J. Hickey, Esquire of the Law Offices of William J. Hickey, pursuant to Federal Rule of Civil Procedure 14(a), and files its Third-Party Complaint against Third-Party Defendant Day & Zimmermann Services, Inc. ("D&Z"). In support thereof, CESI states as follows:

1.   CESI has been sued by Plaintiffs alleging negligence relating to an accident, which occurred on or about September 11, 2004, involving the alleged emission of steam, or other unidentified vapor, from the Steam Distribution Complex ("SDC"), through a grate at or

near the corner of 10th Street and Pennsylvania Avenue, NW in the District of Columbia. Said steam or vapor allegedly resulted in injuries to the Plaintiffs.

    2.    CESI obtained a contract, from D&Z, for the repair and maintenance of the SDC on or about August 31, 2004, or less than two weeks prior to the occurrence that is the subject of this litigation. D&Z contracted with Defendant General Services Administration ("GSA") to provide said maintenance and repair services prior to CESI assuming said contract.

    3.    CESI denies all allegations of liability, and states that its investigation has revealed that it was the negligent acts and/or omissions of D&Z individually, and/or by and through its agents, servants, subcontractors, and/or employees, particularly in conjunction with the negligent acts and/or omissions of Defendants GSA and/or the United States of America ("USA"), that proximately caused the injuries and damages claimed by Plaintiffs.

    4.    On the occasion which is the subject of this lawsuit, D&Z owed a duty of care to Plaintiffs and was negligent in the following respects:

    a.    D&Z was aware of problems of water leaking into the SDC at the location of the accident that is the subject of this litigation, for at least one year prior to said accident.

    b.    D&Z failed to repair and/or follow up on the existence of the water leakage problem at this location prior to the time CESI obtained the contract for the repair and maintenance of the SDC.

    c.    D&Z was negligent in its responsibility to maintain and repair the SDC as dictated by the terms of its contract with GSA to provide said services prior to the date that CESI assumed the responsibility for the repair and maintenance of the SDC.

    d.    Such negligent actions stated in paragraphs (a) through (c) above, on the part of D&Z were the direct and proximate cause of the injuries set forth by Plaintiffs in their Second Amended Complaint

WHEREFORE, Defendant and Third-Party Plaintiff CESI prays that the Court enter judgment against Third-Party Defendant D&Z:

    a.    for all sums that may be adjudged against Defendant CESI in favor of the Plaintiffs on theories of indemnification and/or contribution,

    b.    for any and all attorney fees incurred by Defendant CESI with this suit, as may be permitted by law; and/or expressly provided by contract; and

    c.    for such other relief as this Court deems just and proper.

CONSOLIDATED ENGINEERING
  SERVICES, INC.

      /s/ William J. Hickey
William John Hickey, Bar No: 928945
Counsel for the Defendant CESI
33 Wood Lane
Rockville, Maryland 20850
301-424-6300

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of January, 2007, I mailed, postage prepaid to the foregoing:

Robert B. Adams, Esquire
Timothy Obitts, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

       /s/ William J. Hickey
,    William John Hickey