THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSEIH, et al. | : |
| Plaintiffs | : |
| v. | : Case No: 1:06-cv-01218-CKK |
| UNITED STATES OF AMERICA, et al. | : |
| Defendants | : |
| CONSOLIDATED ENGINEERING SERVICES, INC. | : |
| Defendant and Third-Party Plaintiff | : |
| v. | : |
| DAY & ZIMMERMANN SERVICES, INC. | : |
| Third-Party Defendant | : |

## **ORDER**

UPON CONSIDERATION of the parties' Consent Motion for Leave to File Third Party Complaint ("Motion"), and good cause having been shown, it is by the United States District Court for the District of Columbia this _____ day of _____ 2007 hereby

ORDERED that the parties' Motion is hereby GRANTED, and it is further

ORDERED that Defendant CESI may file its Third Party Complaint against Day & Zimmerman forthwith.

_____
United Stated District Court Judge
for the District of Columbia

Copies to:

William John Hickey, Esquire
Law Offices of William J. Hickey
33 Wood Lane
Rockville, Maryland 20850

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530