THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATALIE T. HSEIH, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC. | : | |
| | : | |
| Defendant and Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY & ZIMMERMANN SERVICES, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

**JOINT MOTION TO CONSOLIDATE SCHEDULING ORDER**

COMES NOW Plaintiffs and Defendant Consolidated Engineering Services, Inc. ("CESI"), by and through counsel, and jointly move the Court to vacate the Scheduling Order issued on October 11, 2006 in the above-captioned case and consolidate the new Scheduling Order, and all deadlines contained within, with the Scheduling Order to be issued in the related case of *Openshaw, et al. v. CESI, et al.* (Case No. 1:06-cv-1884 (CKK)). In support thereof, the Plaintiffs and Defendant CESI state as follows:

1. On or about November 9, 2006, Plaintiffs filed their Second Amended Complaint in the above-captioned case.

2. To date, written discovery has been propounded by all parties. However, responses to all of these requests have not yet been submitted.

3. While several depositions have been scheduled, Plaintiffs, Defendant CESI and the Federal Defendants have agreed to reschedule these depositions to conform to the deadlines requested in a new Scheduling Order.

4. On or about December 20, 2006, Defendant CESI filed a Notice of Related Cases, notifying the Court of a similar dispute captioned *Openshaw, et al. v. Consolidated Engineering Services,, Inc., et al.* (Case No. 1:06-cv-01884 (CKK)). This related case involves two of the defendants involved in the instant case, CESI and the United States of America ("USA"), as well as allegations regarding the Steam Distribution Complex ("SDC") and its alleged causation of plaintiffs' injuries, also at issue in the instant case.

5. Consequently, Defendant CESI is filing contemporaneously with the instant motion, a Motion for Leave to File Third Party Complaint against Day & Zimmerman Services, Inc ("D&Z") in both *Openshaw* and the instant dispute. The Scheduling Order in *Openshaw* has not yet been issued. The remedies sought in these motions will allow D&Z an opportunity to be brought into both cases, as well as preclude the necessity of the parties performing duplicative discovery tasks. This remedy would further prevent the wasting of judicial resources it would have to incur if managing separate scheduling orders with obviously similar cases, issues and parties.

6. Due to the early stage of the discovery process, no party would be unduly prejudiced by the relief requested.

WHEREFORE, Plaintiffs and Defendant CESI respectfully request the Court grant the proposed Order appended hereto, vacate the Scheduling Order issued on October 11, 2006 and issue a new Scheduling Order in the instant case that contains the same dates, deadlines and schedule imposed by the Scheduling Order to be issued in *Openshaw, et al. v. Consolidated Engineering Services,, Inc., et al.* (Case No. 1:06-cv-01884 (CKK)).

             Respectfully submitted,
             Law Offices of William J. Hickey


             _____/s/ William J. Hickey_____
             William J. Hickey, Esquire
             33 Wood Lane
             Rockville, Maryland 20850
             301-424-6300
             Counsel for the Defendant

             _____/s/ Robert B. Adams/WJH_____
             Robert B. Adams, Esquire
             Timothy R. Obitts, Esquire
             Gammon & Grange, P.C.
             8280 Greensboro Drive
             McLean, Virginia 22102-380

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a copy of the foregoing was submitted via electronic filing, and mailed, postage prepaid, this 12th day of January, 2007, to the following:

Robert B. Adams, Esquire
Timothy R. Obitts, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
McLean, Virginia 22102-380

Karen L. Melnik, Esquire
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

             _____/s/ William J. Hickey_____
             William J. Hickey, Esquire