THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSEIH, et al. | : |
| Plaintiffs | : |
| v. | : Case No: 1:06-cv-01218-CKK |
| UNITED STATES OF AMERICA, et al. | : |
| Defendants | : |
| CONSOLIDATED ENGINEERING SERVICES, INC. | : |
| Defendant and Third-Party Plaintiff | : |
| v. | : |
| DAY & ZIMMERMANN SERVICES, INC. | : |
| Third-Party Defendant | : |

## ORDER

UPON CONSIDERATION of Plaintiffs and Defendant Consolidated Engineering Services, Inc.'s (CESI) Joint Motion to Consolidate Scheduling Orders ("Joint Motion"), any opposition thereto, and good cause having been shown, it is by the United States District Court for the District of Columbia this _____ day of _____ 2007 hereby

ORDERED that Plaintiffs and Defendant CESI's Joint Motion is hereby GRANTED, and it is further

ORDERED that the initial Scheduling Order in the above-captioned case is vacated and that the Scheduling Order, and all deadlines contained within, to be issued in the related case of *Openshaw, et al. v. CESI, et al.* (Case No. 1:06-cv-1884 (CKK)) is consolidated into a new Scheduling Order in the instant case.

_____
United Stated District Court Judge
for the District of Columbia

Copies to:

William John Hickey, Esquire
Law Offices of William J. Hickey
33 Wood Lane
Rockville, Maryland 20850

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530