THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATALIE T. HSEIH, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC., et al. | : | |
| | : | |
| Defendant and Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY & ZIMMERMANN SERVICES, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert M. Gittins, Esq. (Bar No. 490016) as co-counsel for Defendant Consolidated Engineering Services, Inc., in the above-captioned matter.

                                                        CONSOLIDATED ENGINEERING
                                                          SERVICES, INC.

                                                            /s/ Robert M. Gittins

                                                       Robert M. Gittins, Bar. No. 490016
                                                       Counsel for the Defendant CESI
                                                       33 Wood Lane
                                                       Rockville, Maryland 20850
                                                      301-424-6300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2007, copies of the foregoing were submitted via electronic filing and mailed, postage prepaid, to the foregoing:

Robert B. Adams, Esquire
Timothy Obitts, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

Day & Zimmerman Services, Inc.
c/o The Corporation Trust, Inc.        :
300 E. Lombard Street                  :
Baltimore, MD 21202

                                             /s/ Robert M. Gittins
                                ,         Robert M. Gittins