UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et. al.,

        Plaintiffs,

v.                      Civil Action No. 1:06-cv-01218-CKK

UNITED STATES OF AMERICA, et. al,

        Defendants.

**PLAINTIFFS' MOTION TO PRECLUDE THE DEFENDANTS
FROM OFFERING EXPERT WITNESS TESTIMONY AT TRIAL**

COME NOW the plaintiffs, by counsel, and respectfully request that the Court enter an Order precluding the defendants from offering expert witness testimony at the trial of this matter on the grounds that they have failed to file their 26(a)(2)(B) statements in accordance with the deadline set forth by the Court in its October 11, 2006 Order.

In particular, the Court's October 11, 2006 Order obliged the defendants to file their Rule 26(a)(2)(B) statements by March 9, 2007.

The Federal defendants have failed to file anything in this regard as of this date.

On or about March 15, 2007 the defendant Consolidated Engineering Services, Inc. provided plaintiff's counsel with a

-2-

pleading entitled "Preliminary Rule 26(a)(2)(B) Designation of Experts" that merely identified an individual who would probably be offering undisclosed opinions at some time in the future in the case after depositions have been taken and he has conducted a site inspection.

As the Court is aware, Rule 26(a)(2)(B) states that with respect to a witness who is retained or specially employed to provide expert testimony in the case the party retaining the expert must disclose not only the identity of the witness but must as well provide a written report prepared and signed by the witness, which must contain a "... complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions: (and) any exhibits to be used as a summary of or support for the opinions ...."

Not only did Consolidated Engineering Services, Inc. fail to meet the March 9, 2007 deadline imposed by the Court for its identification of expert witnesses, but it has failed to meet its obligations through the present date to provide the plaintiff with the requisite report signed by the witness.

Based upon the foregoing, the plaintiff's respectfully requests that the Court enter an Order precluding the defendants from offering expert witness testimony at the trial of this

-3-

matter.

                                              MATTHEW M. HSIEH
                                              By counsel

GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000


_____/s/_____
Robert B. Adams
Timothy R. Obitts, Esq.
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st of March, 2007, I mailed, postage prepaid, a true and complete copy of the foregoing to William John Hickey, Esq., 33 Wood Lane, Rockville, Maryland, counsel for the defendant Consolidated Engineering Services, Inc., and both FAXED and mailed, postage prepaid, copies of the foregoing to Karen L. Melnik, Esq., Office of the U.S. Attorney, Judiciary Center Building, 555 4th Street, NW, Room E-4112, Washington, DC 20530, counsel for the Federal defendants.

                                        _____/s/_____
                                        Robert B. Adams