UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al._ )<br>)<br>   Plaintiffs,    )<br>)<br>   v.                  )<br>)<br>CONSOLIDATED ENGINEERING )<br>SERVICES, INC. et al._  )<br>)<br>)<br>   Defendants.   )<br>_____) | Civil Action No. 06CV1218 (CKK) |

**MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER**

Federal Defendant in the above action respectfully moves the Court, pursuant to Rules 6, 7 and 26, Fed. R. Civ. P., to amend the Scheduling and Procedures Order in this case due to unanticipated discovery and administrative delays. Specifically, the Federal Defendant seeks until April 11, 2007, to file its expert disclosures. The Federal Defendant has not previously filed any motions to amend the Scheduling and Procedures Order, or requested any extensions of time. Federal Defendant does not expect that this motion will necessitate other enlargements of time in the remainder of the schedule previously set by the Court. The grounds in support of this motion are as follows:

    1.    The Federal Defendant served Defendant Consolidated Engineering Services ("CES") with its First Set of Interrogatories and First Request for Production of Documents on December 21, 2006. To date, Defendant CES has not responded to the Federal Defendant's foregoing discovery requests.[1] These discovery responses are necessary for the Federal

---

[1] The Federal Defendant has notified the parties that it intends to file a motion to compel on March 28, 2007, if it does not receive CES's discovery responses.

Defendant's expert to complete his report.

2.      The undersigned has diligently sought to secure the services of a qualified expert. The Federal Defendant has recently secured the services of an expert, and has provided his information to the other parties. Unfortunately, administrative issues relating to securing his services delayed his active work on this case. Those issues have been resolved, and the undersigned expects its expert to provide a report by April 11, 2007, so long as CES's discovery responses are received no later than March 28, 2007.

3.      Pursuant to LCvR 7.1(m), the undersigned had several conversations with counsel for Plaintiff, Timothy Obitts, regarding its efforts to secure an expert and provide a report in a timely fashion. Although the undersigned was under the impression that a delay in providing an expert report was acceptable, the undersigned acknowledges that she should have first filed a motion with the Court for permission to extend the deadline. The undersigned apologizes for not doing so.

4.      Because the Federal Defendant is moving to amend after the expiration of the original time period permitted for the production of its Rule 26(a)(2)(B) statement, Fed. R. Civ. P. 6(b)(2) is applicable. Rule 6(b)(2) provides in pertinent part that the Court may grant such a request "where the failure to act was the result of excusable neglect." The Court's determination of "excusable neglect should depend in part upon the importance of the matter involved and the prejudice, if any, to the other party." Ham v. Smith, et al., 653 F.2d 628 (D.C. Cir. 1981) (citation and quotation omitted). Plaintiffs' motion is completely silent as to any prejudice they have suffered by not receiving the Federal Defendant's expert report by March 9, 2007.

5.      Pursuant to LCvR 7(m), the undersigned has spoken to Robert B. Adams, counsel

for Plaintiff, and Robert Hickey, counsel for Consolidated Engineering Services. Mr. Adams indicated that he is not able to provide Plaintiffs' consent for this Motion. Mr. Hickey consents to this motion.

WHEREFORE, the Federal Defendant respectfully requests that the Scheduling and Procedures Order be amended.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


/s/
KAREN L. MELNIK, D.C. Bar #436452
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4112
Washington, D.C. 20530