UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al. )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>CONSOLIDATED ENGINEERING )<br>SERVICES, INC. et al. )<br>)<br>)<br>  Defendants. )<br>_____) | Civil Action No. 06CV1218 (CKK) |

ORDER

Upon consideration of the Federal Defendant's Motion to Amend Scheduling and Procedures Order, the entire record herein, and any opposition thereto, it is this ___ day of March, 2007

ORDERED, that the Federal Defendant's Motion to Amend Scheduling and Procedures Order is hereby GRANTED; it is further

ORDERED, that the Federal Defendant shall have until April 11, 2007, to file its Rule 26(a)(2)(B) statement.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7TH Flr.
McLean, Virginia 22102

William John Hickey, Esq.
Robert Gittins
33 Wood Lane
Rockville, Maryland 20850