THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OFCOLUMBIA

| | | |
|---|---|---|
| NATALIE T. HSIEH, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC., et al. | : | |
| | : | |
| Defendant and Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY & ZIMMERMANN SERVICES, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

## ORDER

UPON CONSIDERATION of Defendant Consolidated Engineering Services, Inc.'s ("CESI") Opposition to Plaintiffs' Motion to Preclude the Defendants From Offering Expert Witness Testimony At Trial ("Motion to Preclude"), and good cause having been shown, it is this ____ day of _____, 2007 hereby

ORDERED that Plaintiff's Motion to Preclude is DENIED, and it is further

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:

William John Hickey, Bar No: 928945
Robert M. Gittins,  Bar No.: 490016
Law Offices of William J. Hickey
33 Wood Lane
Rockville, Maryland 20850

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

The Corporation Trust, Inc.
Day & Zimmermann Services, Inc.
300 E. Lombard Street
Baltimore, MD 21202