THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATALIE T. HSIEH, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC., et al. | : | |
| | : | |
| Defendant and Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY & ZIMMERMANN SERVICES, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

## ORDER

UPON CONSIDERATION of Defendant Consolidated Engineering Services, Inc.'s ("CESI") Motion for Further Modification of Scheduling Order ("Motion)", any opposition thereto, and good cause having been shown, it is this _____ day of _____, 2007 hereby

ORDERED that Defendant CESI's Motion is GRANTED and it is further

ORDERED that the Scheduling Order in the above-captioned case is modified so as to permit Defendant CESI to complete the deposition of Plaintiff's expert witnesses, prepare a report of its own expert and complete the remaining aspects of discovery by May 31, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:

William John Hickey, Esquire
Robert M. Gittins, Esquire
Law Offices of William J. Hickey
33 Wood Lane
Rockville, Maryland 20850

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

The Corporation Trust, Inc.
Day & Zimmermann Services, Inc.
300 E. Lombard Street
Baltimore, MD 21202