# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, *et al.*,

     Plaintiffs,

    v.

UNITED STATES OF AMERICA, *et al.*,

     Defendants.

CONSOLIDATED ENGINEERING
SERVICES, INC.,

     Defendant and Third-Party Plaintiff,

    v.

DAY & ZIMMERMAN SERVICES, INC.,

     Third-Party Defendant.

Civil Action No. 06-1218 (CKK)

## ORDER
(March 23, 2007)

This Order addresses [24] the Motion to Dismiss Counterclaim filed by Plaintiff Matthew

Hsieh ("Hsieh"). For the reasons set forth below, the Court shall DENY Plaintiff's [24] Motion

to Dismiss Counterclaim.

On, July 5, 2006, Plaintiff Natalie Hsieh, by her father and next friend, Matthew Hsieh,

filed the Complaint in this action. Thereafter on July 21, 2006, Plaintiff Natalie Hsieh, by her

father and next friend, Matthew Hsieh, filed the Amended Complaint in this action. On August

9, 2006, Defendant Consolidated Engineering Services, Inc. ("CESI"), filed its Answer to

Plaintiff's Amended Complaint.

On September 20, 2006, Plaintiff Matthew Hsieh filed a complaint in his own name in a

separate action, captioned *Matthew Hsieh v. Consolidated Engineering Services, Inc.*, *et al.*, Civil Action No. 06-1626.  The next day, and before the defendants filed answers in Civil Action No. 06-1626, the Court entered a Minute Order scheduling an Initial Scheduling Conference in both the above-captioned action and in Matthew Hsieh's separate action, Civil Action No. 06-1626, for October 11, 2006.  At the Initial Scheduling Conference on October 11, 2006, the parties to both actions agreed to consolidate the two actions via the filing of a Second Amended Complaint in the above-captioned action and the subsequent dismissal of Matthew Hsieh's separate action. On November 13, 2006, Plaintiffs filed the Second Amended Complaint in the above-captioned action, in which Matthew Hsieh is identified as a party Plaintiff, as well as father and next friend of Plaintiff Natalie Hsieh.  Defendant CESI filed its Answer to Plaintiffs' Second Amended Complaint on December 7, 2006.  In that Answer, CESI included a Cross-Claim against Defendants the United States of America and the General Services Administration, as well as a Counterclaim against Plaintiff Matthew Hsieh.

On December 21, 2006, Plaintiff Matthew Hsieh filed a [24] Motion to Dismiss the Counterclaim filed against him by Defendant CESI, asserting that "CESI lost and/or waived its right to file a counterclaim, which in this instance is clearly a compulsory counterclaim, by its failure to do so in a timely manner in response to the Amended Complaint that he had previously filed herein."  Pl.'s Mot. to Dismiss at 3.  Federal Rule of Civil Procedure 13(a) provides that "[a] pleading shall state as a counterclaim any claim which at the time of serving the pleading the pleader has against any opposing party, if it arises out of the transaction or occurrence that is the subject matter of the opposing party's claim . . . ."  Fed. R. Civ. P. 13(a).  However, as Defendant CESI notes in its Opposition to Plaintiff Matthew Hsieh's Motion to Dismiss Counterclaim, on

August 9, 2006 – the date on which Defendant CESI served its Answer to the Amended

Complaint in this action – Plaintiff Matthew Hsieh was only involved in the above-captioned

action as father and next friend of Plaintiff Natalie Hsieh, and not as a party Plaintiff.  As such,

Defendant CESI was not required to assert its counterclaim against Plaintiff Matthew Hsieh until

after the filing of the Second Amended Complaint in this action, the point at which Plaintiff

Matthew Hsieh became an "opposing party" in this action.  Accordingly, it is, this 23rd day of

March, 2007, hereby

**ORDERED** that [24] Plaintiff Matthew Hsieh's Motion to Dismiss Counterclaim Filed

by Defendant Consolidated Engineering Services, Inc. is DENIED.

**SO ORDERED**.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge