UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al.           )<br>                                                    )<br>      Plaintiffs,                          )<br>                                                    )<br>      v.                                         )<br>                                                    )<br>CONSOLIDATED ENGINEERING )<br>SERVICES, INC. et al.              )<br>                                                    )<br>                                                    )<br>      Defendants.                        )<br>_____) | Civil Action No. 06CV1218 (CKK) |

**FEDERAL DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER**

In response to the Federal Defendant's Motion to Amend Scheduling and Procedures Order, Plaintiffs fail again to explain what, if any, prejudice they have suffered or will suffer from receiving the government's expert report after March 9, 2007. Instead, Plaintiffs criticize the discovery they have already received, primarily from Consolidated Engineering Services, Inc. ("CESI"). Plaintiffs have not expressed similar criticism with respect to the discovery received from the Federal Defendant.

Additionally, Plaintiffs provided their responses to the Federal Defendant's discovery requests only recently, on March 22, 2007, more than sixty (60) days overdue. As counsel for CESI noted in his filing, the Defendants were working with Plaintiffs, perhaps under an incorrect assumption, that we could resolve differences without the Court's intervention. This is evidenced by the Federal Defendant's decision not to contact chambers in order to arrange for a telephone conference, despite the fact that both Plaintiffs' and CESI's discovery responses were more than sixty days overdue.

WHEREFORE, the Federal Defendant respectfully requests that its Motion to Amend the Scheduling and Procedures Order be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK, D.C. Bar #436452
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4112
Washington, D.C. 20530