UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et al.,

    Plaintiffs,

v.                                          Civil Action No. 1:06-cv-1218 (CKK)

UNITED STATES OF AMERICA, et al.

    Defendants.

MATTHEW M. HSIEH'S ANSWER AND AFFIRMATIVE DEFENSES
TO DEFENDANT CONSOLIDATED
ENGINEERING SERVICES, INC.'S COUNTERCLAIM

COMES NOW the plaintiff, Matthew M. Hsieh ("Dr. Hsieh"), by counsel, and for his Answer and Affirmative Defenses to the Counterclaim filed by defendant Consolidated Engineering Services, Inc., states as follows:

1. The Counterclaim fails to state a cause of action and should be dismissed.

2. Defendant Consolidated Engineering Services, Inc. is strictly liable for the damages caused to Plaintiff's daughter Natalie Hsieh and, therefore, is not entitled to contribution against plaintiff Matthew M. Hsieh.

3. Dr. Hsieh admits the allegations set forth in paragraph 1 of the Counterclaim and asserts that the defendants were also negligent in their inspection of the Steam Distribution Complex and that their joint and several negligence proximately caused the personal injuries that he and his daughter suffered on September 11, 2004 of which he complain therein.

4. Dr. Hsieh admits only that he and his daughter were injured on September 11, 2004 as a result of being burned by steam or vapor that was emitted from a manhole in the sidewalk on 10th Street, NW, adjacent to the Hoover FBI Building in the District of Columbia while he was pushing his daughter in a stroller. Dr. Hsieh denies all other allegations that are set forth in

paragraph 2 of the Counterclaim.

5. Dr. Hsieh denies the allegations set forth in paragraphs 3 through 5 of the Counterclaim.

WHEREFORE, plaintiff Matthew Hsieh moves that the Counterclaim filed by the defendant Consolidated Engineering Services, Inc. be dismissed and for his costs incurred as allowed by law.

Respectfully submitted,

Matthew M. Hsieh
By counsel

GAMMON & GRANGE, P.C.

_____
Robert B. Adams, Esq.
Timothy R. Obitts, Esq.
8280 Greensboro Drive, 7th Flr.
McLean, VA 22102
(703) 761-5000
Counsel for Plaintiff Matthew M. Hsieh

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2007, I mailed, postage prepaid, a true and compete copy of the foregoing to William J. Hickey, Esq., 33 Wood Lane, Rockville, MD, counsel for Consolidated Engineering Services, Inc., and to Karen Melnik, Esq, AUSA, Office of the U.S. Attorney, Judiciary Center Building, 555 4th Street, NW, Room E-4112, Washington, DC 20530, counsel for the Federal Defendants.

Jessica M. Blake