THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATALIE T. HSIEH, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC., et al. | : | |
| | : | |
| Defendant and Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY & ZIMMERMANN SERVICES, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

## ORDER

UPON CONSIDERATION of Plaintiffs and Defendant Consolidated Engineering Services, Inc.'s ("CESI") Joint Motion To Modify Scheduling Order As To Expert Discovery ("Motion"), and good cause having been shown, it is hereby

ORDERED that Plaintiff's and Defendant CESI's Motion is GRANTED and it is further

ORDERED that that the Scheduling Order in the above-captioned case is modified so as to permit the completion of expert discovery by Plaintiffs and Defendant CES.

_____
JUDGE, United States District Court
for the District of Columbia

Copies to:

William J. Hickey, Esquire
Robert M. Gittins, Esquire
Law Offices of William J. Hickey
33 Wood Lane
Rockville, MD 20850

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530