USPS - Track & Confirm                                                                                     Page 1 of 1



**UNITED STATES POSTAL SERVICE**®                                                              Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0001 7979 7284**
Status: **Delivered**

Your item was delivered at 8:41 am on January 19, 2007 in BALTIMORE, MD 21202. The item was signed for by P SIMON. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

(Restore Offline Details >)  (?)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *[signed: Paul Simon]*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>*PAUL SIMON*<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>The Corporation Trust<br>300 E. Lombard Street<br>Baltimore, MD 21202 | Hsieh<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0001 7979 7284 |

PS Form 3811, February 2004           Domestic Return Receipt                        102595-02-M-1540

