THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSEIH, et al. | : |
| Plaintiffs | : |
| v. | : Case No: 1:06-cv-01218-CKK |
| UNITED STATES OF AMERICA, et al. | : |
| Defendants | : |
| CONSOLIDATED ENGINEERING SERVICES, INC., et al. | : |
| Defendant and Third-Party Plaintiff | : |
| v. | : |
| DAY & ZIMMERMANN SERVICES, INC. | : |
| Third-Party Defendant | : |

## AFFIDAVIT OF SERVICE OF PROCESS

I HEREBY CERTIFY that on the 19th day of January, 2007, service of process was executed upon Third-Party Defendant Day & Zimmerman Services, Inc., ("D&Z") by serving upon D&Z at The Corporation Trust, 300 E. Lombard Street, Baltimore, MD 21202, by Certified Mail, Return Receipt Requested, the Summons and Third-Party Complaint in the above-captioned case. Copies of the United States Postal Service Return Receipt Card and Service Confirmation are attached hereto.

               CONSOLIDATED ENGINEERING
                 SERVICES, INC.

                 /s/ Robert M. Gittins
            William John Hickey, Bar No: 928945
            Robert M. Gittins, Bar. No. 490016
            Counsel for the Defendant CESI
            33 Wood Lane
            Rockville, Maryland 20850
            301-424-6300

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 16th day of April, 2007, copies of the foregoing were submitted via electronic filing to the foregoing:

Robert B. Adams, Esquire
Timothy Obitts, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
7th Floor
McLean, Virginia 22102

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

Day & Zimmerman Services, Inc.
c/o The Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, MD 21202

                 /s/ Robert M. Gittins
           ,  William John Hickey