USPS - Track & Confirm

 **UNITED STATES POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0001 7979 7284**
Status: **Delivered**

Your item was delivered at 8:41 am on January 19, 2007 in BALTIMORE, MD 21202. The item was signed for by P SIMON. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) ( ? )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs  **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent ☐ Addressee |
| | B. Received by ( *Printed Name* )     C. Date of Delivery |
| 1. Article Addressed to:<br><br>The Corporation Trust<br>300 E. Lombard Street<br>Baltimore, MD 21202 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>Hsieh |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)        ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7006 2760 0001 7979 7284 |
| PS Form 3811, February 2004 | Domestic Return Receipt          102595-02-M-1540 |