# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| NATALIE T. HSEIH, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-01218-CKK |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |
| and | : | |
| | : | |
| CONSOLIDATED ENGINEERING SERVICES, INC. | : | |
| | : | |
| Defendant Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY & ZIMMERMAN SERVICES, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

**DEFENDANT CONSOLIDATED ENGINEERING SERVICES INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANT DAY & ZIMMERMAN SERVICES, INC.**

COMES NOW Defendant, Counter-Plaintiff and Third-Party Plaintiff Consolidated Engineering Services, Inc. ("CESI") by and through its counsel, William J. Hickey, Esquire and Robert M. Gittins, Esquire of the Law Offices of William J. Hickey, pursuant to FRCP 55, and hereby moves for the entry of a default judgment against Third-Party Defendant Day & Zimmerman Services, Inc. ("D&Z"). In support thereof, CESI states as follows:

1

1. On or about January 16, 2007, CESI filed its Third-Party Complaint (ECF Document No. 31) against D&Z seeking contribution, indemnification and attorneys' fees as a result of D&Z's failure to properly inspect, maintain and repair that portion of the Steam Distribution Complex at issue in this case.

2. On or about January 19, 2007, D&Z's registered agent, Corporation Trust (300 E. Lombard Street, Baltimore, MD 21202) was served with a copy of CESI's Summons and Third-Party Complaint by Certified Mail, Return Receipt Requested.

3. On or about April 16, 2007, CESI filed its requisite Affidavit of Service of Process confirming that D&Z had been served with CESI's Summons and Third-Party Complaint (ECF Document No. 48).

4. To date, D&Z has not filed a responsive pleading, nor has any attorney entered an appearance on behalf of D&Z.

5. FRCP 12(a)(1)(A) provides that a defendant must file an answer "within 20 days after being served with the summons and complaint." Consequently, D&Z's answer to CESI's Third-Party Complaint was due by February 8, 2007.

6. FRCP 55(a) provides that a default shall be entered against a party when said party has "failed to plead or otherwise defend" a claim brought against it.

7. FRCP 55(b)(2) permits the Court to enter a default judgment against a party if requested by the party entitled to said judgment.

8. As D&Z's responsive pleading is now three (3) months past the applicable deadline as established in FRCP 12(a)(1)(A), CESI is entitled to a default judgment against D&Z for contribution, indemnification and any applicable attorneys' fees as determined by the Court in this dispute.

WHEREFORE, CESI requests the Court grant the proposed Order appended thereto and enter a default judgment against D&Z for its failure to respond to CESI's Third-Party Complaint.

Respectfully submitted,<br>
Law Offices of William J. Hickey<br>
<br>
    /s/ Robert M. Gittins<br>
William J. Hickey, Esquire<br>
Robert M. Gittins, Esquire<br>
Law Offices of William J. Hickey<br>
33 Wood Lane<br>
Rockville, Maryland  20850<br>
301-424-6300<br>
Counsel for the Defendant CESI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via electronic filing or mailed, postage prepaid, this 8th day of May, 2007, to the following:

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
McLean, Virginia  22102-380

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

Day & Zimmerman Services, Inc.
c/o The Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, MD 21202

    /s/ Robert M. Gittins<br>
Robert M. Gittins