# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NATALIE T. HSEIH, et al. | : |
| Plaintiffs | : |
| v. | : Case No: 1:06-cv-01218-CKK |
| UNITED STATES OF AMERICA, et al. | : |
| Defendants | : |
| and | : |
| CONSOLIDATED ENGINEERING SERVICES, INC. | : |
| Defendant<br>Third-Party Plaintiff | : |
| v. | : |
| DAY & ZIMMERMAN SERVICES, INC. | : |
| Third-Party Defendant | : |

## **ORDER**

UPON CONSIDERATION of Defendant, Counter-Plaintiff and Third-Party Plaintiff Consolidated Engineering Services, Inc.'s ("CESI") Motion for Default Judgment Against Third-Party Defendant Day & Zimmerman Services, Inc. (the "Motion"), any opposition thereto, and good cause having been shown, it is this _____ day of _____, 2007 hereby

ORDERED that CESI's Motion is GRANTED and it is further

1

ORDERED that a default judgment is entered against Day & Zimmerman Services, Inc. for contribution and indemnification for all of any judgment or award to be found or made against the third-party plaintiff, CESI, including any applicable attorneys' fees as asserted in CESI's Third-Party Complaint against Day & Zimmerman Services, Inc. or as directed by this Court.

_____
JUDGE, US District Court for the District of Columbia

Copies to:

William J. Hickey, Esquire
Robert M. Gittins, Esquire
Law Offices of William J. Hickey
33 Wood Lane
Rockville, Maryland 20850

Robert B. Adams, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive
McLean, Virginia 22102-380

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Karen L. Melnik, Esquire
Judiciary Center Building
555 4th Street, NW, Rm. E-4112
Washington, DC 20530

Day & Zimmerman Services, Inc.
c/o The Corporation Trust, Inc.
300 E. Lombard Street
Baltimore, MD 21202