IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATALIE HSIEH, et al. | * | |
| Plaintiffs | * | |
| vs. | * | Case No.: 1:06-cv-01218-CKK |
| UNITED STATES OF AMERICA, et al. | * | |
| Defendants | | |

\* * * * * * * * * * * *

## ANSWER TO THIRD-PARTY COMPLAINT

Third-Party Defendant, Day & Zimmermann Services, Inc., by undersigned counsel, hereby answers the Third-Party Complaint of Consolidated Engineering Services, Inc.

1. Admitted.

2. Admitted in part and denied in part. Third-Party Defendant denies that the operative date was August 31, 2004, but admits the remainder of the allegations in paragraph 2.

3. Denied.

4. Denied.

### Affirmative Defenses

1. The Third-Party Complaint fails to state a claim upon which relief may be granted against this Third-Party Defendant.

2. The Third-Party Complaint is barred by the applicable statute of limitations.

3. The Third-Party Complaint is barred by contributory negligence.

4. The Third-Party Plaintiff assumed the risk.

5. The Plaintiffs' and the Third-Party Plaintiff's injuries and damages, if any, were caused by persons over whom this Third-Party Defendant had no control nor right of control.

6. The Third-Party Complaint is barred by waiver, estoppel, release, and accord and satisfaction.

WHEREFORE, having fully answered the Third-Party Complaint, the Third-Party Defendant prays that the same be dismissed and that it be awarded costs and fees.

_____
Mary Malloy Dimaio, #464100
502 Washington Avenue, Suite 410
Towson, MD 21204
410.769.8100
410.769.8344 (fax)
Attorney for Third-Party Defendant,
   Day & Zimmermann Services, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on this ___9th___ day of May, 2007, the foregoing Answer to Third-Party Complaint was filed electronically and served on all counsel of record.

_____
Mary Malloy Dimaio