UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　Defendants.<br><br>CONSOLIDATED ENGINEERING SERVICES, INC.,<br><br>　　Defendant and Third-Party Plaintiff,<br><br>　　v.<br><br>DAY & ZIMMERMAN SERVICES, INC.,<br><br>　　Third-Party Defendant. | Civil Action No. 06-1218 (CKK) |

**ORDER**
(May 11, 2007)

A status conference was held on the record in the above-captioned matter at 9:00 a.m. on Friday, May 11, 2007, at which the following was set forth:

Defendant Consolidated Engineering Services, Inc. ("CESI") filed a Third-Party Complaint, with leave of the Court, against Third-Party Defendant Day & Zimmerman Services, Inc. ("D&Z") on January 16, 2007. On May 8, 2007, CESI filed a Motion for Default Judgment against D&Z. On May 9, 2007, D&Z filed an Answer to CESI's Third-Party Complaint, and on May 10, 2007, D&Z filed an Opposition to CESI's Motion for Default Judgment. D&Z's Opposition is relevant to whether D&Z shall be permitted to contest both liability and damages or only damages. In addition, Plaintiffs and Defendants, the United States of America and CESI,

are currently engaged in mediation efforts before Magistrate Judge John M. Facciola. Accordingly, it is this 11th day of May, 2007, hereby

**ORDERED** that CESI shall respond to D&Z's Opposition to CESI's Motion for Default Judgment on or before May 18, 2007; it is further

**ORDERED** that CESI shall make all materials produced in discovery in this matter available to D&Z's counsel, starting on May 15, 2007. D&Z's counsel shall, by May 31, 2007, become sufficiently familiar with such discovery materials as to be able to participate in the mediation efforts currently ongoing before Magistrate Judge Facciola; it is further

**ORDERED** that the referral of this matter to Magistrate Judge Facciola for mediation shall be extended until further notice of the Court; it is further

**ORDERED** that the following briefing schedule is set for dispositive motions: (1) dispositive motions shall be filed on or before September 7, 2007. All parties' oppositions to these dispositive motions shall be filed on or before October 12, 2007, and all parties' replies in support of their dispositive motions shall be filed on or before November 9, 2007.

**SO ORDERED**.

                                                        /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge