UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATALIE T. HSIEH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants.<br><br>CONSOLIDATED ENGINEERING SERVICES, INC., defendant and third-party plaintiff,<br><br>v.<br><br>DAY & ZIMMERMAN SERVICES, INC., third-party defendant. | Civil Action No. 1:06-cv-01218<br>(CKK/JMF)<br><br>Next event:  September 7, 2007<br>Dispositive Motions Deadline |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Consolidated Engineering Services, Inc. hereby gives notice that David D. Hudgins of the Hudgins Law Firm, P.C. is being substituted for William J. Hickey and Robert M. Gittins of the Law Offices of William J. Hickey as counsel of record for Defendant Consolidated Engineering Services, Inc.  Mr. Hudgins certifies that he is admitted to practice before this Court.

Respectfully Submitted,

/s/ William J. Hickey                              /s/ David D. Hudgins


/s/ Robert M. Gittins

| | |
|---|---|
| William J. Hickey | David D. Hudgins |
| Robert M. Gittins | D.C. Bar No. 362451 |
| LAW OFFICES OF WILLIAM J. HICKEY | HUDGINS LAW FIRM, P.C. |
| 33 Wood Lane | 515 King Street, Suite 400 |
| Rockville, MD 20850 | Alexandria, Virginia 22314 |
| 301.424.6300 | 703.739.3300 |
| 301.294.4568 (fax) | 703.739.3700 (fax) |
| | |
| *Original counsel for defendant/third-party plaintiff Consolidated Engineering Services, Inc.* | *Substituted counsel for defendant/third-party plaintiff Consolidated Engineering Services, Inc.* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 15th day of June 2007 to:

| | |
|---|---|
| Karen L. Melnik | Mary Malloy Dimaio |
| Assistant United States Attorney | Maher & Associates |
| 555 4th Street, NW | Nottingham Center, Suite 410 |
| Washington, DC 20530 | 502 Washington Avenue |
| | Towson, MD 21204 |
| | |
| *Counsel for Federal Defendants* | *Counsel for Third-party Defendant Day & Zimmerman Services, Inc.* |

Robert B. Adams
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102

*Counsel for Plaintiffs*

/s/ David D. Hudgins
David D. Hudgins