# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:06-cv-01218 |
| ) | (CKK/JMF) |
| v. ) | |
| ) | Next event:  September 7, 2007 |
| UNITED STATES OF AMERICA, et al., ) | Dispositive Motions |
| ) | Deadline |
| Defendants. ) | |
| ) | |
| CONSOLIDATED ENGINEERING ) | |
| SERVICES, INC., defendant and ) | |
| third-party plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAY & ZIMMERMAN ) | |
| SERVICES, INC., third-party defendant. ) | |

## JOINT STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to the Court's May 23, 2007 Order, Consolidated Engineering Services, Inc. ("CESI") and Day & Zimmerman Services, Inc. ("D&Z"), by counsel, hereby submit their Joint Status Report as to Discovery Plan, and state as follows:

1. Written Discovery.

CESI and D&Z expect to issue written discovery requests by July 6, 2007. The parties will propound any additional discovery in timely manner in order to comply with the Court's scheduling order pertaining to dispositive motions.

1

2.	Depositions.

The parties have agreed that fact witness and Rule 30(b)(6) depositions, and to the extent any of the expert depositions have not yet taken place, shall be conducted by August 17, 2007.

3.	Experts.

| | |
|---|---|
| July 6, 2007 | Deadline for third-party plaintiff CESI to designate experts and provide reports pursuant to Rule 26(a)(2). |
| July 20, 2007 | Deadline for third-party defendant D&Z to designate experts and provide reports pursuant to Rule 26(a)(2). |
| July 27, 2007 | Deadline for CESI to designate rebuttal expert witnesses. |

Respectfully Submitted,

/s/ David D. Hudgins
David D. Hudgins (D.C. Bar # 362451)
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, VA 22314
Tel: (703) 739-3300
Fax: (703) 739-3700
*Counsel for Defendant/Third-party Plaintiff*
*Consolidated Engineering Services, Inc.*

/s/ Mary Malloy Dimaio
Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
Tel: (410) 769-8100
Fax: (410) 769-8344
*Counsel for Third-party Defendant Day &*
*Zimmerman Services, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 15th day of June 2007 to:

| | |
|---|---|
| Karen L. Melnik<br>Assistant United States Attorney<br>555 4th Street, NW<br>Washington, DC 20530 | Mary Malloy Dimaio<br>Maher & Associates<br>Nottingham Center, Suite 410<br>502 Washington Avenue<br>Towson, MD 21204 |
| *Counsel for Federal Defendants* | *Counsel for Third-party Defendant Day & Zimmerman Services, Inc.* |
| Robert B. Adams<br>Gammon & Grange, P.C.<br>8280 Greensboro Drive, 7th Floor<br>McLean, VA 22102 | |
| *Counsel for Plaintiffs* | |

                                        /s/ David D. Hudgins<br>
                                        David D. Hudgins