UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., ) | Civil Action No. 1:06-cv-01218 |
| Plaintiffs, ) | (CKK/JMF) |
| v. ) | Next event:  September 7, 2007 |
| UNITED STATES OF AMERICA, et al., ) | Dispositive Motions |
| Defendants. ) | Deadline |
| CONSOLIDATED ENGINEERING ) | |
| SERVICES, INC., defendant and ) | |
| third-party plaintiff, ) | |
| v. ) | |
| DAY & ZIMMERMAN ) | |
| SERVICES, INC., third-party defendant. ) | |

**JOINT MOTION OF ALL PARTIES TO AMEND SCHEDULING ORDER
REGARDING DISPOSITIVE MOTIONS**

Defendants Consolidated Engineering Services, Inc. ("CESI"), United States of America and General Services Administration (the "Federal Defendants"), third-party defendant Day & Zimmerman Services, Inc. (D&Z), and plaintiffs Natalie T. Hsieh and Matthew M. Hsieh, by counsel, hereby request that the briefing schedule for dispositive motions be extended, and in support hereof, state as follows:

1.      Prior to third-party defendant D&Z being actively involved in this litigation, the Court entered an Order of May 11, 2007 which set the briefing schedule for dispositive motions. The current deadline for filing dispositive motions is September 7,

2007, for filing oppositions is October 12, 2007, and for filing replies is November 9, 2007. All parties request an extension to the time for filing, responding, and replying to dispositive motions.

2.    Counsel have diligently tried to schedule the deposition of the corporate representative for third-party defendant D&Z in accordance with the agreed discovery plan; however, D&Z's representative has not been available until after the current deadline for filing dispositive motions. D&Z has also not yet been able to have a representative respond to the discovery requests issued by CESI, as D&Z currently does not exist and a parent entity is now involved in responding to the discovery.

3.    The deposition testimony of the D&Z corporate representative is likely to be used in support of and/or in opposition to the multiple dispositive motions expected to be filed by the parties. The Rule 30(b)(6) deposition of D&Z is tentatively scheduled for September 25, 2007. Therefore, the parties request that the deadlines for filing, responding, and replying to dispositive motions be extended as follows:

| | |
|---|---|
| Dispositive motions | To be filed on or before October 8, 2007 |
| Oppositions | To be filed on or before November 12, 2007 |
| Replies | To be filed on or before December 10, 2007 |

4.    All parties join in and consent to this motion.

WHEREFORE, defendants United States of America, General Services Administration, Consolidated Engineering Services, Inc., third-party defendant Day & Zimmerman Services, Inc., and plaintiffs Natalie T. Hsieh and Matthew M. Hsieh

respectfully request that the Order of May 11, 2007 setting the briefing schedule for dispositive motions be amended.

Respectfully Submitted,

/s/ David D. Hudgins
David D. Hudgins (D.C. Bar # 362451)
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, VA 22314
Tel: (703) 739-3300
Fax: (703) 739-3700
*Counsel for Defendant/Third-party Plaintiff*
*Consolidated Engineering Services, Inc.*

/s/ Karen L. Melnik
Karen L. Melnik (D.C. Bar # 436452)
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Tel: (202) 307-0338
Fax: (202) 514-8780
*Counsel for Federal Defendants*

/s/ Mary Malloy Dimaio
Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
Tel: (410) 769-8100
Fax: (410) 769-8344
*Counsel for Third-party Defendant Day &*
*Zimmerman Services, Inc.*

/s/ Robert B. Adams
Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
*Counsel for Plaintiffs Natalie T. Hsieh and*
*Matthew M. Hsieh*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., ) | |
| ) | Civil Action No. 1:06-cv-01218 |
| Plaintiffs, ) | (CKK/JMF) |
| ) | |
| v. ) | Next event:    September 7, 2007 |
| ) | Dispositive Motions |
| UNITED STATES OF AMERICA, et al., ) | Deadline |
| Defendants. ) | |
| ) | |
| CONSOLIDATED ENGINEERING ) | |
| SERVICES, INC., defendant and ) | |
| third-party plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAY & ZIMMERMAN ) | |
| SERVICES, INC., third-party defendant. ) | |

### ORDER

UPON CONSIDERATION of the Motion of All Parties to Amend Scheduling Order Regarding Dispositive Motions, the record herein, and the lack of any opposition thereto; it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Order of May 11, 2007 setting the briefing schedule for dispositive motions be and hereby is amended as follows:

| | |
|---|---|
| Dispositive motions | To be filed on or before October 8, 2007 |
| Oppositions | To be filed on or before November 12, 2007 |
| Replies | To be filed on or before December 10, 2007 |

1

SO ORDERED.

                                                  _____

                                                  Colleen Kollar-Kotelly
                                                  United States District Judge

cc:

David D. Hudgins (D.C. Bar # 362451)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA  22314

Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204

Karen L. Melnik (D.C. Bar # 436452)
Assistant United States Attorney
555  4th Street, NW, Rm. E 4112
Washington, DC  20530

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA  22102

2