UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATALIE T. HSIEH, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:06-cv-01218 |
| ) | (CKK/JMF) |
| v. ) | |
| ) | Next event: September 7, 2007 |
| UNITED STATES OF AMERICA, et al., ) | Dispositive Motions |
| ) | Deadline |
| Defendants. ) | |
| ) | |
| CONSOLIDATED ENGINEERING ) | |
| SERVICES, INC., defendant and ) | |
| third-party plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAY & ZIMMERMAN ) | |
| SERVICES, INC., third-party defendant. ) | |

## PRAECIPE

Please attach the following Certificate of Service that was inadvertently omitted from Docket Number 57.

           Respectfully Submitted,

           /s/ David D. Hudgins
           David D. Hudgins (D.C. Bar # 362451)
           HUDGINS LAW FIRM, P.C.
           515 King Street, Suite 400
           Alexandria, VA 22314
           Tel: (703) 739-3300
           Fax: (703) 739-3700
           *Counsel for Defendant/Third-party Plaintiff*
           *Consolidated Engineering Services, Inc.*

/s/ Karen L. Melnik
Karen L. Melnik (D.C. Bar # 436452)
Assistant United States Attorney
555  4th Street, NW
Washington, DC  20530
Tel:  (202) 307-0338
Fax:  (202) 514-8780
*Counsel for Federal Defendants*

/s/ Mary Malloy Dimaio
Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
Tel:  (410) 769-8100
Fax:  (410) 769-8344
*Counsel for Third-party Defendant Day & Zimmerman Services, Inc.*

/s/ Robert B. Adams
Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA  22102
*Counsel for Plaintiffs Natalie T. Hsieh and Matthew M. Hsieh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 27th day of August 2007 to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

*Counsel for Federal Defendants*

Robert B. Adams
Timothy Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102

*Counsel for Plaintiffs*

Mary Malloy Dimaio
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204

*Counsel for Third-party Defendant Day & Zimmerman Services, Inc.*

/s/ David D. Hudgins
David D. Hudgins