## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 27th day of August 2007 to:

| | |
|---|---|
| Karen L. Melnik<br>Assistant United States Attorney<br>555 4th Street, NW<br>Washington, DC 20530 | Mary Malloy Dimaio<br>Maher & Associates<br>Nottingham Center, Suite 410<br>502 Washington Avenue<br>Towson, MD 21204 |
| *Counsel for Federal Defendants* | *Counsel for Third-party Defendant Day & Zimmerman Services, Inc.* |
| Robert B. Adams<br>Timothy Obitts<br>Gammon & Grange, P.C.<br>8280 Greensboro Drive, 7th Floor<br>McLean, VA 22102 | |
| *Counsel for Plaintiffs* | |

/s/ David D. Hudgins
David D. Hudgins