EXHIBIT 1

| SOLICITATION, OFFER AND AWARD | | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING DO- | PAGE | OF PAGES |
|---|---|---|---|---|---|---|
| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) X NEGOTIATED (RFP) | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. | | |
| GS-11P-01-YMC0085 | GS-11P-01-YMC-0085 | | 5/25/2001 | WPO 01 0044 | | |

7. ISSUED BY  CODE
GSA, HOTD
CENTRAL HEATING AND REFRIGERATION PLANT
13TH AND C STREETS, SW
WASHINGTON, DC 20405

8. ADDRESS OFFER TO (If other than Item 7)
GSA, HOTD
CENTRAL HEATING AND REFRIGERATION PLANT
13TH AND D STREETS, SW
WASHINGTON, DC 20405

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 2 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository until 2:00 PM local time

CAUTION — LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION
A. NAME: GREG WESTPHAL
B. TELEPHONE (NO COLLECT CALLS) — AREA CODE 202 NUMBER 708-4895 EXT.
C. E-MAIL ADDRESS: greg.westphal@gsa.gov

### 11. TABLE OF CONTENTS

| (✓) | SEC | DESCRIPTION | PAGE(S) | (✓) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I – THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-44 | X | I | CONTRACT CLAUSES | 45-76 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 2 | | | PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | 45-76 |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 3-16 | X | J | LIST OF ATTACHMENTS | 77-104 |
| X | D | PACKAGING AND MARKING | 17-26 | | | PART IV – REPRESENTATIONS AND INSTRUCTIONS | 77-104 |
| X | E | INSPECTION AND ACCEPTANCE | 27-28 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 105-138 |
| X | F | DELIVERIES OR PERFORMANCE | 29-32 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 33-34 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 105-116 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 35-38 | X | M | EVALUATION FACTORS FOR AWARD | 117-136 |
| | | | 39-44 | | | | 137-138 |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within * 120 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|

14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| 0001 | 07/06/01 | 0004 | 07/10/01 |
| 0002 | 07/10/01 | | |
| 0003 | 07/10/01 | | |

15A. NAME AND ADDRESS OF OFFEROR
CAGE CODE: 0ZKS5
Day & Zimmermann Inc. dba
Day & Zimmermann Services
1818 Market Street, 10th Floor
Philadelphia, PA 19103
FACILITY
DUNS NO.: [redacted]

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
**Gary A. Wittie, Vice President**

15B. TELEPHONE NUMBER — AREA CODE 215 NUMBER 299-2293 EXT.

15C. ☒ CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE

17. SIGNATURE /s/ Gary A. Wittie

18. OFFER DATE: 07/23/01

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED
ALL ITEMS ACCEPTED

20. AMOUNT
$1,816,264.82

21. ACCOUNTING AND APPROPRIATION
P11642224.192X.P1121020.61.26.A42.621.DC0400ZZ

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)(   )    ☐ 41 U.S.C. 253(c)(   )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM 8

24. ADMINISTERED BY (If other than Item 7)  CODE
SAME AS BLOCK #7

25. PAYMENT WILL BE MADE BY  CODE
GSA/FINANCE DIVISION
819 TAYLOR STREET   FORTH WORTH   TX 76102

26. NAME OF CONTRACTING OFFICER (Type or print)
Michael J. Vrobel

27. UNITED STATES OF AMERICA
/s/ Michael J. Vrobel (Signature of Contracting Officer)

28. AWARD DATE: 1/8/02 (?)

IMPORTANT — Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.
AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (Rev 9-97)
Prescribed by GSA – FAR (48 CFR) 53.214(c)