EXHIBIT 2

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE 1 OF PAG... |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| PA04 | Aug 30, 2004 | | |

**6. ISSUED BY** CODE WPC

GSA
HOTD Service Delivery Team
13th & C Sts. S.W.
Washington, DC 20407

Aliza Y. Brown    (202) 690-9711

**7. ADMINISTERED BY** (If other than Item 6)   CODE

SEE BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and ZIP Code)

Vendor ID:
DUNS:

Day & Zimmermann Svcs
1818 Market St
10th Floor
Philadelphia PA 19103-3672

CAGE:

(X)
| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. GS-11P-02-YMC-0085 |
| | 10B. DATED (SEE ITEM 13) Mar 21, 2002 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

US 0.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). (such as changes in paying office, appropriation date, etc.) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**IMPORTANT:** Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

**DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

-----------Contract number GS-11P-02-YMC-0085-----------

This contract number GS-11P-02-YMC-0085 for providing maintenance and repair services for the GSA Steam Distribution Tunnels is hereby modified to novate the contract, in accordance with the attached novation agreement dated July 19, 2004, as follows:

Day and Zimmermann Services, Inc.
1818 Market Street - 10th floor

[E]xcept as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| William R. Holmes, President | Michael Trebel Contracting Officer (202) 708-7803 |
| 15B. CONTRACTOR/OFFEROR [signature] | 16B. UNITED STATES OF AMERICA BY [signature] |
| 15C. DATE SIGNED 08/27/2004 | 16C. DATE SIGNED 8/27/04 |

STANDARD FORM 30

| SF 30 Continuation of Block 14 Narrative | PAGE | OF PAGES |
|---|---|---|
| | 2 | 2 |

Philadelphia, PA 19103
DUNS No ███████
CAGE/NCAGE-1WSV6

is hereby transferred to:

Consolidated Engineering Services, Inc.
320 23rd Street South, Suite 100
Arlington, VA 22202
DUNS No ███████
CAGE/NCAGE Code-085P7

Novation is effective August 30, 2004

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

## EXHIBIT 7.01(f)(ii)

## NOVATION AGREEMENT

DAY & ZIMMERMANN SERVICES, INC. ("Transferor"), a corporation duly organized and existing under the laws of Maryland with its principal office in Philadelphia, Pennsylvania; CONSOLIDATED ENGINEERING SERVICES, INC. ("Transferee"), a corporation duly organized and existing under the laws of Maryland with its principal office in Arlington, Virginia; and the UNITED STATES OF AMERICA ("Government") enter into this Agreement as of July 9, 2004.

(a) THE PARTIES AGREE TO THE FOLLOWING FACTS:

(1) The Government, represented by various Contracting Officers of the General Services Administration, has entered into a certain contract with the Transferor, namely: Facilities Support Services for the Heating, Operation and Transmission District (Contract Number: GS-11P-01-YMC0085 ("Contract"). The term "Contract" as used in this Agreement, means the above contract and related purchase orders, including all modifications to the Contract, made between the Government and the Transferor before the effective date of this Agreement (whether or not performance and payment have been completed and releases executed if the Government or the Transferor has any remaining rights, duties, or obligations under the Contract related purchase orders). Included in the term "Contract" are also all modifications made under the terms and conditions of the Contract and related purchase orders between the Government and the Transferee, on or after the effective date of this Agreement.

(2) Effective the date of the execution of this Agreement by all parties, the Transferor has transferred to the Transferee certain assets, including the Contract, of the Transferor ("Purchased Assets") by virtue of an Asset Purchase Agreement between the Transferor and the Transferee.

(3) The Transferee has acquired the Purchased Assets o the Transferor by virtue of the above transfer.

(4) The Transferee has assumed all obligations and liabilities of the Transferor under the Contract by virtue of the above transfer.

(5) The Transferee is in a position to fully perform all obligations that may exist under the Contract.

(6) It is consistent with the Government's interest to recognize the Transferee as the successor party to the Contract.

(7) Evidence of the above transfer has been filed with the Government.

(b) IN CONSIDERATION OF THESE FACTS, THE PARTIES AGREE THAT BY THIS AGREEMENT--

(1) The Transferor confirms the transfer to the Transferee, and waives any claims and rights against the Government that it now has or may have in the future in connection with the Contract.

(2) The Transferee agrees to be bound by and to perform the Contract in accordance with the conditions contained in the Contract. The Transferee also assumes all obligations and liabilities of, and all claims against, the Transferor under the Contract as if the Transferee were the original party to the Contract.

(3) The Transferee ratifies all previous actions taken by the Transferor with respect to the Contract, with the same force and effect as if the action had been taken by the Transferee.

(4) The Government recognizes the Transferee as the Transferor's successor in interest in and to the Contract. The Transferee by this Agreement becomes entitled to all rights, titles, and interests of the Transferor in and to the Contract as if the Transferee were the original party to the Contract. Following the effective date of this Agreement, the term "Contractor," as used in the Contract, shall refer to the Transferee.

(5) Except as expressly provided in this Agreement, nothing in it shall be construed as a waiver of any rights of the Government against the Transferor.

(6) All payments and reimbursements previously made by the Government to the Transferor, and all other previous actions taken by the Government under the Contract, shall be considered to have discharged those parts of the Government's obligations under the Contract. All payments and reimbursements made by the Government after the date of this Agreement in the name of or to the Transferor shall have the same force and effect as if made to the Transferee, and shall constitute a complete discharge of the Government's obligations under the Contract, to the extent of the amounts paid or reimbursed.

(7) The Transferor and the Transferee agree that the Government is not obligated to pay or reimburse either of them for, or otherwise give effect to, any costs, taxes, or other expenses, or any related increases, directly or indirectly arising out of or resulting from the transfer or this Agreement, other than those that the Government in the absence of this transfer or Agreement would have been obligated to pay or reimburse under the terms of the Contract.

(8) The Transferor guarantees payment of all liabilities and the performance of all obligations that the Transferee (i) assumes under this Agreement or (ii) may undertake in the future should the Contract be modified under their terms and conditions. The Transferor waives notice of, and consents to, any such future modifications.

(9) The Contract shall remain in full force and effect, except as modified by this Agreement. Each party has executed this Agreement as of the day and year first above written.

UNITED STATES OF AMERICA,
By _____ 8/5/04
Title _____Contracting Officer_____

DAY & ZIMMERMANN SERVICES, INC.,
By _____
Title _____President_____

[CORPORATE SEAL]

CONSOLIDATED ENGINEERING SERVICES, INC.
By _____
Title _____President_____

[CORPORATE SEAL]

### Certificate

I, Gregory S. Hill, certify that I am the Secretary of DAY & ZIMMERMANN SERVICES, INC.; that Lawrence Ames, who signed this Agreement for this corporation, was then President of this corporation; and that this Agreement was duly signed for and on behalf of this corporation by authority of its governing body and within the scope of its corporate powers. Witness my hand and the seal of this corporation this 14th day of July, 2004.

By _Gregory S. Hill_
[corporate seal]


### Certificate

I, Philip D. Sayers, certify that I am the Secretary of CONSOLIDATED ENGINEERING SERVICES, INC.; that Johnna S. Spera, who signed this Agreement for this corporation, was then President of this corporation; and that this Agreement was duly signed for and on behalf of this corporation by authority of its governing body and within the scope of its corporate powers. Witness my hand and the seal of this corporation this 12th day of July, 2004.

By _[signature]_
[corporate seal]