# EXHIBIT 4

Westphal

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - -

NATALIE T. HSIEH, et al.,

       Plaintiffs                Civil Action No.
                                      06cv1218(CKK)

       v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

       Defendants

                                Washington, DC

                            Tuesday, March 27, 2007

Deposition of GREG WESTPHAL, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

### Page 18

1  contract?
2      A  Yes.
3      Q  Was that a written contact every month?
4      A  Yes.
5      Q  Who did that go to?
6      A  We ended up using an on-line database that
7  we can go look up any time we wanted to, and they would
8  also e-mail us the report.
9      Q  So all those reports exist in cyberspace
10  someplace?
11      A  Right.
12      Q  We haven't seen, maybe Ms. Melnik has it,
13  we haven't seen beneath the surface of manhole 42, what's
14  under this?
15      A  Piping, isolation valves, at least one trap
16  station, expansion joints, sump pit.
17      Q  What's an isolation valve?
18      A  It isolates either the steam or condensate
19  line.
20      Q  What's a trap station?
21      A  Trap station allows removal of the
22  condensate from the steam line. If you'd like an

### Page 19

1  explanation.
2      Q  Cleans up the steam?
3      A  Yes. Anything gets removed out of what we
4  call drip legs or dirt pockets. Steam and water don't
5  mix very well. They're very unfriendly to each other.
6  We move the water out through the trap station.
7      Q  Cleaner the steam is, the hotter it is, and
8  the better?
9      A  No. It just prevent problems, if you will.
10      Q  Okay. So, basically, this is designed to
11  heat the Hoover building in this particular instance?
12      A  It also continues north to two other
13  buildings.
14      Q  Now, while Dan Zimmerman had this contract,
15  what, if any, particular problems were there, chronic
16  problems with manhole 42, if any?
17      A  This is 2004?
18      Q  Early 2002 through, you know, mid 2004.
19      A  None, that I recall.
20      Q  There was an allegation in the litigation
21  that GSA was aware of water from somewhere getting into
22  that manhole, causing problems. Do you recall that? For

### Page 20

1  at least a year or two before the incident we're here
2  for.
3      A  Not that manhole.
4      Q  What manholes are adjacent to or close to
5  42? Looks like 45 and 46?
6      A  40, 41, they are on the other side of
7  Pennsylvania Avenue, on the south side. 43, 44, 45, 46
8  going north on 10th Street.
9      Q  Okay. So it's your testimony that you
10  don't recall any particular problems with water entering
11  manhole 42 that was of significance before CES came on
12  board?
13      A  No.
14      Q  While Dan Zimmerman was involved, do you
15  recall there being any allegation of personal injuries
16  from steam emanating from the manholes involved with the
17  steam distribution complex?
18      A  What was the first part of that question?
19      Q  While Dan Zimmerman had the contract, do
20  you recall there being any allegations of personal
21  injuries by people on the sidewalk near these manholes?
22      A  We've had a couple cases. I don't remember

### Page 21

1  if it was during Dan Zimmerman's tenure on the contract
2  or after.
3      Q  Fair enough. Take a look, if you would,
4  sir, at what I marked as Exhibit 3, novation agreement.
5  Have you seen this before?
6      A  Yes.
7      Q  Were you involved in the execution of this
8  document?
9      A  Yes.
10      MR. HICKEY: What exhibit are you on?
11      MR. ADAMS: This is No. 3.
12  BY MR. ADAMS:
13      Q  As I understand, this is Consolidated
14  Engineering assuming the contract that we discussed
15  earlier with Dan Zimmerman?
16      A  Yes.
17      Q  Looks like the date of the agreement is
18  July 9, 2004. That's in the first paragraph, and then
19  looks like it's the signature from United States of
20  America at 8-5-04. Is that the general time frame, to
21  the best of your knowledge, when this deal was done?
22      A  Yes.

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

## 102

1  MS. MELNIK: When do I get a turn? Do I go now,
2  or do you?
3  MR. ADAMS: No. You go.
4  EXAMINATION BY COUNSEL FOR DEFENDANT
5  BY MS. MELNIK:
6  Q  With respect to, maybe you answered this,
7  the difference between a high side valve and a blowdown
8  valve, what's the difference, if any?
9  A  A high side valve isolates the trap station
10 from the steam, isolates the steam from going through the
11 trap station. A blowdown valve allows steam and
12 condensate to be ejected from the trap station during
13 a -- during reenergizing the steam line.
14 Q  And are both the high side valve, a
15 blowdown valve a part of the assembly, as you refer to
16 it?
17 A  Right. They're both part of the trap
18 station assembly.
19 Q  And are both the hide side valve or the
20 blowdown valve equipment that CESI was responsible for in
21 terms of repair, maintenance, inspection?
22 MR. HICKEY: Object to the form of the question.

## 103

1  THE WITNESS: Yes.
2  BY MS. MELNIK:
3  Q  You were asked questions about a boiler
4  system and the steam distribution center.
5  A  System.
6  Q  System, sorry.
7  Why is that considered -- why do you consider
8  that two different systems?
9  A  A boiler system is governed under different
10 ASME code versus a steam distribution system.
11 Q  And dare I ask, what ASME is?
12 A  American Society of Mechanical Engineers.
13 Q  And why is that significant to you?
14 A  Their code, the code for boilers has
15 different requirements as opposed to those for steam
16 distribution systems, referred to as power piping.
17 Q  And I know you -- I can't ask you to recall
18 every requirement, but when you're talking about
19 requirement, give me a sense of what you mean by that.
20 A  Types of equipment, how it's operated,
21 various things.
22 (Whereupon there was an interruption).

## 104

1  (Whereupon a discussion was held off
2  the record).
3  BY MR. HICKEY:
4  Q  Mr. Westphal, did you ever go into manhole
5  42 in the month of September of 2004?
6  A  Not that I remember.
7  Q  Do you have firsthand -- any firsthand
8  knowledge of who -- of whether Harry Washington or John
9  Bright -- do you have firsthand knowledge of whether or
10 not they themselves went into that manhole?
11 A  No.
12 MS. MELNIK: Give us a moment.
13 BY MS. MELNIK:
14 Q  Mr. Westphal, generally speaking, is GSA,
15 are they obligated or have a duty to supervise the
16 day-to-day operations that CESI performs?
17 A  No.
18 MR. HICKEY: Objection to the form of the
19 question. Calls for a legal interpretation of the
20 contract.
21 MS. MELNIK: All right.
22 FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS

## 105

1  BY MR. ADAMS:
2  Q  I just have a couple questions.
3  You testified, Mr. Westphal, and I don't
4  remember exactly the reason, but apparently there was a
5  preference in your office for these Watson McDaniel traps
6  as opposed to the Yarway. Did I understand you
7  correctly?
8  A  We changed our preferred trap.
9  Q  Was there any safety consideration involved
10 in that preference?
11 A  No.
12 Q  Was your steam distribution system, is it
13 inspected by the District of Columbia government?
14 A  No.
15 Q  So you have no -- GSA has no obligation
16 with regard to that system to report to DC or any
17 oversight by DC with respect to the system?
18 A  No.
19 Q  At the point IN time we're talking about,
20 back in September of 2004, did Mssrs. Bright and
21 Washington, did they keep time sheet? Is there
22 documentation tracking what they do on a daily basis?