# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NATALIE T. HSIEH, et al.,

        Plaintiffs        Civil Action No.
                              06cv1218(CKK)

     v.

CONSOLIDATED ENGINEERING
SERVICES, INC., et al.,

        Defendants

                            Washington, DC
                         Tuesday, March 27, 2007

Deposition of JOHN D. BRIGHT, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

Page 22

1   action here. Whose description was this?
2       A   I don't know who put that down there.
3       Q   Who else's signature is on this?
4       A   Steven Williford.
5       Q   And is he a field guy, or is he more of an
6   officer?
7       A   He's a director.
8       Q   Do you know, do you have an opinion as to
9   whether it's likely that he actually prepared this
10  description?
11      A   I wouldn't know.
12      Q   Does he have any technical background, if
13  you know?
14      A   I don't know.
15      Q   Patricia Gretsky-Williams, she's a safety
16  person. Is that who she is, if you know?
17      A   It says so, I guess.
18      Q   Do you know if she has a steam fitter or
19  pipe fitter experience?
20      A   Not that I know of.
21      Q   This description, are you sure that wasn't
22  yours, or you just don't remember?

Page 23

1       A   No, it wasn't mine.
2       Q   But you don't know whose it was?
3       A   No, I do not.
4       Q   Description says, shut down steam and
5   replace piping on high side trap valve. Pipe weld
6   started looking either early Saturday morning, late
7   Friday night.
8           Is that consistent with what you thought had
9   happened on the 11th or the 12th?
10      A   Is that consistent with what I thought
11  happened?
12      Q   Yeah. You told us what you felt when you
13  were first told what was going on. This seems to have
14  been a day or two later. Is that description consistent
15  with what you understood had happened?
16      A   Yeah. I guess.
17      Q   Okay. Were you aware of water being
18  pumped out of the manhole 42 several times and a few days
19  before this incident we're talking about here?
20      A   No.
21      Q   Is that something you recall being aware
22  of?

Page 24

1       A   No.
2       Q   Is this something you necessarily would
3   have been aware of?
4       A   No.
5       Q   Is the inspection of these, the manholes
6   including 42 and the removal of water that's found at the
7   inspection, is that something CESI typically did on their
8   own?
9           MR. HICKEY: Objection. Lack of foundation.
10          MS. MELNIK: You can answer.
11          THE WITNESS: Yes.
12  BY MR. ADAMS:
13      Q   Would they have to call you to pump out
14  water they found in these manholes upon inspecting them?
15      A   No.
16      Q   Mr. Bright, some of these work orders we've
17  marked as exhibits, and I'll have you look at 8 as an
18  example. Not going to go through all these. Take a look
19  at Exhibit 8. Here you go. This is a work order, this
20  is a GSA work order?
21      A   Yes, it is.
22      Q   And down in the middle of this one, for

Page 25

1   instance, it was a J. Bright, so this is something that
2   reflects your involvement in whatever was going on in
3   this?
4       A   (Nods head).
5           MS. MELNIK: You have to answer yes or no.
6           THE WITNESS: Yes.
7   BY MR. ADAMS:
8       Q   Did CESI have its own work orders, similar
9   form that they used?
10      A   No.
11      Q   I'm sorry?
12      A   No, they used this.
13      Q   Let me just show you. What we've had
14  marked here today as Exhibit 26, which appears to me to
15  be the same form, is that a similar form to No. 8? We
16  only have one copy of that. Is that the same form?
17      A   Yes.
18      Q   Now, this has no work order number, which
19  leads me to believe that this is a CE -- Consolidated
20  Engineering form rather than a GSA form. Do you know if
21  that's the case?
22      A   I don't know.

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

**30**

BY MR. ADAMS:
Q  I've been told within the last three weeks that there were three of these chimneys on manholes in the same area we're talking about today. Are there three of these out there now?
A  There's one on manhole 42 and two at 41.
Q  What's going on? Why is there still a problem?
A  Steam coming out of the hole.
Q  Steam caused by what?
A  Water.
Q  Is there water leaking into the system?
A  Yes.
Q  Is that a recurring continuous problem at this point in time?
A  Yes, it is.
Q  And how long has it been a problem?
A  I don't know. It's been a problem for a while.
Q  Years, months?
A  I don't know.
Q  Was it a problem in general at the time

**31**

this incident took place in September 2004?
A  No, not really, no.
Q  Why has it become a problem, if you know?
A  It's a problem in certain areas, but wasn't a problem in this area.
Q  It's a problem in that area now, right?
A  Yes.
Q  And what is the genesis of the problem? What's causing this? Where's the water coming from?
A  I have no idea.
Q  Who does have an idea, if you know?
A  I don't know anybody could tell you where it's coming from.
Q  What's being done about it? Is that something you're involved with?
A  We're putting up these chimneys and pumping the holes. That's what we're doing.
Q  Okay. And you, you mean GSA people?
A  Yes.
Q  And that's because Consolidated Engineering's contract is up? They're no longer involved?

