
# EXHIBIT 6

IQ 1 °T

# Work Order

~~needs more work~~

3945 Job #

Status: ███████
Safety: .F.
Component Number: ███████
Work Order Number: Y04001500
Building Number: 11020165
Location: Manholes on 10th ST.
Date Scheduled: 09/01/04

Work Requested: Put the traps back in service on 10th ST and also pump manholes as needed.

Action Taken: *Pumped out and closed blow down valves at MH'S 46 45 42*

Time Issued: 13:32
Account Number:
Priority: 5
Date Issued: 09/01/04
Sub Account:
Shop: SD
Date Completed: / /
Category:
Assigned To: Cons-P

3945
ZIK

Requested By: J. Bright
Phone: 337-6260

Due Date: 09/01/04

Reimbursement Classification:

Total Time:   0.00
Labor Cost:   0.00
Material Cost:   0.00

Date: 9/7/04

Sign: *James Cherry*

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
|  | Cherry | 3 |  | 9-7-04 |
|  | Peck | 3 |  | 9-7-04 |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|
|  |  |  |  |  |

*Closed DDB 9/7/04 JY*
*04-02-05 dg*
*Closed QB/C 9/7/04*

000174