EXHIBIT 7

# Work Order

**Status:** Complete  
**Work Order Number:**  
**Location:** 10th at Hoover (N of PA)  

**Safety:** F  
**S02-0530**  

**Component Number:**  
**Building Number:**  
**Date Scheduled:** 9/9/04  

**Work Requested:**

**Action Taken:** pump out mh 42

**Time Issued:**  
**Date Issued:** 9/9/04  
**Date Completed:** 9/9/04  

**Account Number:**  
**Sub Account:**  
**Category:**  

**Priority:**  
**Shop:**  
**Assigned To:**  

**Requested By:**  
**Phone:**  

**Reimbursement Classification:**

**Due Date:** 9/9/04

**Total Time:**  **Labor Cost:**  **Material Cost:**

**Sign:** [signature]  **Date:** 9/9/04

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
|  | Andre |  |  |  |
|  | Mite |  |  |  |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|



Δ π EXHIBIT 26  
Deponent: Westphal  
Date: 3-27-07

000169

**OPENSHAW/D&Z 000032**