# EXHIBIT 8

Case 1:06-cv-01218-CKK    Document 59-10    Filed 09/07/2007    Page 1 of 5

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - - - - x

NATALIE T. HSIEH, et al.,          :

    Plaintiffs,                    :

    v.                             : CASE NO. 1:06-cv-01218-CKK

CONSOLIDATED ENGINEERING          :

  SERVICES, INC., et al.,         :

    Defendants.                    :

- - - - - - - - - - - - - - - - x

                  Rockville, Maryland

                  Tuesday, April 3, 2007

DEPOSITION OF:

                  MATTHEW HSIEH

called for examination by counsel for the Defendant

Consolidated Engineering Service, Inc., pursuant to

notice, taken at the law offices of William J. Hickey,

33 Wood Lane, Rockville, Maryland, commencing at 11:07

a.m., before Maureen S. Bennie, a Notary Public in and for

the State of Maryland, when were present on behalf of the

respective parties:

Page 22

1 Was it cloudy, was it sunny, was it rainy, was it cold,
2 was it hot?
3   A   It was a pretty nice day. It was sunny. The
4 temperature was in the 70s, and I think all of us were in
5 our shorts and short sleeves.
6   Q   Do you recall what the weather was two or three
7 days before that? Do you have any recollection?
8   A   No.
9   Q   Okay. You were with a Natalie Naoko?
10  A   Naoko, yes.
11  Q   So it was you, Natalie and your daughter
12 Natalie?
13  A   There's only three of us; myself, Naoko and my
14 daughter.
15  Q   Right. They both happen to have the same name,
16 Natalie?
17  A   No.
18  Q   Really?
19  A   No.
20  Q   What is Naoko's name?
21  A   That's her name.
22  Q   And what is your daughter's name?

Page 23

1   A   Natalie.
2   Q   Okay. Who is she?
3   A   She's a friend of my wife's.
4   Q   And you said in your Answers to Interrogatories
5 that she was visiting Washington, D.C.?
6   A   Yes.
7   Q   Was she staying with you --
8   A   Yes.
9   Q   -- in your house?
10  A   Yes.
11  Q   Where was your wife that morning?
12  A   She was at work.
13  Q   Was this part of her part-time work?
14  A   Yes.
15  Q   And how did you get to the city? Did you take
16 Metro or did you drive?
17  A   We drove.
18  Q   And did you walk from the Spy Museum to the FBI
19 Building?
20  A   Yes.
21  Q   And how was your daughter Natalie being
22 transported?

Page 24

1   A   In a stroller.
2   Q   Do you know the make or the model of that
3 stroller?
4   A   No.
5   Q   Can you describe it? Was it plastic or metal or
6 what?
7   A   It's got a metal frame. It's commonly referred
8 as an umbrella stroller and it's got a cloth seat she sits
9 on.
10  Q   It folds up?
11  A   It folds up.
12  Q   And how old was she in September '04?
13  A   She was born in '01, so three-and-a-half, three.
14  Q   Three to three-and-a-half?
15  A   Right.
16  Q   Could she walk? She could walk, right?
17  A   Yes.
18  Q   It was just more convenient to push her in the
19 carriage, right, stroller?
20  A   Yes.
21  Q   So if I understand you correctly, you left the
22 Spy Museum and you walked along the streets and you were

Page 25

1 headed to the FBI Building that morning, correct?
2   A   Yes.
3   Q   Did you make any stops in between?
4   A   No.
5   Q   Your intent -- what was your intent when you
6 went to the FBI Building?
7   A   Just to visit the FBI Building.
8   Q   Did you have a pass? Were you going to go
9 inside and that sort of thing?
10  A   The friend wanted a picture right in front of
11 the FBI Building, so we went there mainly for that.
12  Q   Did you go in the building at all?
13  A   No.
14  Q   Did you actually take the picture before this
15 incident occurred?
16  A   Yes.
17  Q   Do you have that picture?
18  A   No. I took a picture of our friend. I don't
19 think we were in the picture.
20  Q   So you didn't take a -- she didn't take a
21 picture of you and Natalie or anything, right?
22  A   I don't think so, but I don't remember.

Page 38

1  (Whereupon, Hsieh Exhibit Nos.
2  2 and 3 were previously marked
3  for identification.)
4  BY MR. HICKEY:
5  Q  Again, can you identify which steam grate may
6  have been the one over which you pushed your daughter that
7  resulted in the burn?
8  A  No.
9  Q  If I didn't ask you, I'm going to ask you now.
10 How did your daughter sustain the injury or the burns to
11 her body?
12 A  Can you rephrase?
13 Q  What physically took place that resulted in your
14 daughter sustaining the burns that were ultimately
15 treated?
16 A  It was from injuries caused by the emissions
17 coming from one of the two grates.
18 Q  And how did your daughter get in proximity of
19 the two grates that resulted in the injury?
20 A  She was sitting in the stroller and I was
21 walking as I normally would have walked on a sidewalk.
22 Q  And?

Page 39

1  A  And I was caring for her and pushing the
2  stroller.
3  Q  And did you actually push the stroller over the
4  steam grate?
5  A  Yes.
6  Q  And were you walking at a normal -- you weren't
7  running, you were just walking normally?
8  A  Not running, but we were walking at, sort of, a
9  faster-than-normal walking pace.
10 Q  And you did that because you thought it would be
11 a good experience or what?
12 A  No.
13 Q  There were other avenues that you could have
14 taken other than going directly over a steam grate, would
15 you agree?
16 A  No. Near the corner where we were, it was just
17 more convenient to go the path that I took.
18 Q  Where were you headed?
19 A  Around to the side of the building, to see more
20 of the building.
21 Q  All right. Now, let me show you Exhibit Number
22 8.

