# EXHIBIT 9

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------

NATALIE T. HSIEH, et al.,

       Plaintiffs       Civil Action No.

                              06cv1218(CKK)

       v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

       Defendants

                       Washington, DC

                       Thursday, March 29, 2007

Deposition of HARRY WASHINGTON, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

**Page 2**

APPEARANCES:
On behalf of Plaintiffs:
  ROBERT B. ADAMS, ESQ.
  TIMOTHY R. OBITTS, ESQ.
  Gammon & Grange, PC
  8280 Greensboro Drive, Seventh Floor
  McLean, VA 22102-3807
  (703) 761-5000
On behalf of Defendant GSA:
  KAREN MELNIK, ESQ.
  Office of the U.S. Attorney
  555 - 4th Street, NW, Room E-4112
  Washington, DC 20530
  (202) 307-0338
  ELIZABETH A. HALL, ESQ.
  Assistant Regional Counsel
  Office of Regional Counsel
  U.S. General Services Administration
  7th & D Street, SW, Suite 7048
  Washington, DC 20407
  (202) 708-7877
On behalf of Defendant Consolidated Engineering Services, Inc.:

  WILLIAM JOHN HICKEY, ESQ.
  Law Offices of William J. Hickey
  33 Wood Lane
  Rockville, MD 20850
  (301) 424-6300

**Page 3**

I-N-D-E-X

| WITNESS | EXAMINATION |
|---|---|
| HARRY WASHINGTON | |
| By Mr. Adams | 4 |
| By Mr. Hickey | 43 |
| By Ms. Melnik | 60 |
| By Mr. Adams | 65 |

**Page 4**

```
                    PROCEEDINGS
                        11:10 a.m.
Whereupon,
        HARRY WASHINGTON,
a witness, was called for examination by counsel for the
plaintiffs, and having been duly sworn, was examined and
testified as follows:
   EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
BY MR. ADAMS:
   Q   Mr. Washington, would you give us your name
and address, please.
   A   My name is Harry Washington, 1114 Egyptian
Drive, Marlborough, Maryland.
   Q   What's your date of birth, sir?
   A   5-23-50.
   Q   What is your educational background?
   A   Educational background?
   Q   Yes.
   A   High school.
   Q   Where did you go to high school?
   A   Crossland.
   Q   Where is that, sir?
```

**Page 5**

   A   That's in Camp Springs, Maryland.
   Q   You've been in the DC area for quite a while?
   A   Yes.
   Q   Who is your present employer?
   A   GSA.
   Q   How long have you been an employee of GSA?
   A   36 years.
   Q   What is your present job title?
   A   MET supervisor.
   Q   What is --
   A   That's mechanical engineer technical supervisor.
   Q   What do you do on that job?
   A   I supervise inspectors; we have inspectors, like, inspecting the contract work and stuff like that.
   Q   Are you kind of a lateral -- are you kind of a peer of John Bright, who was here the other day?
   A   Yes.
   Q   Okay. So in the hierarchy, you're kind of at the same level?
   A   Yes.

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

Page 22

1  Q  So if it's steaming, there's an indication
2  that something's not quite right?
3  A  Yes.
4  Q  In theory, there should be no steam coming
5  out of their manholes; am I right?
6  A  You may have a little vapor sometimes.
7  Q  Typically, what kinds of things cause the
8  steam that's blowing just a little bit?
9  A  We have condensate.
10  Q  Can explain that for me.
11  A  Condensate, enough get around that line,
12  you have a hot line, that causes it.
13  Q  Is that ground water, you know,
14  accumulating to the point where it touches the lines?
15  A  Yes.
16  Q  Is that typically what causes the steam
17  emanation?
18  A  Yes.
19  Q  And am I correct then that when that's seen
20  by somebody looking for it, somebody at GSA, somebody at
21  Consolidated, that's the time to take a look and get the
22  pumper trucks out?

