# EXHIBIT 10

Page 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------

NATALIE T. HSIEH, et al.,

        Plaintiffs      Civil Action No.

                          06cv1218(CKK)

  v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

        Defendants

                    Washington, DC

                    Thursday, March 29, 2007

Deposition of RICHARD MATKINS, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

### 38

1  that is, same day?
2      A   The document that's filled out when they
3  came out in the field.
4      Q   This is the document filled out by you
5  folks, Exhibit 25?
6      A   That's correct.
7      Q   It was filled out by who, James Cherry?
8      A   That is correct.
9      Q   Looks like Mr. Cherry and Andre Peck were
10 the ones working on it at the time?
11     A   It says Peck, I don't know where you get
12 Andre, it is Andre, but the document says Peck.
13     Q   We can assume it refers to Andre Peck?
14     A   It does.
15     Q   Okay.  Does this clarify whether the
16 pumping-out portion of the activity was performed on all
17 three of those manholes, 46, 45, and 42?
18     A   No, sir.
19     Q   It says, pumped out and close blowdown
20 valves at manholes 46, 45, and 42.  That doesn't tell us
21 any more than you think the other document does?
22     A   No, sir.

### 39

1      Q   Let's look at Exhibit 26.  We're talking
2  about -- we've talked about activities on August 27,
3  2004, and September 1st, 2004.  As we sit here today, do
4  you have any independent recollection of these particular
5  activities?
6      A   No, sir.  I don't see everything that comes
7  through.
8      Q   I'm not being critical.  So you're relying
9  on the documents to speak for themselves, ultimately?
10     A   That's the reason for the documentation.
11     Q   Fair enough.  Exhibit 26 purports to be
12 another work order.  This is dated September 9, 2004.
13 The action taken is pump out manhole 42.  Is that
14 accurate?
15     A   Yes, sir.  That's what the document
16 reflects.
17     Q   This appears to have been signed by
18 Mr. Peck, Andre Peck; is that accurate?
19     A   That's correct.
20     Q   Okay.  And the two folks who were there
21 were Mr. Peck and someone named Mike.  Do you know who
22 Mike refers to?

### 40

1      A   Mike Glock.
2      Q   Is that G-l-o-c-k?
3      A   That is correct.
4      Q   What were their job titles back then?
5      A   Mike Glock was the general foreman, and at
6  that time I don't recall what Andre's duty title was.
7      Q   Are both of these fellows still with you?
8      A   No, sir.
9      Q   When did Consolidated cease operating under
10 these contracts we've been talking about?
11        MR. HICKEY:  Say that again.
12 BY MR. ADAMS:
13     Q   Consolidated Engineering is no longer
14 performing these tasks as of fairly recently, am I right
15 about that?
16     A   The contract expired on the 28th of
17 February, I believe of '07.
18     Q   While you were working for Dan Zimmerman
19 and Consolidated Engineering, this was your full-time job
20 to do this particular project, am I right?
21     A   Yes, sir.
22     Q   What is it you're doing now?

### 41

1      A   I still have -- a couple of separate
2  contracts with GSA are performed in the steam tunnels.
3      Q   Okay.  Just so I'm clear, Mr. Peck is no
4  longer with Consolidated?
5      A   I didn't say that.  That's not the question
6  you asked.
7      Q   He's still an employee of Consolidated?
8      A   He is, yes, sir.
9      Q   How about Mike Glock?
10     A   He is not.
11     Q   He is not.  Do you know where he is these
12 days?
13     A   He's an employee of GSA HOTD.
14     Q   The action taken, pump out manhole 42, did
15 that require these fellows to go down in the manhole?
16     A   No, sir.
17     Q   What do they do when they pump out manhole
18 42?
19     A   They pump the water out.
20     Q   How do they do that?
21     A   With a pump.
22     Q   Who owns the pump?

Page 50

1 necessarily, into that hole?
2   A  No, sir.
3   Q  Do you ever go down into the manhole when
4 you're pumping water out?
5   A  No, sir, not till after it's pumped out. I
6 mean —
7   Q  You could if you want to, but probably
8 wouldn't.
9       Take a look at 28, if you would. This again is
10 a work order. This looks like this is 9-12, pumping on
11 manhole 42. Again, Andre and Mike are out there. This
12 is a Sunday. Do you know where there was water
13 accumulated on the 12th when it had been presumably
14 pumped dry on the 11th?
15   A  There was water that ran in it, sir. I
16 don't know why.
17   MR. HICKEY: That was the question; why?
18 BY MR. ADAMS:
19   Q  Well, there are two successive days when
20 there was water. Was there always water in manhole 42 on
21 that point in time?
22   A  I don't know.

