# EXHIBIT 11

# Work Order

Status: Complete    Safety: F.    Component Number:
Work Order Number: S020530    Building Number:
Location: 10th at hoover (NotPA)    Date Scheduled: 9/11/04
Work Requested:

Action Taken: pump out man hole 42

Time Issued:    Account Number:    Priority:
Date Issued: 9/11/04    Sub Account:    Shop:
Date Completed: 9/11/04    Category:    Assigned To:

Requested By:    Due Date: 9/11/04
Phone:
       Reimbursement Classification:
Total Time:    Labor Cost:    Material Cost:

Sign: Andre    Date: 9/11/04

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
|  | Andre | 2 |  |  |
|  | Mike | 2 |  |  |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|

Δ π EXHIBIT 27
Deponent Westphal
Date 3-27-07 Rptr. ₤6
WWW.DEPOBOOK.COM

000171

**OPENSHAW/D&Z 000033**