EXHIBIT 12

# Work Order

*Status:* COMPLETE  
*Work Order Number:* Y04001535  
*Location:* Manhole 42  

*Safety:* .F.  

*Component Number:*  
*Building Number:* 11020165  
*Date Scheduled:* 09/13/04  

**Work Requested:** Check out the steam coming out of manhole 42 and make needed repairs. This is an emergency requested by Steven Williford and will

*Action Taken:* COMPLETE

*Time Issued:* 08:36  
*Date Issued:* 09/11/04  
*Date Completed:* 09/12/04  

*Account Number:*  
*Sub Account:*  
*Category:*  

*Priority:* 3 Normal  
*Shop:* SD  
*Assigned To:* CES  

*Requested By:* J. Bright  
*Phone:* 690-9750  

*Due Date:* 09/13/04  

*Reimbursement Classification:* D Negotiated Task Orders  

*Total Time:* 0.00  *Labor Cost:* 0.00  *Material Cost:* 0.00  

*Total Work Order Cost (Labor+Materials):* 0.00  

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## EXPANDED INFORMATION

Y04001535

Check out the steam coming out of manhole 42 and make needed repairs. This is an emergency requested by Steven Williford and will involve working after normal work hours.