# EXHIBIT 13

Case 1:06-cv-01218-CKK    Document 59-15    Filed 09/07/2007    Page 1 of 6

```
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF COLUMBIA
 3
 4
 5   NATALIE HSIEH, et al.,        )
 6              Plaintiffs,        ) Case No.
 7   v.                            ) 06-1218 (CKK)
 8   CONSOLIDATED ENGINEERING      )
 9   SERVICES, INC., et al.        )
10              Defendants.        )
11                                           COPY
12                   - - - - -
13
14        The deposition of JOSEPH LAMBRIGHT was
15   taken on Thursday, May 3, 2007, commencing at
16   11:32 a.m., at the United States Attorney's
17   Office, District of Columbia, 501 3rd Street,
18   N.W., Conference Room 3813, Washington, D.C.,
19   before Melissa G. Fleming, Notary Public.
20
21
22
```

1   I asked. I have a daughter in Columbia.

2          By whom are you currently employed?

3      A.  General Services Administration at

4   steam distribution.

5      Q.  And do you have a particular job title?

6      A.  Mechanical -- TMC, mechanical engineer

7   technician.

8      Q.  And how long have you worked for GSA?

9      A.  21 years.

10     Q.  Are you a union member?

11     A.  Yes.

12     Q.  A member of the Local 602?

13     A.  No.

14     Q.  What union are you affiliated with?

15     A.  I don't recall the name right now.

16     Q.  It's not the Steam Fitters Union?

17     A.  No, it's not.

18     Q.  It's not the Pipe Fitters Union?

19     A.  I don't know the name right now. I

20  don't recall that.

21     Q.  Who was your supervisor in September of

22  2004?

1    there was an allegation that people were injured
2    around manhole 42 by steam coming out of that
3    manhole?
4        A.    Can you repeat the date?
5        Q.    Yeah. Well, do you remember at some
6    point in time that happening in September of
7    2004?
8        A.    Yes.
9        Q.    And what day was it?
10       A.    September 12.
11       Q.    Who told you about that and what did
12   they tell you?
13       A.    I don't remember who told me.
14       Q.    What were you told to the best of your
15   recollection?
16       A.    On 9/12 I was called in to isolate the
17   steam line.
18       Q.    And what does that mean?
19       A.    Turn the steam off.
20       Q.    And is that -- are you the person who
21   ordinarily would be called to do that, was that
22   part of your job description?

1      A.    Yes.

2      Q.    Were there other people who would have

3   been called in or were you the only guy?

4      A.    Yes.

5      Q.    And you don't recall who it was that

6   asked you to do that?

7      A.    John Bright.

8      Q.    So John Bright asked you to isolate the

9   steam line that fed the equipment in manhole 42?

10     A.    Yes.

11     Q.    And where were you when you got that

12  information?

13     A.    I was at home.

14     Q.    And what did you have to do in order to

15  do that?

16     A.    Report to work.

17     Q.    And what did you do when you reported

18  to work?

19     A.    Pick up my truck and inspect the job

20  and isolate the steam line.

21     Q.    So you picked up a truck someplace

22  other than 10th and Pennsylvania and drove to

1  you with -- not in the manhole with Liz Hall,
2  but was Liz Hall also with you?
3      A.    Yes, she was.
4      Q.    Can you describe -- when you say, you
5  know, you turned the steam back on, can you go
6  into a little detail with respect to September
7  12, 2004 what you did exactly and what that
8  involves?
9      A.    Okay.  Involving reenergizing the
10 system.  You go down, you crack the bypass and
11 then the steam goes slowly.
12     Q.    And where are you when you're doing
13 that physically?
14     A.    In the tunnel.
15     Q.    Where?
16     A.    10th and Constitution.
17     Q.    And after you've done that, what's the
18 very next thing you do?
19     A.    Crack the bypass so the steam will get
20 a flow.  So we open it a little and then let
21 steam continue on and then we let it sit for a
22 while, then we go out and just let it sit about