EXHIBIT 14



c/o Wachovia Bank
PO Box 75184
Baltimore, MD 21275-5184
Phone: (301) 779 - 3400
Tax ID: 52-1395824

# INVOICE
010083

**BILL TO:** (01755)
Consolidated Engineering Serv.
320 23rd Street South  Suite 100
Arlington, VA 22202-3746

**Service Location:** (10TH& PENN)
Consolidated Engineering Svcs.
10th & Pennsylvania Ave, NW
Washington, DC

| INVOICE DATE | CUSTOMER PO | PAYMENT TERMS | WORK ORDER # | JOB TICKET # |
|---|---|---|---|---|
| 9/24/2004 | CES2004-0775 | Net 30 Days | 0000005842 | 130649 |

| QTY | DESCRIPTION | DATE | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|

**Description of Work**
CUT OUT 1" BLOW DOWN VALVE AND REPLACE W/ 1-1/2" VALVE
P.O.# 775

**Labor**

| | | | | |
|---|---|---|---|---|
| 12.00 | Welker, Jr., Ronald - STEAMFITTER LABOR - OT | 09/12/04 | 184.00 | 2,208.00 |
| 12.00 | Griffen, Gregory - APPRENTICE-STEAMFITTER-OT | 09/12/04 | 122.00 | 1,464.00 |
| | | | Subtotal | 3,672.00 |



EXHIBIT
Welker 1A
MC 4/19/07

| | |
|---|---|
| Sales Total | 3,672.00 |
| Tax Total | 211.14 |
| Net Amount | 3,883.14 |

Past due invoices are subject to a 1 1/2 percent Monthly Service Charge

**AMERICAN COMBUSTION INDUSTRIES, INC.**
3520 Bladensburg Road
BRENTWOOD, MARYLAND 20722

(301) 779-3400
(410) 792-0895

TO: Day and Zimmerman Consolidated

TERMS:

DATE OF ORDER: 9/12/04
ORDER TAKEN BY:
PURCHASE ORDER NUMBER:
☐ DAY WORK  ☐ CONTRACT  ☒ EXTRA
JOB NAME/NUMBER: 5842
JOB LOCATION: 10th + Pennsylvania
JOB PHONE:

**DESCRIPTION OF WORK**

> Cut out 1" Blowdown valve and replace w/ 1½ valve

Excessive time due to ~~steam~~ steam was still on upon arrival. Had to wait for vault to cool down to be able to work

PO# 775

EXHIBIT Welker 1B ML 4/19/07

| QTY. | MATERIAL | PRICE | AMOUNT | LABOR | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| > | | | | Ron Welker | 12 | DT | |
| | | | | Greg Griffin | 12 | DT | |

DATE COMPLETED:
TOTAL MATERIALS
TOTAL LABOR
TOTAL MATERIALS

Work ordered by: [signature]
Signature:
I hereby acknowledge the satisfactory completion of the above described work.

Thank You

TAX
TOTAL



# Consolidated
## Engineering Services
### An EMCOR Company

951 V STREET NORTH EAST
WASHINGTON, DC 20018-1103
OFFICE - 202-529-8300
FAX - 202-529-8310

PHONE: 310-779-3400  ACCOUNT #:
FAX: 410-792-0895  CONTACT:
COMPANY NAME: ACI
ADDRESS:
CITY: Brentwood  STATE: MD  ZIP: 20722

PURCHASE ORDER NUMBER
CES2004 - 0775
ORDER DATE: 09/12/04
APPROVAL: SAP    MC

| QTY | U/M | DRCVD | FOR | ITEM DESCRIPTION | EACH | TOTAL |
|---|---|---|---|---|---|---|
| 1 | EA | 9/12 | LD 256 | Welding team @ 10th & Penn | | |

