EXHIBIT 15

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2                    Civil Division

3

 - - - - - - - - - - - - - - - x
4

NATALIE HSIEH, ET AL.              :
5
          Plaintiffs              :
6
vs.                               :  No. 1:06-CV-01218
7

CONSOLIDATED ENGINEERING           :
8  SERVICES, INC.,
   ET AL.                          :
9
          Defendants              :
10
 - - - - - - - - - - - - - - - x
11

12                    April 19, 2007

13                    Rockville, Maryland

14  DEPOSITION OF:

15                    RONALD WELKER, JR.

16       was called for examination by counsel for the

17  Defendant CES, pursuant to notice, taken at the Law

18  Offices of William Hickey, Esq., 33 Wood Lane,

19  Rockville, Maryland, commencing at 3:22 p.m., before

20  Misty Klapper, a Notary Public in and for the State of

21  Maryland, when were present on behalf of the

22  respective parties:

59f323ee-9f6d-4e3b-b8aa-9681b19bc4b0

Page 8

1  certifications or education with respect to being a

2  welder, a qualified welder?

3         A.    Yes, I'm a certified welder.

4         Q.    And what is that certification called?

5         A.    It's -- 6G is the position that qualifies

6  you to weld all positions of welds -- of pipe welds.

7         Q.    Do you belong to any union or --

8         A.    I belong to Local 602.

9         Q.    And how long have you been employed or

10 engaged in the business of welding?

11        A.    Seventeen years.

12        Q.    Let me direct your attention to September

13 11th and 12th of 2004, and to a manhole which is known

14 as manhole 42, which is located outside the Hoover

15 Building at 10th and Pennsylvania Avenue, Northwest.

16               Are you familiar with that location?

17        A.    Yes.

18        Q.    Do you recall being dispatched to that

19 location to repair or undertake services as a

20 subcontractor for CES there?

21        A.    Yes.

22        Q.    What were you, if you recall, asked to do

59f323ee-9f6d-4e3b-b8aa-9681b19bc4b0

Page 9

1    or told to do?

2        A.    When they made the call, just come in to

3    repair a weld.

4        Q.    Okay.  Do you know who you spoke to?

5        A.    I spoke to an employee of our company,

6    who called me.  He had been called for the job.  Then

7    they -- he wasn't going to do it, so he left town and

8    then he was called and he called me to see if I could

9    go in and fill in for him.

10       Q.    Okay.  Do you know when he was first

11   called or notified?

12       A.    I do not know.

13       Q.    When were you first called or notified?

14       A.    Saturday was the 11th?

15       Q.    Yes.

16       A.    I was called Saturday evening.

17       Q.    And when did you go to the job site?

18       A.    Sunday morning.

19       Q.    How did you know that there was a weld

20   that needed to be repaired or corrected?

21       A.    Well, when he called me Saturday night,

22   he said that it was a weld in a manhole that needed to

59f323ee-9f6d-4e3b-b8aa-9681b19bc4b0

Page 10

1    be repaired and could I fill in for him and go do it,

2    repair the weld.

3        Q.    All right.  And what is his name?

4        A.    Ryan Dotter.

5        Q.    Could you spell that?

6        A.    D-O-T-T-E-R.

7        Q.    Okay.  Did anyone else accompany you to

8    the job site or did you go by yourself?

9        A.    No, I was accompanied by another

10   steamfitter and welder.

11       Q.    And what is his name?

12       A.    His name is Gregory Griffin,

13   G-R-I-F-F-I-N.

14       Q.    When you got there, what do you recall

15   observing or seeing?

16       A.    The -- I met with the Consolidated

17   employee and the steam was off but the manhole was too

18   hot to get into because the concrete holds the heat

19   and that's what I -- the situation when I got there.

20       Q.    Who was the Consolidated employee, if you

21   remember?

22       A.    Mike Glock.

59f323ee-9f6d-4e3b-b8aa-9681b19bc4b0

1      Q.    Could you tell from your observation of

2   the -- what you cut out and looked at as to whether

3   this was large, small, normal, big, unusual, whatever?

4      A.    I can't recall exactly.  I just know that

5   I was requested to cut out the valve and the section

6   of pipe coming off the valve and the weldolet and

7   replace it with a larger new weldolet and piece of

8   pipe and new valve.

9      Q.    Why do you replace it with a larger size?

10     A.    Sometimes because when you cut the old

11  one out, the hole that is made is larger than the same

12  size would go back in to make a proper weld.  So they

13  use a larger one so you can make a proper weld in that

14  same area.  And sometimes because they would just like

15  to have a larger valve in that instance to be able to

16  drain it down better because maybe a smaller one might

17  get clogged up or something.

18     Q.    Is it your experience that steam can

19  actually penetrate through the piping and cause leaks?

20     A.    It can, yes.

21     Q.    Was the leak in the valve, in the pipe or

22  do you recall?

59f323ee-9f6d-4e3b-b8aa-9681b19bc4b0

Page 29

1          Q.    Is it fair to say that you were told

2     where the leak was by Mike Glock?

3                MR. HICKEY:  Objection.  Object to the

4     form.

5                MS. ANDREWS:  You can answer.

6                THE WITNESS:  Okay.

7                MS. ANDREWS:  If you know.

8                THE WITNESS:  I was just told to cut out

9     and replace.

10               BY MR. ADAMS:

11         Q.    Were you told where to cut out and

12    replace because you were the welder?

13         A.    Yes.

14         Q.    And you didn't do any independent

15    investigation to determine whether or not that was the

16    place that should have been cut out?

17         A.    I cut out what he asked me to replace.

18         Q.    And this is Mike Glock?

19         A.    Yes.

20         Q.    And was it your general practice when you

21    cut out a piece of equipment, for lack of a better

22    term, that's owned by somebody else that you give it

59f323ee-9f6d-4e3b-b8aa-9681b19bc4b0