# SOLICITATION, OFFER AND AWARD

| 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING DO- | PAGE | OF PAGES |
|---|---|---|---|---|

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| GS-11P-01-YMC0085 | GS-11P-01-YMC-0085 | ☐ SEALED BID (IFB)  X ( NEGOTIATED (RFP) | 5/25/2001 | WPO 01 0044 |

| 7. ISSUED BY | CODE | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|---|
| GSA, HOTD CENTRAL HEATING AND REFRIGERATION PLANT 13TH AND C STREETS, SW WASHINGTON, DC 20405 | | GSA, HOTD CENTRAL HEATING AND REFRIGERATION PLANT 13TH AND D STREETS, SW WASHINGTON, DC 20405 |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

9. Sealed offers in original and 2 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository until 2:00 PM local time

CAUTION — LATE Submissions, Modifications, and Withdrawals. See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL | A. NAME GREG WESTPHAL | B. TELEPHONE (NO COLLECT CALLS) | | C. E-MAIL ADDRESS greg.westphal@gsa.gov |
|---|---|---|---|---|
| | | AREA CODE 202 | NUMBER 708-4895  EXT. | |

### 11. TABLE OF CONTENTS

| (✓) | SEC | DESCRIPTION | PAGE(S) | (✓) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-44 | X | I | CONTRACT CLAUSES | 45-76 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 2 | | | | 45-76 |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 3-16 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | 77-104 |
| X | D | PACKAGING AND MARKING | 17-26 | X | J | LIST OF ATTACHMENTS | 77-104 |
| X | E | INSPECTION AND ACCEPTANCE | 27-28 | | | PART IV – REPRESENTATIONS AND INSTRUCTIONS | 105-138 |
| X | F | DELIVERIES OR PERFORMANCE | 29-32 | X | K | REPRESENTATIONS, CERTIFICATIONS | |
| X | G | CONTRACT ADMINISTRATION DATA | 33-34 | | | AND OTHER STATEMENTS OF OFFERORS | 105-116 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 35-38 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 117-136 |
| | | | 39-44 | X | M | EVALUATION FACTORS FOR AWARD | 137-138 |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within *_120_ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated) | AMENDMENT NO. 0001 | DATE 07/06/01 | AMENDMENT NO. 0004 | DATE 07/10/01 |
|---|---|---|---|---|
| | 0002 | 07/10/01 | | |
| | 0003 | 07/10/01 | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CAGE CODE 0ZKS5 | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|
| Day & Zimmermann Inc. dba Day & Zimmermann Services 1818 Market Street, 10th Floor Philadelphia, PA 19103 | | DUNS NO. | Gary A. Wittie, Vice President |

| 15B. TELEPHONE NUMBER | | | ☒ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|---|---|
| AREA CODE 215 | NUMBER 299-2293 | EXT. | | | 07/23/01 |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| ALL ITEMS ACCEPTED | $1,816,264.82 | P11642224.192X.P1121020.61.26.A42.621.DC0400ZZ |

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304(c) ( )  ☐ 41 U.S.C. 253(c)( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM 8 |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) CODE | 25. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|
| SAME AS BLOCK #7 | GSA/FINANCE DIVISION 819 TAYLOR STREET  FORTH WORTH  TX 76102 | |

| 26. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE |
|---|---|---|
| Michael J. Vrobel | | 1/8/02 |

IMPORTANT -- Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA - FAR (48 CFR) 53 214(c)

EXHIBIT A

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# PART I - SECTION A

## SOLICITATION /CONTRACT FORMS

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING DO- | PAGE 1 | OF PAGES |
|---|---|---|---|---|---|

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER GS-11P-01-YMC-0085 | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|

| 7. ISSUED BY                                CODE | 8. ADDRESS OFFER TO (*If other than Item 7*) |
|---|---|
| GSA, HOTD<br>CENTRAL HEATING AND REFRIGERATION PLANT<br>13TH AND C STREETS, SW<br>WASHINGTON, DC 20405 | GSA, HOTD<br>CENTRAL HEATING AND REFRIGERATION PLANT<br>13TH AND D STREETS, SW<br>WASHINGTON, DC 20405 |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

9.    Sealed offers in original and 2 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository until 2:00 PM local time

CAUTION — LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION ➡ CALL: | A. NAME GREG WESTPHAL | B. TELEPHONE (*NO COLLECT CALLS*) | | | C. E-MAIL ADDRESS greg.westphal@gsa.gov |
|---|---|---|---|---|---|
| | | AREA CODE 202 | NUMBER 708-4895 | EXT. | |

### 11. TABLE OF CONTENTS

| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | 1-44 | X | | PART II – CONTRACT CLAUSES | 45-76 |
| X | A | SOLICITATION/CONTRACT FORM | 2 | X | I | CONTRACT CLAUSES | 45-76 |
| X | B | SUPPLIES OR SERVICES AND PRICE/COST | 3-16 | | | PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | 77-104 |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 17-26 | X | J | LIST OF ATTACHMENTS | 77-104 |
| X | D | PACKAGING AND MARKING | 27-28 | | | PART IV – REPRESENTATIONS AND INSTRUCTIONS | 105-138 |
| X | E | INSPECTION AND ACCEPTANCE | 29-32 | X | K | REPRESENTATIONS, CERTIFICATIONS | |
| X | F | DELIVERIES OR PERFORMANCE | 33-34 | | | AND OTHER STATEMENTS OF OFFERORS | 105-116 |
| X | G | CONTRACT ADMINISTRATION DATA | 35-38 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 117-136 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 39-44 | X | M | EVALUATION FACTORS FOR AWARD | 137-138 |

### OFFER (*Must be fully completed by offeror*)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within *_120_ calendar days (*60 calendar days unless a different period is inserted by the offeror*) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (*See Section I, Clause No. 52.232-8*) ➡ | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (*The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:*) | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (*Type or print*) |
|---|---|---|---|

| 15B. TELEPHONE NUMBER | | | ☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|---|---|
| AREA CODE | NUMBER | EXT. | | | |

### AWARD (*To be completed by Government*)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:<br>☐ 10 U.S.C. 2304(c) (  )     ☐ 41 U.S.C. 253(c)(  ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (*4 copies unless otherwise specified*) ➡ | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (*If other than Item 7*)    CODE | 25. PAYMENT WILL BE MADE BY    CODE |
|---|---|

| 26. NAME OF CONTRACTING OFFICER (*Type or print*) | 27. UNITED STATES OF AMERICA (*Signature of Contracting Officer*) | 28. AWARD DATE |
|---|---|---|

IMPORTANT -- Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is unusable | STANDARD FORM 33 (Rev. 9-97) Prescribed by GSA - FAR (48 CFR) 53.214(c) |
|---|---|



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# PART I - SECTION B

## SUPPLIES OR SERVICES AND PRICES /COSTS

## NOTES TO PROPOSERS

1. <u>Summary:</u> The Contractor shall be responsible for maintenance and repair of mechanical and electrical equipment, manholes, vaults, tunnels, and sumps in the Heating Operation and Transmission District (HOTD) Steam Distribution Complex (SDC) in Washington, DC. The Contractor shall be fully responsible for providing and accomplishing the required services as outlined in this performance solicitation.

2. <u>Contract Type:</u> A firm fixed-price type contract will be awarded from this solicitation. In addition, from time to time, the Government will issue task orders under this contract for additional services. The initial award will be for a one-year period, with options for four additional one-year extensions.

3. <u>Proposal Format:</u> Proposals in response to this solicitation shall be submitted and evaluated in two parts. Technical and Business Proposals will be evaluated to determine if they are in the competitive range and ranked. Scores from the Technical and Business Proposals will then be combined to determine the best value for the Government. (Refer to Part III, Sections L and M.)

4. <u>Options Required:</u> In its business proposal, each Proposer must include a price for the initial 12-month period and for each of the four (4) option periods in order to be considered for award. Also, each Proposer must submit a proposal for each line item for the initial year <u>and</u> each option year.

5. <u>Solicitation Amendments:</u> In order to be considered for award, the proposer must acknowledge receipt of each amendment issued (if any) under this solicitation by submitting one (1) signed and dated copy of the Standard Form 30 (Amendment of Solicitation/Modification of Contract) issued for each amendment.

6. <u>Note:</u> Facsimile (FAX) or electronic proposals are unacceptable in response to this solicitation.

7. <u>Immigration Laws:</u> Executive Order 12989, Economy and Efficiency in Government Procurement Through Compliance with Certain Immigration and Naturalization Act provisions, is in effect and must be complied with under any contract(s) resulting from this Invitation for Proposals. In accordance with Executive Order 12989, Contractors are responsible for compliance with immigration laws and hereby notified that any and all suspected infractions shall be reported to the Immigration and Naturalization Service.

8. <u>Note:</u> This package should be read in its entirety to ensure that the proposer is fully cognizant of all of the contract requirements.

9. <u>Proposal Submissions:</u> Technical and Business Proposals shall be submitted to:

David Stover
General Services Administration

Central Heating and Refrigeration Plant
13th & C Streets, SW
Washington, DC 20405

This includes modifications submitted to the original proposal submitted, amendments that are being acknowledged, or requests for withdrawal of a proposal.

10. <u>Postponement of Submission Deadline:</u>  As a result of past interruptions in Government operations due to inclement weather, potential proposers and other interested parties are hereby directed to Federal Acquisition Regulation (FAR) 14.402-3, Postponement of Openings.  Should inclement weather or other unanticipated events occur that interrupt normal Government processes and require postponement of the schedule proposal opening, the proposal will be held at the same time on the next Government workday unless notification is given to the contrary by the Contracting Officer.

11. <u>Unbalanced Proposals:</u> Proposers are cautioned that any proposal may be rejected as non-responsive if it is materially unbalanced as to prices for the basic requirement and the option period.  A proposal is unbalanced when it is based on prices significantly less than the costs for some work and prices which are overstated for other work.

12. <u>Pricing of Options:</u> Proposers shall price the option requirements for the four (4) additional option periods by assuming that the minimum hourly wages and fringe benefits established by the Administrator of the Wage and Hour Division of the United States Department of Labor for the initial 12-month period of performance will apply to the additional option periods of performance. (See Part II, Section I).

13. <u>Preparation of Technical and Cost Proposals:</u> Proposals must address all of the evaluation criteria contained in Section M. The Government will not be responsible for overlooked or missed information as a result of the Proposer's noncompliance of this requirement. Limit technical proposals to 100 pages or less and do not include any prices. The business (cost) proposal shall be submitted separately from the technical proposal.

14. <u>Price Adjustments:</u> Do not include any allowance for any contingency to cover increased cost for which adjustments are provided for under the "Price Adjustment" clause contained in Part II, Section I. In the event the option(s) are exercised by the Government, the contract price(s) will be adjusted upward or downward at the time the option is exercised in accordance with FAR 52.222-44 entitled "Fair Labor Standards Act and Service Contract Act – Price Adjustment" found in Part II, Section I, Contract Clauses.



**PROPOSAL FORMS:**

The following Proposal Forms must be included with the Proposer's Business Proposal. Proposers shall insure that each blank is filled-in and that all extensions and totals are correct. Quantities indicated as "Reimbursable Services" are for evaluation purposes only and do not indicate minimum guaranteed quantities. Actual quantities will be based on the Government's actual needs that occur during the term of the Contract.



## A.    PRICE FOR BASE YEAR - FIRST 12-MONTH PERIOD:

(1) Basic Scope of Work (Lump Sum): Provide all management, labor, supervision, vehicles, equipment, and materials to perform inspections, preventive maintenance, repairs, and general housekeeping for the SDC as defined in Part I, Section C, Items 1, 2, and 3 (except replacements).

$\qquad$ / mo. x 12 months/yr. = \$_____ / yr.

(2) Phase-in Activities (Lump Sum):  Provide all management and labor to execute the Phase-in Plan.

= \$_____/ yr.

(3) Basic Scope of Work (Reimbursable Services): Provide all management, labor, supervision, vehicles, equipment, and materials to perform replacements as defined in Part I, Section C, Item 2.

| | | | | |
|---|---|---|---|---|
| (3a) | Expansion Joint, 2-½" | \$_____ / each x 2 units/yr. | = \$_____ / yr. |
| (3b) | Expansion Joint, 3" | \$_____ / each x 2 units/yr. | = \$_____ / yr. |
| (3c) | Expansion Joint, 4" | \$_____ / each x 1 unit/yr. | = \$_____ / yr. |
| (3d) | Steam Trap, 3/4" | \$_____ / each x 30 units/yr. | = \$_____ / yr. |
| (3e) | Steam Trap, 1" | \$_____ / each x 5 units/yr. | = \$_____ / yr. |
| (3f) | Valve, Steam, 3/4" | \$_____ / each x 20 units/yr. | = \$_____ / yr. |
| (3g) | Valve Steam, 1" | \$_____ / each x 6 units/yr. | = \$_____ / yr. |
| (3h) | Valve Steam, 1-1/4" | \$_____ / each x 2 units/yr. | = \$_____ / yr. |
| (3i) | Valve, Steam, 1-1/2" | \$_____ / each x 2 units/yr. | = \$_____ / yr. |
| (3j) | Valve, Steam, 2" | \$_____ / each x 2 units/yr. | = \$_____ / yr. |
| (3k) | Valve, Condensate, 2-1/2" | \$_____ / each x 2 units/yr. | = \$_____ / yr. |
| (3l) | Valve, Condensate, 3" | \$_____ / each x 3 units/yr. | = \$_____ / yr. |
| (3m) | Pipe, Schedule 40, 3" | \$_____ / LF x 100 LF/yr. | = \$_____ / yr. |
| (3n) | Pipe, Schedule 40, 4" | \$_____ / LF x 100 LF/yr. | = \$_____ / yr. |
| (3o) | Pipe, Schedule 40, 6" | \$_____ / LF x 100 LF/yr. | = \$_____ / yr. |
| (3p) | Pipe, Schedule 40, 8" | \$_____ / LF x 100 LF/yr. | = \$_____ / yr. |
| (3q) | Pipe, Schedule 80, 3/4" | \$_____ / LF x 500 LF/yr. | = \$_____ / yr. |
| (3r) | Pipe, Schedule 80, 1" | \$_____ / LF x 200 LF/yr. | = \$_____ / yr. |
| (3s) | Pipe, Schedule 80, 1-1/4" | \$_____ / LF x 200 LF/yr. | = \$_____ / yr. |
| (3t) | Pipe, Schedule 80, 1-1/2" | \$_____ / LF x 100 LF/yr. | = \$_____ / yr. |
| (3u) | Pipe, Schedule 80, 2" | \$_____ / LF x 100 LF/yr. | = \$_____ / yr. |
| (3v) | Pipe Insulation, 3/4" | \$_____ / LF x 650 LF/yr. | = \$_____ / yr. |
| (3w) | Pipe Insulation, 1" | \$_____ / LF x 300 LF/yr. | = \$_____ / yr. |
| (3x) | Pipe Insulation, 1-1/4" | \$_____ / LF x 300 LF/yr. | = \$_____ / yr. |
| (3y) | Pipe Insulation, 1-1/2" | \$_____ / LF x 200 LF/yr. | = \$_____ / yr. |
| (3z) | Pipe Insulation, 2" | \$_____ / LF x 200 LF/yr. | = \$_____ / yr. |
| (3aa) | Pipe Insulation, 2-1/2" | \$_____ / LF x 150 LF/yr. | = \$_____ / yr. |

| | | | | |
|---|---|---|---|---|
| (3ab) | Pipe Insulation, 3" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (3ac) | Pipe Insulation, 4" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |
| (3ad) | Pipe Insulation, 5" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (3ae) | Pipe Insulation, 6" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (3af) | Pipe Insulation, 8" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (3ag) | Steam Trap, 3/4" | $_____ / unit x 25 units/yr. | = $_____ / yr. |
| (3ah) | Fan Motor, ¾ HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (3ai) | Fan Motor, 2 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (3aj) | Fan Motor, 5 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (3ak) | Fan Motor, 10 HP | $_____ / unit x 2 units/yr. | = $_____ / yr. |
| (3al) | Fan Motor, 15 HP | $_____ / unit x 2 units/yr. | = $_____ / yr. |
| (3am) | Sump Pump, 5 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (3an) | Lighting Fixtures | $_____ / unit x 150 units/yr. | = $_____ / yr. |
| (3ao) | Duplex Receptacles | $_____ / unit x 100 units/yr. | = $_____ / yr. |
| (3ap) | Fiberglass Conduit, 1/2" | $_____ / LF x 1,000 LF/yr. | = $_____ / yr. |
| (3aq) | Fiberglass Conduit, 3/4" | $_____ / LF x 2,000 LF/yr. | = $_____ / yr. |
| (3ar) | THHN Wire, #12 | $_____ / LF x 15,000 LF/yr. | = $_____ / yr. |
| (3as) | THHN Wire, #10 | $_____ / LF x 20,000 LF/yr. | = $_____ / yr. |

