| | |
|---|---|
| Store Worker I | 8.61 |
| Tools and Parts Attendant | 14.77 |
| Warehouse Specialist | 13.05 |
| Mechanics and Maintenance and Repair Occupations | |
| Aircraft Mechanic | 19.95 |
| Aircraft Mechanic Helper | 14.51 |
| Aircraft Quality Control Inspector | 21.01 |
| Aircraft Servicer | 16.78 |
| Aircraft Worker | 17.84 |
| Appliance Mechanic | 18.05 |
| Bicycle Repairer | 14.43 |
| Cable Splicer | 19.03 |
| Carpenter, Maintenance | 18.05 |
| Carpet Layer | 17.44 |
| Electrician, Maintenance | 19.20 |
| Electronics Technician, Maintenance I | 16.05 |
| Electronics Technician, Maintenance II | 20.49 |
| Electronics Technician, Maintenance III | 22.31 |
| Fabric Worker | 15.76 |
| Fire Alarm System Mechanic | 19.03 |
| Fire Extinguisher Repairer | 14.94 |
| Fuel Distribution System Mechanic | 19.03 |
| General Maintenance Worker | 16.46 |
| Heating, Refrigeration and Air Conditioning Mechanic | 19.03 |
| Heavy Equipment Mechanic | 19.03 |
| Heavy Equipment Operator | 19.31 |
| Instrument Mechanic | 19.03 |
| Laborer | 10.04 |
| Locksmith | 18.05 |
| Machinery Maintenance Mechanic | 20.51 |
| Machinist, Maintenance | 21.52 |
| Maintenance Trades Helper | 13.85 |
| Millwright | 19.03 |
| Office Appliance Repairer | 18.05 |
| Painter, Aircraft | 18.05 |
| Painter, Maintenance | 18.05 |
| Pipefitter, Maintenance | 18.39 |
| Plumber, Maintenance | 18.05 |
| Pneudraulic Systems Mechanic | 19.03 |
| Rigger | 19.03 |
| Scale Mechanic | 17.03 |
| Sheet-Metal Worker, Maintenance | 19.03 |
| Small Engine Mechanic | 20.05 |
| Telecommunication Mechanic I | 19.03 |
| Telecommunication Mechanic II | 20.05 |
| Telephone Lineman | 19.03 |
| Welder, Combination, Maintenance | 19.03 |
| Well Driller | 19.03 |

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | |
|---|---|
| Woodcraft Worker | 19.03 |
| Woodworker | 15.32 |
| Miscellaneous Occupations | |
| Animal Caretaker | 8.91 |
| Carnival Equipment Operator | 11.11 |
| Carnival Equipment Repairer | 11.97 |
| Carnival Worker | 7.48 |
| Cashier | 7.75 |
| Desk Clerk | 9.78 |
| Embalmer | 19.04 |
| Lifeguard | 8.89 |
| Mortician | 21.63 |
| Park Attendant (Aide) | 11.17 |
| Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 9.03 |
| Recreation Specialist | 15.94 |
| Recycling Worker | 11.11 |
| Sales Clerk | 8.03 |
| School Crossing Guard (Crosswalk Attendant) | 8.60 |
| Sport Official | 8.89 |
| Survey Party Chief (Chief of Party) | 12.33 |
| Surveying Aide | 7.33 |
| Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 11.21 |
| Swimming Pool Operator | 11.87 |
| Vending Machine Attendant | 9.68 |
| Vending Machine Repairer | 11.90 |
| Vending Machine Repairer Helper | 9.68 |
| Personal Needs Occupations | |
| Child Care Attendant | 8.99 |
| Child Care Center Clerk | 12.54 |
| Chore Aid | 7.61 |
| Homemaker | 14.35 |
| Plant and System Operation Occupations | |
| Boiler Tender | 19.03 |
| Sewage Plant Operator | 18.05 |
| Stationary Engineer | 19.03 |
| Ventilation Equipment Tender | 13.85 |
| Water Treatment Plant Operator | 18.05 |
| Protective Service Occupations | |
| Alarm Monitor | 12.39 |
| Corrections Officer | 17.69 |
| Court Security Officer | 18.18 |
| Detention Officer | 17.69 |
| Firefighter | 18.84 |
| Guard I | 8.80 |
| Guard II | 11.59 |
| Police Officer | 20.49 |

Stevedoring/Longshoremen Occupations

URS

| | |
|---|---|
| Blocker and Bracer | 16.46 |
| Hatch Tender | 14.31 |
| Line Handler | 14.31 |
| Stevedore I | 15.47 |
| Stevedore II | 17.45 |

**Technical Occupations**

| | |
|---|---|
| Air Traffic Control Specialist, Center (2) | 26.40 |
| Air Traffic Control Specialist, Station (2) | 18.14 |
| Air Traffic Control Specialist, Terminal (2) | 20.30 |
| Archeological Technician I | 14.11 |
| Archeological Technician II | 15.78 |
| Archeological Technician III | 19.56 |
| Cartographic Technician | 22.50 |
| Civil Engineering Technician | 19.56 |
| Computer Based Training (CBT) Specialist/ Instructor | 21.34 |
| Drafter I | 11.84 |
| Drafter II | 14.82 |
| Drafter III | 16.64 |
| Drafter IV | 20.81 |
| Engineering Technician I | 13.74 |
| Engineering Technician II | 15.95 |
| Engineering Technician III | 19.17 |
| Engineering Technician IV | 21.99 |
| Engineering Technician V | 26.90 |
| Engineering Technician VI | 32.55 |
| Environmental Technician | 18.91 |
| Flight Simulator/Instructor (Pilot) | 27.76 |
| Graphic Artist | 18.56 |
| Instructor | 21.90 |
| Laboratory Technician | 15.13 |
| Mathematical Technician | 19.13 |
| Paralegal/Legal Assistant I | 14.53 |
| Paralegal/Legal Assistant II | 18.53 |
| Paralegal/Legal Assistant III | 22.67 |
| Paralegal/Legal Assistant IV | 27.43 |
| Photooptics Technician | 21.06 |
| Technical Writer | 19.90 |
| Unexploded (UXO) Safety Escort | 16.92 |
| Unexploded (UXO) Sweep Personnel | 16.92 |
| Unexploded Ordnance (UXO) Technician I | 16.92 |
| Unexploded Ordnance (UXO) Technician II | 20.47 |
| Unexploded Ordnance (UXO) Technician III | 24.53 |
| Weather Observer, Combined Upper Air and Surface Programs (3) | 15.13 |
| Weather Observer, Senior (3) | 17.62 |
| Weather Observer, Upper Air (3) | 15.13 |

**Transportation/ Mobile Equipment Operation Occupations**

| | |
|---|---|
| Bus Driver | 13.70 |
| Parking and Lot Attendant | 8.62 |

URS

| | |
|---|---|
| Shuttle Bus Driver | 11.76 |
| Taxi Driver | 10.01 |
| Truckdriver, Heavy Truck | 17.52 |
| Truckdriver, Light Truck | 11.78 |
| Truckdriver, Medium Truck | 14.97 |
| Truckdriver, Tractor-Trailer | 17.52 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $1.92 an hour or $76.80 a week or $332.80 a month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):
1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

4) HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard including working with or in close proximity to explosives and incendiary materials involved in research, testing, manufacturing, inspection, renovation, maintenance, and disposal. Such as: Screening, blending, dying, mixing, and pressing of sensitive explosives pyrotechnic compositions such as lead azide, black powder and photoflash power. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive explosives and incendiary materials. All operations involving regarding and cleaning of artillery ranges. A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard.

Including working with or in close proximity to explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation and, possibly adjacent employees, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of explosive and incendiary ordnance material other than small arms ammunition. (Distribution of raw nitroglycerine is covered under high degree hazard.)

## ** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance: The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

## ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The Contracting Officer or his/her designated representative shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or




fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the proposal, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the Contracting Officer or his/her designated representative no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The Contracting Officer or his/her designated representative reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the Contracting Officer or his/her designated representative that additional time will be required to process the request.

5) The Contracting Officer or his/her designated representative transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees. Information required by the Regulations must be submitted on SF 1444 or bond paper. When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

URS

# PART III - SECTION J

## EXHIBITS

Exhibit 1      Steam Distribution Complex (SDC) General Information

Exhibit 2      Sample Preventive Maintenance Checklists

Exhibit 3      Steam Distribution Complex Equipment Inventory

Exhibit 4      Hazardous Materials / GSA/NCR Hazardous Material Inventory Sheet

Exhibit 5      Safety and Health

Exhibit 6      Replacement Equipment and Material Specifications

Exhibit 7      Assumed Base Quantities

Exhibit 8      Work Statement Flow Diagram

Exhibit 9      Conformance Matrices

# EXHIBIT 1

## STEAM DISTRIBUTION COMPLEX (SDC) GENERAL INFORMATION

The Steam Distribution Complex consists of approximately 7 miles of tunnels and 5 miles of direct-buried pipelines, supplying 250-psi saturated (406 degrees F) steam to approximately 100 government buildings and monuments in downtown Washington, DC. The majority of the tunnels are 7 feet high by 7 feet wide with two 18-inch or 20-inch steam lines, one 8-inch or 10-inch low-pressure pumped condensate line, and a 3-inch high-pressure condensate (trap return) line. The lines are mostly carbon steel Schedule 40 and 80 piping, with some of the condensate line consisting of fiberglass-reinforced plastic piping. Pipe expansion is handled by 700 expansion joints, most of which are of the slip-type, with new replacements being externally-pressurized bellows-type expansion joints. There are nearly 70 manholes throughout the system, as well as over 40 material access holes and over 60 tunnel access holes. Approximately 350 traps remove the condensate inside the steam lines, and over 2600 valves regulate the pressure or isolate the flow of steam and condensate. Most of the isolation valves are gate valves, although several triple-offset rotary valves have been installed recently to ensure 100% complete shut-off. Also, there are approximately 38 duplex sump pumps that handle water infiltration and leaks that may occur. There are approximately 56 intake and exhaust fans and nearly 1000 lighting fixtures in the tunnel system.

The steam system can be fed from either of two heating plants; the main plant being the Central Heating Plant, and the West Heating Plant currently being used as an emergency back-up plant only. The system is divided into 12 geographic zones for preventative maintenance and repairs. There are three areas with reduced steam pressure (not including the buildings themselves, most of which have pressure-reducing stations inside): the Washington Monument lines, the E Street NW line from 6th to 7th Street, and the line supplying the court houses at Judiciary Square (pressure reducing valve at 5th and E Streets NW).

Most of the direct buried lines are in poor condition from the hostile underground environment and lack of cathodic protection. Older condensate and trap lines are frequently in need of repair, whereas steam line leaks occur infrequently. Areas and buildings from which condensate can not be returned include 6th Street SW (one large museum), 10th Street (one large and two small buildings), Pennsylvania Avenue from 6th to 3rd Street NW (two large and one small buildings), and one building on the 17th Street line (to be repaired soon). System areas with likely greatest energy losses are Pennsylvania Avenue from 6th to 3rd Street NW and the Ellipse, both direct buried lines. Besides the broken condensate lines mentioned above, equipment that fails or needs repair most frequently are the steam traps and expansion joints, with pressure-reducing valves leaking or failing only occasionally.

Preventative maintenance (PM) is scheduled according to zone, with the number of the zone corresponding with the respective month of the year. Thus, Zone 1 would have PM performed in January, etc. Repairs currently consume approximately three to five times as much manpower and materials as PM, varying each month and year.

HOTD is planning several major capital improvement projects for the next several years. Capital improvement projects are generally not included in the basic services of this Contract. However, from time to time, as deemed appropriate by the Contracting Officer, the Contractor will be requested to provide, on a task order basis, labor and/or materials to accomplish all or part of these capital improvement projects. Planned, or in-progress, projects for the next two years include:

URS

- The replacement of up to 2,500 feet of buried steam and condensate lines underneath 10th Street.
- The replacement of the tunnel security system.
- The painting and replacement of several hundred pipe stanchions.
- The repair of 7,000 square feet of concrete walls and ceilings in the tunnels.
- The replacement of up to 600 feet of the buried steam and condensate lines underneath 6th Street SW.
- The repair of the 17th Street vault between two manholes.
- The replacement of approximately 40 expansion joints with the newer externally-pressurized, bellows type.
- The replacement of the electrical systems in the 15th Street and Constitution Avenue tunnels.
- The repair of up to 250 concrete pedestals.
- The addition of a steam line bypass at 12th and C Streets SW.

The staff of Government employees at GSA HOTD who are specifically dedicated to direct supervision and execution of Steam Distribution Complex maintenance and repair work, and to facilitation and quality assurance of contractor maintenance and repair work in Steam Distribution Complex, comprises one mechanical engineer, one pipefitter/welder (P/W) supervisor, two P/W assistant supervisors, three P/W leaders, nine subordinate pipefitters and welders, and one insulator supervisor.