**32**

A  In the contract, yes.
Q  And was this pumping, routine pumping going on when they still had the contract as of a few weeks ago?
A  Yes.
MS. MELNIK: Wait. Just answer. He answered in the middle of your question again. What was the answer to the last question?
THE WITNESS: Yes.
BY MR. ADAMS:
Q  There are how many chimneys in this general vicinity now, three?
A  In this general vicinity there's one at 42, there's two at 41, which is across Pennsylvania Avenue.
Q  And how long have those chimneys been in place?
A  I have no idea. Six months.
Q  And has the source of the problem been isolated and action being taken to resolve it?
A  No, it has not.
Q  Who's been looking into that?
A  All we can do is pump the water and put up

**33**

these chimneys to prevent people from getting burnt.
Q  I understand Mr. Bright, but I'm assuming as a taxpayer that somebody is looking into the source of this problem, and there are some attempts being made to not only determine its origin but to cure it so we don't have this steam flying all over the place.
A  I take the water samples, and I send them away to our chemist. He comes back and tells me it's not condensate, which is my problem. He tells me it's either city water or leakage into it from standing water around.
Q  And all you really can do is pump it out and hope it doesn't come back, right?
A  Yes.
Q  It's not your job -- I'm not being critical -- it's not your job to go beyond doing what you're doing?
A  Right.
Q  Again, if I asked this, I'm sorry, but do you know of anybody at GSA or anybody who is looking a little deeper into this problem other than just the media lashing that you folks are taking?
A  No. Yes, I'm sure someone is, but I'm not.

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

**Page 34**

1  Q  Take a look, if you would, at photograph
2  21. Do you know who this fellow in the middle of the
3  bottom photograph is?
4  A  Yes.
5  Q  What's his name?
6  A  Pat Nichols.
7  Q  Who is Mr. Nichols?
8  A  He is the foreman for Consolidated now.
9  Q  Have you ever spoken with him about this
10 incident we're talking about here?
11  A  This one?
12  Q  Yeah.
13  A  No.
14  Q  Are these other two people, do you know
15 them to be Consolidated Engineering people?
16  A  Yes. I know that by the uniform.
17  Q  There you go.
18  Mr. Bright, if there was a recurrent water
19 accumulation problem such as you're having now, that
20 manhole 42 required constant pumping before the incident
21 we're here for, who at GSA should have been notified by
22 Consolidated Engineering?

**Page 35**

1  A  Say it again.
2  Q  I'm asking you to assume that there was the
3 same kind of recurrent water problem that you're having
4 now at manhole 42 before this incident on September 11,
5 2004. If that were the case, and CESI's people were out
6 there removing water on a regular basis, who at GSA
7 should have been made aware of that?
8  MR. HICKEY: Object to the form of the
9 question. It's hypothetical, asking him to speculate,
10 and not based on any factual information in this case.
11  MS. MELNIK: I'll join the objection.
12 BY MR. ADAMS:
13  Q  You're familiar with the situation. Who at
14 GSA would have been notified or should have been
15 notified? You can answer the question.
16  A  Me. I would have been notified if it was
17 constant.
18  Q  Would you have been more likely to be
19 notified, or were you the more appropriate person than
20 Washington, or are the two of you kind of --
21  A  We're about equal.
22  Q  But the two of you would have been more

**Page 36**

1 likely to have been notified than Williford, for
2 instance?
3  A  Yes.
4  Q  And who was the manager of the steam
5 distribution at that time? Was it Westphal, Greg
6 Westphal?
7  A  Greg Westphal is my director, yes.
8  Q  Before that it was Joel Klotz?
9  A  Yes.
10  Q  Do you recall if you were in fact notified
11 by CESI or anybody of a recurrent water accumulation
12 problem at manhole 42 before this incident?
13  A  No.
14  Q  You're pretty sure about that?
15  A  Yes.
16  MR. ADAMS: I have nothing else.
17  MR. HICKEY: Are you done?
18  MR. ADAMS: I'm done.
19  EXAMINATION BY COUNSEL FOR DEFENDANT
20 BY MR. HICKEY:
21  Q  Mr. Bright, my name is Bill Hickey. I
22 represent CES in this case. Let me ask you a couple

**Page 37**

1 questions.
2  I think you said, if I understand your
3 testimony, this chimney that you identified on Exhibit
4 No. 20, that's been there only for about six months or
5 so, right?
6  A  I said that three were there for six
7 months.
8  Q  Well, there's that one and two others?
9  A  Yes.
10  Q  They weren't there a year ago, for
11 instance?
12  A  Not that I'm aware of.
13  Q  Okay. The reason they weren't there a year
14 ago was there was no problem?
15  A  That's correct.
16  Q  Now, you were also asked by Mr. Adams that
17 you would be the person notified if there was recurrent
18 problems of water leaking into the manholes, particularly
19 42, right?
20  A  Yes.
21  Q  You work with these guys every day, right?
22  MS. MELNIK: Who are these guys?