Page 40

1  (Whereupon, Hsieh Exhibit No. 8 was
2  referred to.)
3  BY MR. HICKEY:
4  Q  The top photograph shows, would you agree with
5  me, a wide expanse of walkway between 10th Street and the
6  FBI Building?
7  A  Yes.
8  Q  And you actually see people walking along that
9  expanse, correct, in that photograph?
10 A  Correct.
11 Q  You don't see anybody walking over near this
12 police cruiser, do you?
13 A  Not in this photograph, no.
14 Q  I will represent to you that the steam grate is
15 somewhere over around these planters in Exhibit Number 8,
16 approximately in the vicinity of that police cruiser
17 (indicating). Okay?
18 A  Okay.
19 Q  Would you agree with me that that is not a
20 normal walk pattern or path for a pedestrian to take?
21 A  I think it depends on where you are on the
22 sidewalk.

Page 41

1  Q  This is not a crosswalk, would you agree with
2  me, where that police cruiser is (indicating)?
3  A  It's not a crosswalk?
4  Q  Not a crosswalk.
5  A  Yes.
6  Q  Was your friend beside you, behind you or in
7  front of you when you pushed Natalie over the steam grate?
8  A  When we were taking the photographs, she was
9  next to me. When we started walking, she was behind us.
10 Q  When you approached the steam grate, did you
11 recall having a sensation that the steam coming from the
12 grate was hot?
13 A  No.
14 Q  Did you feel any intensity of heat or rise in
15 temperature as you approached the steam grate?
16 A  No.
17 Q  As you, yourself walked over the steam grate,
18 did you experience a significantly hotter temperature than
19 before you had walked across the steam grate?
20 A  Meaning afterwards?
21 Q  As you were walking across it.
22 A  When the emissions touched my skin, I thought

### Page 42

1 this was warmer than what I have usually experienced.
2  Q  Okay. But it wasn't, like, ouch and you ran,
3 nothing like that?
4  A  No, but I do remember that it felt like there
5 was, sort of, low-grade burning immediately after and sort
6 of, you know, staying after.
7  Q  But it wasn't like a match? You know how you
8 get burned with a match? It didn't feel like that?
9  A  No.
10  Q  Do you recall whether the steam coming out was
11 -- and I will use the word wafting, meaning like a vapor
12 blowing back and forth with the breeze, or was it shooting
13 up in the air? How was it?
14  A  That day didn't have a lot of wind, and I didn't
15 think too much of these emissions that were coming out.
16  Q  It wasn't like it was really pouring out of
17 there? Is that a fair statement?
18  A  Not to me, no.
19  Q  And I think, from what you're telling me, it
20 appeared to be like you had seen it in the past, kind of
21 like a misty vapor type of emission?
22  A  Yes.

### Page 43

1  Q  Had you ever been to that location prior to that
2 date, specifically to that location?
3  A  No.
4  Q  What were you wearing that day?
5  A  A T-shirt and a pair of shorts.
6  Q  Did you have sandals or sneakers on or what?
7  A  I think I had sneakers on.
8  Q  And, again, Natalie was dressed how, your
9 daughter?
10  A  She was in a short-sleeve top and shorts, and
11 she was wearing sandals.
12  Q  Tell me what happened after you had pushed the
13 stroller over the steam vent. What was the next thing
14 that you remember or recall?
15  A  That Natalie started crying. I just thought she
16 was startled, and I kept on walking until those steps that
17 I showed you earlier. I stopped there, and she actually
18 continued to cry for the next -- close to half an hour.
19  Q  And you didn't know during that half an hour
20 period why she was crying?
21  A  Well, after a few minutes that she, you know,
22 wouldn't stop crying, I thought okay, she was getting

### Page 44

1 startled. But then, as I told you before, I felt okay,
2 the emission that I went through was hotter than usual, so
3 I thought, perhaps, she might have gotten just
4 superficial, maybe, burns from it. So that was in the
5 back of my mind, but I wanted to sort of calm her down and
6 see if she would settle down.
7  Q  Did you see anything during that half an hour
8 period of time that concerned you or alerted you that
9 maybe there was something that had happened to her?
10  A  Initially, no, but when she kept crying, the two
11 officers in front of the FBI Building approached us and
12 asked us if we needed help. At first I told them no. I
13 told them I think she just got startled. But that went on
14 for the next 10 or 15 minutes and, you know, they
15 approached us again to see if we needed help. At that
16 time, I picked up my daughter to comfort her, and when she
17 started moving her legs, you know, wouldn't stop moving
18 her legs, that's when I realized okay, maybe there is
19 something that had happened to her legs, because her legs
20 were dangling in the stroller. When I realized something
21 was seriously wrong was when the skin started to peel off.
22  Q  Okay. And where was the skin that you observed

### Page 45

1 peeling, what part of the leg?
2  A  In the calves.
3  Q  What was the condition of the skin after the
4 peeling? Was it pink, red, white, if you remember?
5  A  Pink.
6  Q  And what action did you or anyone else take at
7 that time?
8  A  At that point, the two officers asked us if we
9 wanted an ambulance, and we agreed to have an ambulance
10 take us to the local -- you know, Children's Hospital.
11  Q  Now, at that point in time when you were looking
12 at your daughter and they're calling the ambulance, did
13 you experience any significant discomfort or pain?
14  A  I just felt at least parts of my body that was
15 exposed to the emission had a little bit of a burning
16 feeling, like, you know, you got sunburned, but I was more
17 focused on my daughter.
18  Q  How long did it take for the ambulance to come?
19  A  Five minutes, maybe ten minutes.
20  Q  Did you accompany your daughter to the hospital?
21  A  Yes.
22  Q  Which hospital did you go to?