Page 23

1  A  Yes.
2  Q  Mr. Washington, over the past three or four
3  years has manhole 42 had more problems with this kind of
4  water accumulation problem than most of the other
5  manholes in the district?
6  A  No.
7  MR. HICKEY:  Objection, lack of foundation.
8  BY MR. ADAMS:
9  Q  So this is just a problem throughout the
10  system in DC?
11  A  Yes.
12  Q  In order to pump out a manhole such as 42,
13  do you have to shut down the whole steam?
14  A  No.
15  Q  How do you do that?  You just stick the
16  hose down; people don't have to go down?
17  A  You put the pump -- stick the pump down in
18  the hole.
19  Q  If you can answer this -- if you can't
20  answer this, just tell me.  We've talked about vapor
21  coming out of manholes and then condensate coming out of
22  manholes.  When it gets to the condensate stage, how hot

Page 24

1  is it, do you know?
2  A  No.
3  Q  Me neither.  Curious about that, actually.
4  Who is Richard Matkins?
5  A  He's with Consolidated.
6  Q  Is he kind of the top dog at Consolidated,
7  project manager, if you will?
8  A  Yeah.  Project manager.
9  Q  He was the same thing at Dan Zimmerman, I
10  think?
11  A  Yes.
12  Q  When did you first learn that the little
13  girl had been burned at manhole 42 on September 11, 2004?
14  A  It was sometime that afternoon.
15  Q  Do you recall who told you?
16  A  I got a call from the plant, central plant,
17  and they gave me a number to the Hoover building.
18  Q  Did you call over there?
19  A  Yes.
20  Q  And do you remember with whom you spoke?
21  A  No.
22  Q  And do you remember the substance of the

Page 25

1  conversation?
2  A  Yes.  They had told me that a little girl
3  had got burned.  I think the father pushed through on a
4  stroller or something, they told me, and may have got
5  burned.
6  Q  Did you take any notes concerning that
7  conversation?
8  A  Yes.
9  Q  Do you know where those are today?
10  A  No.
11  Q  Did you or anybody, to your knowledge, at
12  GSA create a file concerning that particular incident?
13  A  It would have a report.
14  Q  Did you prepare a report concerning this
15  whole event?
16  A  Got a report from the office down at
17  Hoover.
18  Q  This is the FBI office?
19  A  FBI.
20  Q  Okay.  What did you do when you found out
21  about this incident?  They called you for a reason, I
22  presume, so did you have to do anything concerning it?

Phone: 703 837 0076
Fax: 703 837 8118
CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design
www.casamo.com
info@casamo.com

Page 26

1  A  Yes.
2  Q  What did you do, sir?
3  A  I called Richard Matkins.
4  Q  What did you tell him?
5  A  I told him a little girl got burned down at
6  the manhole at Hoover, and he told me that he was in the
7  area.
8  Q  Did you go out to that area?
9  A  Yes.
10 Q  Yourself?
11 A  Yes.
12 Q  When did you go out, the same day?
13 A  Yes.
14 Q  Let me just back up for a second. We've
15 got a document that we've made reference to, prepared by
16 Officer Threatt, T-h-r-e-a-t-t. It references a
17 conversation that you had, and it looks like with a
18 Lieutenant Augustus. I'm going to read it, and it
19 states, Mr. Washington states he was off Friday and also
20 that the steam vents were supposed to have been worked on
21 last week.
22    Do you remember telling the person you spoke

Page 27

1  with that?
2  A  Steam vents were open -- no, I don't
3  recall.
4  Q  It says, Mr. Washington stated he was off
5  on Friday and also that the steam vents were supposed to
6  have been worked on last Friday.
7     Do you know what that refers to?
8  A  No, I don't recall.
9  Q  Do you know what the term steam vents means
10 in that context?
11 A  Probably talking about the manhole or
12 something.
13 Q  Was there work that was supposed to have
14 been done on those manholes the prior week?
15 A  I'm not sure.
16 Q  All right. You went to the scene the same
17 day, 9-11-2004?
18 A  Yes.
19 Q  Who was out there when you got there?
20 A  Richard Matkins, some of his guys.
21 Q  Was he topside, or was he down in the --
22 A  Topside.

Page 28

1  Q  Had he been burned?
2  A  Not that I know of.
3  Q  And what did he tell you, if anything?
4  A  Well, he said he got the guys up and pumped
5  out, and security put the barricade the area off.
6  Q  He knew there had been an injury because
7  you told him?
8  A  Yes.
9  Q  When he got there, he had known there was
10 an injury?
11 A  Yes.
12 Q  At some point when you were there, did
13 anybody go down in the manhole?
14 A  No.
15 Q  What was being done? Water was being
16 pumped out?
17 A  Yeah. Pumped it down, get it secure.
18 Q  Okay. How long did it take that day to
19 pump out the water that was in this manhole, do you
20 know?
21 A  I'm not sure.
22 Q  Do you know how much water was pumped out?