Page 51

1   Q  That's fair enough.
2   A  The evidence here they pumped it out two
3 days in a row, so there was water both of those days.
4   Q  So when you pump it out, you're not pumping
5 it totally dry but basically get to standing water, to
6 the extent you can?
7   A  You're down to about an inch.
8   Q  Okay. How did you first find out -- how
9 and when did you find out about the incident that brings
10 us here, the injury to the little girl next to the FBI
11 building on September 11, 2004?
12   A  I was called by a GSA employee that
13 morning.
14   Q  Was that Harry Washington, do you recall?
15   A  It was.
16   Q  And who's Mr. Washington?
17   A  He is -- I don't remember his exact title,
18 but he's an employee to GSA HOTD, and is responsible for,
19 I guess, special projects, large projects in the system.
20   Q  What information did he --
21   A  I think he's an MET supervisor, I think, is
22 his legal official title.

Page 52

1   Q  What information did he --
2   A  MET is a mechanical engineering technician,
3 I think.
4   Q  What information did he give you in that
5 call?
6   A  Richard, and this is paraphrasing, I don't
7 recall the exact verbiage.
8   Q  That's fine.
9   A  Go check out manhole 42, some kid just got
10 burned.
11   Q  Is that all you remember about the
12 conversation? I know that's the gist of the
13 conversation.
14   A  That's three years, sir. Yes, sir, I mean,
15 the intent of the conversation is what I recall.
16   Q  That's fine. Were you at home at the time?
17   A  No, sir.
18   Q  Where were you?
19   A  I was downtown.
20   Q  Were you -- you weren't working that day,
21 though, were you, prior to this?
22   A  I was exercising my responsibilities as a

Page 53

1 project manager, checking on another job that was going
2 on.
3   Q  Okay. At that point in time, did you have
4 to account for your time, or were you a salaried guy?
5   A  Salaried.
6   Q  So is it fair to say it was not unusual for
7 you to be working on Saturdays, or was it?
8   A  It's absolutely appropriate to say there's
9 no telling when I'm going to show up.
10   Q  Best of your recollection is you were in
11 town, here in DC, exercising some responsibilities in
12 accordance with your job at Consolidated Engineering when
13 Mr. Washington called you?
14   A  Yes, sir.
15   Q  Did you immediately go to the site?
16   A  Straight.
17   Q  Who was there when you got to the site?
18   A  Some FBI police officer.
19   Q  Had the manhole 42 been roped off or
20 blocked off?
21   A  I don't recall whether it had. I think
22 this was some semblance of barricade up there. I can't

Phone: 703 837 0076
Fax:   703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

Page 54

1  remember exactly.
2      Q  Okay. And what did you do when you reached
3  the site?
4      A  I barricaded it and called Mike and said,
5  get in here.
6      Q  Did you have any conversations at that
7  scene with anybody other than Consolidated Engineering
8  people and the FBI police officers?
9      A  I think one of the building maintenance men
10 came up and escorted me into the building so I could go
11 to the bathroom.
12     Q  There's been some evidence presented so far
13 that you suffered from burns while examining manhole 42;
14 is that accurate?
15     A  I got a little too close to it when I was
16 investigating it.
17     Q  What part of your body was burned?
18     A  My nose.
19     Q  Did that require any medical treatment?
20     A  No, sir.
21     Q  What were you doing, just kind of looking?
22     A  (Nods head).