EXHIBIT
Welker LS
MK 4/19/07

**NO PARTIAL SHIPMENTS - THANK YOU**

| | | | |
|---|---|---|---|
| 1 OR STANDARD P.O | 1 OR STANDARD P.O | SAP # | |
| REQ #: 10000 | REQ # 10000 | WBS # | SUBTOTAL |
| INDIV REL REQ S1 ME54 | INDIV REL REQ S1 ME54 | OVERHEAD | |
| ASSIGN& PROC   ME57 | ASSIGN& PROC   ME57 | | TAX |
| RELEASE PO AJ   ME28 | RELEASE PO AJ   ME28 | ( ) DELIVERY | SHIPPING |
| GOODS RCPT   MIBO | GOODS RCPT   MIBO | ( ) WILL CALL | |
| INVOICE PRINT   ME9P | INVOICE PRINT   ME9P | | TOTAL |

| Date 4/11/2007 11:58am | AMERICAN COMBUSTION INDUSTRIES | Page 1 |
|---|---|---|
| | **Service Call Billing Information** | xsisSD705ServiceBillInfo |

## Work Order: 0000005842     Billing Info: T&M PO Required     Branch ID: DC

| | | | | | |
|---|---|---|---|---|---|
| Customer ID: | 01755 | Call Type: | PIPING | Call Status: | INVOICED |
| Customer Name: | Day & Zimmerman | Promised Date: | 09/13/04 | Completed Date: | 09/12/04 |
| Site ID: | 10TH& PENN | Last Invoice Date: | 09/24/04 | Last Invoice #: | 010083 |
| Site Name: | Consolidated Engineering Svcs. | | | | |
| Description: | | | | | |
| Attn: | | | | | |
| Address 1: | 10th & Pennsylvania Ave, NW | | | | |
| Address 2: | | | | | |
| City/State/Zip: | Washington, DC | | | | |
| Zone: | DC-NWDC Northwest | | | | |
| Customer Phone: | (571) 237-5580 | | | | |
| Site Phone #: | | | | | |
| Dwelling Type: | | | | | |
| Tax ID: | DC | | | | |
| Assigned Tech: | E09424 Welker, Jr., Ronald | | | | |

**Financial Summary:**

| | |
|---|---:|
| Invoiced Labor | 3,672.00 |
| Invoiced Materials | 0.00 |
| Tax | 211.14 |
| Customer Invoice Amount | 3,883.14 |
| Net (Of Tax) Revenue | 3,672.00 |
| Less Labor | 1,911.72 |
| Less Materials | 0.00 |
| Profit | 1,760.28 |
| % of Net Revenue | 47.9 |

| | | | | |
|---|---|---|---|---|
| Caller Name: | | | PO Number: | CES2004-0775 |
| Taken By: | Ron Welker | Contract ID: | Blanket PO: | |

**SERVICE CALL NOTES:**
CUT OUT 1" BLOW DOWN VALVE AND REPLACE W/ 1-1/2" VALVE
P.O.# 775

### Billable Invoice: 010083

| Description | Work Hours | Bill Hours | Qty | UOM | Unit Cost | Total Cost | Unit Price | Invoice Amount | Tax ID | Tax Amount | Profit | Profit % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Labor** | | | | | | | | | | | | |
| APPRENTICE-STEAMFITTER-OT Griffen, Gregory (9/12/2004) | 12.00 | 12.00 | 0.00 | EA | 53.77 | 645.24 | 122.00 | 1,464.00 | DC | 84.18 | 818.76 | 55.9 |
| STEAMFITTER LABOR - OT Welker, Jr., Ronald (9/12/2004) | 12.00 | 12.00 | 0.00 | EA | 105.54 | 1,266.48 | 184.00 | 2,208.00 | DC | 126.96 | 941.52 | 42.6 |
| Section Totals | 24.00 | 24.00 | | | | 1,911.72 | | 3,672.00 | | 211.14 | 1,760.28 | 47.9 |
| Service Call Profitability Analysis | 24.00 | 24.00 | | | | 1,911.72 | | 3,672.00 | | 211.14 | 1,760.28 | 47.9 |