**(4)  Total Basic Scope of Work {Sum of A(1), A(2), and A(3a) through A(3as)}:**                = $_____ / yr.

(5) Additional Tasks As-Needed (Reimbursable Services): Provide all labor, vehicles, and equipment to perform additional tasks on a task order basis. The labor rates quoted below will be used as the basis for negotiating these additional task orders.

| | | | | |
|---|---|---|---|---|
| (5a) | Licensed Journeyman Electrician | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (5b) | Electrician Helper | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (5c) | General Maintenance Mechanic | $_____ / hr x 160 hrs/yr. | = $_____ / yr. |
| (5d) | Pipefitter | $_____ / hr x 160 hrs/yr. | = $_____ / yr. |
| (5e) | Welder | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (5f) | Insulator | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (5g) | Insulator Helper | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (5h) | Laborer Leader | $_____ / hr x 40 hrs/yr. | = $_____ / yr. |
| (5i) | General Laborer | $_____ / hr x 120 hrs/yr. | = $_____ / yr. |

**(6)  Total Additional Tasks {Sum of A(5a) through A(5i)}:**                = $_____ / yr.

**(7)  Grand Total Basic Scope and Additional Tasks {Sum of A(4) and A(6)}:**                = $_____ / yr.



## B.    PRICE FOR FIRST OPTION YEAR – SECOND 12-MONTH PERIOD:

(1)  Basic Scope of Work (Lump Sum): Provide all management, labor, supervision, vehicles, equipment, and materials to perform inspections, preventive maintenance, repairs, and general housekeeping for the SDC as defined in Part I, Section C, Items 1, 2, and 3 (except replacements).

$_____ / mo. x 12 months/yr. = $_____ / yr.

(2)  Basic Scope of Work (Reimbursable Services): Provide all management, labor, supervision, vehicles, equipment, and materials to perform replacements as defined in Part I, Section C, Item 2.

| | | | |
|---|---|---|---|
| (2a) | Expansion Joint, 2-½" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2b) | Expansion Joint, 3" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2c) | Expansion Joint, 4" | $_____ / each x 1 unit/yr. | = $_____ / yr. |
| (2d) | Steam Trap, 3/4" | $_____ / each x 30 units/yr. | = $_____ / yr. |
| (2e) | Steam Trap, 1" | $_____ / each x 5 units/yr. | = $_____ / yr. |
| (2f) | Valve, Steam, 3/4" | $_____ / each x 20 units/yr. | = $_____ / yr. |
| (2g) | Valve Steam, 1" | $_____ / each x 6 units/yr. | = $_____ / yr. |
| (2h) | Valve Steam, 1-1/4" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2i) | Valve, Steam, 1-1/2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2j) | Valve, Steam, 2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2k) | Valve, Condensate, 2-1/2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2l) | Valve, Condensate, 3" | $_____ / each x 3 units/yr. | = $_____ / yr. |
| (2m) | Pipe, Schedule 40, 3" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2n) | Pipe, Schedule 40, 4" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2o) | Pipe, Schedule 40, 6" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2p) | Pipe, Schedule 40, 8" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2q) | Pipe, Schedule 80, 3/4" | $_____ / LF x 500 LF/yr. | = $_____ / yr. |
| (2r) | Pipe, Schedule 80, 1" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2s) | Pipe, Schedule 80, 1-1/4" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2t) | Pipe, Schedule 80, 1-1/2" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2u) | Pipe, Schedule 80, 2" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2v) | Pipe Insulation, 3/4" | $_____ / LF x 650 LF/yr. | = $_____ / yr. |
| (2w) | Pipe Insulation, 1" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2x) | Pipe Insulation, 1-1/4" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2y) | Pipe Insulation, 1-1/2" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2z) | Pipe Insulation, 2" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2aa) | Pipe Insulation, 2-1/2" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |
| (2ab) | Pipe Insulation, 3" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2ac) | Pipe Insulation, 4" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | | | | |
|---|---|---|---|---|
| (2ad) | Pipe Insulation, 5" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2ae) | Pipe Insulation, 6" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2af) | Pipe Insulation, 8" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2ag) | Strainer, 3/4" | $_____ / unit x 25 units/yr. | = $_____ / yr. |
| (2ah) | Fan Motor, ¾ HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (2ai) | Fan Motor, 2 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (2aj) | Fan Motor, 5 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (2ak) | Fan Motor, 10 HP | $_____ / unit x 2 units/yr. | = $_____ / yr. |
| (2al) | Fan Motor, 15 HP | $_____ / unit x 2 units/yr. | = $_____ / yr. |
| (2am) | Sump Pump, 5 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (2an) | Lighting Fixtures | $_____ / unit x 150 units/yr. | = $_____ / yr. |
| (2ao) | Duplex Receptacles | $_____ / unit x 100 units/yr. | = $_____ / yr. |
| (2ap) | Fiberglass Conduit, 1/2" | $_____ / LF x 1,000 LF/yr. | = $_____ / yr. |
| (2aq) | Fiberglass Conduit, 3/4" | $_____ / LF x 2,000 LF/yr. | = $_____ / yr. |
| (2ar) | THHN Wire, #12 | $_____ / LF x 15,000 LF/yr. | = $_____ / yr. |
| (2as) | THHN Wire, #10 | $_____ / LF x 20,000 LF/yr. | = $_____ / yr. |

(3) **Total Basic Scope of Work {Sum of B(1) and B(2a) through B(2as)}:**          = $_____ / yr.

(4) Additional Tasks As-Needed (Reimbursable Services): Provide all labor, vehicles, and equipment to perform additional tasks on a task order basis. The labor rates quoted below will be used as the basis for negotiating these additional task orders.

| | | | | |
|---|---|---|---|---|
| (4a) | Licensed Journeyman Electrician | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4b) | Electrician Helper | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4c) | General Maintenance Mechanic | $_____ / hr x 160 hrs/yr. | = $_____ / yr. |
| (4d) | Pipefitter | $_____ / hr x 160 hrs/yr. | = $_____ / yr. |
| (4e) | Welder | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4f) | Insulator | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4g) | Insulator Helper | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4h) | Laborer Leader | $_____ / hr x 40 hrs/yr. | = $_____ / yr. |
| (4i) | General Laborer | $_____ / hr x 120 hrs/yr. | = $_____ / yr. |

(5) **Total Additional Tasks {Sum of B(4a) through B(4i)}:**          = $_____ / yr.

(6) **Grand Total Basic Scope and Additional Tasks {Sum of B(3) and B(5)}:**          = $_____ / yr.


## C.    PRICE FOR SECOND OPTION YEAR – THIRD 12-MONTH PERIOD:

(1) Basic Scope of Work (Lump Sum): Provide all management, labor, supervision, vehicles, equipment, and materials to perform inspections, preventive maintenance, repairs, and general housekeeping for the SDC as defined in Part I, Section C, Items 1, 2, and 3 (except replacements).

$$\$_____ / \text{mo. x 12 months/yr.} = \$_____ / \text{yr.}$$

(2) Basic Scope of Work (Reimbursable Services): Provide all management, labor, supervision, vehicles, equipment, and materials to perform replacements as defined in Part I, Section C, Item 2.

| | | | | |
|---|---|---|---|---|
| (2a) | Expansion Joint, 2-½" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2b) | Expansion Joint, 3" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2c) | Expansion Joint, 4" | $_____ / each x 1 unit/yr. | = $_____ / yr. |
| (2d) | Steam Trap, 3/4" | $_____ / each x 30 units/yr. | = $_____ / yr. |
| (2e) | Steam Trap, 1" | $_____ / each x 5 units/yr. | = $_____ / yr. |
| (2f) | Valve, Steam, 3/4" | $_____ / each x 20 units/yr. | = $_____ / yr. |
| (2g) | Valve Steam, 1" | $_____ / each x 6 units/yr. | = $_____ / yr. |
| (2h) | Valve Steam, 1-1/4" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2i) | Valve, Steam, 1-1/2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2j) | Valve, Steam, 2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2k) | Valve, Condensate, 2-1/2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2l) | Valve, Condensate, 3" | $_____ / each x 3 units/yr. | = $_____ / yr. |
| (2m) | Pipe, Schedule 40, 3" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2n) | Pipe, Schedule 40, 4" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2o) | Pipe, Schedule 40, 6" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2p) | Pipe, Schedule 40, 8" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2q) | Pipe, Schedule 80, 3/4" | $_____ / LF x 500 LF/yr. | = $_____ / yr. |
| (2r) | Pipe, Schedule 80, 1" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2s) | Pipe, Schedule 80, 1-1/4" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2t) | Pipe, Schedule 80, 1-1/2" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2u) | Pipe, Schedule 80, 2" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2v) | Pipe Insulation, 3/4" | $_____ / LF x 650 LF/yr. | = $_____ / yr. |
| (2w) | Pipe Insulation, 1" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2x) | Pipe Insulation, 1-1/4" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2y) | Pipe Insulation, 1-1/2" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2z) | Pipe Insulation, 2" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2aa) | Pipe Insulation, 2-1/2" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |
| (2ab) | Pipe Insulation, 3" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2ac) | Pipe Insulation, 4" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | | | | |
|---|---|---|---|---|
| (2ad) | Pipe Insulation, 5" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2ae) | Pipe Insulation, 6" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2af) | Pipe Insulation, 8" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2ag) | Strainer, 3/4" | $_____ / unit x 25 units/yr. | = $_____ / yr. |
| (2ah) | Fan Motor, ¾ HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (2ai) | Fan Motor, 2 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (2aj) | Fan Motor, 5 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (2ak) | Fan Motor, 10 HP | $_____ / unit x 2 units/yr. | = $_____ / yr. |
| (2al) | Fan Motor, 15 HP | $_____ / unit x 2 units/yr. | = $_____ / yr. |
| (2am) | Sump Pump, 5 HP | $_____ / unit x 10 units/yr. | = $_____ / yr. |
| (2an) | Lighting Fixtures | $_____ / unit x 150 units/yr. | = $_____ / yr. |
| (2ao) | Duplex Receptacles | $_____ / unit x 100 units/yr. | = $_____ / yr. |
| (2ap) | Fiberglass Conduit, 1/2" | $_____ / LF x 1,000 LF/yr. | = $_____ / yr. |
| (2aq) | Fiberglass Conduit, 3/4" | $_____ / LF x 2,000 LF/yr. | = $_____ / yr. |
| (2ar) | THHN Wire, #12 | $_____ / LF x 15,000 LF/yr. | = $_____ / yr. |
| (2as) | THHN Wire, #10 | $_____ / LF x 20,000 LF/yr. | = $_____ / yr. |

**(3) Total Basic Scope of Work {Sum of C(1) and C(2a) through C(2as)}:**  = $_____ / yr.

(4) Additional Tasks As-Needed (Reimbursable Services): Provide all labor, vehicles, and equipment to perform additional tasks on a task order basis. The labor rates quoted below will be used as the basis for negotiating these additional task orders.

| | | | |
|---|---|---|---|
| (4a) | Licensed Journeyman Electrician | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4b) | Electrician Helper | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4c) | General Maintenance Mechanic | $_____ / hr x 160 hrs/yr. | = $_____ / yr. |
| (4d) | Pipefitter | $_____ / hr x 160 hrs/yr. | = $_____ / yr. |
| (4e) | Welder | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4f) | Insulator | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4g) | Insulator Helper | $_____ / hr x 80 hrs/yr. | = $_____ / yr. |
| (4h) | Laborer Leader | $_____ / hr x 40 hrs/yr. | = $_____ / yr. |
| (4i) | General Laborer | $_____ / hr x 120 hrs/yr. | = $_____ / yr. |

**(5) Total Additional Tasks {Sum of C(4a) through C(4i)}:**  = $_____ / yr.

**(6) Grand Total Basic Scope and Additional Tasks {Sum of C(3) and C(5)}:**  = $_____ / yr.

## D.    PRICE FOR THIRD OPTION YEAR – FOURTH 12-MONTH PERIOD:

(1) Basic Scope of Work (Lump Sum): Provide all management, labor, supervision, vehicles, equipment, and materials to perform inspections, preventive maintenance, repairs, and general housekeeping for the SDC as defined in Part I, Section C, Items 1, 2, and 3 (except replacements).

$_____ / mo. x 12 months/yr. = $_____ / yr.

(2) Basic Scope of Work (Reimbursable Services): Provide all management, labor, supervision, vehicles, equipment, and materials to perform replacements as defined in Part I, Section C, Item 2.

| | | | | |
|---|---|---|---|---|
| (2a) | Expansion Joint, 2-½" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2b) | Expansion Joint, 3" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2c) | Expansion Joint, 4" | $_____ / each x 1 unit/yr. | = $_____ / yr. |
| (2d) | Steam Trap, 3/4" | $_____ / each x 30 units/yr. | = $_____ / yr. |
| (2e) | Steam Trap, 1" | $_____ / each x 5 units/yr. | = $_____ / yr. |
| (2f) | Valve, Steam, 3/4" | $_____ / each x 20 units/yr. | = $_____ / yr. |
| (2g) | Valve Steam, 1" | $_____ / each x 6 units/yr. | = $_____ / yr. |
| (2h) | Valve, Steam, 1-1/4" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2i) | Valve, Steam, 1-1/2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2j) | Valve, Steam, 2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2k) | Valve, Condensate, 2-1/2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2l) | Valve, Condensate, 3" | $_____ / each x 3 units/yr. | = $_____ / yr. |
| (2m) | Pipe, Schedule 40, 3" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2n) | Pipe, Schedule 40, 4" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2o) | Pipe, Schedule 40, 6" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2p) | Pipe, Schedule 40, 8" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2q) | Pipe, Schedule 80, 3/4" | $_____ / LF x 500 LF/yr. | = $_____ / yr. |
| (2r) | Pipe, Schedule 80, 1" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2s) | Pipe, Schedule 80, 1-1/4" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2t) | Pipe, Schedule 80, 1-1/2" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2u) | Pipe, Schedule 80, 2" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2v) | Pipe Insulation, 3/4" | $_____ / LF x 650 LF/yr. | = $_____ / yr. |
| (2w) | Pipe Insulation, 1" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2x) | Pipe Insulation, 1-1/4" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2y) | Pipe Insulation, 1-1/2" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2z) | Pipe Insulation, 2" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2aa) | Pipe Insulation, 2-1/2" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |
| (2ab) | Pipe Insulation, 3" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2ac) | Pipe Insulation, 4" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |

(2ad)  Pipe Insulation, 5"      $_____ / LF x 100 LF/yr.      = $_____ / yr.

(2ae)  Pipe Insulation, 6"      $_____ / LF x 200 LF/yr.      = $_____ / yr.

(2af)  Pipe Insulation, 8"      $_____ / LF x 200 LF/yr.      = $_____ / yr.

(2ag)  Strainer, 3/4"           $_____ / unit x 25 units/yr.  = $_____ / yr.

(2ah)  Fan Motor, ¾ HP          $_____ / unit x 10 units/yr.  = $_____ / yr.

(2ai)  Fan Motor, 2 HP          $_____ / unit x 10 units/yr.  = $_____ / yr.