In addition to supervising and leading subordinate Government employees, the HOTD Steam Distribution Complex supervisors and leaders have been facilitating and assuring quality of Steam Distribution Complex maintenance and repairs done by a contractor labor force comprising two pipefitters, four laborers, and four insulators. Moreover, the HOTD EIC (Electronic Instrumentation and Controls) supervisor likewise provides facilitation and quality assurance of the work of four contracted electricians, much of which also pertains to Steam Distribution Complex.

Note: Complete maps and drawings of the Steam Distribution Complex will be made available to

Proposers upon written request.

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

## EXHIBIT 2

### PREVENTIVE MAINTENANCE CHECKLISTS

The following checklists (also called guide cards) define the procedures for inspecting components located in the Steam Distribution Complex. The Contractor shall confirm these procedures when performing preventive maintenance inspections.

Revised procedures may be issued from time to time and the Contractor shall comply to revised procedures as they are provided.

**Title: E-17 Expansion Joints**

Purpose:              Receives and absorbs stress placed on the steam lines.

Reference:            Vendor's Brochures

Tools:                1. Tool Group C
                      2. Lubricants
                      3. Fine Sand Cloth

Precautions:          1. Refer to and use all safety procedures.
                      2. Relieve stress on steam line if necessary
                      3. Has high pressure steam flowing through the joints

Criteria:             Inspection by General Foreman, Building Manager, and Technical Support Staff personnel.

Description:          1. Remove cover.
                      2. Examine joint closely, look for evidence of displacement, loose or defective anchors or bolts, alignment of joint with piping, guide rods, etc. Correct what can be done with pressure on. Repair or replace as necessary.
                      3. Clean barrel with fine sand cloth to remove as much rust and debris as possible.
                      4. Lubricate barrel.
                      5. Observe packing gland, Adjust to stop weeping or leaks.
                      6. If slugs are added, remember to return the slugging ran all the way down inside the barrel after completion.
                      7. Renew packing completely when system is down for other reason such as repair, overhaul, or maintenance of other components.
                      8. Replace cover.

Additional
Documents:



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

**Title:  E-28 Motor Starters 100 Horsepower and Up**

| | |
|---|---|
| Purpose: | Operate a variety of mechanical pieces of equipment, allowing plant systems to function. |
| Reference: | Vendor's Brochure |
| Tools: | 1. Tool Group B<br>2. Test Set<br>3. Micro-Ohmmeter<br>4. Megger<br>5. Vacuum Cleaner |
| Precautions: | 1. Schedule outage with operating personnel.<br>2. De-energize, Tag and lockout circuit.  All tests shall conform to the appropriate ASTM<br>test procedures and the values used as standards shall conform to the manufacturers and ANSI standards specifications.<br>3. Refer to and use all safety procedures. |
| Criteria: | Inspections by General Foreman, Building Manager and Technical Support Staff personnel. |
| Description: | 1. Visually Inspect for broken parts, contact arcing or any evidence of overheating.<br>2. Check motor name plate for current rating and controller manufacturer's recommended heater size.<br>3. Check line, load connections and heater mounting screws for tightness.  Tighten as necessary.<br>4. Perform time/current characteristics test at the appropriate multiple of heater rating.<br>5. Record test results on GSA Form 2543B.  Both as found and as left.<br>6. Check contact resistance in micro-ohms and dielectric strength in meg-ohms.<br>7. Check starter connections by applying a thin film of black contact grease to the line and load stabs, then rack the breaker in and out of the cubicle and measure the wipe marks on the stab.  Clean contacts.<br>8. Remove tags and lock, return circuit to service. |
| Additional Documents: | |

**Title:  F-27 Fan, Centrifugal**

| | |
|---|---|
| Purpose: | Provides transfer of air through out the steam tunnels and utility plants. |
| Reference: | Vendor's Brochure |
| Tools: | 1. Tool Group Basic |

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

2. Tachometer
3. Vacuum
4. Respirator

Precautions:        1. Review manufacturer's instructions.
                    2. Schedule shutdowns with operating personnel, as needed.
                    3. Open, lock and tag electrical circuits.

Criteria:           Inspection by General Foreman, Building Manager and Technical Support Staff
                    personnel.

Description:        1. Check fan blades for dust buildup and clean if necessary.
                    2. Check fan blades and moving parts for excessive wear. Clean as needed.
                    3. Check fan RPM to design specifications.
                    4. Check bearing collar set screws on fan shaft to make sure they are tight.
                    5. Vacuum interior of unit if accessible. Clean exterior.
                    6. Lubricate fan shaft bearings while unit is running. Add grease slowly until slight
                    bleeding is noted from the seals. Do not over lubricate. Remove old or excess
                    lubricant.
                    7. Check belts for wear, adjust tension or alignment, and replace belts when
                    necessary. Multiple belt drives should be replaced with matched sets.
                    8. Check structural members, vibration eliminators and flexible connections.
                    9. Schedule PM on motor per Guide No. M-3 at same time.

Additional
Documents:          PM Guide Card for Motor (M-3)


## Title: F-36 Fan Propeller 24" Diameter or Larger

Purpose:            Moves heated/cooled air throughout the plant.

Reference:          Vendor's Brochure

Tools:              1. Tool Group Basic
                    2. Vacuum

Precautions:        1. Disconnect and tag electrical circuit or switch.
                    2. Refer to and use all safety precautions.
                    3. Schedule outage with operating personnel
                    4. Perform in conjunction with MOTOR PM.

Criteria:           Inspection by General Foreman, Building Manager and Technical Support Staff
                    personnel.

Description:        1. Operate unit, check for excessive vibration or noise.
                    2. Clean unit, especially fan blades.
                    3. Inspect pulleys, belts, couplings, etc. Adjust tension and tighten mountings as

URS

necessary. Change badly worn belts. Multi-belt drives should be replaced with matched belt sets.

4. Lubricate fan sleeve bearings, fan thrust bearing and motor as necessary.

5. Clean motor with vacuum or low pressure air. Check for obstructions in motor coolings and air flow.

| | |
|---|---|
| Additional Documents: | PM Guide cards for MOTOR, M-3 |

## Title: M-3 Motors

| | |
|---|---|
| Purpose: | This guide is for squirrel-cage, wound-rotor and synchronous motors in excess of 1 horsepower. The maintenance specified by this guide is not intended to require disassembly of the motor. This guide does not normally apply to motors rated less than 1 horsepower. Maintenance for these motors is normally limited to cleaning and lubrication, which is accomplished with the maintenance of the driven machine. |
| Reference: | Vendor's brochures |
| Tools: | 1. Tool Group B<br>2. Multi Meter<br>3. Tachometer<br>4. Lubricant |
| Precautions: | 1. If necessary, schedule shutdown with operating personnel.<br>2. Review manufacturer's instructions.<br>3. Open, tag, and lock circuit serving motor, when applicable. |
| Criteria: | Inspection by General Foreman, Building Manager, and Technical Support Staff. |
| Description: | 1. Check ventilation ports for soil accumulation, clean if necessary<br>2. Clean exterior of motor surfaces of soil accumulation.<br>3. Lubricate bearings:<br>    a. Remove filler and drain plugs (use zerk fittings if installed).<br>    b. Free drain hole of any hard grease (use piece of wire if necessary).<br>    c. Add grease - use good grade lithium base grease unless otherwise noted.<br>4. Check motor windings for accumulation of soil. Blow out with air if required.<br>5. Check hold down bolts and grounding straps for tightness.<br>6. Remove tags and return to service.<br>7. Perform maintenance of circuit breakers, disconnects and start/stop stations associated with this motor.<br>8. Operate motor- Check for excessive noise or vibration.<br>9. Fill preventative Maintenance records properly. |
| Additional Documents: | |



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

## Title: M-4 Manholes Water, Steam/Fuel Oil (Includes Hot Water)

| | |
|---|---|
| Purpose: | Protect tunnels and allow access for HOTD personnel to tunnels and plant equipment. |
| Reference: | Vendor's Brochures |

Tools:
1. Tool Group Basic
2. Barricades
3. Portable Ventilators
4. Gas/ Oxygen testers

Precautions:
1. Have personnel outside of manhole as a safety precautions in case of a emergency is required.
2. Wear appropriate protective clothing.
3. No open flames or smoking near the inside of manhole.
4. Place barricades around manhole.
5. Provide ventilation within the manhole.

Criteria:     Inspection by General Foreman, Building Manager and Technical Support Staff personnel.

Description:
1. Test for gas.
2. Remove cover.
3. Pump out water.
4. Clean out trash, debris, etc. and dispose of properly
5. Inspect structural fixtures, interior of manhole, manhole frame and cover for corrosion, deterioration or other defects.

Additional
Documents:


## Title: S-7 Sump Pump

Purpose:     Removes surface water from plant grounds and tunnels.

Precautions:
1. Strainer cleaning requires removal of pump unit and should be handled as a repair.
2. Perform in conjunction with PM of all associated valves.

Criteria:     Inspection by General Foreman, Building Manager, and Technical Support Staff personnel.

Description:
1. With pit pumped down and both pumps off, raise float rod (until one pump runs) and observe which pump turns on.

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

2. Check bail, floats, rods, and switches.  (Make sure float operates as designed.)
3. Inspect and lube motor, and pump (repack if needed).
4. Inspect check valves.

Tools &
Materials:
1. Tool group C
2. Cleaning equipment and materials
3. Lubricants

**Title:  T-8 Traps (All Types)**

Purpose:              These traps are very important to the heating system because they remove
                      condensation from the steam system to help eliminate major shutdowns.

Reference:            Vendor's Brochures

Tools:                1. Tools Group C
                      2. Gaskets

Precautions:          1. This item is under high pressure (up to 250 PSI) use extreme caution when
                      PMing this item.
                      2. Refer to and follow all safety procedures.

Criteria:             Inspection by General Foreman, Building Manager and Technical Support Staff
                      personnel.

Description:          1. Thermostatic traps:  (bellows or diaphragm type
                           a. Remove cap or bonnet.
                           b. Clean interior of trap, valve and seat
                           c. Inspect bellows or diaphragm and note by sound where it contains liquid
                           charge.
                           d. Replace bellows or diaphragm as necessary.
                           e. If valve seat is cut, replace seat.
                      2. Float and/or thermostatic traps.
                           a. Remove bonnet.
                           b. Inspect linkage and float operation for leakage, defective operation or
                           deterioration.
                           c. Examine, clean and check operation of bellows as in 1 above.
                      3. Inverted bucket trap
                           a. Remove bonnet.
                           b. Clean interior of trap.
                           c. Inspect valve linkage mechanism and seating of valve.
                           d. Examine condition of bucket.
                           e. Examine vent or face, inlet and outlet for evidence of corrosion.
                      4. Impulse traps
                           a. Remove bonnet.
                           b. Inspect valve disc, inlet valve and outlet face.
                           c. See that fulcrum point is free of dirt.

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

  d. Clean body of trap.

5. Associated Equipment
  a. Valves: high side valve/low side valve/tell-tell and strainer valves
    i. Open and close valves, checking for operation of valve.
    ii. Check packing gland. If gland is all the way down or hissing due to leakage, and adjusting packing nuts will stop the problem, repack the valves.
    iii. Check valve operation, close h/s valve open tell-tell. If steam continues to come out of tell-tell then the check is not holding. Write 283 at this time for repairs or replacement.

6. Traps with tell-tells
  a. Close off low side valve, open tell-tell (test valve). Check the cycling of the trap, if trap continues to blow without cycling on and off, the trap is possibly blowing thru or weap hole is clogged. Try unstopping weap or at this time write 283 for repairs or replacement. Make note under comment section on PM sheet as per this trap system. After completion of PM of trap system, return system to service.

7. Tell-tells
  a. This is the test valve for trap systems.
  b. Note lack of tell-tell (if missing) and write 283 for installation of tell-tell.

Additional
Documents:


**Title: V-2 Valve, Safety**

Purpose:          This procedure applies to safety valves installed on boilers, steam lines, and other equipment. The safety valves are designed to relieve excessive pressure thus preventing rupture or explosion of the pressure parts. Safety valves differ from relief valves in that the safety valves start to open when pressure overcomes the spring pressure and remains open to the degree the pressure pushes it open, when the pressure drops the spring closes the valve.

Reference:        Vendor's Brochures

Tools:            1. Tool Group Basic
                  2. Lubricant Graphite
                  3. Appropriate Packing

Precautions:      1. Check with foreman and operating personnel before performing test.
                  2. Refer to and use all safety procedures.

Criteria:         Inspection by General Foreman, Building Manager and Technical Support Staff personnel.

Description:      1. Inspect condition of spring, flanges and threaded connections.



2. Inspect and hand lift the manual lifting lever, checking for binding of the stem or seat. Note that valve returns to proper position when the lever is released.
3. Inspect support brackets and tighten as necessary.
4. Check that the discharge piping support is tight and not causing stress on the valve.
5. Clean the valve body.
6. Lubricate the stem and lever pivot points.