Page 29

1  A  No.
2  Q  Is the water that's pumped out, typically
3  in a situation like this, is it measured in any way?
4  A  What do you mean?
5  Q  I'm wondering if -- is the water pumped
6  into the truck? Is that how this works?
7  A  No. Pumped in the sewer drain.
8  Q  So the truck has the mechanism whereby it
9  yanks the water out and goes into the sewer?
10 A  Yes.
11 Q  Does anybody measure how much water is
12 taken out of the manhole?
13 A  No.
14 Q  In order for that kind of steam that
15 requires pumping to be done, is it fair to say the water
16 at the bottom of the manhole has to rise to at least the
17 level of the lowest pipe?
18 A  Yes.
19 Q  That's what, two and a half feet off the
20 ground, I think you told me?
21 A  Yes.
22 Q  Before you see the kind of condensate that

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

<br>

Page 58

```
 1  valve in manhole 42 caused the vapors to be hotter than
 2  they would normally be?
 3       MS. MELNIK: Objection.
 4       MR. ADAMS: Objection.
 5       MS. MELNIK: Calls for speculation. Lack, total
 6  lack of knowledge.
 7       MR. HICKEY: He has plenty of knowledge.
 8  BY MR. HICKEY:
 9    Q  Do you know?
10    A  No.
11    Q  Have you ever repaired in your past as a
12  worker for GSA a broken steam line where there was also
13  water in the manhole?
14       MS. MELNIK: Objection. Lack of foundation.
15       MR. HICKEY: I asked him if he ever had. That's
16  my foundation.
17       MS. MELNIK: You assume that he's repaired. He
18  didn't say he's ever repaired. He said he's only done
19  inspections.
20  BY MR. HICKEY:
21    Q  I said, have you ever been in a manhole
22  where there's been a broken steam line?
```

Page 59

```
 1    A  I don't quite understand what you're
 2  asking.
 3    Q  Okay. During the years that you were
 4  repairing the leaks in the SDC system, you would go down
 5  the manhole and physically repair a line that was leaking
 6  steam, right?
 7    A  Yes.
 8       MS. MELNIK: Same objection.
 9  BY MR. HICKEY:
10    Q  You or someone with you, right?
11    A  (Nods head).
12    Q  Did you ever do it yourself?
13    A  What do you mean? Over the Years?
14    Q  Yes. Over the years in 36 years.
15    A  Oh, yes.
16    Q  That's my question.
17       And did you ever repair one when there was water
18  in the hole?
19    A  Yes. After pumping down.
20    Q  So it's not unusual to have to pump down
21  the water to repair the leak in the steam line?
22       MR. ADAMS: Objection.
```

Page 60

```
 1       THE WITNESS: No.
 2       MR. HICKEY: I don't have any other questions.
 3       EXAMINATION BY COUNSEL FOR DEFENDANT
 4  BY MS. MELNIK:
 5    Q  Mr. Washington, as a supervisor of GSA, do
 6  you supervise CES employees?
 7    A  No.
 8    Q  Is that your job?
 9    A  No.
10    Q  Is it the responsibility of any GSA
11  employee to supervise the day-to-day work of what CES
12  does?
13    A  No.
14    Q  You said that after you got a call from
15  someone at the plant about there being an injury by the
16  Hoover building, that you called the Hoover building; is
17  that right?
18    A  Yes.
19    Q  Okay. And what, if anything, can you
20  recall about what you learned from the person that you
21  spoke to at the Hoover building?
22    A  They told me that a little girl had got
```

Page 61

```
 1  burned because of the vapors coming out of the hole. So
 2  I told them we'll get somebody there right away.
 3    Q  And who did you call?
 4    A  Richard.
 5    Q  Who does Richard work for?
 6    A  CES.
 7    Q  And why was he the first person you called
 8  as soon as you learned that there was the problem?
 9    A  Because they take care of our repairs.
10    Q  Remember when you had said earlier, I think
11  in response to Mr. Adams' questions, that it was your
12  understanding that inspections of the manholes or work in
13  the manholes was done on a weekly basis? Do you
14  remember –
15    A  Yes.
16    Q  – saying that? And then Mr. Hickey
17  challenged your knowledge about that with respect to what
18  it may or may not say in the contract. Do you remember
19  him asking you about that?
20    A  Yes. Yes.
21    Q  And is it correct that your reason for
22  saying that you thought it was a weekly thing because
```