Page 55

1      Q  You have to say yes or no, Mr. Matkins.
2      A  Yes.
3      Q  Was there steam, observable steam, coming
4  out when you got there?
5      A  Absolutely.
6      Q  Would you describe that for us, if you
7  would.
8      A  Like water boiling off the top of the pot
9  on the stove.
10     Q  Was steam coming from any other manhole
11 within --
12     A  Or out of a tea kettle.
13     Q  Were there other manholes that you could
14 see standing where you were near 42?
15     A  Are there?
16     Q  Yes.
17     A  Yes.
18     Q  Okay. Was steam coming out of any of the
19 others?
20     A  I don't recall. I don't think so.
21     Q  As you looked -- well, to the extent you
22 can, can you tell from top side street level how much

Page 56

1  water was accumulating?
2      A  It was quite full.
3      Q  What does that mean?
4      A  I don't know how far it was from the top,
5  but it was quite full.
6      Q  How high is it from the floor of the
7  manhole to street side?
8      A  I don't know the exact dimensions, but I
9  think that things's -- a man can stand up in it.
10     Q  So it's at least --
11     A  It's at least six feet. A man can stand up
12 in it. It may be ten to 12. They vary.
13     Q  Were you familiar with that particular
14 manhole before this incident?
15     A  Personally being in it? I don't recall.
16     Q  If there was no water in that manhole when
17 you looked down from the street side, could you see the
18 piping, typically?
19     A  I don't think, so, no, sir. Not from
20 either, no, sir.
21     Q  So it's fair to say when you looked down
22 the manhole on 9-11-04, you didn't see any water?

Page 57

1      A  Correct.
2      Q  Is there a ladder going down from the side?
3      A  There is.
4      Q  How high would you say the water was from
5  street level where you were standing?
6      A  I don't know. I'm guessing --
7      MR. HICKEY: Don't guess.
8  BY MR. ADAMS:
9      Q  Just give us your best estimate. Don't
10 flat out guess.
11     A  I'll put it this way. It was not up in the
12 chimney part of it or the circular part of the manhole
13 before you get into the vault. It had not reached the
14 top of the vault.
15     Q  All right. And do you know how high the
16 beginning of the chimney is from the floor?
17     A  No, not from the floor, 'cause I don't know
18 how tall the manhole is, but from the surface it's, I
19 don't know, two, three feet.
20     Q  Okay.
21     A  Thereabouts.
22     Q  If the water had reached the beginning of

Page 58

1  the chimney, would that have completely covered the
2  machinery down in the manhole?
3      A   Well.
4      Q   I'm sorry?
5      A   It would have well covered it.
6      Q   Okay. So it sounds to me from what you're
7  saying, correct me if I'm mistaken, there's a chimney
8  that one starts to climb down, then it opens up into a
9  vault when you get further down in the manhole, and
10 that's where the equipment is?
11     A   A chimney is a misnomer. It's just a
12 cylindrical -- it's like a manhole. It's a passageway,
13 but that is correct. It goes down and then opens up into
14 the vault.
15     Q   And based on your observation of the water
16 level on 9-11 when you got to the scene, do you feel it's
17 likely that the machinery in the manhole was covered by
18 water?
19     A   No doubt.
20     Q   The answer is yes, then?
21     A   Yes.
22     Q   What was your impression as to the genesis

Page 59

1  of the steam, the cause for the steam?
2      A   I'm sorry?
3      Q   What did you believe was causing that steam
4  when you got there?
5      A   At that point in time, I had no idea.
6      Q   What did you do? You burned yourself a
7  little bit, went to the men's room in the FBI building.
8  What did you do after that?
9      A   I went into the bathroom.
10     Q   When you went into the men's room after
11 that, what did you do?
12     A   Waited on the guys to arrive, if they
13 hadn't already arrived, I don't remember the exact timing
14 sequence. Hung around till they had it in hand and went
15 about my business for the day.
16     Q   Did you prepare any written report
17 concerning this incident?
18     A   No, sir.
19     Q   So you stayed until the two guys with the
20 pump truck came out, and then went about your business?
21     A   That is correct.
22     Q   Did you ever go down into that manhole to

Page 60

1  investigate the cause of the steam that burned this
2  little girl on 9-11-04?
3      A   No, sir.
4      Q   Do you know who did go down into the
5  manhole to investigate?
6      A   Mike Glock, our foreman.
7      Q   Did you discuss with Mr. Glock what he
8  found when he went down there?
9      A   He indicated that he found a, I believe it
10 was a weld leak on a valve.
11     Q   Can you be more specific about that. If
12 not, that's okay, we'll talk to Mr. Glock. Do you
13 know --
14     A   More specific about what?
15     Q   What valve was it? Do you know what the
16 valve was?
17     A   I believe it was on the work order
18 identified as a high side drip leg blowdown.
19     Q   Do you have any independent knowledge other
20 than what's in the work orders or other people's reports
21 as to what the valve was that allegedly failed?
22     A   I'm sorry?