(2aj)  Fan Motor, 5 HP          $_____ / unit x 10 units/yr.  = $_____ / yr.

(2ak)  Fan Motor, 10 HP         $_____ / unit x 2 units/yr.   = $_____ / yr.

(2al)  Fan Motor, 15 HP         $_____ / unit x 2 units/yr.   = $_____ / yr.

(2am)  Sump Pump, 5 HP          $_____ / unit x 10 units/yr.  = $_____ / yr.

(2an)  Lighting Fixtures        $_____ / unit x 150 units/yr. = $_____ / yr.

(2ao)  Duplex Receptacles       $_____ / unit x 100 units/yr. = $_____ / yr.

(2ap)  Fiberglass Conduit, 1/2" $_____ / LF x 1,000 LF/yr.    = $_____ / yr.

(2aq)  Fiberglass Conduit, 3/4" $_____ / LF x 2,000 LF/yr.    = $_____ / yr.

(2ar)  THHN Wire, #12           $_____ / LF x 15,000 LF/yr.   = $_____ / yr.

(2as)  THHN Wire, #10           $_____ / LF x 20,000 LF/yr.   = $_____ / yr.

**(3)  Total Basic Scope of Work {Sum of D(1) and D(2a) through D(2as)}:**      = $_____ / yr.

(4)  Additional Tasks As-Needed (Reimbursable Services): Provide all labor, vehicles, and equipment to perform additional tasks on a task order basis. The labor rates quoted below will be used as the basis for negotiating these additional task orders.

(4a)  Licensed Journeyman Electrician   $_____ / hr x 80 hrs/yr.   = $_____ / yr.

(4b)  Electrician Helper                $_____ / hr x 80 hrs/yr.   = $_____ / yr.

(4c)  General Maintenance Mechanic      $_____ / hr x 160 hrs/yr.  = $_____ / yr.

(4d)  Pipefitter                        $_____ / hr x 160 hrs/yr.  = $_____ / yr.

(4e)  Welder                            $_____ / hr x 80 hrs/yr.   = $_____ / yr.

(4f)  Insulator                         $_____ / hr x 80 hrs/yr.   = $_____ / yr.

(4g)  Insulator Helper                  $_____ / hr x 80 hrs/yr.   = $_____ / yr.

(4h)  Laborer Leader                    $_____ / hr x 40 hrs/yr.   = $_____ / yr.

(4i)  General Laborer                   $_____ / hr x 120 hrs/yr.  = $_____ / yr.

**(5)  Total Additional Tasks {Sum of D(4a) through D(4i)}:**      = $_____ / yr.

**(6)  Grand Total Basic Scope and Additional Tasks {Sum of D(3) and D(5)}:**      = $_____ / yr.

## E.    PRICE FOR FOURTH OPTION YEAR – FIFTH 12-MONTH PERIOD:

(1) Basic Scope of Work (Lump Sum): Provide all management, labor, supervision, vehicles, equipment, and materials to perform inspections, preventive maintenance, repairs, and general housekeeping for the SDC as defined in Part I, Section C, Items 1, 2, and 3 (except replacements).

$\qquad$ $_____$ / mo. x 12 months/yr. = $\$_____$ / yr.

(2) Basic Scope of Work (Reimbursable Services): Provide all management, labor, supervision, vehicles, equipment, and materials to perform replacements as defined in Part I, Section C, Item 2.

| | | | | |
|---|---|---|---|---|
| (2a) | Expansion Joint, 2-½" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2b) | Expansion Joint, 3" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2c) | Expansion Joint, 4" | $_____ / each x 1 unit/yr. | = $_____ / yr. |
| (2d) | Steam Trap, 3/4" | $_____ / each x 30 units/yr. | = $_____ / yr. |
| (2e) | Steam Trap, 1" | $_____ / each x 5 units/yr. | = $_____ / yr. |
| (2f) | Valve, Steam, 3/4" | $_____ / each x 20 units/yr. | = $_____ / yr. |
| (2g) | Valve Steam, 1" | $_____ / each x 6 units/yr. | = $_____ / yr. |
| (2h) | Valve Steam, 1-1/4" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2i) | Valve, Steam, 1-1/2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2j) | Valve, Steam, 2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2k) | Valve, Condensate, 2-1/2" | $_____ / each x 2 units/yr. | = $_____ / yr. |
| (2l) | Valve, Condensate, 3" | $_____ / each x 3 units/yr. | = $_____ / yr. |
| (2m) | Pipe, Schedule 40, 3" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2n) | Pipe, Schedule 40, 4" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2o) | Pipe, Schedule 40, 6" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2p) | Pipe, Schedule 40, 8" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2q) | Pipe, Schedule 80, 3/4" | $_____ / LF x 500 LF/yr. | = $_____ / yr. |
| (2r) | Pipe, Schedule 80, 1" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2s) | Pipe, Schedule 80, 1-1/4" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2t) | Pipe, Schedule 80, 1-1/2" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2u) | Pipe, Schedule 80, 2" | $_____ / LF x 100 LF/yr. | = $_____ / yr. |
| (2v) | Pipe Insulation, 3/4" | $_____ / LF x 650 LF/yr. | = $_____ / yr. |
| (2w) | Pipe Insulation, 1" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2x) | Pipe Insulation, 1-1/4" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2y) | Pipe Insulation, 1-1/2" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2z) | Pipe Insulation, 2" | $_____ / LF x 200 LF/yr. | = $_____ / yr. |
| (2aa) | Pipe Insulation, 2-1/2" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |
| (2ab) | Pipe Insulation, 3" | $_____ / LF x 300 LF/yr. | = $_____ / yr. |
| (2ac) | Pipe Insulation, 4" | $_____ / LF x 150 LF/yr. | = $_____ / yr. |

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | | | | |
|---|---|---|---|---|
| (2ad) | Pipe Insulation, 5" | $_____ | / LF x 100 LF/yr. | = $_____ / yr. |
| (2ae) | Pipe Insulation, 6" | $_____ | / LF x 200 LF/yr. | = $_____ / yr. |
| (2af) | Pipe Insulation, 8" | $_____ | / LF x 200 LF/yr. | = $_____ / yr. |
| (2ag) | Strainer, 3/4" | $_____ | / unit x 25 units/yr. | = $_____ / yr. |
| (2ah) | Fan Motor, ¾ HP | $_____ | / unit x 10 units/yr. | = $_____ / yr. |
| (2ai) | Fan Motor, 2 HP | $_____ | / unit x 10 units/yr. | = $_____ / yr. |
| (2aj) | Fan Motor, 5 HP | $_____ | / unit x 10 units/yr. | = $_____ / yr. |
| (2ak) | Fan Motor, 10 HP | $_____ | / unit x 2 units/yr. | = $_____ / yr. |
| (2al) | Fan Motor, 15 HP | $_____ | / unit x 2 units/yr. | = $_____ / yr. |
| (2am) | Sump Pump, 5 HP | $_____ | / unit x 10 units/yr. | = $_____ / yr. |
| (2an) | Lighting Fixtures | $_____ | / unit x 150 units/yr. | = $_____ / yr. |
| (2ao) | Duplex Receptacles | $_____ | / unit x 100 units/yr. | = $_____ / yr. |
| (2ap) | Fiberglass Conduit, 1/2" | $_____ | / LF x 1,000 LF/yr. | = $_____ / yr. |
| (2aq) | Fiberglass Conduit, 3/4" | $_____ | / LF x 2,000 LF/yr. | = $_____ / yr. |
| (2ar) | THHN Wire, #12 | $_____ | / LF x 15,000 LF/yr. | = $_____ / yr. |
| (2as) | THHN Wire, #10 | $_____ | / LF x 20,000 LF/yr. | = $_____ / yr. |

**(3) Total Basic Scope of Work {Sum of E(1) and E(2a) through E(2as)}:**     = $_____ / yr.

(4) Additional Tasks As-Needed (Reimbursable Services): Provide all labor, vehicles, and equipment to perform additional tasks on a task order basis. The labor rates quoted below will be used as the basis for negotiating these additional task orders.

| | | | | |
|---|---|---|---|---|
| (4a) | Licensed Journeyman Electrician | $_____ | / hr x 80 hrs/yr. | = $_____ / yr. |
| (4b) | Electrician Helper | $_____ | / hr x 80 hrs/yr. | = $_____ / yr. |
| (4c) | General Maintenance Mechanic | $_____ | / hr x 160 hrs/yr. | = $_____ / yr. |
| (4d) | Pipefitter | $_____ | / hr x 160 hrs/yr. | = $_____ / yr. |
| (4e) | Welder | $_____ | / hr x 80 hrs/yr. | = $_____ / yr. |
| (4f) | Insulator | $_____ | / hr x 80 hrs/yr. | = $_____ / yr. |
| (4g) | Insulator Helper | $_____ | / hr x 80 hrs/yr. | = $_____ / yr. |
| (4h) | Laborer Leader | $_____ | / hr x 40 hrs/yr. | = $_____ / yr. |
| (4i) | General Laborer | $_____ | / hr x 120 hrs/yr. | = $_____ / yr. |

**(5) Total Additional Tasks {Sum of E(4a) through E(4i)}:**     = $_____ / yr.

**(6) Grand Total Basic Scope and Additional Tasks {Sum of E(3) and E(5)}:**     = $_____ / yr.

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

This page is intentionally blank.


Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# PART I - SECTION C

## DESCRIPTION /SPECIFICATIONS /WORK STATEMENT

### GENERAL

Under the basic scope of work, the Contractor shall provide all labor, supervision, vehicles, equipment, and materials to perform inspections, preventive maintenance, repairs, and general housekeeping for the entire Heating Operation and Transmission District (HOTD) Steam Distribution Complex (SDC) located in Washington, DC. In addition, the Contractor will provide, on an as-need basis, additional labor, supervision, vehicles and equipment to assist the Government in accomplishing major and emergency repairs (excluding capital improvement projects contracted separately) within the Steam Distribution Complex. The Steam Distribution Complex consists of all steam supply piping, condensate return piping, and related equipment located outside of the two steam generating plants operated by the Government. This includes all tunnels, vaults, manholes, and sumps associated with the distribution system. (Refer to Section J, Exhibit 1.)

The Contractor shall provide sufficient personnel to staff the facility and perform the work. The numbers indicated near each category represent the current staffing levels engaged to perform the basic scope of work as defined below. Additionally, the Government requires that a full-time project manager be assigned to the contract. The project manager will be fully responsible for administering personnel, directing work, and interfacing with the Government. The project manager shall be on call 24 hours a day, seven days a week.

| | |
|---|---|
| Licensed Journeyman Electrician | 2 |
| Electrician Helper | 2 |
| General Maintenance Mechanic | 4 |
| Pipefitter | 4 |
| Welder (AWS Certified) | 2 |
| Insulator | 2 |
| Insulator Helper | 2 |
| Laborer Leader | 1 |
| Laborer | 3 |
| Total Staff | 22 |

## SPECIFIC TASKS

### 1. Inspections & Preventative Maintenance:

This work is to be performed under the basic scope of work. (Refer to Part III, Section J, Exhibit 8.) The Contractor will inspect all portions of the Steam Distribution Complex and perform all required preventative maintenance on all items within the Steam Distribution Complex. The Contractor shall provide all materials, supervision, vehicles, equipment and labor required to perform this work.

URS

A. <u>Schedule:</u> The Steam Distribution Complex is divided into 229 "assemblies" (tunnel sections, manholes, building stations, etc.) in 12 geographic zones. All of the assemblies in each zone shall have all preventative maintenance performed, in the month corresponding to the zone number (ie. Zone 1 work shall be performed in January, Zone 2 in February, etc...). In addition, all portions of the Steam Distribution Complex shall be inspected in accordance with the following schedule: tunnels – weekly; manholes – monthly.

B. <u>Basic Preventative Maintenance:</u> The Contractor shall perform preventative maintenance on all equipment in accordance with Government checklists (see Part III, Section J, Exhibit 2 for representative samples). Any item of equipment found to be non-functional or in a degraded condition, and that cannot be made functional by the normal preventative maintenance procedures or minor repairs at the time of the inspection, shall be scheduled for repair or replacement (see Item 2 below). The types of equipment and activities included in this task include:

  (1) Valves: Includes inspection, exercising, (turning the handle a few turns in each direction), lubrication, tightening or replacement of packing, and replacement of seals and disks. Where valve is electrically or pneumatically operated, check, lubricate, and adjust actuator.

  (2) Expansion Joints (Slip-type): Includes inspection, cleaning, lubrication, and packing or re-packing.

  (3) Steam Traps: Includes inspection, cleaning, and replacement of worn bellows, diaphragms, linkages, and gaskets. Also includes inspection and maintenance of associated strainer (open blow-down valve and unclog if necessary) and check valve.

  (4) Fans: Includes inspection, cleaning, lubrication of bearings, and checking belts.

  (5) Sumps and Pumps: Includes inspection, cleaning, lubrication, and operational check, including associated floats, alternators, and linkages.

  (6) Lighting: Includes inspection, cleaning, continuous replacement of lamps, lenses and guards.

  (7) Motor Starters: Includes tightening wiring connections, testing, and cleaning.

  (8) Motors: Includes inspection, cleaning, and lubrication of bearings.

  (9) Panelboards, Disconnect Switches, and Low-voltage Circuit Breakers: Includes tightening wiring connections, testing, lubricating, cleaning, and securing covers or access doors.

  (10) Other: Minor repairs related to the above items.

C. <u>Inspections:</u> The Contractor shall inspect of all portions of the Steam Distribution Complex that are not specifically included above. Any deficiencies shall be noted and scheduled for repair or replacement (see Item 2 below). This includes, but is not limited to, the following:

  (1) Piping and Fittings: Includes inspections for leaks.

  (2) Manholes, Tunnel Access Grates, Ladders, Covers, Locks, Etc.: Includes inspection and cleaning (see Part III, Section J, Exhibit 2).

  (3) Electrical Systems: Includes inspection of all components, including the security systems.

  (4) Insulation for Pipes, Valves, and Equipment: Includes inspection for wet, damaged, or missing insulation.

  (5) Pipe and Equipment Supports: Includes inspection for structural integrity and attachments.

URS

(6) Concrete Walls, Floors, Ceilings, and Pedestals: Includes inspection for cracks, spalling, and other deterioration.

D. Maintenance of Records: The Contractor shall be responsible for updating HOTD's maintenance records, including paper forms and entries into the computerized maintenance database system (QBIC). This includes recording of all inspection, preventative maintenance, and repair activities performed by the Contractor. All entries and/or forms related to the Contractor's activities shall be submitted and/or inputted no later than two (2) working days after the action item is identified, or the work item is completed. The Government shall maintain an oversight for quality control/assurance purposes. (Note: The Contractor is encouraged to suggest alternative systems or approaches to maintaining computerized maintenance records. The Government will consider alternatives to its current systems and methods if they will be of benefit to the Government.)

E. Correction of Records: Due to the extent of the Steam Distribution Complex, continuous maintenance, and major and emergency repairs, the Contractor should expect to find minor discrepancies or errors in the HOTD equipment inventory and maintenance databases. The Contractor shall notify HOTD of any discrepancies between HOTD's equipment inventory and conditions encountered in the field, and assist HOTD in correcting this information. The Contractor shall be responsible for maintaining all equipment in the Steam Distribution Complex whether documented in the HOTD records or not.

## 2. Repairs and Replacements:

This work is to be performed under the basic scope of work, up to the limits described below. (Refer to Part III, Section J, Exhibit 8.) The Contractor will make all necessary repairs and replacements that are required as the result of the Contractor's regular inspections and preventive maintenance activities (see Item 1 above). The Contractor shall also make additional major repairs and replacements as identified and requested by the Government's inspectors, as issued by the Contracting Officer or his/her designated representative. The Contractor shall provide all materials, supervision, vehicles, equipment and labor required to perform the required repairs and/or replacements.