Additional
Documents:

## Title: V-5 Valve, Manually Operated Main Line or Critical

Purpose:            To insure that the valves are in operational order and can be used when required within the flow train.

Reference:          Vendor's Brochures

Tools:              1. Tool Group C
                    2. Appropriate packing
                    3. Lubricant, ANTI-Seize

Precautions:        Make sure there is no water/steam/ gas pressure on the line before servicing. On large valves insure that proper tools are used to open/close the valves.

Inspection
Criteria:           Inspection to be done by General Foreman, Building Manager and Technical Support Staff.

Description:        1. Operate the valve in full open/closed position. Inspect seals and discs for wear and contaminant buildup when valve will not close tightly. Replace seals and discs as necessary.
                    2. Check for sticking valve stems. Lubricate stems and fittings sparingly.
                    3. Replace packing; dress re-brush or replace packing gland. Assemble as necessary.
                    4. Check for freedom of motion of valves equipped with wheel and chain for remote operation. Lubricate as necessary.

Additional
Documents:

## Title: V-6 Valves, Motor Operated

Purpose:            Allows fluid or air flow through system process.

Reference:          Vendor's Brochure

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | |
|---|---|
| Tools: | Tool Group Basic |
| Precautions: | 1. Schedule outage with operating personnel.<br>2. Perform PM in conjunction with MOTOR, CIRCUIT BREAKER, and DISCONNECT. |
| Criteria: | Inspection by General Foreman, Building Manager, and Technical Support Staff personnel. |
| Description: | 1. Clean unit and make visual examination of all parts.<br>2. Operate from limit-to-limit. Observe operation, look for binding, sluggishness, action of limits, etc.<br>3. Determine if valve seats and holds properly.<br>4. Check condition of packing.<br>5. Check condition of dials and positioners.<br>6. Apply graphite to moving parts of valve.<br>7. Lubricate motor and gear box as necessary.<br>8. Inspect contacts, brushes, motor, controls, switches, etc. Clean and adjust as necessary. |
| Additional Documents: | PM Guide cards for MOTOR, CIRCUIT BREAKER, and DISCONNECT. |

## Title: V-7 Valve, Pneumatic

| | |
|---|---|
| Purpose: | Allows flow through lines and system. |
| Reference: | Vendor's Brochure |
| Tools: | 1. Tool Group C<br>2. Graphite Lubricant |
| Precautions: | 1. Schedule outage with operating personnel.<br>2. Secure and tag any electric, pneumatic, or hydraulic lines or circuits serving valve before<br>servicing of motor, gearbox, or piston.<br>3. Refer to and use all safety precautions. |
| Criteria: | Inspection by General Foreman, Building Manager, and Technical Support Staff personnel. |
| Description: | 1. Clean unit and make visual examination of all parts.<br>2. Operate from limit to limit. Observe operation, looking for binding, sluggishness, action of limits, etc.<br>3. Determine if valve seats hold properly, correct if necessary.<br>4. Apply graphite to moving parts of valve.<br>5. Clean solenoids |

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

6. Inspect cylinder, piston, washers or 'o' rings, controls and switches. Clean and adjust as necessary.
7. Check for leaks. Reseal if necessary.
8. Perform maintenance on circuit breakers, disconnects and start/stop stations associated with this valve.

Additional
Documents:

## Title: V-8 Valve, Critical Check

Purpose:              To prevent back-flow situations with the water/steam/gas flow train.

Reference:            Vendor's Brochures

Tools:                1. Tool Group C
                      2. Appropriate Gaskets/Packing
                      3. Lubricants

Precautions:          1. Do not service unless line has no water/steam/gas pressure within the line.
                      2. Schedule outage with operating personnel.

Criteria:             Inspection by General Foreman, Building Manager, and Technical Support Staff personnel.

Description:          1. Isolate check valve.
                      2. Insure all pressure removed from serviced line.
                      3. Remove cover and clean valve seat and disc.
                      4. Inspect valve seat and disk for cracks or scars.
                      5. Where applicable, inspect hangers or piping mountings.
                      6. Inspect packing and gaskets for deterioration and replace as necessary.
                      7. Where applicable replace insulation, clean outside, or repaint exterior of check valve.
                      8. Check valve during operation for leaks.

Additional
Documents:



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# EXHIBIT 3

## STEAM DISTRIBUTION COMPLEX EQUIPMENT INVENTORY

The following table is a current inventory of items requiring preventive maintenance inspections including the annual frequency for preventive maintenance required, and GSA's assumed staff-hour effort (for information only).

The number of annual replacements is based on recent historical experiences. The Contractor shall us this rate to estimate the effort for repairs/requirements. The contract price will be adjusted upwards if actual replacement rate exceeds the assumed rates.

| PM# | Item | Shop | Quantity | Annual PM Freq. | Std MH |
|---|---|---|---|---|---|
| E-17 | Expansion joint, steam trap, condensate line | Pipefitter | 700 | 1 | 1.25 |
| F-27 | Fans, centrifugal – to 5,000 cfm | Pipefitter | 6 | 1 | 1.00 |
| F-27 | Fans, centrifugal – 5,000 – 10,000 cfm | Pipefitter | 24 | 1 | 1.30 |
| F-27 | Fans, centrifugal – 10,000 – 15,000 cfm | Pipefitter | 8 | 1 | 1.60 |
| F-27 | Fans, centrifugal – 15,000 – 20,000 cfm | Pipefitter | 18 | 1 | 1.90 |
| M-4 | Manholes – steam tunnel supply | Pipefitter | 63 | 1 | 2.00 |
| M-4 | Manholes – material access to tunnel | Pipefitter | 44 | 1 | 2.00 |
| M-4 | Manholes – tunnel access | Pipefitter | 62 | 1 | 2.00 |
| S-7 | Sump pumps | Pipefitter | 34 | 1 | 3.75 |
| T-8 | Steam & condensate traps | Pipefitter | 347 | 1 | 0.50 |
| V-3 | Regulating, valves | Pipefitter | 78 | 1 | 0.60 |
| V-5 | Valves, manually operated, main line or critical | Pipefitter | 2533 | 1 | 0.40 |
|  | **Shop Subtotal** | **Pipefitter** |  |  |  |
| E-27 | Low voltage power circuit breakers (over 50) | Electric | 14 | 0.333 | 4.20 |
| E-28 | Motor starters – .100 hp & up | Electric | 100 | 0.333 | 6.00 |
| E-34 | Disconnect (isolating switch, per switch) | Electric | 50 | 1 | 3.00 |
| L-3 | Lighting, special fixtures | Electric | 915 | 1 | 0.50 |
| M-3 | Motors – 1hp – 7.5 hp | Electric | 46 | 1 | 0.30 |
| M-3 | Motors – 7.5 hp – 50 hp | Electric | 10 | 1 | 0.50 |
|  | **Shop Subtotal** | **Electric** |  |  |  |
|  | **Total** |  |  |  |  |

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# EXHIBIT 4

## HAZARDOUS MATERIAL

1. General:

   The Contractor shall submit as a deliverable 15 days after contract start, inventory of all hazardous materials/chemicals that he (or any subcontractor) intends to use at the Steam Distribution Complex.

   A. Contractor's Inventory: The Contractor's inventory shall be included on the Hazardous Materials Inventory form located in this Exhibit. The Contractor shall not use materials/chemicals unacceptable to the Government and shall provide alternatives after notification of original submittal rejection.

   B. Inventory Changes: The Contractor shall immediately notify the COR, in writing, of any change in the Hazardous Materials Inventory after contract start date. Prior to using any new or substitute chemical or product, the Contractor shall obtain written approval form the COR.

   C. Compliance with the Law: Contractor materials/chemicals used shall in no way threaten the health or safety of Federal employees or disrupt tenant agency operations due to undesirable odors or fumes. The Contractor shall compile with all existing Federal Government regulations for safe handling, storage, disposal and use of any hazardous materials/chemicals.

   D. Definition: The words "materials" and "chemicals" are interchangeable for the purpose of this exhibit.

   E. Providing Escorts for Surveys: The Contractor shall be responsible for escorting Safety and Environmental Management subcontractors from the GSA who will be conducting periodic hazardous material inventory surveys in the facility. The Contractor shall be responsible for maintaining a file, during the life of this contract, which shall include a copy of any GSA survey performed where he was provided a copy thereof. The Contractor may be issued service calls and maintenance repairs as a result of these surveys. When service calls or maintenance repairs are required to correct deficiencies found during these hazardous material inventory surveys, the Contractor is to perform such as part of the basic contract services with no additional Government reimbursement.

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

## GSA/NCR HAZARDOUS MATERIAL INVENTORY SHEET

BUILDING/FACILITY_____

DATE_____

BUILDING NO._____POC_____

PHONE_____

WORK AREA_____

PREPARER_____

| Item/Product Name | Mfg. Name, Address, Phone | Stock: (MSN, Prod. #) | Component by chemical name, & class | Physical state of material | Amount used per unit of time | How is product used | Method of disposal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

URS

## EXHIBIT 5

### SAFETY AND HEALTH

1. **Applicable Publications:**

   The publications listed below form a part of this specification to the extent referenced. The publications are referred to by text only.

   A. Code of Federal Regulations (CFR):

      (1) OSHA General Industry Safety and Health Standards (29 CFR, 1910); OSHA Construction Industry Standards (29 CFR 1926). Single copies of these regulations are available from the local OSHA Area Office, and these regulations are available from the local OSHA Area Office, and these documents are for sale by the Superintendent of Documents, US Government Printing Office, Washington, DC 20402.

      (2) National Emission Standards for Hazardous Air Pollutants (40 CFR, Part 61).

      (3) Environmental Protection Agency (EPA) Final Rule (40 CFR Part 761) dated July 17, 1985.

   B. Federal Standard 313: Material Safety Data Sheets, Preparation and the Submission thereof.

2. **Work Covered by this Section:**

   This section is applicable to all work performed as part of this contract.

3. **Definition of Hazardous Materials:**

   Refer to hazardous and toxic materials and substances defined in Exhibit 4.

   A. Those most commonly encountered can include pesticides, cleaning agents, paints, adhesives, strippers, solvents, asbestos, polychlorinated biphenyls (PCB's), CFC and HCFC refrigerants, explosives and radioactive material, but may include others.

   B. The most likely products to contain asbestos are sprayed-on fireproofing, insulation, boiler lagging, pipe covering and likely products to contain PCB's are transformers, capacitors, voltage regulators, fluorescent light ballast's and oil switches.

4. **Contractor Responsibility:**

   A. Compliance with Regulations: All work, including contact with and handling of hazardous material, the disturbance or dismantling of structures containing hazardous materials or the disposal of hazardous materials shall comply with the applicable requirements of the Environmental Protection Agency (EPA). All work shall comply with applicable state and municipal safety and health requirements. Where there is a conflict between applicable regulations, the most stringent shall apply.

   B. Contractor Liability for Regulations:

      (1) The Contractor shall assume full responsibility and liability for compliance with all applicable regulations pertaining to the health and safety of his personnel during the execution of work,



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

and shall hold the Federal Government harmless for any action on his part or that of his employees or subcontractors, which results in illness, injury or death.

(2) The Contractor and all Subcontractors shall also comply with the following requirements:

   (a) Compliance with the proposed and accepted accident prevention plan written by the Contractor for the specific work. The Contractor's plan must be job specific and include work performed by subcontractors, including measures to be taken by the Contractor to control hazards associated with materials, services, or equipment provided by his suppliers.

   (b) Prior to beginning each phase of work, the Contractor shall prepare an Activity Hazards Analysis plan for that phase. The plan must address the hazards for each activity performed in that specific work phase and present the procedures and safeguards that will be taken to eliminate the hazards or reduce the risk to an acceptable level. A phase is defined as an operation involving a type of work presenting hazards not experienced in previous operations or where new subcontractors or work crews are to perform work. The analysis will be discussed by the Contractor and COR. Work will not proceed on that phase until the Activity Hazards Analysis (phase plan) has been forwarded through the COR to the Contracting Officer.

(3) Regularly scheduled safety meetings shall be held once a month by the Contractor for his on-site supervisors to review past activities to plan ahead for new or changed for operations, and establish safe working procedures for anticipated hazards. An outline of each meeting's minutes shall be submitted to the COR twenty-four (24) hours after each meeting, signed by the Contractor.

(4) At least one safety meeting shall be conducted monthly by field supervisors or foreman for all workers. An outline report of the meeting giving the date, time, attendance, subjects discussed and who conducted it shall be maintained and copies furnished to the COR twenty-four (24) hours after each meeting.

## 5. Submittals:

The following submittals are required for this contract:

A. Accident Reporting: Serious accidents such as those resulting in treatment of an injury at a medical facility, or damage to property other than that of the Contractor will be reported to the COR by telephone within twenty-four (24) hours of the occurrence. Any fatality or hospitalization of three (3) or more people will be reported to the COR, by telephone, as soon as practical, but not more than eight (8) hours after the occurrence, or notice of fatality. A copy of each accident report, which the Contractor submits to his insurance carriers, shall be forwarded through the COR to the Contracting Officer or his/her designated representative as soon as possible, but in no event, later than seven (7) calendar days after the day the accident occurred.