Page 61

1      Q   Did you ever see the valve that allegedly
2  failed?
3      A   I probably did. I don't recall. I see a
4  lot of stuff.
5      Q   Did you ever see, after this incident we're
6  talking about, did you ever see that valve?
7      A   I don't recall.
8      Q   You go about your business, and then who
9  did you next talk to about this whole thing?
10     A   I don't recall.
11     Q   Was Glock the next one you talked to about
12 this?
13     A   Possibly.
14     Q   You did talk with him at some point, am I
15 right?
16     A   At that time I talked to him daily.
17     Q   But do you recall whether you talked to him
18 on 9-11 about this incident?
19     A   Yes, sir, because I called him in.
20     Q   And he told you what again? I'm sorry,
21 strike that.
22         Look at Exhibit No. 17. Look at yours. See

Page 62

1  17? This appears to be a work order dated 9-13-04.
2  Appears to be signed by Joseph Glock; is that accurate?
3  A  That is accurate. What's your question
4  again, sir?
5  Q  My question is, is that accurate?
6  A  That's what the document says, yes.
7  Q  The action taken, this is handwritten, can
8  I assume there that's Mr. Glock, or do you know?
9  A  That appears to be his handwriting.
10  Q  Says pumped manhole 42 out and cooled off
11  until able to go down and find out what was leaking. Cut
12  out and replace blowdown valve on HP drip leg.
13  What's is an HP drip leg?
14  A  High pressure line.
15  Q  So the HP drip leg is piping?
16  A  Yes, sir, it's part of the piping.
17  Q  Cut out and replace blowdown valve. What
18  does that mean?
19  A  They cut it out, and they replaced it.
20  Q  Okay. So this is a valve that needed to be
21  removed and replaced?
22  A  As a result of his investigation, yes.

Page 63

1  Q  Did Mr. Glock do that?
2  A  He supervised it. He didn't personally do
3  it.
4  Q  Who did it, do you know? Do you know who
5  actually did it?
6  A  I don't recall. I know the company, but I
7  don't recall the mechanics.
8  Q  And do you know anything about that valve
9  that allegedly failed? By that I mean, do you know the
10  manufacturer of the valve?
11  A  No, sir.
12  Q  Do you know how long the valve would have
13  been in the system?
14  A  No, sir.
15  Q  Do you know who had installed the valve?
16  A  No, sir.
17  Q  Do you know when this work was done? Can I
18  assume that this was done on the 13th?
19  A  You can draw that conclusion. What was the
20  13th?
21  Q  It was two days after the kid was hurt.
22  A  What day was it?

Page 64

1  MS. MELNIK: Monday.
2  BY MR. ADAMS:
3  Q  Monday. And?
4  A  You're asking the questions.
5  Q  I thought there was something I was
6  supposed to know and didn't.
7  A  There is.
8  Q  We'll get there. It may take a little
9  while.
10  Was this work done on the 13th, do you know?
11  A  I'm sorry?
12  Q  Was this work done that Glock and his
13  people did, was it done on the 13th?
14  A  No, sir.
15  Q  When was it done?
16  A  It was begun on the 11th, and I believe, if
17  I'm not correct, and I can't recall exactly, I think it
18  was either completed on the 11th or completed on the
19  12th. I can't recall exactly.
20  Q  Did I understand you correctly that you
21  talked to Glock every day?
22  A  When we had work going on.

Page 65

1  Q  Can I infer then that you spoke with him at
2  least once on September 11th?
3  A  Yes, sir. I called him in.
4  Q  Okay. And once again, what did he tell you
5  the first time you spoke with him the first time after
6  this had taken place?
7  A  I'm sorry?
8  Q  The first time you talked with him after
9  the incident, what did he tell you?
10  A  I'll be in.
11  Q  All right. When's the first time you
12  talked with him about what he found when he went down
13  there?
14  A  I don't recall. When he got it dewatered
15  to the point where he could get down there and look.
16  Q  Would it likely have been September 11th
17  when you spoke to him about his investigation?
18  A  Yes, sir.
19  Q  Once again, what do you recall him telling
20  you that first time?
21  A  We've got a leaking valve. Now, whether --
22  go ahead.

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com