A. Repairs vs. Replacements: Generally, the decision to repair or replace a particular item will be the Contractor's, subject to oversight by the Contracting Officer and his/her designated representative. Repairs will be permitted, provided that the intended function of a particular item is not compromised, and the level of safety is not reduced. However, the Contracting Officer or his/her designated representative reserves the right to overrule the Contractor's decision.

B. Repairs: Repairs of existing equipment shall will be made with parts that are provided by the original equipment manufacturer, approved by the original equipment manufacturer, or approved by HOTD, and intended for use with the specific equipment. Substitutions of parts and/or materials shall be submitted to the Contracting Officer or his/her designated representative for review and approval prior to performing the work.

C. Replacements: Replacements shall be made using only materials and equipment that have been specifically approved for use in the Steam Distribution Complex (see Part I, Section J, Exhibit 6).

D. Priorities and Schedule: When requirements for repairs and/or replacements (work items) are identified by the Contractor or the Contracting Officer, each work item will also be assigned a priority level by the Contractor that will determine the timeframe in which the work item should be accomplished by the Contractor. The Contracting Officer or his/her designated representative will establish the priority for the work items that the Government identifies, and the Contracting Officer or his/her designated representative reserves the right to overrule the Contractor's

URS

prioritization of items that it identifies. Timeframes will be considered as guideline only and are intended to meet the utilization, operation, and service needs of the Steam Distribution Complex's customers. Timeframes will be used to evaluate the performance off the Contractor and the need for additional personnel. Timeframes may be extended upon request to the Contracting Officer or his/her designated representative, accompanied by an explanation of the reasons for the request. Prioritization categories, guidelines, and timeframes shall be as follows:

(1) Urgent Priority: Items that either prevent HOTD from delivering steam to its customers or that present a hazard or danger to HOTD personnel, the Contractor's personnel, or the public. Items in this category must be immediately brought to the attention of the Contracting Officer or his/her designated representative. Repair and replacement work must be completed on this category of items within twelve (12) hours of being identified.

(2) High Priority: Items that significantly impact operation or efficiency of the Steam Distribution Complex. This would include significant steam or condensate leaks. Items in this category must be immediately brought to the attention of the Contracting Officer or his/her designated representative. Repair and replacement work must be completed on this category of items within three (3) working days of being identified.

(3) Normal Priority: All other items that cannot be categorized as Urgent or High Priority shall be designated as Normal Priority. Repair and replacement work must be completed on this category of items within ten (10) working days of being identified.

E. Limits of Basic Scope: All repair and replacement work shall be considered part of the basic scope of work and shall be included in the fixed price for the base year and the subsequent option years. However, the extent of work to be included in the basic scope shall be limited as follows:

(1) Replacements of items that will result in a cost greater than a threshold limit of one thousand dollars ($1,000.00) (major repairs) will not be included in the basic scope of work. These items may be negotiated separately at the option of HOTD (see Item 4 below).

(2) Replacements of more units than indicated in Part I, Section J, Exhibit 7 during a given year will not be included in the basic scope of work. The additional units, over and above the assumed base quantities will be subject to cost increases clauses of the Contract.

## 3. Housekeeping:

This work is to be performed under the basic scope of work. (Refer to Part III, Section J, Exhibit 8.) The Contractor will perform general housekeeping services within the Steam Distribution Complex, to include removal of all waste generated during the performance of its work. The intent is to maintain the system in a neat and orderly condition to minimize potential hazards (tripping, fire, infestation by insects, etc.) that may result from the accumulation of dirt, trash, and debris. The tunnels are to be kept in a "broom clean" condition and dust removed from piping and equipment. The Contractor shall provide all supplies and labor that are required to perform this work, and shall properly dispose of all debris. Contractor may dispose of debris in the Government's dumpsters located at the Central and West Heating Plants. Any hazardous materials that are encountered by the Contractor shall be brought to the Government's attention. Such hazardous materials will be removed and disposed of by the Government.

## 4. Additional Tasks As-Needed:



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

This work will not be performed under the basic scope of work, nor included in the fixed price. (Refer to Part III, Section J, Exhibit 8.) The Contractor will provide labor (labor only task order) or labor and materials (line-item task order) to GSA HOTD to assist in accomplishing major repairs and replacements, and other work not included in the Contractor's basic scope of work defined in Items 1, 2, and 3 above. The Contractor shall provide all labor, vehicles, and equipment to perform this work. The work will be accomplished under the general direction of HOTD, but the Contractor will still be required to provide field supervision and quality control functions for any work to be done by the Contractor. Work may occur in the Steam Distribution Complex, the steam generating plants, or at customer facilities. GSA HOTD will define the desired schedule for each specific task order to coordinate the Contractor's work with that of HOTD personnel and/or other contractors. GSA will endeavor to provide at least two (2) weeks advance notice to the Contractor for each specific task orders, but the Contractor may be requested to provide services on shorter notice if the task is of an urgent high priority nature. The Contractor shall provide all labor when requested and shall defer or reschedule services provided under the basic scope of work to accommodate task order requests by the Contracting Officer. (Refer to Section G for task order issuance procedures.)

A. <u>Labor-only Task Orders:</u> GSA HOTD will define the types of laborers required for each specific task order, as well as defining the quantity of work to be accomplished. GSA HOTD will provide all materials that will be required for this work.

B. <u>Line-item Task Orders:</u> GSA HOTD will define specific items of work to be accomplished in accordance with the pre-established work items, as well as defining the quantity of work to be accomplished. The Contractor shall provide all materials that will be required for this work.


## CONDITIONS OF PERFORMANCE

The following conditions apply to all work to be performed:

**1. Parking for Contractor Vehicles:**

There will be one parking space available for Contractor vehicles at one of the Government's steam generation plants. The Contractor will be issued letters which will establish their association with HOTD and will allow the Contractor to block traffic lanes as required to access all areas of the Steam Distribution Complex. Specific instructions and guidelines will be issued on contract award.

**2. Security Procedures:**

Because of the critical nature of the service that HOTD provides to the Federal Government, the Steam Distribution Complex is designated as a "Level V" secured facility. The contractor shall make every effort to maintain the security equipment of the Steam Distribution Complex, prevent entry by unauthorized personnel, and report any breeches of security to HOTD. All Contractor employees must be legal US residents, and must submit valid identification and social security numbers prior to being admitted to the Steam Distribution Complex. At its discretion, HOTD may perform background checks on all Contractor personnel working in the Steam Distribution Complex and HOTD reserves the right to refuse entry to any person that it deems to be a security risk. The Contractor shall notify the Federal Protective Service (FPS) before entering tunnels.



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

The Contractor is also notified that portions of the Steam Distribution Complex run in and through portions of federal facilities and property that are subject to their own security procedures and conditions. When access to another federal facility is required for the Contractor to perform its work, HOTD will provide specific instruction or procedures that may apply. Typically HOTD personnel will need to escort Contractor employees in these facilities.

**3.  Public Safety:**

Most of the work of this Contract requires the Contractor to work in and around public streets and sidewalk in the District of Columbia. The Contractor shall comply with all Federally and locally mandated safety requirements, and shall cooperate with Federal and local officials that enforce these requirements. The Contractor shall protect Government personnel and the public from any hazards that may result from its work, including excavations, open manholes, noxious fumes, open flames, and steam and condensate discharges.

**4.  Impact to Federal Facilities:**

A.  Deliveries of Materials:  Delivery and storage of materials and equipment and accomplishment of all work shall be made within a minimum of interference to Government operation and personnel. Any deliveries involving prolonged use of a tunnel entrance that could cause interruption in normal activities shall be coordinated through the Contracting Officer or his/her designated representative prior to any interruption of activities.

B.  Interruptions to Building Services:  Interruptions to federal building services shall be kept to a minimum and those which adversely affect the environmental conditions in occupied portions of a federal building shall be performed at other than Occupant Work Hours for that facility, with no additional reimbursement provided to the Contractor. The Contractor shall give at least 24 hours advance notice to the Contracting Officer or his/her designated representative when the Contractor's work will interrupt building services. The Contractor shall accommodate longer periods of advance notice on specific facilities and shall schedule such shutdowns solely at the convenience of the Government.

C.  Temporary Outages of Utility Services:  All temporary outages of any utility services and security systems required for the performance of work shall be scheduled with and approved by the COR, at least 24 hours in advance of such outages. The Contractor shall accommodate longer periods of advance notice on specific facilities and shall schedule such outages solely at the convenience of the Government. When activity requirements necessitate a temporary outage of critical building systems, these work shall be accomplished at other than Occupant Work Hours with no additional reimbursement provided to the Contractor.

**5.  Regular Work Hours:**

A.  Official working hours for the Steam Distribution Complex are: 7:00 a.m. to 4:00 p.m. local time.

B.  Recognized Holidays:

| | |
|---|---|
| (1) New Year's Day | (6) Labor Day |
| (2) Martin Luther King's Day | (7) Columbus Day |
| (3) President's Day | (8) Veteran's Day |
| (4) Memorial Day | (9) Thanksgiving Day |
| (5) July 4th | (10) Christmas Day |
| | (11) Inauguration Day |



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

Should a holiday fall on a weekend, the day designated by the Government shall be recognized as the holiday.

C.  The Contractor's maintenance and repair personnel will be required to be available during Regular Work Hours to perform preventive maintenance functions, repairs, miscellaneous work, and respond to and take corrective actions for urgent priority repairs or replacements.

D.  The Contractor's maintenance and repair personnel will be required to be on-call and available on a 24 hour-a-day, 7 day-a-week basis to respond to and take corrective actions for urgent priority repairs or replacements. However, the Government anticipates that very little overtime will be required, and if it is, appropriate adjustments to the Contract price will be negotiated.

## 6.  Continuity of Operations (Strike Contingency, Emergency, & Quality Control Plans):

The Contractor shall recognize that services covered by this contract are vital to the successful accomplishment of the HOTD's mission (and that of the federal Government). The Contractor must maintain continuity of services, with minimal interruption, throughout the entire term of the contract. To maintain these critical services the Contractor shall prepare specific, detailed plans describing how this service continuity will be maintained.

A.  Strike Contingency Plan (SCP):

Plan Submittal: The Contractor shall prepare a Strike Contingency Plan to be used in the event of a strike by his employees. The Strike Contingency Plan (SCP) shall be submitted with the Technical Proposal. At a minimum, the SCP shall include the following information:

(1)  Support Personnel: The SCP shall describe in detail how the Contractor will staff the Steam Distribution Complex to provide the services defined in the specification during strikes by his employees.

(2)  License and Certifications: The SCP shall describe in detail how the Contractor will provide personnel that meet experience requirements, assuring the Government that all temporary or replacement employees (including subcontractor employees) will meet the experience requirements defined in Section H.

B.  Contractor Emergency Plan (CEP):

(1)  Definition: The Government's Occupant Emergency Plan (OEP) and Damage Control Plan (DCP) are used by the COR during facility emergencies. The Contractor shall prepare a Contractor Emergency Plan that will define the Contractor's procedures and actions he will take to provide support to the Government's OEP and DCP. Designated Contractor personnel, including the on-site supervisor shall be thoroughly familiar with the Government's OEP and DCP, and shall be trained by the Contractor to fully understand the appropriate responsibilities relative to each emergency plan.

(2)  Emergency Situation Examples and Plan Due Date: Contractor participation in emergency plans shall be mandatory during facility-related emergencies or natural disasters. The Contractor shall be required to provide services during all emergency situations including, but not limited to fires, accident and rescue operations, Contractor or Government personnel strikes, civil disturbances, natural disasters, utility service outages and military contingency operations. The Contractor's CEP shall be submitted with the Technical Proposal. The CEP shall include, at a minimum, the following:

(a)  Procedures: The Contractor's communication procedures to be used to provide continuous

URS

communication support to the COR during emergencies.

(b) Employee Information: The name, address, telephone number and current position of each employee (in the form of a roster) that will participate in the Contractor's Emergency Plan.

(c) Employee's Duties: The specific functions that each employee will perform during emergency situations.

(d) Temporary or Subcontractor Employees: If temporary or subcontractor employees are to be used, the same information is required as in the Strike Contingency Plan, paragraph 6.A (1 and 2) above.

C. Quality Control Plan:

Plan Due Date: The Contractor shall submit a complete Quality Control Plan (QCP) to ensure the contract requirements are provided as specified. The Contractor's QCP shall be submitted with the Technical Proposal. The QCP shall include, but not be limited to:

(1) Inspection System: An inspection system, which shall include all requirements listed in the Performance Work Statement.

(2) Administrative Methods: The administrative methods the Contractor will use for identifying, correcting and preventing defects in the quality of service performed before such level of performance becomes unacceptable to the COR.

(3) Record and Files: A description of the records and files the Contractor intends to keep on-site, which will indicated both the inspections conducted by the Contractor and necessary corrective action taken (as appropriate). Copies of inspection reports and any corrective actions taken will be submitted to the COR by close of business each Friday. The Contractor shall also describe the procedures it intends to use to maintain the information in HOTD's computerized maintenance management system (QBIC).

D. Contractor Phase-In Plan:

At least thirty (30) days prior to the start of the Contract, the Contractor will be allowed to bring his employees on-site to become familiar with the operation of the equipment and systems covered by this Contract. The purpose of this phase-in period is to allow the Contractor opportunities to make necessary preparations to learn operations from the HOTD staff and/or incum-bent Contractor, and to ensure uninterrupted performance at the start of this Contract. This includes the establishment of procedures and the implementation of the Contractor's computerized record keeping systems and the interfacing with HOTD's computerized maintenance management system (QBIC).The phase-in plan shall be submitted with the Technical Proposal.

7. **Facilities Furnished by the Government:**

General: The Government will provide the facilities, materials, and services listed below. Government property shall be used for official Government business only in the performance of this contract.

A. Property

(1) Government Furnished Workstation: The Government has inspected the facilities available to the Contractor for compliance with the Occupational Safety and Health Act (OSHA) and

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

abated hazards. Should subsequent OSHA hazards be identified, the Government will correct same, taking into account safety and health priorities. Compliance with the Occupational Safety and Health Act and other applicable laws and regulations for the protection of the Contractor's employees is exclusively the obligation of the Contractor.

The Government will assume no liability or responsibility for the Contractor's compliance or noncompliance with such requirements, with the exception of the aforementioned responsibility to make corrections in accordance with approved plans of abatement. Prior to any modification of the facilities performed by the Contractor, he must provide all documentation, including estimated cost (if any) describing, in detail, the modification requested.

(2) Space Alterations: No alterations shall be made without specific written permission form COR; however, in the case of alternations necessary for OSHA compliance, such permission shall not be unreasonably withheld. The Contractor shall return the facilities to the Government in the same condition as received, fair wear, tear, and approved modifications expected. These facilities shall be used in the performance of this contract only.

B. Government Furnished Facilities

| Type of Space | Building |
|---|---|
| Furnished Workstation with Computer | Central Heating and Refrigeration Plant 13th & C Streets, SW Washington, DC 20405 |

## 8. Applicable Publications:

A. Procedures: Government publications and available drawings applicable to this Performance Work Statement are listed below. The Contractor is obligated to follow those publications (i.e. a specific procedure in a paragraph, section, chapter or volume) as specified in the Performance Work Statement. The Contractor shall be guided by those publications as necessary to accomplish requirements contained in the Performance Work Statement. Prior to implementing any Government required procedural change that will result in an increase or decrease in contract price, the Contractor shall submit to the Contracting Officer or his/her designated representative a price proposal for such change and obtain direction when to implement the new requirements. Price proposal shall be submitted within thirty (30) calendar days from the date the Contractor receives notice of the revision, supplement, or amendment which caused the increase or decrease in cost of performance. Changes in the contract price due to supplements and amendments shall be considered under the "changes" clause. Failure by the Contractor to submit a price proposal within thirty (30) calendar days from the date of receipt of any change shall entitle the Government to performance in accordance with such change at no increase in contract price. It is the Contractor's responsibility to ensure that all publication(s) changes are current and up-to-date. Upon completion of the contract, Contractor shall return to the Government any issued publications.