B. Permits: If hazardous materials are disposed of off site, submit copies of permits from applicable, Federal, state, or municipal authorities and necessary certificates that the material has been disposed of a per EPA regulations. Additionally, obtain GSA Form 1755, Welding, Cutting, and Burning Permit when work requires welding, burning or cutting from the COR or his/her designee. A copy of the Contractor's EPA number will also be submitted to the COR when hazardous materials are anticipated.

C. Scaffoldings: All scaffolding that is erected on this job will be erected in accordance with the requirements of 29 CFR 1926.451. For scaffolding over two sections high, a scaffold erection plan will be developed by the Contractor, certified by an engineer and provided to the COR prior to set up. Once in place, scaffold will be inspected prior to use, daily thereafter, and documented by Contractor's assigned safety officer. Scaffold anchor points will also be inspected prior to use, daily thereafter, and documented by the Contractor's assigned safety officer. Weekly reports will be provided to the COR for inclusion in the contract record.

D. Other Submittals: Other submittals shall be required. One such submittal is a plan of action for all handling hazardous materials. The hazardous materials plan of action shall contain the following.

   (1) Identification of possible hazard, problems, and proposed control mechanisms.

   (2) Description of how applicable safety and health regulation and standards are to be met.

   (3) Protection of public or others not related to the operation.

   (4) Number, type, specialized training completed and experience of employees to be used for the work.

   (5) Type of protective equipment and work procedure to be used.

   (6) Material Safety Data Sheets (MSDS) of and procedures for using, disposing of, or storing the toxic/hazardous materials.

   (7) Emergency procedures for accidental spill or explosion.

   (8) Interfacing and control of subcontractors.

   (9) Identification of any required analyses, test demonstrations and validation requirements.

   (10) Methods of certification for compliance.

   These additional submittals are required for all Reimbursable Building Alteration delivery orders that are issued as part of this contract.

E. Accident Prevention Plan:

   (1) Prior to any work, an acceptable accident prevention plan written by the Contractor for the specific work will be provided to the COR.

   (2) The accident prevention plan shall provide for frequent and regularly scheduled safety inspections of the work sites, materials and equipment by competent Contractor persons. A record of identified safety and health deficiencies and corrective measures taken shall be provided to the COR within twenty-four (24) hours after corrective actions are completed.

F. Contractor's Accident Prevention Plan Format:

   The following guidance is provided for the preparation of Contractor accident prevention plans. Failure to provide the required information may result in delayed project start-up or other appropriate action by the COR. The accident prevention plan must address the following.

   (1) Administration responsibilities for effecting the Accident Prevention Plan identified and accountability Contractor personnel responsible for accident prevention.

   (2) Local requirements which must be complied with, i.e. noise control, traffic problems, etc.



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

(3) Methods the Contractor proposes to control and coordinate work of subcontractors.

(4) Plans for initial indoctrination, continued safety education, and training for the Contractor's employees and subcontractors.

(5) Plans for personnel traffic control during the performance of Reimbursable Building Alteration work and marking of hazards.

(6) Plans for maintaining continued job cleanup, safe access and egress.

(7) Plans for fire protection and dealing with emergencies (ambulance service, fires, etc.)

(8) Plans for inspection of the job sites by the Contractor's Project Manager and how reports will be maintained which are the results of management inspections, and corrective actions taken.

(9) Procedures to be used for accident investigation.

(10) Details of fall protection systems.

(11) Description and sketch of temporary power distribution systems, when used.

## 6. Products:

A. Material and Equipment: Special materials, devices, equipment, clothing and similar items used by the Contractor in the execution of work shall comply with all applicable EPA and all other Federal, City, State, County and any other regulations controlling such.

B. Hazardous Material: The Contractor shall bring to the attention of the COR any material suspected of being hazardous which he encounters during the execution of the work defined in this specification. A determination will be made by the COR as to whether the Contractor shall perform test or to determine if the material is hazardous. If the COR directs the Contractor to perform tests or if the material is found hazardous and additional protective measures are needed, a contract modification may be required to continue performance pursuant to the contract specifications.

## 7. Construction Stop Work Orders:

When the Contractor or his subcontractors are notified by the COR of any noncompliance with the provisions of the contract and the action(s) to be taken, the Contractor shall, immediately, if so directed, or within 48 hours after receipt of a notice of violation, correct the unsafe or unhealthy condition. If the Contractor fails to comply promptly, all or any part of the work being performed may be stopped by the Contracting Officer or his/her designated representative with a "Stop Work Order." When, in the opinion of the COR, satisfactory corrective action has been taken to correct the unsafe and unhealthy condition, a start work order will be given immediately to the Contracting Officer. The Contractor shall not be allowed any extension of time or compensation for damages by reason of in connection with such work stoppage.

## 8. Protection:

The following are public protection requirements for this contract:

A. Contractor Responsibility: The Contractor shall take all necessary precautions to prevent injury to the public, building and building occupants, or damage to the property of others. For the purposes of this contract, the public or building occupants shall include all persons not employed by the

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

Contractor or a subcontractor working under his direction in the specific performance of this contract.

B.  Welding, Cutting and Burning: GSA specifically requires permits for welding, cutting and burning. These permits, GSA Form 1755, Welding, Cutting and Burning, shall be outlined each day by the COR whenever welding, cutting or any open flame work is performed.

(1) Work areas shall be kept clear of combustibles within a 25 foot radius of any open flame work. Combustibles which cannot be removed shall be covered with fame-resistant blankets.

(2) Compressed gas cylinders shall be secured in a vertical position at all times. Valve protection caps shall be in place whenever cylinders are moved or stored.

(3) Appropriate fire extinguishers shall be maintained at welding and cutting operations.

(4) A designated fire watch individual shall sign and return the permit. The fire watch individual shall be on duty during operations and for a sufficient time afterwards to ensure no possibility of fire exists.

C.  Storage: Storing, positioning or use of equipment, tools, materials, scraps and trash in a manner likely to present a hazard to the public or building occupants by its accidental shifting, ignition or other hazardous qualities is prohibited. Storing combustible or flammable liquids shall be in accordance with the current edition of the Natural Fire Code or Flammable and Combustible Materials.

D.  Obstructions: No corridor, aisle, stairway, door or exit shall be obstructed or used in such a manner as to encroach upon routes of ingress or egress utilized by the public or building occupants, or to present unsafe or unhealthy condition to the public or building occupants.

E.  Protection of the Public and Federal Employees: Work shall not be performed in any area occupied by the public or Federal employees unless specifically permitted by the contract or the COR and unless adequate steps are taken for the protection of the public or Federal employees.

F.  Fences and Barricades: Whenever practicable, the work shall be fenced, barricaded, or otherwise blocked off from the public or building occupants to prevent unauthorized entry into the work area.

G.  Alternate Precautions: When the nature of the work prevents isolation of the work area and public or building occupants may be in or pass through, under or over the work area, alternate precautions such as the posting of signs, the use of signal persons, the erection of barricades or similar protection around particularly hazardous operations shall be used as appropriate.

H.  Public Thoroughfare: When work is to be performed over a public thoroughfare such as a sidewalk, lobby, or corridor, the thoroughfare shall be closed, if possible or other precautions taken such as the installation of screens or barricades. When the exposure to heavy falling objects exits, as during the erection of building walls or during demolition, special protection shall be provided.

I.  Temporary Construction Barriers: Temporary construction barriers, partitions which cover a hole in a rated fire wall, or separate the construction from public access and exit corridors shall be erected floor-to-ceiling, wall-to-wall and remain in place for the duration of the project. The minimum construction standards for these temporary barriers shall be metal studs 16 inches on center, anchored top and bottom, and covered with a minimum of one layer of ½ inch gypsum wallboard.

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

J.  Removal of Fences and Barricades:  Fences and barricades shall be removed upon completion of the delivery order, in accordance with local ordinance and to the satisfaction of the COR.



# EXHIBIT 6

## REPLACEMENT EQUIPMENT AND MATERIAL SPECIFICATIONS

1. **Piping:**

   ASTM A53, Type E (electric-resistance-welded); schedule 40 for steam supply lines, schedule 80 for pumped condensate return and high-pressure trap return lines. All connections to be welded unless otherwise specified.

2. **Pipe Guides:**

   Grinnell figure 255 pipe alignment guide. Steel shall have a galvanized finish.

3. **Pipe Rollers:**

   Grinnell figure 175 roller chair, figure 271 pipe roll stand, or figure 274 adjustable pipe roll stand. Steel shall have a galvanized finish.

4. **Pipe Saddles:**

   Grinnell figure 162 (2" insulation) or figure 165 (4" insulation) pipe covering protection saddle. Steel shall be galvanized after saddle is welded to pipe.

5. **Anchors:**

   Manufactured with expansion joint as an integral main anchor base; or (if separate from expansion joint) constructed of 3/4" pipe bands with ears, continuously welded around pipe and where ears attach to stanchions (drawings available upon request).

6. **Stanchions:**

   For structural members, ASTM A36 rectangular tube steel with a galvanized finish, ASTM A500 galvanized steel for all other steel.

7. **Expansion Joints:**

   Externally pressurized, packless, single- or double-travel expansion joints with 321 stainless steel bellows and beveled weld ends. Minimum pressure rating of 300 psi. Minimum temperature rating of 450 degrees F. Can be ordered with integral carbon steel main anchor base instead of separate anchors for piping. Recommended models: Microflex MXS300 (single) or MXD300 (double).

8. **Valves:**

   For steam supply piping: Class 300, carbon steel, triple offset, rotary tight-shut-off valves with ANSI B16.10 double flanges. The valves shall use a 216-grade cast carbon steel valve body. The seating system is to be torque seated for zero leakage. Manual actuator and handwheel shall be provided and installed on the valves by the manufacturer. Recommended models: Adams Class 300 Series 316 Type MAK Split Body or Vanessa Class 300 Series 33,000. For condensate piping: Class 300 carbon steel gate valves with beveled weld ends and furnished with a steel handwheel. Valves for trap assembly as noted in trap assembly drawing.

URS

**9. Steam Traps:**

Yarway Series 151 dual-range, in-line, thermostatic trap with threaded ends, carbon steel body, and stainless steel bonnet. ANSI Class 300 with 500 degree maximum operating temperature. See attached sheet for configuration of trap assembly and more information on equipment.

**10. Strainers:**

Y-pattern strainer with 250-psi minimum steam working pressure, cast steel body, stainless steel mesh screen, tapped blow-off plug, and threaded-end connections.

**11. Insulation:**

SSL 850-degree fiberglass insulation. Two layers of 2-inch-thick insulation for steam line, with top and bottom layers overlapping 50% of their length. One layer of 2-inch-thick insulation for pumped condensate and high-pressure trap return lines. Wrap insulation with .016-inch stucco-embossed aluminum jacketing secured with 3/4" stainless steel bands and wing clips every 18 inches.

**12. Electric:**

A. Lighting Fixtures: wall-mounted, right-angle, 120-volt, vapor-tight lighting fixtures as manufactured by M. Stephens Manufacturing, Inc., part no. VXWG-21-CG. Lamps shall be 23W, tripple-tube, compact fluorescent "Trimax" as manufactured by MaxLite, model SKT323EA. The fixtures shall be NEMA rated for wet and corrosive environments.

B. Receptacles: Locate a 20-Amp dual receptacle at each lighting fixture location. Provide combination junction box/electrical outlets that are NEMA 4X rated for wet and corrosive environments. The electrical outlets shall be mounted approximately 3 feet above the floor.

C. Panels and Circuit Breakers: 240/120-volt, 3-phase, NEMA 4x, stainless steel hinged enclosure panels. The dimensions for each panel shall be minimized to accommodate the lack of space within the tunnels. Circuit breakers shall be appropriately sized for the loads connected to them and the wire sizes used. All circuit breakers shall be rated for a minimum temperature of 194°F. Provide a circuit directory contained within a sealed plastic pouch for each panel installed. The contractor shall provide a copy of the circuit directories for all of the new panels in an electronic format using Microsoft Excel.

D. Conduit, Boxes, and Wiring: All new conduit, fittings and boxes shall be shall have a minimum temperature rating of 350°F and be corrosion proof. Conduit shall be made of fiberglass and the recommended manufacturer is FRE Composites. All conduit shall be installed parallel to walls, floors, and ceilings were possible, except were pitch is required for drainage. Conduit shall be firmly attached to the tunnel walls at intervals not to exceed three feet (3'). All conduit shall be attached to the tunnel walls in such a way as to minimize intrusion into the tunnel walking space, nor shall it interfere with the operation and maintenance of the piping and associated equipment. All conduit couplings and fittings shall be "lock seal" type. Epoxy-glued type couplings and fittings shall not be used. Provide and install expansion joint couplings every twenty feet in all conduit installed. The expansion couplings installed shall meet or exceed the conduit temperature rating and shall be corrosion proof. All boxes will be considered junction boxes and shall have hinged covers. All boxes shall be mounted level and plumb, and shall be rigidly anchored to the supporting surface. Machine bolt expansion anchors shall be used to fasten boxes to concrete surfaces. Anchor bolts shall have a minimum diameter of ¼ inch, and spacers shall be used to provide at least ¼ inch clearance between the back of the box and the mounting surface. All wire

shall be THHN. All wire installed shall be sized for an ambient temperature of 194°F. The Contractor shall not exceed the maximum allowable number of conductors in any conduit run as defined in the National Electric Code.