B. Publications: The following publications are mandatory procedures for job accomplishment by the Contractor:

| Publication | Title | Date | Portion |
|---|---|---|---|
| ASME | Boiler & Pressure Vessel Codes | 1998 | All |

| 29 CFR Part 1900 | OSHA General Industry Standards | Current | All |
| PBS P 5900.2C | Safety & Environmental Program | August 1988 | All |
| NFPA | National Fire Codes | 2000 | All |
| NFPA 70 | National Electrical Code | 1999 | All |
| 41 CFR Part 101-20 | Management of Buildings and Grounds | July 1990 | All |
| 40 CFR | Clean Air Act | July 1992 | Refrigerant Venting |
| Public Law 94-580 | Resource Conservation and Recovery Act of 1976 | 1976 | Subtitle F |
| ASME/ANSI B31.1 | Power Piping | 1995 | All |

## 9.  Protection and Damage

A. Contractor Responsibility:  The Contractor shall provide all labor, materials and equipment necessary for the protection of Government personnel, equipment, furnishings, buildings and building accessories (such as parking lots, fences, sidewalks, grounds, etc.) from damage caused by Contractor's negligence.  Fixed items shall be removed, if necessary, and replaced in their original locations.  Equipment, furnishings, building and building accessories damaged due to work performed by the Contractor or his subcontractor, shall be repaired or replaced to their original condition and finished by the Contractor at not additional cost to the Government.

B. Debris Removal:  Debris from the Contractor's work shall be removed from the Steam Distribution Complex daily, except as approved by the COR.  Premises shall be left neat and broom clean after each work shift.  Contractor's debris may be placed in the existing Government dumpsters located at the Central and West Heating Plants.  Scrap metal may not be placed in the Government dumpster, but shall be the Contractor's responsibility to dispose of in a proper manner.  The Contractor is not responsible for removing or disposing of any hazardous wastes identified in the facility.

## 10. Services, Supplies, Materials, Equipment Furnished by the Contractor:

General:  Except for those items or services specifically stated to be government furnished, the Contractor shall furnish everything (including vehicles) required to perform work under this Contract.

A. The Contractor shall arrange for the installation, at his expense, of private business telephones and furnish the COR a list of these numbers.

B. At the expiration or termination of this contract, all equipment furnished and installed by the Contractor, to the building equipment and systems, shall remain and become the property of the Government.

## 11. Contractor's Subcontracts:

Subcontractors and their employees shall be held accountable to the same standards as the Contractor and under complete supervision of the Contractor.



# PART I - SECTION D

## PACKAGING AND MARKING

[ NOT USED ]

This page is intentionally blank.

## PART I - SECTION E

## INSPECTION AND ACCEPTANCE

**1. Contractor Responsibility:**

The Contractor is responsible for the day-to-day inspection and monitoring of all Contractor work performed to ensure compliance with contract requirements. The results of all quality control inspections conducted by the Contractor shall be documented on inspection reports (warranted as presented) and provided to the COR as required or on the last workday of each week.

**2. FAR 52.246-4 Inspection of Services – Fixed Prices (AUG 1996):**

A. Definition: "Services," as used in this clause, includes services performed, workmanship and material furnished or utilized in the performance of such services.

B. The Contractor shall provide and maintain an agency compatible computerized inspection system, acceptable to the Government, to cover the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance. The system will then be immediately turned over to the COR at the completion of the contract in hard copy and computerized form.

C. The Government has the right to inspect and test all services specified by the contract, to the extent practicable. The Government shall perform inspections as it deems necessary throughout the term of this contract; however, inspection and tests will be conducted in a manner that will not unduly delay the Contractor's work.

D. If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again. If defects in services cannot be corrected by re-performance, the Government may: (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements, and/or (2) reduce monthly payment to reflect the reduced value of the services performed.

E. If, after having been directed by the Government to correct a contract deficiency, the Contractor fails to promptly perform the services again, or fails to take the necessary action to ensure future performance, the Government may: (1) perform the services (by contract or otherwise) and charge the Contractor any cost incurred by the Government directly related to the performance of such service, and/or (2) terminate this contract for default.

**3. The Role of Government Personnel and Responsibility for Contract Administration:**

A. Contracting Officer (CO) _____: The Contracting Officer has the overall responsibility for administering this contract. He/she alone, without delegation, is authorized to take actions on behalf of the Government to: amend, modify or deviate from the contract terms, conditions, requirements, specifications, details and delivery schedules; make final decisions on disputed deductions from contract payments for nonperformance or unsatisfactory performance; terminate the contract for convenience or default; and issue final decisions regarding contact questions or matters under dispute. Additionally, he/she may delegate certain other responsibilities to his/her authorized representatives.

B.  Contracting Officer's Representative (COR)_____:  The COR is designated by the Contracting Officer to assist him/her in discharging his responsibilities.  The responsibilities of the COR include, but are not limited to:  evaluating Contractor performance per the terms and conditions of this contract; acting as the Government's representative at the work site; advising the Contractor of proposed deductions for nonperformance or unsatisfactory performance; and advising the Contracting Officer of any factors which may cause delay in work performance.

C.  Contract Inspectors _____: Contract Inspectors are subordinates of the COR and are responsible for inspecting the Contractor's day-to-day work. The responsibilities of the Contract Inspector include, but are not limited to:  inspecting the work to ensure compliance with the contract requirements; documenting, through written inspection reports, the results of all inspections conducted; ascertaining that all defects or omissions are corrected; conferring with Contractor representatives regarding any problems encountered in work performance, and assisting the COR in meeting his contract responsibilities.

## 4.  Quality Standards:

The Contractor shall ensure that the required services specified in this Contract meet the quality standards outlined herein. All work performed under this contract shall be of the highest quality, consistent with the best industry practices, to assure timely provision of services and adequate protection of Government assets.

## 5.  Government Quality Assurance/Inspection:

The Government may use a variety of inspection methods to evaluate the Contractor's performance and more than one inspection method may be used.  Examples of inspections include:

A.  Planned (periodic) surveillance of service work items (daily, weekly, monthly, quarterly, semiannually or annually.

B.  100% inspection of service work items.

C.  Management Information System Data.

D.  Unscheduled inspections

## 6.  Criteria for Evaluating Performance:

A.  If Government inspection reports indicate performance deficiencies, the Contracting Officer or COR may require the Contractor to explain, in writing, why performance was unacceptable, how performance will be returned to acceptable levels and how recurrence of the problem(s) will be prevented in the future.  The Contracting Officer or his/her designated representative will evaluate the Contractor's explanation.

B.  At the sole election of the Government, and upon notification of the Contractor, the Contractor may be required to re-perform or perform late any or all defective work disclosed by Government inspection, including incomplete performance.  Where the Government so elects, the Contractor shall be notified promptly after inspection that specified defective services must be re-performed or performed late, and completed within a reasonable time, as specified by the Government.  In such cases, the Government shall re-inspect work designated for re-performance or late performance, and the Contractor may be held liable for any damages sustained by the Government including, for example, the costs associated with re-inspection.



C. Monthly Payment:  Monthly payments to the Contractor will be calculated using methods in Part I, Section G.

D. Re-performance, and the acceptance of re-performance (or late performance), will be determined by the Contracting Officer or COR on an individual service work item basis.

## 7. Performance Evaluation Meetings:

The Contractor's project manager or designee shall be available to attend any meeting scheduled by the HOTD managers and supervisors.  The written minutes of all meetings (prepared by the Contractor) shall be signed by the Contractor's project manager (or on-site supervisor) and the Contracting Officer or COR.  Should the Contractor not concur with the minutes, the Contractor shall identify any areas of non-concurrence in writing to the Contracting Officer or his/her designated representative within one week of receipt of the signed minutes. The Contractor's project manager and supervisor shall have cell phones and shall be available twenty-four hours a day, seven days a week.



This page is intentionally blank.



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

## PART I - SECTION F

## DELIVERIES OR PERFORMANCE

### 1. Place of Performance

The services to be provided by this contract shall be performed at the following facility:

General Services Administration
Heating Operation and Transmission District (HOTD)
Steam Distribution Complex (SDC)
Washington, DC

### 2. Term of Contract

After award, the successful proposer will be given a written notice to proceed, and shall provide contractual services for a one-year period commencing on the day specified in the notice to proceed. Work under this contract is expected to commence on or about October 1, 2001. The notice to proceed will be given at least 30 days in advance to allow for phase-in activities before work commences.

### 3. Option to Extend the Term of Contract

The Government shall have the unilateral option of extending the term of this contract for four (4) consecutive additional periods of twelve (12) months each [see clause 52.217-9, Option to Extend the Term of the Contract – Services]. The same terms and condition contained in this contract shall apply to each option exercised. Options shall be exercised upon written notification (mailed or otherwise furnished) to the Contractor at least thirty (30) calendar days prior to the expiration of the contract.

### 4. Reporting Requirements

All reports, plans, schedules and other submittals provided by the Contractor are subject to approval by the Contracting Officer or COR.

A. The Contractor shall perform required services in accordance with the Government's existing plans and schedules until the Contractor's submittals are approved by the Contracting Officer or COR.

B. The Contractor shall submit deliverables and reports (considered critical to the successful completion of all contractual requirements) at specified times throughout the life of this contract. The following milestone chart lists deliverables and reports which shall be provided by the Contractor at specified due dates, without exception.

**URS**

This page is intentionally blank.



# PART I - SECTION G

## CONTRACT ADMINISTRATION DATA

### 1. Submission of Invoices

Invoices shall be prepared and submitted on a calendar month basis, in arrears. Invoices (an original and three copies) shall be mailed to the Contracting Officer or his/her designated representative for review, certification, and approval. Approved invoices will then be forwarded for payment.

The form of the invoice shall be as mutually agreed between the Contractor and the Contracting Officer. (Refer to Payments and Invoice Clauses in Part II, Section I.) The Contractor shall meet with the Contracting Officer or his/her designated representative in advance of the first invoice to establish the format. In general the invoice will be for basic services provided under the lump sum portion of the proposal and for any reimbursable expenses incurred during the billing period, as follows:

A.  The portion of the lump sum price that is proportional to the time period covered by the invoice.

B.  Reimbursable services incurred under the basic scope of work during the time period covered by the invoice.

C.  Reimbursable services incurred for additional tasks performed during the time period covered by the invoice.

### 2. Vendor Express Program

The General Services Administration participates in the Vendor Express Program that provides for making payment to Contractors by Direct Deposit/Electronic Funds Transfer (DD/EFT).

Under the Vendor Express Program, instead of Contractors being issued a check for payment of supplies or services; an electronic payment will be deposited to the bank designated by the Contractor.

Using the program, an electronic addendum record is transmitted to the designated bank with each Direct Deposit. The Contractor will be able to identify payments made using the program as each addendum record will contain the same information that is currently provided on the check stub. The addendum (payment information) from GSA will be structured as follows and will be provided in one of the two formats depending upon the circumstances:

    (1)    Without Interest

            RMT*IV*12345/REF*CR*GSA07R1112

    (2)    With Interest

            RMT*12345***********INT FOR 10 DAYS @0.00%=$0.00/

            REF*CR*GSA07R1112

Notes:

      RMT                Represents the remittance advice record.

      *                    Field delimiter (separator).

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | |
|---|---|
| IV | Abbreviation for "invoice" |
| 12345 | Invoice number/contract number currently shown on the check stub (up to twelve positions). |
| INT FOR | Interest payment notation. |
| GSA07r1112 | Payment schedule number. (Please reference this number when making inquires with GSA concerning your payment). |

The Contractor and the designated bank will have to agree on how and when the addendum information is made available to the Contractor. Some methods commonly used to communicate addendum information from bank to client include credit advice, magnetic tape, on-line inquiry paper listing statement, or telephone call. GSA will use CCD Plus Format to transmit DD/EFT and addendum information.

A Contractor's participation in the Vendor Express Program is voluntary. However, once a Contractor elects to participate in the program, all payments made by GSA will be made electronically through the Federal Reserve Bank's Automated Clearing House network, rather than by check.

Contractors wishing to participate in the Vendor Express Program must submit a completed enrollment form, ACH Vendor/Miscellaneous Payment Enrollment Form (SF 3881) (Copy of the SF 3881 is provided in this section.) in accordance with the instructions given on the back of the form, to the following address:

> General Services Administration
> P.O. Box 17068
> Attn: 7BCP
> Ft. Worth, TX 76102

A separate form must be submitted for each "remit to" address. Regardless of the GSA paying office designated or the number of contracts a firm may have with GSA, only one form is required per remittance address.

GSA will confirm the account information with your designated financial institution and begin making payments DD/EFT approximately 30 days after the contract start date.

Changes affecting payments (such as a bank routing number change, bank account number change, type of account change, i.e., checking or savings, or method of payment change) can be made at anytime by submitting a new enrollment form (SF 3881), along with a letter signed by an authorized Contractor's official to the address above.

In the event the Contractor invokes a change-of-name agreement or the remittance address of the Contractor changes, the contract must be modified by the Contracting Officer or his/her designated representative before, and in conjunction with, the completion of a new enrollment form (SF 3881). Any request for a change must be submitted to GSA, 30 days before the effective date of the change.

## 3. Task Order Issuance

Only the Contracting Officer or his/her representative has the authority to issue a Request for Task Proposal (RTP), and award any resulting Task Orders, under this contract. A Task Order shall be considered to be issued when the Government deposits the order in the mail or by receipt of facsimile. All Task Orders issued hereunder are subject to the terms and conditions of this contract. The

provisions of this contract shall control in the event of a conflict with any Task Order issued pursuant to the contract.

Under receipt of an RTP, the Contractor shall submit a technical proposal and/or provide an oral presentation and a cost proposal utilizing the pricing from the Schedule, Section B, for the designated Task Order type. Task Proposals shall be due within one to three weeks, depending upon the complexity of the requirement, or as otherwise stated in the RTP. Negotiations, if required, will be scheduled to discuss any technical or pricing issues. The procedure will be as follows:

A. The Government will mail or otherwise provide the contractor a RTP. Each RTP will include, but will not be limited to:

    (1) A Statement of Work
    (2) The required completion date
    (3) Acceptance criteria
    (4) Reporting requirements and list of Deliverable Products
    (5) Date and time by which responses are due

B. The Contractor's response to a RTP shall include:

    (1) A narrative description of the procedures the Contractor shall follow to accomplish the Project Task(s), name of the person(s) to be assigned performance of the Project Task(s) and statement that contractor can complete the task order within the time specified.

    (2) Equipment and materials required to perform the Project Task, if any, and their prices.

    (3) Price proposal identifying the labor categories and number of hours required, estimate for any travel and other direct costs.

    (4) Any additional information specifically requested in the RTP.

C. The Government will review the Task Proposal to determine whether the Contractor has a complete understanding of the Project Task(s) required and has proposed the resources required to perform the required Project Task(s) in an economical and efficient manner.

D. The Contracting Officer or his/her representative may issue a task order without negotiations based on the acceptability of the task proposal, request that the Contractor clarify his Task Proposal (including, but not limited to, the number of proposed labor hours or labor mix), or discuss any other items to ensure that both parties have a complete understanding of the Project Task(s).

E. If negotiations are required, the Contracting Officer or his/her representative will arrange a meeting between the appropriate personnel. Within five (5) working days after conclusion of negotiations, or a period otherwise authorized by the Contracting Officer or his/her representative, the Contractor shall provide a revised Task Proposal reflecting the results of the negotiations. This revised Task Proposal will form the basis upon which a Task Order will be issued under signature of the Contracting Officer.

F. After negotiations (if applicable) and upon determination by the Government that the Task Proposal is acceptable and the number of hours and total price is determined to be fair and reasonable, the Government may issue a Task Order to the Contractor which authorizes the Contractor to begin work.