E.  Mounting Hardware: All mounting hardware, screws, conduit clamps, bolts, washers, anchors, "Kindorf", etc shall be stainless steel and corrosion proof.

## 13. Motors:

Fan motors shall be totally enclosed, fan cooled (TEFC) type as manufactured by Baldor, Inc, and rated for 230/460 volt, three phase, 60 hertz operation.

## 14. Additional Guidelines:

All new structural steel shall be ASTM A36 galvanized tube steel. All other steel shall be ASTM A500 galvanized steel. All welds shall be made with E70xx electrodes. All non-galvanized and non-stainless steel, as well as all steel in areas that have been welded, shall be galvanized in accordance with ASTM A123. All fastener hardware shall be Type 316 stainless steel. Expansion anchors for attaching brackets and stanchions to the tunnel ceiling, walls, or floor shall be Hilti Kwik Bolt II or Powers Rawl Power-Stud heavy duty, stud or threaded version, Type 316 stainless steel expansion anchors. All expansion anchors shall be installed with Type 316 stainless steel nuts, washers, and lock washers. The contractor shall follow the manufacturer's guidelines for installation of all new products. The contractor shall provide submittals for government approval for all products to be used in the steam distribution system not specified herein. All welders shall be ASW certified to work on structural supports. The contractor shall have a Repair (R) or Power Piping (PP) Stamp from the American Society of Mechanical Engineers (ASME) and/or the National Board, or shall hire a subcontractor who has an R or PP stamp, to perform any pipe welding in the steam distribution system. The contractor shall have quality control procedures in place which address Welding Procedure Specifications (WPS) and Procedure Qualification Records (PQR) for each type of repair.

URS

# EXHIBIT 7

## ASSUMED BASE QUANTITIES

Assumed base quantities for replacements (No. of units) per year to be included in the basic scope of work.

| Line Size | ¾ | 1 | 1 ¼ | 1 ½ | 2 | 2 ½ | 3 | 4 | 5 | 6 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Expansion Joints (EA) | n/a | n/a | n/a | n/a | n/a | 2 | 2 | 1 | N/a | N/a | N/a |
| Steam Traps (EA) | 30 | 5 | n/a | n/a | n/a | n/a | n/a | n/a | N/a | N/a | N/a |
| Valves, Steam (EA) | 20 | 6 | 2 | 2 | 2 | n/a | n/a | n/a | N/a | N/a | N/a |
| Valves, Cond. (EA) | n/a | n/a | n/a | n/a | n/a | 2 | 3 | n/a | N/a | N/a | N/a |
| Pipe Sched. 40 (LF) | n/a | n/a | n/a | n/a | n/a | n/a | 100 | 100 | N/a | 100 | 100 |
| Pipe Sched. 80 (LF) | 500 | 200 | 200 | 100 | 100 | n/a | n/a | n/a | n/a | n/a | n/a |
| Pipe Insulation (LF) | 650 | 300 | 300 | 200 | 200 | 150 | 300 | 150 | 100 | 200 | 200 |
| Strainers (EA) | 25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

| Motor HP | ¾ | 1 | 1 ½ | 2 | 3 | 5 | 7.5 | 10 | 15 |
|---|---|---|---|---|---|---|---|---|---|
| Fan Motors | 10 | n/a | n/a | 10 | n/a | 10 | n/a | 2 | 2 |
| Sump Pumps | n/a | n/a | n/a | n/a | n/a | 10 | n/a | n/a | n/a |

| Miscellaneous Items | No. |
|---|---|
| Lighting Fixtures, Incl. Lamps & Box (EA): | 150 |
| Duplex Receptacles, Incl. Box (EA): | 100 |
| ¾" Conduit, Incl. Couplers (LF): | 2,000 |
| ½" Conduit, Incl. Couplers (LF): | 1,000 |
| THHN Wire, #10 (LF): | 20,000 |
| THHN Wire, #12 (LF); | 15,000 |

Note:    "n/a" indicates that this item is not applicable

"EA" means each

"LF" means linear feet

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

## EXHIBIT 8

**WORK STATEMENT FLOW DIAGRAM**




Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# EXHIBIT 9

## CONFORMANCE MATRIX FOR THE TECHNICAL PROPOSAL

| RFP Section | Requirement Description | Proposal Page(s) | Remarks |
|---|---|---|---|
| C-6.A | Strike Contingency Plan | | |
| C-6.B | Contractor Emergency Plan | | |
| C-6.C | Quality Control Plan | | |
| C-6.D | Phase-in Plan | | |
| L-13.B.1 | Key Personnel Resumes | | |
| L-13.B.2 | Company Experience (form L-1) | | |
| M-1.A | Work Plan | | |
| M-1.B | Management Plan | | |
| M-1.C | Experience and Qualifications (Form 572) | | |
| M-1.D | Quality Control | | |
| L-13.A.2 | Alternates (If Any) | | |
| | | | |

## CONFORMANCE MATRIX FOR THE BUSINESS PROPOSAL

| RFP Section | Requirement Description | Proposal Page(s) | Remarks |
|---|---|---|---|
| A | Award/Contract Form (SF 33) | loose | Three original copies |
| B | Proposal Forms | | |
| K | Representations and Certifications | | |
| L-13.C.9 | Related Company Information | | |
| L-13.C.10 | Overtime Policies | | |
| L-13.C.6 | Disclosure of Lobbying Activities (Form LLL) | | |
| L-13.A.2 | Alternates (If Any) | | |
| | | | |
| | | | |

URS


# PART IV - SECTION K

## REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF PROPOSERS

**1. Remittance Address.**

When the Contractor wishes payments to be mailed to an address other than that indicated on the Standard 33, Solicitation, Offer and Award, he shall insert the proper remittance address in the space provided below:

_____

_____

_____ *

*Is the above address a Vendor Express Program Address (See Part IV, Section L)?

[ ] Yes       [ ] No

**2. FAR 52.214-16 – Minimum Bid Acceptance Period (APR 1984) (Deviation)**

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the Government for awarding a contract from the date specified in this solicitation for receipt of bids.

(b) This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The Government requires a minimum acceptance period of 120 calendar days.

(d) In the space provided immediately below, bidders may specify a longer acceptance period than the Government's minimum requirement. (Insert any number equal to or greater than the minimum requirement stated in paragraph(C)of this provision. Failure to insert any number means the offeror accepts the minimum in paragraph c.)

The bidder allows the following total acceptance period: _____ calendar days.

(e) A bid allowing less than the Government's minimum acceptance period will be rejected.

(f) The bidder agrees to execute all that it has undertaken to do, in compliance with its bid, if that bid is accepted in writing within (1) the acceptance period stated in paragraph (C) of this clause, or (2) any longer acceptance period stated in paragraph (d) of this clause.



|  | Reference: |
|---|---|
| **REPRESENTATIONS AND CERTIFICATIONS** | |
| Name and Address of Offeror | Date of Offer: |
| (Name, Firm, Street, City, State, and Zip Code+4) | |
| | /    / |

**DUNS NO.:**

"Solicitation" means "Invitation for bids" in sealed bidding and "Request for Propsal" or "Request for Quotation" in negotiation.

"Offer" means "Bid" in sealed bidding and "proposal" in negotiation.

"Offeror" means the person or firm submitting the offer.

*The Offeror makes the following representations and certifications as a part of the offer identified above. (Check appropriate boxes and fill in the blanks. If an item does not apply, either so mark it or label it N/A.)*

### 52.203-2 – Certificate of Independent Price Determination (APR 1985)

(Applies to sealed bid and negotiated acquisitions exceeding $100,000)

(a) The Offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the Offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

(3) No attempt has been made or will be made by the Offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the Offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above:


Name & Title:

_____.


Name & Title:

_____.


[insert full name of person(s) in the Offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the Offeror's organization];

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the Offeror deletes or modifies subparagraph (a)(2) above, the Offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.


## 2. 52.203-11 – Certification and Disclosure Regarding Payments toInfluence Certain Federal Transactions (APR 1991)

(Applies to sealed bid and negotiated acquisitions exceeding $100,000)

(a) The definitions and prohibitions contained in the clause at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The Offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989, --

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of a contract resulting from this solicitation.

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the Offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, Title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

## 3.  52.204-3 – Taxpayer Identification (OCT 1998)

(Applies to sealed bid and negotiated acquisitions)

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the Offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the Offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All Offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the Offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the Offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the Offeror's TIN.

(d) Taxpayer Identification Number (TIN).

☐ TIN:_____.

☐ TIN has been applied for.

☐ TIN is not required because:

☐ Offeror is an agency or instrumentality of a foreign Government;

☐ Offeror is an agency or instrumentality of the Federal Government,

(e)Type of Organization

☐ Sole proprietorship;

☐ Partnership;

☐ Corporate entity (not tax-exempt);

☐ Corporate entity (tax-exempt);

☐ Government entity (federal, state, or local);

☐ Foreign government;

☐ International organization per 26 CFR 1.6049-4;

☐ Other_____;

(f) Common parent.

☐ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

☐ Name and TIN of common parent:

Name:_____.

TIN:_____.

URS

**4. 52.204-5 – Women-Owned Business (Other Than Small Business) (MAY 1999)**

(Applies to sealed bid and negotiated acquisitions exceeding $100,000)

a) Definition. "Women-owned business concern," as used in this provision, means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation (Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b) (1) of FAR 52.219-1. The Offeror represents that it ☐ is, ☐ is not a women-owned business concern.

**5. 52.204-6 – Data Universal Numbering System (DUNS) Number (JUNE 1999)**

(Applies to sealed bid and negotiated acquisitions)

(a) The Offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" followed by the DUNS number that identifies the Offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) If the Offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the Offeror. For information on obtaining a DUNS number, the Offeror, if located within the United States, should call Dun and Bradstreet at 1-800-333-0505. The Offeror should be prepared to provide the following information:

(1) Company name.

(2) Company address.

(3) Company telephone number.

(4) Line of business.

(5) Chief executive officer / key manager.

(6) Date the company was started.

(7) Number of people employed by the company.

(8) Company affiliation.

(c) Offerors located outside the United States may obtain the location and phone number of the local

Dun and Bradstreet Information Services office from the Internet home page at

http://www.customerservice@dnb.com. If an Offeror is unable to locate a local service center, it may

send an e-mail to Dun and Bradstreet at globalinfo@mail.dnb.com.

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

**6. 52.209-5 – Certification Regarding Debarment, Suspension, Proposed Debarment, and Other Responsibility Matters (MAR 1996)**

(Applies to sealed bid and negotiated acquisitions)

    (a) (1) The Offeror certifies, to the best of its knowledge and belief, that --

        (i) The Offeror and/or any of its Principals --

           (A) Are ☐ are not ☐ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

           (B) Have ☐ have not ☐, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

           (C) Are ☐ are not ☐ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

        (ii) The Offeror has ☐ has not ☐, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

    (2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

    (b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

    (c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

    (d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The



knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

## 7. FAR 52.219-1 – Small Business Program Representations (MAY 1999)

(Applies to sealed bid and negotiated acquisitions exceeding $2,500)

As prescribed in 19.307(a)(1), insert the following provision:

SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 1999)

(a)(l)The standard industrial classification (SIC) code for this acquisition is __**8744**_____[insert SIC code].

(2) The small business size standard is **$20 million** _____ [insert size standard].

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) *Representations.* (1) The Offeror represents as part of its offer that it is ☐, is not ☐ a small business concern.

(2) *[Complete only if the Offeror represented itself as a small business concern in paragraph (b)(1) of this proving section.]* The Offeror represents, for general statistical purposes, that it is ☐, is not ☐, a small disadvantage business concern as defined in 13 CFR 124.1002.

(3) *[Complete only if the Offeror represented a small business concern in paragraph (b)(1) of this provision.]* The Offeror represents as part of its offer that it is ☐ is not ☐ a women-owned small business concern.