G. The Task Order will be issued on Optional Form 347 and will include, but not be limited to:

    (1) A Statement of Work

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

(2) Reporting requirements and list of Deliverable Products
(3) Completion Time
(4) Deliverable Product acceptance criteria
(5) Firm-fixed price to complete the requirement of Labor Hours (depending on the type of order)
(6) Appropriate funding information


## PART I - SECTION H

## SPECIAL CONTRACT REQUIREMENTS

1. **Personnel**

   A. General

      (1) Qualifications of Employees:  All Contractor employees must meet the qualifications specified in GSAR, 552.237-71 and FAR 52.222-3 in Part II, Section I.  The Contractor shall not employ any person currently employed by the United States Government if the employment of that person would create a conflict of interest.

      (2) Uniforms:  Each Contractor employee, including supervisors, shall present a neat appearance and wear appropriate uniforms such as: coveralls, smocks, uniform shirt and trousers, or uniform blouse and skirt or slacks.  Clothing shall have the Contractor's name affixed thereon in a permanent or semi-permanent manner, such as a badge or monogram, which is easily read.  Any color or color combination is acceptable.

   B. Key Personnel

   The personnel specified below are considered to be essential to the work being performed hereunder.  Prior to diverting any of the specified individuals to other programs, the Contractor shall notify the Contracting Officer 30 calendar days in advance and shall submit justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on the program.  No diversion or substitution shall be made by the Contractor without the prior written consent of the Contracting Officer.  The Contractor may be subject to partial termination for default, for failure to progress, in the event that the substitution or diversion of a key person adversely impacts contract performance.  This clause may be amended from time to time during the course of the contract to either add or delete personnel, as appropriate.  (This information shall be submitted with the proposer's proposal.

      (1) Project Manager:_____.  The Project Manager shall act on behalf of the Contractor on all matters relating to the Contract.  The Project Manager shall be on-call 24 hours a day, seven days a week.  The Contractor shall not change the Project Manager without prior concurrence with the CO.

      (2) On-Site Supervisor:_____.  Designate an on-site supervisor if it deems necessary to support the Project Manager.  Primary duties shall include on-site supervision, interaction with Government personnel, and quality assurance.

   C. Employees

      (1) Certification

        (a) All persons employed by the Contractor shall be knowledgeable in identifying and working around asbestos materials. The Contractors shall provide evidence that his employees have completed asbestos awareness training and shall make available to the Contracting Officer or his/her designated representative certificates documenting such training.

(b) All persons employed by the Contractor shall be knowledgeable in working in confined spaces as defined by OSHA. The Contractors shall provide evidence that his employees have completed confined spaces training and shall make available to the Contracting Officer or his/her designated representative certificates documenting such training.

(c) Ten (10) days after contract award date, the Contractor shall submit resumes' to the Contracting Officer or his/her designated representative for all Contractor personnel employed at the Steam Distribution Complex and shall include a copy of each employee's current asbestos training certification.

(d) The Contractor shall provide the same documentation for all new employees hired after contract start date and shall submit such information to the Contracting Officer or his/her designated representative no later than (10) days before each employee commences work.

## 2. Entrance Requirements

A. Identification/Facility Pass

(1) The contractor shall ensure that each of his employees has a Contractor picture identification before the employee begins work at the facility. The Contractor shall ensure that all passes are returned as his employees are dismissed or terminated.

(2) The Contractor shall ensure that all employees (including subcontractor employees) carry their identification with them during duty hours and present them upon request.

B. Clearances:  The Government shall have and exercise full and complete authority over granting, denying, withholding or terminating clearances for contract employees. The Government may, as it deems appropriate, authorize and grant temporary clearances to employees of the Contractor. However, the granting of a temporary clearance to any employee shall not be considered as assurance that full clearance will follow as a result or condition thereof, and the granting of either temporary or full clearance shall in no way prevent, preclude or bar the withdrawal or termination of any such clearance by the Government.

## 3. Security Clearance Requirements

A. Non-Classified Contract

(1) Not later than five (5) days before the start date of the contract, the Contractor shall submit, two (2) completed and legible Forms FD-258, Fingerprint Charts, and one (1) GSA Form 176, Statement of Personal history, (both provided by the Government) to the COR for all contract employees who have access to the Steam Distribution Complex, including those officers of the firm who may visit the worksite during the period of this contract. If the COR receives an unsuitable report on any employee after processing these forms, the Contractor shall be advised immediately that such employee cannot continue to work or be assigned to work under this contract. These forms must also be submitted or replacement employees before entrance on duty.

(2) Should the original Contractor be replaced succeeding Contractors will exempt contract employees cleared through this process from submitting additional forms if they have been cleared within the past three (3) years, unless specifically requested to do so by the COR.

## 4. Standards of Conduct


Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

The Contractor shall maintain satisfactory employee competency, conduct, appearance and integrity standards and shall take such disciplinary action as may be necessary. The Contractor shall also ensure that his employees do not disturb papers on desks, open desk drawers or cabinets or use Government telephones, except as authorized.

## 5. Criminal Liability

Disclosures of unauthorized information relating to the work or services hereunder, or failure to safeguard any classified information, as defined in Execute Order Number 11652, that may come to the contractor (or any person under the Contractor's control) in connection with the work under this contract, may subject the Contractor, his agents or employees to criminal liability under Title 18, Section 793, 794 and 798 of the United States Code.

## 6. Safety, Accident and Fire Protection

The maintenance and repair activities specified under this contract shall comply with the following: GSA Handbook, Accident and Fire Protection, General PBS P 5900.2B; EPA Guidance for Controlling Asbestos Containing Materials in Buildings (Report No. EPA 560/5-85-024) as supplemented by GSA draft Asbestos Management Control and Abatement Guide; and Federal Property Management Regulations, Part 101-20.

## 7. Hazardous Materials and Refrigerants

A. Requirements: All operation and maintenance activities specified under this contract shall comply with the Hazardous Material requirements listed in Section J, Exhibits 4 and 5. The Contractor shall also comply with all provisions, including all amendments, of the Environ-mental Protection Agency's (EPA) Clean Air Act of 1990, or Clean Water Act of 1987.

B. Any additional requirements of the Clean Air Act or Clean Water Act that become effective after the start of this contract shall be the responsibility of the Contractor to comply with at no additional cost to the Government

## 8. Insurance Requirement

See clause FAR 52.228-5 Insurance – work on a Government Installation (below) and GSAR 552.228-70 Worker's Compensation Laws in Part II, Section I.

A. The Contractor shall provide insurance coverage for all risks associated with performing this Contract and its Task Orders. The Contractor assumes full liability and responsibility for all losses and damages to property or injuries to persons occasioned through the performance of any services or the use, maintenance and operation of equipment and vehicles by the Contractor's employees and agents. At its own expense, the Contractor must maintain adequate insurance coverages during the life of this contract against all claims for damages and/or injuries. The Contractor shall maintain any legally required insurance with respect to its employees and agents. The Government shall be indemnified and saved harmless against claims for damages and/or injuries. Liability insurance coverages, written on the comprehensive form of policy, are required in the following minimum amounts:

1. Commercial general liability umbrella:
   (a) Bodily injury ................................................................. $ 500,000 per occurrence
   (b) Property damage                                                $ 100,000 per occurrence
   (c) Fire damage                                                      $ 100,000 per occurrence



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

2. Automobile liability:

   (a) Bodily injury

                                          $ 200,000 per person

                                          $ 800,000 per occurrence

   (b) Property damage                           $ 100,000 per occurrence

3. Contractual general liabilities:           $1,000,000 per occurrence

4. Excess liability:                        $1,000,000 per occurrence
   (Umbrella form)

5. Worker's compensation and employer's liability:    $ 100,000 or per statute

6. Rented equipment and special events activities
   both on and off the project site(s):           Included

7. Government furnished property items:        Included

B. In addition, the Contractor must provide coverage for any other risks as deemed appropriate, since the Government is not self-insuring and will not indemnify the Contractor against any risk under the contract and its Task Orders. A current duplicate (not machine reproduced) certificate of insurance must be submitted to the Contracting Officer or his/her designated representative for acceptability before the Contractor begins work under this contract. Duplicates of renewal certificates (not machine reproduced) obtained by the Contractor during the life of this contract must immediately be provided to the Contracting Officer; these must be acceptable to the Contracting Officer. Also see the clause, "Insurance – Additional Named Insured" below.

C. The insurance policy must contain an endorsement that any cancellations or material changes in the coverages adversely affecting the Government's interests shall not be effective for such period as prescribed by the laws of the State(s) in which this contract or its Task Orders will be performed and in no event less than thirty (30) days after the Insurer or the Contractor gives written notice to the Contracting Officer, whichever is longer.

D. If the Contractor already has an organizational policy in effect, the Contracting Officer or his/her designated representative will require evidence that it satisfies all of the above stated requirements. The Contractor is required to provide such evidence as deemed necessary by the Contracting Officer or his/her designated representative before a notice to proceed with contract performance is issued. The Contracting Officer or his/her designated representative reserves the right to not accept the purchase of any insurance coverage deemed not to be in the Government's best interest. Should any insurance coverage be refused, the Contractor will replace it immediately with coverage that is acceptable to the Contracting Officer.

E. This contract requires that all insurance coverages be kept in full force and effect until all Contract and Task Order work is completed. The Contractor shall include these clauses in any subcontracts hereunder and must enforce these insurance requirements on its subcontractors and consultants.

F. The Government will not be responsible for any losses, damages or liabilities beyond the amounts, limits and conditions of the above required insurance coverages.

G. All premiums or costs incurred to comply with these insurance requirements will be paid by the Contractor.

H. Additional Named Insured: The requirements of the Insurance-Work on a Government Installation Clause prescribed in FAR 52.228-5 is supplemented to provide that the general liability policy shall name "The United States of America, acting through the General Services

URS



Administration," as additionally insured with respect to any work performed under this contract and its Task Orders.

**9.  FAR 52.228-5 – Insurance – Work on a Government Installation (Sept. 1989)**

A.  The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract.

B.  Before commencing work under this contract, the Contractor shall certify to the Contracting Officer in writing that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribe, or (2) until thirty (30) days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

C.  The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.




Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

This page is intentionally blank.

URS

# PART II - SECTION I

## CONTRACT CLAUSES

### FEDERAL ACQUISITION REGULATIONS – PROVISIONS & CLAUSES

**52.202-1 Definitions(Oct 1995)**

(a) "Head of the agency" (also called "agency head") or "Secretary" means the Secretary (or Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, including any deputy or assistant chief official of the agency; and the term "authorized representative" means any person, persons, or board (other than the Contracting Officer) authorized to act for the head of the agency or Secretary.

(b) "Commercial component" means any component that is a commercial item.

(c) "Commercial item" means--

(1) Any item, other than real property, that is of a type customarily used for nongovernmental purposes and that--

(i) Has been sold, leased, or licensed to the general public; or

(ii) Has been offered for sale, lease, or license to the general public;

(2) Any item that evolved from an item described in paragraph (c)(1) of this clause through advances in technology or performance and that is not yet available in the commercial marketplace, but will be available in the commercial marketplace in time to satisfy the delivery requirements under a Government solicitation;

(3) Any item that would satisfy a criterion expressed in paragraphs (c)(1) or (c)(2) of this clause, but for--

(i) Modifications of a type customarily available in the commercial marketplace; or

(ii) Minor modifications of a type not customarily available in the commercial marketplace made to meet Federal Government requirements. "Minor" modifications means modifications that do not significantly alter the nongovernmental function or essential physical characteristics of an item or component, or change the purpose of a process. Factors to be considered in determining whether a modification is minor include the value and size of the modification and the comparative value and size of the final product. Dollar values and percentages may be used as guideposts, but are not conclusive evidence that a modification is minor;

(4) Any combination of items meeting the requirements of paragraphs (c)(1), (2), (3), or (5) of this clause that are of a type customarily combined and sold in combination to the general public;

(5) Installation services, maintenance services, repair services, training services, and other services if such services are procured for support of an item referred to in paragraphs (c)(1), (2), (3), or (4) of this clause, and if the source of such services--



(i) Offers such services to the general public and the Federal Government contemporaneously and under similar terms and conditions; and

(ii) Offers to use the same work force for providing the Federal Government with such services as the source uses for providing such services to the general public;

(6) Services of a type offered and sold competitively in substantial quantities in the commercial marketplace based on established catalog or market prices for specific tasks performed under standard commercial terms and conditions. This does not include services that are sold based on hourly rates without an established catalog or market price for a specific service performed;

(7) Any item, combination of items, or service referred to in subparagraphs (c)(1) through (c)(6), notwithstanding the fact that the item, combination of items, or service is transferred between or among separate divisions, subsidiaries, or affiliates of a Contractor; or

(8) A nondevelopmental item, if the procuring agency determines the item was developed exclusively at private expense and sold in substantial quantities, on a competitive basis, to multiple State and local Governments.

(d) "Component" means any item supplied to the Federal Government as part of an end item or of another component.

(e) "Nondevelopmental item" means--

(1) Any previously developed item of supply used exclusively for governmental purposes by a Federal agency, a State or local government, or a foreign government with which the United States has a mutual defense cooperation agreement;

(2) Any item described in paragraph (e)(1) of this definition that requires only minor modification or modifications of a type customarily available in the commercial marketplace in order to meet the requirements of the procuring department or agency; or

(3) Any item of supply being produced that does not meet the requirements of paragraph (e)(1) or (e)(2) solely because the item is not yet in use.

(f) "Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

(g) Except as otherwise provided in this contract, the term "subcontracts" includes, but is not limited to, purchase orders and changes and modifications to purchase orders under this contract.

(End of clause)


## 52.203-5 Covenant Against Contingent Fees (Apr 1984)

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, in its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.



(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

(End of clause)

### 52.203-6 Restrictions on Subcontractor Sales to the Government (Jul 1995)

(a) Except as provided in (b) of this clause, the Contractor shall not enter into any agreement with an actual or prospective subcontractor, nor otherwise act in any manner, which has or may have the effect of restricting sales by such subcontractors directly to the Government of any item or process (including computer software) made or furnished by the subcontractor under this contract or under any follow-on production contract.

(b) The prohibition in (a) of this clause does not preclude the Contractor from asserting rights that are otherwise authorized by law or regulation.

(c) The Contractor agrees to incorporate the substance of this clause, including this paragraph (c), in all subcontracts under this contract which exceed $100,000.

(End of clause)

### 52.203-7 Anti-Kickback Procedures (Jul 1995)

(a) *Definitions.*

"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided, directly or indirectly, to any prime Contractor, prime Contractor employee, subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract..

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor" as used in this clause, means a person who has entered into a prime contract with the United States.



"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) The Anti-Kickback Act of 1986 (41 U.S.C. 51-58) (the Act), prohibits any person from--

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Department of Justice.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold from sums owed a subcontractor under the prime contract the amount of the kickback. The Contracting Officer may order that monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including subparagraph (c)(5) but excepting subparagraph (c)(1), in all subcontracts under this contract which exceed $100,000.

(End of clause)

**52.217-9 Option to Extend the Term of the Contract (Mar 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor within fourteen (14) days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least sixty (60) days before the contract expires. The preliminary notice does not commit the Government to an extension.



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed five (5) years.

(End of clause)

### 52.222-3 Convict Labor (Aug 1996)

The Contractor agrees not to employ in the performance of this contract any person undergoing a sentence of imprisonment which has been imposed by any court of a State, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands. This limitation, however, shall not prohibit the employment by the Contractor in the performance of this contract of persons on parole or probation to work at paid employment during the term of their sentence or persons who have been pardoned or who have served their terms. Nor shall it prohibit the employment by the Contractor in the performance of this contract of persons confined for violation of the laws of any of the States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if--

(a)(1) The worker is paid or is in an approved work training program on a voluntary basis;

(2) Representatives of local union central bodies or similar labor union organizations have been consulted;

(3) Such paid employment will not result in the displacement of employed workers, or be applied in skills, crafts, or trades in which there is a surplus of available gainful labor in the locality, or impair existing contracts for services; and

(4) The rates of pay and other conditions of employment will not be less than those paid or provided for work of a similar nature in the locality in which the work is being performed; and

(b) The Attorney General of the United States has certified that the work-release laws or regulations of the jurisdiction involved are in conformity with the requirements of Executive Order 11755, as amended by Executive Orders 12608 and 12943.