(c) *Definitions.*

"Small business concern," as used in this provision means a concern, including its affiliates, that is independently owned and operated, not dominant in the operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Women-owned small business concern," as used in this provision, means a small business concern-

(l) Which is at least 51 percent owned by one women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) *Notice.* (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

**URS**

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall-

    (i) Be punished by imposition of fine, imprisonment, or both;

    (ii) Be subject to administrative remedies, including suspension and debarment; and

    (iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

*Alternate 1 (Nov 1999).* As prescribed in 19.307(a)(2), add the following paragraph (b)(4) to the basic provision,

    (4) *[Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.]* The offeror represents, as part of its offer, that -

    (i) It ☐ is, ☐ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office of ownership, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR Part 126; and

    (ii) It ☐ is, ☐ is not a joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (b)(4)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. *[The Offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture_____.]* Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

    *Alternate II (Nov 1999).* As prescribed in 19.307(a)(3), add the following paragraph (b)(5) to the basic provision:

    (5) *[Complete if Offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.]* The Offeror shall check the category in which its ownership falls:

    _____Black American.

    _____Hispanic American.

    _____Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

    _____Asian-Pacific American (persons with origins 'from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands. (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

    _____Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

    _____Individual/concern, other than one of the preceding.

**8. 52.222-22 – Previous Contracts and Compliance Reports (FEB 1999)**

(Applies to sealed bid and negotiated acquisitions)

The Offeror represents that --

(a) It ☐ has, ☐ has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) It ☐ has, ☐ has not filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, <u>signed by proposed subcontractors</u>, will be obtained <u>before subcontract awards</u>.


**9. 52.222-25 – Affirmative Action Compliance (APR 1984)**

(Applies to sealed bid and negotiated acquisitions)

The Offeror represents that --

(a) It ☐ has developed and has on file, ☐ has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2); or

(b) It ☐ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.


**10. 52.223-1 – Clean Air and Water Certification (APR 1984)**

(Applies to sealed bid and negotiated acquisitions exceeding $100,000)

The Offeror certifies that --

(a) Any facility to be used in the performance of this proposed contract is ☐, is not ☐ listed on the Environmental Protection Agency List of Violating Facilities.

(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the Offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The Offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.


**11. 52.223-13 – Certification of Toxic Chemical Release Reporting (OCT 1996)**

(Applies to sealed bid and negotiated acquisitions exceeding $100,000 if FAR Clause No. 52.223-14 is <u>marked in IBR/FT column</u> of Clauses Index of Solicitation)

(a) Submission of this certification is a prerequisite for making or entering into this Contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the Offeror certifies that--



(1)  As the owner or operator of facilities that will be used in the performance of this Contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA)(42 USC 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA)(42USC 13106), the Offeror will file and continue to file for such facilities for the life of the Contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2)  None of its owned or operated facilities to be used in the performance of this Contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons:  (check each block that is applicable)

☐  (i)  The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 USC 11023(b)(1)(A);

☐  (ii)  The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 USC 11023(b)(1)(A);

☐  (iii)  The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 USC 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

☐  (iv)  The facility does not fall within Standard Industrial Classification Code (SIC) designations 20 through 39 as set forth in section 19.102 of the Federal Acquisition Regulation; or

☐  (v)  The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

## 12.  52.225-1 Buy American Act--Balance of Payments Program Supplies.

As prescribed in 25.1101 (a)(1), insert the following clause:

BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM--

SUPPLIES (FEB 2000)

(a) *Definitions.* As used in this clause--

"Component" means any item supplied to the Government as part of an end item or of another component.

"Cost of components" means---

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty  (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1)  of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Domestic end product" means-

(1) An un-manufactured end product mined or produced in the United States; or





Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

(2) An end product manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind as those that the agency determines are not mined, produced, or manufactured in sufficient and reasonably available commercial quantities of a satisfactory quality are treated as domestic. Scrap generated, collected, and prepared for processing in the United States is considered domestic.

"End product" means supplies delivered under a line item of a Government contract.

"Foreign end product" means an end product of a domestic end product.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) The Buy American Act (41 U.S.C. 10a – 10d) provides a preference for domestic end products for supplies acquired for use in the United States. The Balance of Payments Program provides a preference for domestic products for supplies acquired for use outside the United States.

(c) Offerors may obtain from the Contracting Officer a list of foreign articles that the Contracting Officer will treat as domestic for this contract.

(d) The Contractor shall deliver only domestic end products except to the extent that it specified delivery of foreign end products in the provision of the solicitation entitled "Buy American Act-- Balance of Payments Program Certificate."

## 13. 52.241-1 Electric Service Territory Compliance Representation.

As prescribed in 41.501(b), insert a provision substantially the same as the following:

### ELECTRIC SERVICE TERRITORY COMPLIANCE REPRESENTATION (MAY 1999)

(a) Section 8093 of Public Law 100-202 generally requires purchases of electricity by any department, agency, or instrumentality of the United States to be consistent with State law governing the provision of electric utility service, including State utility commission rulings and electric utility franchises or service territories established pursuant to State regulations, or State approved territorial agreements.

(b) By signing this offer, the Offeror represents that this offer to sell electricity is consistent with Section 8093 of Public Law100-202.

(c) Upon request of the Contracting Officer, the Offeror shall submit supporting legal and factual rationale for this representation.

URS

# PART IV - SECTION L

## INSTRUCTIONS, CONDITIONS AND NOTICES TO PROPOSERS

### 1. FAR 52.216-1 – Type of Contract (APR 1984)

The Government contemplates awarding a fixed price contract.

### 2. Site Tour

A. Each proposer is strongly encouraged to visit the project site to the extent permitted by security prerequisites and controls. Proposers that do not participate in the scheduled site visit may be at a disadvantage. Any Proposer who misses a scheduled tour because of scheduling difficulties or any other reasons shall not be afforded another opportunity for a tour.

B. Only two representatives from each company may attend the pre-proposal conference or tour.

### 3. Electronic Submissions, Modifications or Withdrawals of Proposals (applicable to all acquisitions)

Initial proposal documents, or modifications or withdrawals of proposals, must be submitted in an authorized manner or they will be disregarded if received. The following electronic media are authorized as indicated:

A. Telefax – not authorized

B. Telephone – not authorized

C. Internet – not authorized

D. Other transmission methods – not authorized.

### 4. Required Post-Award Orientation Conference

After contract award, and before any work starts, the Contractor must attend an orientation conference conducted by the Contracting Officer. The purpose will be to introduce the Government contract administration team, review their roles and responsibilities, address general paperwork requirements, and cover contractual issues on inspection, acceptance, payments, changes, and disputes.

### 5. FAR 52.233-2 – Service of Protests (AUG 1996)

A. Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt not later than 3:30 PM from General Services Administration, Central Heating and Refrigeration Plant,13th and C Streets, SW Washington, DC 20405.

B. The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.



## 6. Subcontracting

The Contractor may subcontract any work required by this Contract without the express written approval of the Contracting Officer. A copy of any subcontracts for work to be performed under this Contract shall be provided to the Contracting Officer.

## 7. GSAR 552.237-70 Qualifications of Offerors (MAY 1989)

A. Offers will be considered only from responsible organizations or individuals now or recently engaged in the performance of building service contracts comparable to those described in this solicitation. In order to determine his qualifications, each Offeror shall furnish a narrative statement listing comparable contracts which he has performed; the general history of this operating organization; and his complete experience. Each Offeror may also be required to furnish a statement of his financial resources; show that he has the ability to maintain a staff or regular employees adequate to insure continuous performance of the work and, demonstrate that his equipment and/or plant capacity for the work contemplated is sufficient, adequate, and suitable.

B. Competency in performing comparable building service contracts, demonstration of acceptable financial resources, personnel staffing, plant, equipment, and supply sources will be considered in determining whether an Offeror is responsible.

C. Prospective Offerors are advised that in evaluating these areas involving any small business concern(s), any negative determinations are subject to the Certificate of Competency procedures set forth in the Federal Acquisition Regulation.

## 8. Qualifications of the Contractor

Each Proposer submitting a proposal on the work required by this contract is requested to submit with their proposal, evidence of their experience, qualifications, financial responsibility and ability to carry out the terms of the contract.

This information should be submitted on Figure L-l, Related Company Experience, and GSA Form 527, Contractor's qualifications and Financial Information. Submission of this information with your proposal will enable the Government to expedite the award of this contract.

In addition, as part of the Government's responsibility determination, the Government reserves the right to inspect the Contractor's operation/plant to assess the Proposer's ability to perform the required services.

The successful Proposer is also required to have the presence of a local office located within one-hour travel time of the Steam Distribution Complex.

## 9. FAR 52.252-1 – Solicitation Provisions Incorporated by Reference (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be

completed by the Offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the Offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this Internet address:

**http://www.arnet.gov/far/**

### 10. GSAR 552.252-5 – Authorized Deviations in Provisions (Deviation FAR 52.252-5) (SEP 1999)

A. Deviations to FAR provisions

   (1) This solicitation indicates any authorized deviation to a Federal Acquisition Regulation (48 CFR Chapter 1) provision by the addition of "(Deviation)" after the date of the Acquisition Regulation (48 CFR Chapter 5).

   (2) This solicitation indicates any authorized deviation to a Federal Acquisition Regulation (FAR) provision that is published in the General Services Administration Acquisition Regulation by the addition of "(Deviation (FAR provision no.))" after the date of the provision.

B. Deviations to GSAR provisions: This solicitation indicates any authorized deviation to a General Services Administration Acquisition regulation provision by the addition of "(Deviation)" after the date of the provision

C. "Substantially the same as" provisions. Changes in wording of provisions prescribed for use on a "substantially the same as" basis are not considered deviations.

### 11. Notice Regarding Options

The General Services Administration (GSA) has included an option to extend the term of this contract in order to demonstrate the value it places on quality performance by providing a mechanism for continuing a contractual relationship with a successful Proposer that performs at a level which meets or exceeds GSA's quality performance expectations as communicated to the Contractor, in writing by the Contracting Officer or designated representative. When deciding whether to exercise the option, the Contracting officer or his/her designated representative will consider the quality of the Contractor's past performance under this contract in accordance with 48 CFR 517.207.

### 12. Inquiries

Inquiries and all correspondence concerning this solicitation should be submitted in writing at least two weeks prior to submission date to:

   Greg Westphal
   General Services Administration
   Central Heating and Refrigeration Plant
   13th and C Streets, SW
   Washington, DC 20405

Proposers should contact only him/her about any aspect of this requirement prior to contract award.



### 13. Instructions for the Preparation of Technical and Business Proposals

A.  General Instructions: Each Proposer submitting a proposal in response to this solicitation is required to submit evidence of experience, qualifications, ability to satisfy all performance requirements, in-house resources and those available, financial sufficiency, and references. Submission of this information with your proposal will enable the Government to expedite contract award. Failure to comply with these instructions and/or include any of the requested documents may cause your proposal to be considered as non-responsive. Proposals submitted in response to this solicitation shall be furnished in the following format with the numbers of copies as specified below.

(1)  The initial Proposal must include both technical and business proposals. The technical proposal must not contain reference to cost; however, resource information (such as data concerning labor hours and categories, materials, subcontracts, etc.) must be contained in the technical proposal so that the Contractor's understanding of the statement of work may be evaluated.

(2)  Proposers may, at their discretion, submit alternate proposal or proposals which deviate from the requirement; provided, that an proposer also submit an explanation of how the alternate differs from the statement of work detailed in this request for proposals. Any "alternate" proposal may be considered if overall performance would be improved or not compromised, and if it is in the best interest of the Government. Alternate proposals, or deviations from any requirement of this RFP, must be clearly identified.

(3)  The Government will evaluate proposals in accordance with the evaluation criteria set forth in Section M.

(4)  Proposers shall submit their proposal(s) in the following format and in the quantities specified:

(a)  Eight (8) copies of the technical proposal

(b)  Eight (8) copies of the business/cost proposal.

B.  Technical Proposal Instructions: The technical proposal will be used to make an evaluation and arrive at a determination as to whether the proposal will meet the requirements of the Government. Therefore, the technical proposal must present sufficient information to reflect a thorough understanding of the requirements and a detailed description of the techniques, procedures and program for achieving the objectives of the specifications/statement of work. Proposals, which merely paraphrase the requirements of the Government's specifications/ statement of work, or use such phrases as "will comply" or "standard techniques will be employed" will be considered unacceptable and will not be considered further. Technical proposals shall not exceed 100 pages. The following items must be submitted with the technical proposal (only 1 set of blank forms is included in this solicitation; the making of additional copies as required is the responsibility of the Proposer):

(1)  Conformance Matrix (Section J, Exhibit 9): Complete the table for the Technical Proposal and include it in the front of the Technical Proposal.

(2)  Personnel Resume (Section L): Complete and submit the Key Personnel Resume Form for the proposed Project Manager and On-site Supervisor (if any).

URS

(3) Figure L-l, Related Company Experience (Section L): Complete and submit this form with your proposal, describing your experience with every contract performed by the Proposer during the last three (3) years.

(4) GSA Form 527, Contractor's Qualifications and Financial Information (Section L): Complete and submit the GSA Form 527 with your technical proposal.

C. Business Proposal Instructions: The Business Proposal shall include the following (only 1 set of blank forms is included in this solicitation; the making of additional copies is the responsibility of the Proposer):

(1) Conformance Matrix (Section J, Exhibit 9): Complete the table for the Business Proposal and include it in the front of the Business Proposal.