(End of clause)

### 52.222-26 Equal Opportunity (Feb 1999)

(a) If, during any 12-month period (including the 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contracts and/or subcontracts that have an aggregate value in excess of $10,000, the Contractor shall comply with subparagraphs (b)(1) through (11) of this clause. Upon request, the Contractor shall provide information necessary to determine the applicability of this clause.

(b) During performance of this contract, the Contractor agrees as follows:

(1) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. However, it shall not be a violation of this clause for the Contractor to extend a publicly announced preference in employment to Indians living on or near an

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

Indian reservation, in connection with employment opportunities on or near an Indian reservation, as permitted by 41 CFR 60-1.5.

(2) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. This shall include, but not be limited to--

(i) Employment;

(ii) Upgrading;

(iii) Demotion;

(iv) Transfer;

(v) Recruitment or recruitment advertising;

(vi) Layoff or termination;

(vii) Rates of pay or other forms of compensation; and

(viii) Selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explain this clause.

(4) The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.

(5) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(7) The Contractor shall furnish to the contracting agency all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. The Contractor shall also file Standard Form 100 (EEO-1), or any successor form, as prescribed in 41 CFR part 60-1. Unless the Contractor has filed within the 12 months preceding the date of contract award, the Contractor shall, within 30 days after contract award, apply to either the regional Office of Federal Contract Compliance Programs (OFCCP) or the local office of the Equal Employment Opportunity Commission for the necessary forms.

(8) The Contractor shall permit access to its premises, during normal business hours, by the contracting agency or the OFCCP for the purpose of conducting on-site compliance evaluations and complaint investigations. The Contractor shall permit the Government to inspect and copy any books, accounts, records (including computerized records), and other material that may be relevant to the matter under investigation and pertinent to compliance with Executive Order 11246, as amended, and rules and regulations that implement the Executive Order.

(9) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended; in the rules, regulations, and orders of the Secretary of Labor; or as otherwise provided by law.

(10) The Contractor shall include the terms and conditions of subparagraphs (b)(1) through (11) of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(11) The Contractor shall take such action with respect to any subcontract or purchase order as the Contracting Officer may direct as a means of enforcing these terms and conditions, including sanctions for noncompliance, provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of any direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(c) Notwithstanding any other clause in this contract, disputes relative to this clause will be governed by the procedures in 41 CFR 60-1.1.

(End of clause)

### 52.222-44 Fair Labor Standards Act and Service Contract Act--Price Adjustment (May 1989)

(a) This clause applies to both contracts subject to area prevailing wage determinations and contracts subject to Contractor collective bargaining agreements.

(b) The Contractor warrants that the prices in this contract do not include any allowance for any contingency to cover increased costs for which adjustment is provided under this clause.

(c) The contract price or contract unit price labor rates will be adjusted to reflect increases or decreases by the Contractor in wages and fringe benefits to the extent that these increases or decreases are made to comply with--

(1) An increased or decreased wage determination applied to this contract by operation of law; or

(2) An amendment to the Fair Labor Standards Act of 1938 that is enacted subsequent to award of this contract, affects the minimum wage, and becomes applicable to this contract under law.

(d) Any such adjustment will be limited to increases or decreases in wages and fringe benefits as described in paragraph (b) of this clause, and to the accompanying increases or decreases in social security and unemployment taxes and workers' compensation insurance; it shall not otherwise include any amount for general and administrative costs, overhead, or profit.

(e) The Contractor shall notify the Contracting Officer of any increase claimed under this clause within 30 days after the effective date of the wage change, unless this period is extended by the Contracting Officer in writing. The Contractor shall promptly notify the Contracting Officer of any decrease under this clause, but nothing in the clause shall preclude the Government from asserting a claim within the period permitted by law. The notice shall contain a statement of the amount claimed and any relevant supporting data that the Contracting Officer may reasonably require. Upon agreement of the parties, the contract price or contract unit price labor rates shall be modified in writing. The Contractor shall continue performance pending agreement on or determination of any such adjustment and its effective date.

**URS**

(f) The Contracting Officer or an authorized representative shall, until the expiration of 3 years after final payment under the contract, have access to and the right to examine any directly pertinent books, documents, papers, and records of the Contractor.

(End of clause)

**52.223-14 Toxic Chemical Release Reporting (Oct 2000)**

(a) Unless otherwise exempt, the Contractor, as owner or operator of a facility used in the performance of this contract, shall file by July 1 for the prior calendar year an annual Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023(a) and (g)), and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106). The Contractor shall file, for each facility subject to the Form R filing and reporting requirements, the annual Form R throughout the life of the contract.

(b) A Contractor owned or operated facility used in the performance of this contract is exempt from the requirement to file an annual Form R if--

(1) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

(2) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

(3) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

(4) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

(5) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

(c) If the Contractor has certified to an exemption in accordance with one or more of the criteria in paragraph (b) of this clause, and after award of the contract circumstances change so that any of its owned or operated facilities used in the performance of this contract is no longer exempt--

(1) The Contractor shall notify the Contracting Officer; and

(2) The Contractor, as owner or operator of a facility used in the performance of this contract that is no longer exempt, shall--

(i) Submit a Toxic Chemical Release Inventory Form (Form R) on or before July 1 for the prior calendar year during which the facility becomes eligible; and

(ii) Continue to file the annual Form R for the life of the contract for such facility.

(d) The Contracting Officer may terminate this contract or take other action as appropriate, if the Contractor fails to comply accurately and fully with the EPCRA and PPA toxic chemical release filing and reporting requirements.

(e) Except for acquisitions of commercial items as defined in FAR Part 2, the Contractor shall--

(1) For competitive subcontracts expected to exceed $100,000 (including all options), include a solicitation provision substantially the same as the provision at FAR 52.223-13, Certification of Toxic Chemical Release Reporting; and

(2) Include in any resultant subcontract exceeding $100,000 (including all options), the substance of this clause, except this paragraph (e).

(End of clause)

## 52.225-13 Restrictions on Certain Foreign Purchases (July 2000)

(a) The Contractor shall not acquire, for use in the performance of this contract, any supplies or services originating from sources within, or that were located in or transported from or through, countries whose products are banned from importation into the United States under regulations of the Office of Foreign Assets Control, Department of the Treasury. Those countries are Cuba, Iran, Iraq, Libya, North Korea, Sudan, the territory of Afghanistan controlled by the Taliban, and Serbia (excluding the territory of Kosovo).

(b) The Contractor shall not acquire for use in the performance of this contract any supplies or services from entities controlled by the government of Iraq.

(c) The Contractor shall insert this clause, including this paragraph (c), in all subcontracts.

(End of clause)

## 52.228-16 Performance and Payment Bonds--Other Than Construction (July 2000)

(a) *Definitions.* As used in this clause--

"Original contract price" means the award price of the contract or, for requirements contracts, the price payable for the estimated quantity; or, for indefinite-quantity contracts, the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.

(b) The Contractor shall furnish a performance bond (Standard Form 1418) for the protection of the Government in an amount equal to 20 percent of the original contract price and a payment bond (Standard Form 1416) in an amount equal to 20 percent of the original contract price.

(c) The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within 30 days, but in any event, before starting work.

(d) The Government may require additional performance and payment bond protection if the contract price is increased. The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bonds or to obtain additional bonds.

(e) The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the *Federal Register*, or may be obtained from the:

U.S. Department of Treasury
Financial Management Service
Surety Bond Branch



401 14th Street, NW, 2nd Floor, West Wing
Washington, DC 20227

(End of clause)

### 52.232-1 Payments (Apr 1984)

The Government shall pay the Contractor, upon the submission of proper invoices or vouchers, the prices stipulated in this contract for supplies delivered and accepted or services rendered and accepted, less any deductions provided in this contract. Unless otherwise specified in this contract, payment shall be made on partial deliveries accepted by the Government if--

(a) The amount due on the deliveries warrants it; or

(b) The Contractor requests it and the amount due on the deliveries is at least $1,000 or 50 percent of the total contract price.

(End of clause)

### 52.233-1 Disputes (Dec 1998)

(a) This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613).

(b) Except as provided in the Act, all disputes arising under or relating to this contract shall be resolved under this clause.

(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $100,000 is not a claim under the Act until certified as required by subparagraph (d)(2) of this clause. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under the Act. The submission may be converted to a claim under the Act, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d)(1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

(2)(i) The Contractor shall provide the certification specified in paragraph (d)(2)(iii) of this clause when submitting any claim exceeding $100,000.

(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.

(iii) The certification shall state as follows: "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor."



(3) The certification may be executed by any person duly authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in the Act.

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use alternative dispute resolution (ADR). If the Contractor refuses an offer for ADR, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the offer.

(h) The Government shall pay interest on the amount found due and unpaid from (1) the date that the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment. With regard to claims having defective certifications, as defined in FAR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the Contracting Officer.

(End of clause)

## 52.244-6 Subcontracts for Commercial Items and Commercial Components (Oct 1998)

(a) *Definitions.*

"Commercial item," as used in this clause, has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract," as used in this clause, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c) Notwithstanding any other clause of this contract, the Contractor is not required to include any FAR provision or clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices under Part 15, in a subcontract at any tier for commercial items or commercial components:

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212(a));

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

(3) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996).

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

(End of clause)

### 52.246-4 Inspection of Services--Fixed-Price (Aug 1996)

(a) *Definition:* "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may--

(1) Require the Contractor to take necessary action to ensure that future performance conforms to contract requirements; and

(2) Reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may--

(1) By contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service; or

(2) Terminate the contract for default.

(End of clause)

### 52.249-1 Termination for Convenience of the Government (Fixed-Price) (Short Form) (Apr 1984)

The Contracting Officer, by written notice, may terminate this contract, in whole or in part, when it is in the Government's interest. If this contract is terminated, the rights, duties, and obligations of the parties, including compensation to the Contractor, shall be in accordance with Part 49 of the Federal Acquisition Regulation in effect on the date of this contract.



(End of clause)

**52.249-8 Default (Fixed-Price Supply and Service) (Apr 1984)**

(a)(1) The Government may, subject to paragraphs (c) and (d) of this clause, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to--

(i) Deliver the supplies or to perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) of this clause); or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) of this clause).

(2) The Government's right to terminate this contract under subdivisions (a)(1)(ii) and (1)(iii) of this clause, may be exercised if the Contractor does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or services similar to those terminated, and the Contractor will be liable to the Government for any excess costs for those supplies or services. However, the Contractor shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather. In each instance the failure to perform must be beyond the control and without the fault or negligence of the Contractor.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

(e) If this contract is terminated for default, the Government may require the Contractor to transfer title and deliver to the Government, as directed by the Contracting Officer, any (1) completed supplies, and (2) partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights (collectively referred to as "manufacturing materials" in this clause) that the Contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the Government has an interest.

(f) The Government shall pay contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes clause. The Government may withhold from these amounts any sum the

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

Contracting Officer determines to be necessary to protect the Government against loss because of outstanding liens or claims of former lien holders.

(g) If, after termination, it is determined that the Contractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(h) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

**52.252-2 Clauses Incorporated by Reference (Feb 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.arnet.gov/far

(End of clause)



# GENERAL SERVICES ADMINISTRATION ACQUISITION REGULATIONS – PROVISIONS & CLAUSES

### 552.203-71  Restriction on Advertising (SEP 1999)

The Contractor shall not refer to this contract in commercial advertising or similar promotions in such a manner as to state or imply that the product or service provided is endorsed or preferred by the White House, the Executive Office of the President, or any other element of the Federal Government, or is considered by these entities to be superior to other products or services.  Any advertisement by the Contractor, including price-off coupons, that refers to a military resale activity shall contain the following statement:  "This advertisement is neither paid for nor sponsored, in whole or in part, by any element of the United States Government."

(End of clause)

### 552.215-70  Examination of Records by GSA (FEB 1996)

The Contractor agrees that the Administrator of General Services or any duly authorized representatives shall, until the expiration of 3 years after final payment under this contract, or of the time periods for the particular records specified in Subpart 4.7 of the Federal Acquisition Regulation (48 CFR 4.7), whichever expires earlier, have access to and the right to examine any books, documents, papers, and records of the Contractor involving transactions related to this contract or compliance with any clauses thereunder.  The Contractor further agrees to include in all its subcontracts hereunder a provision to the effect that the subcontractor agrees that the Administrator of General Services or any authorized representatives shall, until the expiration of 3 years after final payment under the subcontract, or of the time periods for the particular records specified in Subpart 4.7 of the Federal Acquisition Regulation (48 CFR 4.7), whichever expires earlier, have access to and the right to examine any books, documents, papers, and records of such subcontractor involving transactions related to the subcontract or compliance with any clauses thereunder.  The term "subcontract" as used in this clause excludes (a) purchase orders not exceeding $100,000 and (b) subcontracts or purchase orders for public utility services at rates established for uniform applicability to the general public.

(End of clause)

### 552.217-71  Notice Regarding Option(s) (NOV 1992)

The General Services Administration (GSA) has included an option to [*Insert "purchase additional quantities of supplies or services" or "extend the term of this contract" or "purchase additional quantities of supplies or services and to extend the term of this contract"*] in order to

demonstrate the value it places on quality performance by providing a mechanism for continuing a contractual relationship with a successful Offeror that performs at a level which meets or exceeds GSA's



quality performance expectations as communicated to the Contractor, in writing, by the Contracting Officer or designated representative. When deciding whether to exercise the option, the Contracting Officer will consider the quality of the Contractor's past performance under this contract in accordance with 48 CFR 517.207.

(End of provision)

## 552.228-70  Workers' Compensation Laws (SEP 1999)

The Act of June 25, 1936, 49 Stat. 1938 (40 U.S.C. 290) authorizes the constituted authority of the several States to apply their workers' compensation laws to all lands and premises owned or held by the United States.

(End of clause)

## 552.229-70  Federal, State, and Local Taxes (APR 1984)

The contract price includes all applicable Federal, State, and local taxes. No adjustment will be made to cover taxes which may subsequently be imposed on this transaction or changes in the rates of currently applicable taxes. However, the Government will, upon the request of the Contractor, furnish evidence appropriate to establish exemption from any tax from which the Government is exempt and which was not included in the contract price.

(End of clause)

## 552.232-71  Adjusting Payments (SEP 1999)

(a) Under the Inspection of Services clause of this contract, payments may be adjusted if any services do not conform with contract requirements. The Contracting Officer or a designated representative will inform the Contractor, in writing, of the type and dollar amount of proposed deductions by the 10th workday of the month following the performance period for which the deductions are to be made.

(b) The Contractor may, within 10 working days of receipt of the notification of the proposed deductions, present to the Contracting Officer specific reasons why any or all of the proposed deductions are not justified. Reasons must be solidly based and must provide specific facts that justify reconsideration and/or adjustment of the amount to be deducted. Failure to respond within the 10-day period will be interpreted to mean that the Contractor accepts the deductions proposed.

(c) All or a portion of the final payment may be delayed or withheld until the Contracting Officer makes a final decision on the proposed deduction. If the Contracting Officer determines that any or all of the proposed deductions are warranted, the Contracting Officer shall so notify the Contractor, and adjust payments under the contract accordingly.

(End of clause)



disagreement exists over quantity, quality, or Contractor compliance with contract requirements.

(ii) The 30th day after Government acceptance of supplies delivered or services performed by the Contractor.

(3) On a final invoice, if the payment amount is subject to contract settlement actions, acceptance occurs on the effective date of the contract settlement.

(b) The General Services Administration will issue payment on the due date in (a)(1) above if the Contractor complies with full cycle electronic commerce. Full cycle electronic commerce includes all the following elements:

(1) The Contractor must receive and fulfill electronic data interchange (EDI) purchase orders (transaction set 850).

(2) The Contractor must generate and submit to the Government valid EDI invoices (transaction set 810) or submit invoices through the GSA Finance Center Internet-based invoice process. Internet-based invoices must be submitted using procedures provided by GSA.