(2) Award/Contract (Standard Form 33, Section A): Complete and submit three (3) original copies of the SF 33. All three copies must bear an original signature, preferably in blue ink.

(3) Proposal Forms (Section B): Complete and submit the proposal sheets with your business proposal.

(4) Representations and Certifications (Section K): Complete and submit the Representations and Certifications with your proposal.

(5) Minimum Bid Acceptance Period (Section K): Complete and submit this with your proposal. (Note: The Government's minimum proposal acceptance period is one hundred and twenty (120) days. A date less than the Government's minimum period will be rejected as being non-responsive.

(6) SF-LLL, Disclosure of Lobbying Activities (Section L): If applicable, complete and submit the SF-LLL with your proposal.

(7) Furnish financial statements for the last two years, including an interim statement for the current year, unless previously provided to the office issuing the RFP, in which case a statement as to when and where this information was provided may be furnished instead.

(8) Specify the financial capacity, working capital and other resources available to perform the contract without assistance from any outside source.

(9) Provide the name, location, and inter-company pricing policy for other divisions, subsidiaries, parent company, or affiliated companies that will perform work or furnish materials under this contract.

(10)    Provide a description of overtime policies that will apply to the Proposer's personnel on this contract.

## 14. AGAR 452.215-72 Amendments to Proposals (FEB 1988)

Any changes to a proposal made by the offeror after its initial submittal shall be accomplished by replacement pages. Changes from the original page shall be indicated on the outside margin by vertical lines adjacent to the change. The offeror shall include the date of the amendment on the lower right corner of the changed pages.



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

**15.  Proposal Revisions**

A.  If an Proposer's proposal is eliminated or otherwise removed from the competitive range, no further revisions to that Proposer's proposal shall be accepted or considered.

B.  The Contracting Officer or his/her designated representative may request or allow proposal revisions to clarify and document understandings reached during negotiations. At the conclusion of discussions, each Proposer still in the competitive range shall be given an opportunity to submit a final proposal revision. The Contracting Officer or his/her designated representative is required to establish a common cut-off date only for receipt of final proposal revisions. Requests for final proposal revisions shall advise Proposers that the final proposal revisions shall be in writing and that the Government intends to make award without obtaining further revisions.

## FIGURE L-1

### COMPANY EXPERIENCE

1.  Contract Information:

a.    Customer's Name_____

b.    Customer's Contracting Officer:

      Name_____Title_____

      Address_____

      Area Code/Telephone Number_____

c.    Contract Number_____

d.    Place of Performance_____

e.    Period of Performance_____

f.    Brief Description of Services Provided:_____

g.    Dollar Amount of Contract (total)_____


2.  Contract Information:

a.    Customer's Name_____

b.    Customer's Contracting Officer:_____

      Name_____Title_____

      Address_____

      Area Code/Telephone Number:_____

c.    Contract Number_____

d.    Place of Performance:_____

e.    Period of Performance:_____

f.    Brief Description of Services Provided:_____

g.    Dollar Amount of Contract (total):_____



123



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

## STANDARD FORM – LLL - DISCLOSURE OF LOBBYING ACTIVITIES

# DISCLOSURE OF LOBBYING ACTIVITIES

Approved by OMB

0348-0046

Complete this form to disclose lobbying activities pursuant to 31 U.S.C. 1352

(See reverse for public burden disclosure.)

| 1. Type of Federal Action: | 2. Status of Federal Action | 3. Report Type: |
|---|---|---|
| a. contract | a. bid/offer/application | a. initial filing |
| b. grant | b. initial award | b. material change |
| c. cooperative agreement | c. post-award | |
| d. loan | | **For material Change Only:** |
| e. loan guarantee | | year_____ quarter_____ |
| f. loan insurance | | date of last report_____ |

**4. Name and Address of Reporting Entity:**

Prime    Subawardee

Tier_____,    if known:

**5. If Reporting Entity in No. 4 is Subawardee, Enter Name**

**and Address of Prime:**

Congressional District,    if known:

Congressional District,    if known:

**6. Federal Department/Agency:**

**7. Federal Program Name/Description:**

CFDA Number,    if applicable:_____

| 8. Federal Action Number, | if known: | 9. Award Amount, | if known: |
|---|---|---|---|

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

|  |  | $ |  |
|---|---|---|---|

**10. a. Name and Address of Lobbying Entity**

*(If individual, last name, first name, MI):*

**b. Individuals Performing Services** *(Including address if different from No. 10a)*

*(last name, first name, MI):*

*(attach Continuation Sheet(s) SF-LLL-A, if necessary)*

| **11. Amount of Payment** | *(check all that apply):* | **13. Type of Payment** | *(check all that apply):* |
|---|---|---|---|
| $ _____ | actual | planned | a. Retainer |
| | | | b. one-time fee |
| **12. Form of Payment** | *(check all that apply):* | | c. commission |
| | | | d. contingent fee |
| a. cash | | | e. deferred |
| | | | f. other; specify: _____ |
| b. in-kind; specify: | nature _____ | | |
| | value _____ | | |

**14. Brief Description of Services Performed or to be Performed and Date(s) of Service, including officer(s), employee(s), or member(s) contacted, for Payment Indicated in Item 11:**

*(attach Continuation Sheet(s) SF-LLL-A, if necessary)*

| **15.** | **Continuation Sheet(s) SF-LLL-A attached:** | Yes | No |
|---|---|---|---|

125



| 16. | Information requested through this form is authorized by title 31 U.S.C. | |
| --- | --- | --- |
| | section 1352. This disclosure of lobbying actities is a material representation | Signature:_____ |
| | of fact upon which reliance was placed by the tier above when this | |
| | transaction was made or entered into. This disclosure is required pursuant to | Print Name: _____ |
| | 31 U.S.C. 1352. This information will be reported to the Congress semi- | |
| | annually and will be available for public inspection. Any person who fails to | Title: _____ |
| | file the required disclosure shall be subject to a civil penalty of not less than | |
| | $10,000 and not more than $100,000 for each such failure. | Telephone No.: _____ Date: _____ |
| | | |
| Federal Use Only: | | Authorized for Local Reproduction<br>Standard Form - LLL |

**URS**

| INSTRUCTIONS FOR COMPLETION OF SF-LLL, DISCLOSURE OF LOBBYING ACTIVITIES |
|---|

This disclosure form shall be completed by the reporting entity, whether subawardee or prime Federal recipient, at the initiation or receipt of a covered Federal action, or a material change to a previous filing, pursuant to title 31, U.S.C. section 1352. The filing of a form is required for each payment or agreement to make payment to any lobbying entiy for influencing or attempting to influence an officer or emploee of any agency, a Member of congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a covered Federal action. Use the SF-LLL-A Continuation Sheet for additional information if the space on the form is inadequate. Complete all items that apply both the initial filing and material change report. Refer to the implementing guidance published by the Office of Management and Budget for additional information.

| 1. | Identify the type of covered Federal action for which lobbying activity is and/or has been secured to influence the outcome of a covered Federal action. |
|---|---|

| 2. | Identify the status of the covered Federal action. |
|---|---|

| 3. | Identify the appropriate classification of this report. If this is a followup report caused by a material change to the information previously reported, enter the year and quarter in which the change occurred. Enter the date of the last previously submitted report by this reporting entity for this covered Federal Action. |
|---|---|

| 4. | Enter the full name, address, city, state and zip code of the reporting entity, include Congressional District, if known. Check the appropriate classification of the reporting entity that designates if it is, or expects to be, a prime or subaward recipient. Identify the tier of the subawardee, e.g., the first subawardee of the prime is the 1st tier. Subawards include but are no limited to subcontracts, subgrants and contract awards under grants. |
|---|---|

| 5. | If the organization filing the report in item 4 checks "Subawardee", then enter the full name, address, city, state and zip code of the prime Federal recipient. Include Congressional District, if known. |
|---|---|

| 6. | Enter the name of the Federal agency making the award or loan commitment. Include at least one organizational level below agency name, if know. For example, Department of Transportation. United States Coast Guard. |
|---|---|

| 7. | Enter the Federal program name or description for the covered Federal action (item 1). If known, enter the full Catalog of Federal Domestic Assistance (CFDA) number for grants, cooperative agreements, loans, and loan commitments. |
|---|---|

| 8. | Enter the most appropriated Federal identifying number available for the Federal action identified in Item 1 (e.g., request for Proposal (RFP) number; Invitation for Bid (IFB) number; grant announcement number; the contract, grant, or loan award number; the application/proposal control number assigned by the Federal agency). Include prefixes, e.g., "RFP-DE-90-001." |
|---|---|

| 9. | For a covered Federal action where there has been an award or loan commitment by the Federal agency, enter the Federal amount of the award/loan commitment for the prime entity identified in item 4 or 5. |
|---|---|

| 10. | (a) | Enter the full name, address, city, state and zip code of the lobbying entity engaged by the reporting entity identified in item 4 to influence the covered Federal action. |
|---|---|---|
| | (b) | Enter the full names of the individual(s) performing services, and include full address if different from 10 (a). Enter Last Name, First Name, and Middle Initial (MI). |

| 11. | Enter the amount of compensation paid or reasonably expected to be paid by the reporting entity (item 4) to the lobbying entity (item 10). Indicate whether the payment has been made (actual) or will be made (planned). Check all boxes that apply. If this is a material change report, enter the cumulative amount of payment made or planned to be made. |
|---|---|

| 12. | Check the appropriate box(es). Check all boxes that apply. If payment is made through an in-kind contribution, specify the nature and value of the in-kind payment. |
|---|---|



Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | |
|---|---|
| 13. | Check the appropriate box(es).  Ckeck all boxes that apply.  If other, specify nature. |
| | |
| 14. | Provide a specific and detailed description of the services that the lobbyist has performed, or will be expected to perform, and the date(s) of any services rendered.  Include all preparatory and related activity, not just time spent in actual contact with Federal officials.  Identify the Federal official(s) or employee(s) contacted or the officer(s), employee(s), or Member(s) of Congress that were contacted. |
| | |
| 15. | Check whether or not a SF-LLL-A Continuation Sheet(s) is attached. |
| | |
| 16. | The certifying official shall sign and date the form, print his/her name, title, and telephone number. |
| | |

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget,  Paperwork Reduction Project (0348-0046), Washington, D.C.  20503.

Reporting Entity:_____  Page _____of _____

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# GSA FORM 527 CONTRACTOR'S QUALIFICATIONS AND FINANCIAL INFORMATION

| CONTRACTOR'S QUALIFICATIONS AND FINANCIAL INFORMATION | FORM APPROVED OMB NO. |
|---|---|

**SECTION 1 - GENERAL INFORMATION**

| 1. NAME AND ADDRESS | *(Street, City, State and ZIP Code)* | 2. TYPE OF ORGANIZATION | |
|---|---|---|---|
| | | SOLE PROPRIETORSHIP | OTHER |
| | | PARTNERSHIP | |
| | | CORPORATION | |
| | | 2a DATE ORGANIZATION ESTAB- | STATE OF INCORPORATION |
| | | LISHED | *(If applicable)* |

| 1a. LOCATION OF BRANCHES | *(Specify City and State)* | 3. KIND OF BUSINESS | RETAILER |
|---|---|---|---|
| | | MANUFACTURER | OTHER |
| | | JOBBER | |
| | | CONTRACTOR | |
| | | WHOLESALER | |

**4. OWNERSHIP INFORMATION - GENERAL PARTNERS - PRINCIPAL STOCKHOLDERS - PARENT**

| NAME | TITLE *(If Director so state)* |
|---|---|
| | |
| | |
| | |
| | |
| | |

**SECTION II - SUPPLIERS AND BANKING INFORMATION**

**1. PRINCIPAL MERCHANDISE OR RAW MATERIAL SUPPLIERS** *(Not less than 5)*

| NAME | TELEPHONE NO. | CONTACT PERSON | ADDRESS *(Street, City, and ZIP Code)* | AMOUNT NOW OWING | LARGEST AMT OWING PAST 12 MONTHS |
|---|---|---|---|---|---|
| | | | | $ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**2. BANKING RELATIONS** *(Including Finance Companies)*

| | | | | |
|---|---|---|---|---|
| | | | | |

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**3.** ARE YOU NOW IN, OR PENDING DEFAULT ON ANY OBLIGATIONS TO BANKS OR OTHER FINANCIAL INSTITUTIONS?

| YES | | NO | | *(If "YES", provide detailed information, Section VII, Remarks on Page 4)* |
|---|---|---|---|---|

**4.** PROSPECTIVE CONTRACTOR'S FINANCIAL ARRANGEMENTS              *(Check appropriate boxes)*

| A. USE OF OWN | | | B. USE OF BANK | | | C. OTHER | *(Specify)* |
|---|---|---|---|---|---|---|---|
| RESOURCES | YES | NO | CREDITS | YES | NO | | |