(3) The Contractor's financial institution must receive and process, on behalf of the Contractor, EFT payments through the Automated Clearing House (ACH) system.

(4) The EDI transaction sets in (b)(1) through (b)(3) above must adhere to implementation conventions provided by GSA.

(c) If any of the conditions in (b) above do not occur, the 10 day payment due dates in (a)(1) become 30 day payment due dates.

(d) Notwithstanding paragraph (g) of the clause at FAR 52.212-4, Contract Terms and Conditions-- Commercial Items, if the Contractor submits hard-copy invoices, submit only an original invoice. No copies of the invoice are required.

(e) All other provisions of the Prompt Payment Act (31 U.S.C. 3901 et seq.) and Office of Management and Budget (OMB) Circular A- 125, Prompt Payment, apply.

(End of clause)


**552.233-70  Protests Filed Directly with the General Services Administration (SEP 1999)**

(a) The following definitions apply in this provision:

"Agency Protest Official for GSA" means the official in the Office of Acquisition Policy designated to review and decide procurement protests filed with GSA.

"Deciding official" means the person chosen by the protester to decide the agency protest. The deciding official may be either the Contracting Officer or the Agency Protest Official.

URS

(b) The filing time frames in FAR 33.103(e) apply. An agency protest is filed when the protest complaint is received at the location the solicitation designates for serving protests. GSA's hours of operation are 8:00 a.m. to 4:30 p.m. Protests delivered after 4:30 p.m. will be considered received and filed the following business day.

(c) A protest filed directly with the General Services Administration (GSA) must:

    (1) Indicate that it is a protest to the agency.

    (2) Be filed with the Contracting Officer.

    (3) State whether the protester chooses to have the Contracting Officer or the Agency Protest Official for GSA decide the protest. If the protest is silent on this matter, the Contracting Officer will decide the protest.

    (4) Indicate whether the protester prefers to make an oral presentation, a written presentation, or an oral presentation confirmed in writing, of arguments in support of the protest to the deciding official.

    (5) Include the information required by FAR 33.103(d)(2):

        (i) Name, address, fax number, and telephone number of the protester.

        (ii) Solicitation or contract number.

        (iii) Detailed statement of the legal and factual grounds for the protest, to include a description of resulting prejudice to the protester.

        (iv) Copies of relevant documents.

        (v) Request for a ruling by the agency.

        (vi) Statement as to the form of relief requested.

        (vii) All information establishing that the protester is an interested party for the purpose of filing a protest.

        (viii) All information establishing the timeliness of the protest (see paragraph (b) of this provision).

(d) An interested party filing a protest with GSA has the choice of requesting either that the Contracting Officer or the Agency Protest Official for GSA decide the protest.

(e) The decision by the Agency Protest Official for GSA is an alternative to a decision by the Contracting Officer. The Agency Protest Official for GSA will not consider appeals from the Contracting Officer's decision on an agency protest.

(f) The deciding official must conduct a scheduling conference with the protester within three (3) days after the protest is filed. The scheduling conference will establish deadlines for oral or written arguments in support of the agency protest and for agency officials to present information in response

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

to the protest issues. The deciding official may hear oral arguments in support of the agency protest at the same time as the scheduling conference, depending on availability of the necessary parties.

(g) Oral conferences may take place either by telephone or in person. Other parties (e.g., representatives of the program office) may attend at the discretion of the deciding official.

(h) The following procedures apply to information submitted in support of or in response to an agency protest:

    (1) The protester and the agency have only one opportunity to support or explain the substance of the protest (either orally, in writing, or orally confirmed in writing).

    (2) GSA procedures do not provide for any discovery.

    (3) The deciding official has discretion to request additional information from either the agency or the protester. However, the deciding official will normally decide protests on the basis of information provided by the protester and the agency.

    (4) The parties are encouraged, but not required, to exchange information submitted to the Agency Protest Official for GSA.

    (5) Any written response by the agency to the protest must be filed with the deciding official within five (5) days after the filing of the protest.

    (6) Any additional information that either party wants to submit in writing after one-time oral arguments in support of the agency protest, must be received by the deciding official within two (2) days after the date of the oral arguments.

(i) The deciding official will resolve the protest through informal presentations or meetings to the maximum extent practicable.

(j) An interested party may represent itself or be represented by legal counsel. GSA will not reimburse the party for any legal fees related to the agency protest.

(k) GSA will stay award or suspend contract performance in accordance with FAR 33.103(f). The stay or suspension, unless over-ridden, remains in effect until the protest is decided, dismissed, or withdrawn.

(l) The deciding official will make a best effort to issue a decision on the protest within twenty-eight (28) days after the filing date. The decision may be oral or written. If the decision is communicated orally to the protester, the deciding official will confirm in writing within three (3) days after the decision.

(m) GSA may dismiss or stay proceedings on an agency protest if a protest on the same or similar basis is filed with a protest forum outside of GSA.

(End of provision)



**552.237-71  Qualifications of Employees (MAY 1989)**

(a)  The Contracting Officer or a designated representative may require the Contractor to remove any employee(s) from GSA controlled buildings or other real property should it be determined that the individual(s) is either unsuitable for security reasons or otherwise unfit to work on GSA controlled property.

(b)  The Contractor shall fill out and cause each of its employees performing work on the contract work to fill out, for submission to the Government, such forms as may be necessary for security or other reasons.  Upon request of the Contracting Officer, the Contractor and its employees shall be fingerprinted.

(c)  Each employee of the Contractor shall be a citizen of the United States of America, or an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card Form I-151, or, who presents other evidence from the Immigration and Naturalization Service that employment will not affect his immigration status.

(End of clause)

**552.237-73  Restriction on Disclosure of Information (SEP 1999)**

(a)  The Contractor shall, in the performance of this contract, keep all information contained in source documents or other media furnished by the Government in the strictest confidence.  The Contractor shall not publish or otherwise divulge such information in whole or in part, in any manner or form, nor authorize or permit others to do so.  The Contractor shall take such reasonable measures as are necessary to restrict access to such information, while in the Contractor's possession, to those employees needing such information to perform the work provided herein, i.e., on a "need to know" basis.  The Contractor shall immediately notify, in writing, the Contracting Officer in the event that the Contractor determines or has reason to suspect a breach of this requirement.

(b)  The Contractor shall not disclose any information concerning the work under this contract to any persons or individual unless the Contractor obtains prior written approval from the Contracting Officer.

(c)  The Contractor shall insert the substance of this clause in any consultant agreement or subcontract under this contract.

(d)  Any unauthorized disclosure of information may result in termination of this contract for cause.

(End of clause)

**552.252-5  Authorized Deviations in Provisions (SEP 1999)**

(a)  <u>Deviations to FAR provisions</u>.

    (1)  This solicitation indicates any authorized deviation to a Federal Acquisition Regulation (48 CFR Chapter 1) provision by the addition of "(DEVIATION)" after the date of the provision, if



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

the provision is not published in the General Services Administration Acquisition Regulation (48 CFR Chapter 5).

(2)  This solicitation indicates any authorized deviation to a Federal Acquisition Regulation (FAR) provision that is published in the General Services Administration Acquisition Regulation by the addition of "(DEVIATION (FAR provision no.))" after the date of the provision.

(b)  <u>Deviations to GSAR provisions</u>.  This solicitation indicates any authorized deviation to a General Services Administration Acquisition Regulation provision by the addition of "(DEVIATION)" after the date of the provision.

(c)  <u>"Substantially the same as" provisions</u>.  Changes in wording of provisions prescribed for use on a "substantially the same as" basis are not considered deviations.

(End of provision)



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# WAGE DETERMINATION

94-2103 **DC**,DISTRICT-WIDE 09/19/00

\*\*\*FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL\*\*\*

WASHINGTON D.C. 20210

| | |
|---|---|
| William W.Gross   Division of | Wage Determination No.: 1994-2103 |
| Director   Wage Determinations | Revision No.: 22 |
| | Date Of Last Revision: 09/13/2000 |

States:

District of Columbia, Maryland, Virginia

Area: District of Columbia Statewide Maryland Counties of Calvert, Charles, Frederick, Montgomery, Prince George's, St Mary's Virginia Counties of Alexandria, Arlington, Fairfax, Falls Church, Fauquier, King George, Loudoun, Prince William, Stafford

\*\*Fringe Benefits Required Follow the Occupational Listing\*\*

| OCCUPATION TITLE | MINIMUM WAGE RATE ($/HOUR) |
|---|---|
| Administrative Support and Clerical Occupations | |
| Accounting Clerk I | 10.16 |
| Accounting Clerk II | 11.88 |
| Accounting Clerk III | 14.04 |
| Accounting Clerk IV | 16.37 |
| Court Reporter | 13.68 |
| Dispatcher, Motor Vehicle | 14.33 |
| Document Preparation Clerk | 11.29 Duplicating |
| Machine Operator | 11.29 |
| Film/Tape Librarian | 13.64 |
| General Clerk I | 9.30 |
| General Clerk II | 10.92 |
| General Clerk III | 12.20 |
| General Clerk IV | 17.04 |
| Housing Referral Assistant | 17.20 |
| Key Entry Operator I | 10.40 |
| Key Entry Operator II | 11.62 |
| Messenger (Courier) | 9.30 |
| Order Clerk I | 11.65 |
| Order Clerk II | 12.88 |
| Personnel Assistant (Employment) I | 11.49 |
| Personnel Assistant (Employment) II | 12.54 |
| Personnel Assistant (Employment) III | 14.46 |
| Personnel Assistant (Employment) IV | 17.24 |

**URS**

| | |
|---|---|
| Production Control Clerk | 16.30 |
| Rental Clerk | 14.02 |
| Scheduler, Maintenance | 14.02 |
| Secretary I | 14.02 |
| Secretary II | 15.35 |
| Secretary III | 17.21 |
| Secretary IV | 19.57 |
| Secretary V | 22.01 |
| Service Order Dispatcher | 12.50 |
| Stenographer I | 13.72 |
| Stenographer II | 15.39 |
| Supply Technician | 19.57 |
| Survey Worker (Interviewer) | 13.68 |
| Switchboard Operator-Receptionist | 10.64 |
| Test Examiner | 15.35 |
| Test Proctor | 15.35 |
| Travel Clerk I | 9.19 |
| Travel Clerk II | 9.87 |
| Travel Clerk III | 10.60 |
| Word Processor I | 10.85 |
| Word Processor II | 12.47 |
| Word Processor III | 15.47 |
| **Automatic Data Processing Occupations** | |
| Computer Data Librarian | 10.56 |
| Computer Operator I | 10.59 |
| Computer Operator II | 12.48 |
| Computer Operator III | 15.13 |
| Computer Operator IV | 17.11 |
| Computer Operator V | 18.41 |
| Computer Programmer I (1) | 17.08 |
| Computer Programmer II (1) | 20.04 |
| Computer Programmer III (1) | 23.46 |
| Computer Programmer IV (1) | 27.21 |
| Computer Systems Analyst I (1) | 21.34 |
| Computer Systems Analyst II (1) | 27.62 |
| Computer Systems Analyst III (1) | 27.62 |
| Peripheral Equipment Operator | 11.87 |
| **Automotive Service Occupations** | |
| Automotive Body Repairer, Fiberglass | 19.03 |
| Automotive Glass Installer | 17.03 |
| Automotive Worker | 17.03 |
| Electrician, Automotive | 18.05 |
| Mobile Equipment Servicer | 14.94 |
| Motor Equipment Metal Mechanic | 19.03 |
| Motor Equipment Metal Worker | 17.03 |
| Motor Vehicle Mechanic | 19.11 |
| Motor Vehicle Mechanic Helper | 13.85 |
| Motor Vehicle Upholstery Worker | 16.01 |

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | |
|---|---|
| Motor Vehicle Wrecker | 17.03 |
| Painter, Automotive | 18.05 |
| Radiator Repair Specialist | 17.03 |
| Tire Repairer | 14.43 |
| Transmission Repair Specialist | 19.03 |
| Food Preparation and Service Occupations | |
| Baker | 11.87 |
| Cook I | 10.41 |
| Cook II | 11.87 |
| Dishwasher | 8.60 |
| Food Service Worker | 8.19 |
| Meat Cutter | 13.65 |
| Waiter/Waitress | 8.17 |
| Furniture Maintenance and Repair Occupations | |
| Electrostatic Spray Painter | 18.05 |
| Furniture Handler | 12.55 |
| Furniture Refinisher | 18.05 |
| Furniture Refinisher Helper | 13.85 |
| Furniture Repairer, Minor | 16.01 |
| Upholsterer | 18.05 |
| General Services and Support Occupations | |
| Cleaner, Vehicles | 8.21 |
| Elevator Operator | 8.60 |
| Gardener | 11.94 |
| House Keeping Aid I | 7.67 |
| House Keeping Aid II | 8.50 |
| Janitor | 8.47 |
| Laborer, Grounds Maintenance | 9.37 |
| Maid or Houseman | 7.61 |
| Pest Controller | 11.17 |
| Refuse Collector | 8.60 |
| Tractor Operator | 11.07 |
| Window Cleaner | 9.23 |
| Health Occupations | |
| Dental Assistant 1 | 2.21 |
| Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | 11.95 |
| Licensed Practical Nurse I | 14.11 |
| Licensed Practical Nurse II | 15.84 |
| Licensed Practical Nurse III | 17.73 |
| Medical Assistant | 10.92 |
| Medical Laboratory Technician | 10.92 |
| Medical Record Clerk | 10.92 |
| Medical Record Technician | 13.15 |
| Nursing Assistant I | 7.53 |
| Nursing Assistant II | 8.47 |
| Nursing Assistant III | 10.85 |
| Nursing Assistant IV | 12.18 |
| Pharmacy Technician | 11.84 |

| | |
|---|---|
| Phlebotomist | 10.19 |
| Registered Nurse I | 18.90 |
| Registered Nurse II | 21.19 |
| Registered Nurse II, Specialist | 21.19 |
| Registered Nurse III | 25.65 |
| Registered Nurse III, Anesthetist | 25.65 |
| Registered Nurse IV | 30.74 |
| **Information and Arts Occupations** | |
| Audiovisual Librarian | 18.95 |
| Exhibits Specialist I | 15.64 |
| Exhibits Specialist II | 19.56 |
| Exhibits Specialist III | 24.08 |
| Illustrator I | 15.64 |
| Illustrator II | 19.56 |
| Illustrator III | 24.08 |
| Librarian | 21.32 |
| Library Technician | 13.99 |
| Photographer I | 13.93 |
| Photographer II | 5.64 |
| Photographer III | 19.56 |
| Photographer IV | 24.08 |
| Photographer V | 26.50 |
| **Laundry, Dry Cleaning, Pressing and Related Occupations** | |
| Assembler | 6.93 |
| Counter Attendant | 6.93 |
| Dry Cleaner | 8.94 |
| Finisher, Flatwork, Machine | 6.93 |
| Presser, Hand | 6.93 |
| Presser, Machine, Dry-cleaning | 6.93 |
| Presser, Machine, Shirts | 6.93 |
| Presser, Machine, Wearing Apparel, Laundry | 6.93 |
| Sewing Machine Operator | 9.66 |
| Tailor | 10.35 |
| Washer, Machine | 7.60 |
| **Machine Tool Operation and Repair Occupations** | |
| Machine-Tool Operator (Toolroom) | 18.05 |
| Tool and Die Maker | 21.95 |
| **Material Handling and Packing Occupations** | |
| Forklift Operator | 12.68 |
| Fuel Distribution System Operator | 17.62 |
| Material Coordinator | 16.10 |
| Material Expediter | 16.10 |
| Material Handling Laborer | 10.36 |
| Order Filler | 13.21 |
| Production Line Worker (Food Processing) | 11.64 |
| Shipping Packer | 12.21 |
| Shipping/Receiving Clerk | 13.09 |
| Stock Clerk (Shelf Stocker; Store Worker II) | 12.09 |

**URS**