### SECTION III - GOVERNMENT FINANCIAL AID AND INDEBTEDNESS

| **1.** TO BE REQUESTED IN CONNECTION WITH PERFORMANCE | | | **2.** EXPLAIN ANY "YES" ANSWERS TO ITEMS 1a, b, and c |
|---|---|---|---|
| OR PROPOSED CONTACT | *(Check)* | YES | NO | |
| a. PROGRESS PAYMENT | | | | |
| b. GUARANTEED LOAN | | | | |
| c. ADVANCE PAYMENTS | | | | |

**3.** FINANCIAL AID CURRENTLY OBTAINED FROM THE GOVERNMENT

| a. IS GOVERNMENT | | COMPLETE ITEMS BELOW ONL IF ITEM a IS MARKED "YES" | | | | |
|---|---|---|---|---|---|---|
| FINANCING BEING | b. IS LIQUIDATION | c. AMOUNT OF UNLIQUI- | DOLLAR AMOUNTS | | (a) AUTHORIZED | (b) IN USE |
| RECEIVED BY YOU | CURRENT? | DATED PROGRESS PAY- | | | | |
| AT PRESENT? | | MENT OUTSTANDING | 1. GUARANTEED LOANS | | | |
| YES | NO | YES | NO | $ | | 2. ADVANCE PAYMENTS | |
| GENERAL SERVICES ADMINISTRATION | | | | | | G S A | FORM | 527 (REV. 3-87) |

| 3d. LIST GOVERNMENT AGENCIES INVOLVED | 3a. GIVE APPLICABLE CONTRACT NOS. |
|---|---|
| | |
| | |
| | |
| | |
| | |

| **4.** INDEBTEDNESS TO THE U.S. GOVERNMENT - DELINQUENT | *(OMB Circular A-129)* |
|---|---|
| 4a. LIST THE GOVERNMENT AGENCIES INVOLVED | 4b. SHOW THE APPLICABLE CONTRACT NOS. |
| | |



SECTION IV - BALANCE SHEET

| 1. BALANCE SHEET AS OF | FISCAL YEAR ENDS |
|---|---|
| ,19 | ,19 |

| ASSETS | LIABILITIES AND OWNERS EQUITY |
|---|---|
| Current assets | Current Liabilities |
| Cash and short term cash investments $ | Accounts payable $ |
| Accounts receivable, less allowance for doubt- | Notes Payable (Current) |
| ful accounts of $ | Current Portion of long term debt |
| Inventories | Accrued expenses |
| | Accrued taxes on income/excess profits |
| | Other current liabilities *(itemize)* |
| Other Current Assets *(Itemize)* | |
| | |
| | |
| Total Current Assets | Total Current Liabilities |
| Property, plant and equipment | Other Liabilities |
| Land | Mortgages |
| Buildings and equipment | Bonds |
| Leasehold improvements | Deferred income taxes |
| Less accumulated depreciation and amortization | Other long term debt |
| Total property, plant and equipment | |
| | Total other liabilities |
| Other Assets | |

URS

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | | | | |
|---|---|---|---|---|
| Investments in and advances to affiliated company | | | Total liabilities | |
| Goodwill, less amortization | | | | |
| Due from officers, employees | | | Minority interest in subsidiary | |
| Other | (Itemize) | | Stockholder/owner equity | |
| | | | Preferred Stock | |
| | | | Common Stock | |
| | | | Additional paid-in capital | |
| | | | Retained earnings | |
| | | | Less Treasury stock | |
| | | | Total stockholders/owners equity | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total other assets | | | | |
| | | | TOTAL LIABILITIES | |
| TOTAL ASSETS | | $ | AND OWNERS EQUITY | |
| | | | $ | |

GSA FORM 527 PAGE 2 (REV 3-87)

| 2. | INVENTORY VALUATION METHOD | (Check) | | | |
|---|---|---|---|---|---|
| | FIFO | LIFO | AVERAGE COST | OTHER (Specify) | |

| 3. | PAST DUE ACCOUNTS | ACCOUNTS PAYABLE | $ | 4. | CONTINGENT LIABILITIES |
|---|---|---|---|---|---|
| | | ACCOUNTS RECEIVABLE | $ | 5. | JUDGMENTS OR PENDING SUITS |
| | | | | | (If "yes" explain on Page 4)   Yes   No |

| 6. | HAVE YOU OR ANY OF YOUR AFFILIATES EVER FILED FOR |
|---|---|
| | BANKRUPCY? IF YES, PLEASE EXPLAIN IN SECTION VII OF PAGE 4.   Yes   No |

| 7. | LOANS SECURED BY COMPANY'S ASSETS - REAL AND PERSONAL PROPERTY |
|---|---|

URS

| SECURED PARTY | SECURING ASSETS *(Specify by balance sheet category)* | | DUE DATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| (a) | (b) | | (c) | (d) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(e)  Are any of the assets shown on the Balance Sheet pledged, mortgaged or otherwise hypothecated, except as stated above?    Yes    No.

If "yes" explain on page 4.  If applicant is a partnerhsip or sole proprietorship, are the individual liabilities of the proprietor(s) for Federal and

State income and/or excess profit taxes included on the balance sheet?    Yes    No  If "No" what is the total liability?

$

### SECTION V - INCOME STATEMENT

| 1. FROM | 04/04/98 | T O | ,19 98 | 2.  SALES BACKLOG AND SALES FORCAST | | | |
|---|---|---|---|---|---|---|---|
| Net Sales | | $ | | CATEGORY | CURRENT DOLLAR | ANTICIPATED |
| COST AND EXPENSES | | | | | | ADDITIONAL DOLLAR |
| Cost of products and services sold excluding | | | | (PRIME AND | BACKLOG OF | SALES FORECAST |
| depreciation and amortization | | | | SUBCONTRACT) | SALES | FOR NEXT 18 MONTHS |
| | | | | a. GOVERNMENT | $ | $ |
| Depreciation and Amortization | | | | | | |
| | | | | b.  COMMERCIAL | $ | $ |
| Selling, general and administrative expense | | | | | | |
| Interest Expense | | | | TOTAL | $ | $ |
| Other expenses *(Itemize)* | | | | | | |

3. When financial statements are prepared or certified to by

independent accountants and transcribed to this form, please

furnish the name and address of accountant or accounting firm.

Minority interests in earnings of subsidiaries

Name

Total costs and expenses

Address

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| EARNINGS BEFORE TAXES ON INCOME | | City, State and Zip Code | |
|---|---|---|---|
| Taxes on income | | | |
| Income before extraordinary items | | | |
| Extraordinary gains (losses) net of taxes | | If transcribed statements differ from independent accountants, | |
| | | please describe adjustments. | |
| NET INCOME | $ | | |
| | | | |

### SECTION VI - CONSTRUCTION/SERVICE CONTRACTS INFORMATION  *(PBS ONLY)*

1. CONTRACTS IN FORCE

| LOCATION | OWNER'S NAME AND ADDRESS | BRANCH OF | CONTRACT AMOUNT | % COMP. | EST. COMP. |
|---|---|---|---|---|---|
| (a) | (b) | WORK (c) | (d) | (e) | DATE (f) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | G S A | FORM | 527 | PAGE 3 | (REV. 3-87) |

2. LIST THE FIVE LARGEST JOBS YOU HAVE COMPLETED IN THE LAST FIVE YEARS

| LOCATION | OWNER'S NAME AND ADDRESS | BRANCH OF WORK | CONTRACT AMOUNT | AMOUNT SUBLET |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3. LIST COMPANIES FROM WHOM YOU OBTAIN SURETY BONDS

| NAME | TELEPHONE NO. | CONTACT PERSON | ADDRESS  *(Street, City, ZIP Code)* |
|---|---|---|---|
| | | | |
| | | | |

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

| | | | |
|---|---|---|---|
| **4.** CHECK PROPER BOX | *(Explain each "YES" under remarks)* | | |

**A.** HAVE YOU, DURING THE PAST TWO YEARS BEEN CHARGED WITH A FAILURE TO MEET THE CLAIMS OF YOUR SUBCONTRACTORS OR SUPPLIERS?

| | | YES | NO |
|---|---|---|---|

**B.** HAS YOUR APPLICATION FOR SURETY BOND EVER BEEN DECLINED?

| | | YES | NO |
|---|---|---|---|

**SECTION VII - REMARKS**

**1.** REMARKS    *(Cite those sections of the form relating to your remarks. If additional space is required attach additional sheet(s).*

**CERTIFICATION**

For the purpose of establishing financial responsibility with or procuring credit from the General Services Administration, we furnish the above as a true and correct statement of our financial condition on statements are true and correct. There has been no material change in the applicant's financial condition since the date of the above statement. We agree to notify you immediately in writing of any materially unfavorable change in our financial condition. In the absence of such notice or of a new and full financial statement, this is to be considered as a continuing statement.

| | | ,19 | | and further certify that all other |
|---|---|---|---|---|

| NAME OF BUSINESS | DATE | BY | *(Signature of authorized official)* |
|---|---|---|---|
| | | TITLE | |

| | | **GSA** FORM | **527 PAGE 4** | (REV. 3-87) |
|---|---|---|---|---|

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

## KEY PERSONNEL RESUME

Proposed Position Title_____

Employee's Name_____Birth Date_____

Current Position with the Contract Firm_____

Time in Current Position (Years/Months)_____

Annual Salary_____

Responsible for Work of _____Persons

Description & Scope of Current Job:

Work Experience (Past 5 Years in Chronological Order:

Education Summary (High School, College, Specialized Trade.  Give Name/Institution Address, Attendance Periods, Credits, Degrees, Certificates):

Brief Statement of Why this Individual is Believed to be Qualified for this Contract Position.

**URS**

Solicitation No. GS-11P-01-YMC-0085, 5/25/2001

# PART IV - SECTION M

## EVALUATION FACTORS FOR AWARD

### 1. Evaluation/Award Criteria

The technical evaluation criteria set forth below will be used by the technical panel in establishing and ranking qualified sources from a technical standpoint. An objective technical evaluation will be performed on each Proposer's technical proposal based solely on the information furnished, and not on previous knowledge or association, except information concerning past performance, which can be based on other sources including previous knowledge and associations. So that Proposers will know what areas require emphasis in proposal preparation, the Technical Evaluation Criteria are presented below. Each of the four criteria will be weighted equally in the evaluation.

A. Criterion 1: Work Plan

Proposed methodology for accomplishing the scope of work

(1) Plans for conducting tours, maintaining the security and performing maintenance and repairs of the distribution system

(2) Proposed staffing plan and work schedules for personnel

(3) Mandatory and desirable knowledge, skills and abilities for each type of proposed position.

B. Criterion 2: Management Plan

Proposed management philosophy for this contract. Submit organizational chart for all staff positions by personnel name and experience. Include resumes and commitment letters for key personnel.

(1) Proposed title and location for each key position.

(2) Mandatory and desirable skills and qualifications for each proposed position, including all management and supervisory positions.

(3) Description of duties for each person.

(4) Proposed delegations of authority from home/district office to facility managers, dollar authority, etc.

(5) Recruitment and compensation.

(6) Contract administration and modification.

(7) A plan for keeping and maintaining the required reports, logs and records.

(8) Strike Contingency Plan

(9) Emergency Plan

(10) Quality Control Plan

(11) Phase-in Plan

C. Criterion 3: Contractor's Experience and Qualifications, Including Past Performance



Current and previous contracts demonstrating similar substantive experience. Submit information for all contracts performed by the Proposer during the last three (3) years.

(1) Types of facilities, number and type of equipment repaired or maintained.

(2) Annual dollar value of contract per contract.

(3) Services included in each contract.

(4) Names and telephone numbers of references.

(5) List of any contract(s) terminated for convenience or default (partial or complete) within the past five (5) years. Include the contract number, name, address and telephone numbers of the terminating officer.

(6) GSA Form 527 (See Section L).

D. Criterion 4: Quality Control

Methodology to assure the quality requirements of the contract are provided as specified. The plan shall include a description of the inspection system, the methods for identifying and preventing defects in the quality of service and the inspection records to be maintained. Additional requirements include:

(1) Proposed quality control system or procedures to be used for all required services.

(2) The frequency of inspections.

(3) Identification of staffing resources that will perform/review the inspection.

## 2. Price/Cost Evaluation

The proposed prices between substantially equal technical proposals will be a major factor in selection of a proposal for award. The Government reserves the right to make an award to a Proposer, other than the low responsive and responsible Proposer, if evaluation renders that Proposer to be significantly superior from a technical standpoint as to warrant payment by the Government of a premium (i.e., the difference in price between the superior proposal and the low responsive proposal) for such superiority. Award will be made to that Proposer whose proposal offers the "best value" to the Government, with technical considerations carrying slightly more weight.

To determine the proposed price, the proposed unit prices as applicable will be applied to the quantities shown in the schedule of items (Section B).

Note: The Government may award a contract based on initial proposals received, without discussions of such proposals. Accordingly, each initial proposal should be submitted on the most favorable terms from a realistic cost and technical standpoint, which the Proposer can provide the Government.

