# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | Page | of Pages |
|---|---|---|---|---|---|
| | | | 1. Contract ID Code | 1 | 3 |

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (if applicable) |
|---|---|---|---|
| PS01 | Mar 1, 2003 | | |

| 6. Issued By | Code WPO | 7. Administered By (If other than Item 6) | Code |
|---|---|---|---|
| GSA<br>HOTD Service Delivery Team<br>13th & C Sts. S.W.<br>Washington, DC 20407<br>David Stover 202.690.9726 | | SEE BLOCK 6 | |

| 8. Name and Address of Contractor (No., Street, County, and Zip Code) | | | |
|---|---|---|---|
| Day & Zimmermann Svcs<br>1818 Market St<br>10th Floor<br>Philadelphia PA 19103-3672 | Vendor ID:<br>DUNS:<br><br>CAGE: | (X) | |

| | 9A. Amendment of Solicitation No. |
|---|---|
| | 9B. Date (See Item 11) |

| X | 10A. Modification of Contract/Order No. |
|---|---|
| | GS-11P-02-YMC-0085 |
| | 10B. Date (See Item 13) |
| | Mar 21, 2002 |

| Code | Facility Code |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) |
|---|
| P11642224192XP11210206125A42516          DC00012Z $ US          1,724,628.18 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (x) | A. This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the Contract Order No. in Item 10A. |
|---|---|
| | B. The above numbered Contract/Order is modified to reflect the administrative changes (such as changes in paying office, appropriation date, etc.) Set forth Item 14, pursuant to the authority of FAR 43.103 (b) |
| X | C. This supplemental agreement is entered into pursuant to authority of:<br>FAR CLAUSE 52.217-9, OPTION TO EXTEND THE TERM OF THE CONTRACT (MARCH 1998) |
| | D. Other (Specify type of modification and authority) |

| E. IMPORTANT: Contractor | [ ] is not, | [X] is required to sign this document and return 1 copies to the issuing office. |
|---|---|---|

**14. Description of Amendment/Modification** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT GS11P01YMC0085 FOR PROVIDING MAINTENANCE AND REPAIR SERVICES FOR THE GSA STEAM DISTRIBUTION TUNNELS IS HERBY MODIFIED TO EXERCISE OPTION 1 PERIOD FOR AN ADDITIONAL TWELVE (12) MONTH PERIOD. RETROACTIVELY EFFECTIVE TO MARCH 1, 2003 AND CONTINUING THRU FEBRUARY 28, 2004

EXHIBIT
B

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name and Title of Signer (Type or Print) | 16A. Name and title of Contracting Officer (Type or Print) |
|---|---|
| E. Michael Leonard<br>Vice President, Operations<br>Day & Zimmermann Services, Inc | Michael Vrobel<br>Contracting Officer          (202)708-7853<br>michael.vrobel@gsa.gov |

| 15B. Contractor/Offeror | 15C. Date Signed | 16B. United States of America | 16C. Date Signed |
|---|---|---|---|
| (Signature of person authorized to sign) | May 15, 2003 | (Signature of Contracting Officer) | 5/21/03 |

| NSN 7540-01-152-8070 | 30-105 | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITIONS UNUSABLE | | Prescribed by GSA FAR (48 CFR) 53.243 |

ALSO PLEASE BE ADVISED THAT THE NEW OVERTIME RATES HAS BEEN
INCREASED FOR THE OPTION I PERIOD. SEE REVISED ATTACHED RATES
SHEET

Current Contract price: $1,816,264.82
Option I Period (PS01) : $1,724,628.18
New Contract Price: $3,540,893.00

In accordance with FAR Clause 52.271-9 and FAR Clause 52.222.43 Fair Labor
Standards Act and Service Contract Act (Multi-Year and Option Contracts)(May 1989)
applies regarding wage determination and price adjustments. Wage Determination number
1994-2104 (Revision No. 20)(Dated 10/4/2002) will apply to this option period under the
subject contract. A copy of the wage determination is attached. Paragraph (b) of the
unforementioned clause provides that the contract price be adjusted to cover any
contingencies unknown when the bid was originally submitted. You shall notify the
Contacting Officer of any increases or decreases claimed under this contract within thirty
(30) days after receipt of this modification

Additionally, evidence of insurance under Option I Period is required. Failure to comply
with the insurance requirements may be cause for the Government to terminate your right
to proceed under Option I renewal period.

Any questions concerning this modification should be addressed to David Stover, General
Services Administration, NCR Central Heating & Refrigeration Plant 13th & C Streets,
SW Washington, DC 20407

**SCHEDULE**

| Item No. | Supplies/Servic | Quantity | Unit | Unit Price. | Amount |
|---|---|---|---|---|---|
| 0003 | EXERCISE OPTION I PERIOD | 1 | JB | 1,724,628.18 | 1,724,628.18 |

Summary of ~~Proposed~~ Overtime Rates
GSA DC Steam Distribution System

| Schedule B Line Item for Regular Labor Rate | Position Title | BASE PERIOD OVERTIME RATE | | OPTION 1 OVERTIME RATE | |
|---|---|---|---|---|---|
| 5a | Licensed Journeyman Electrician | $ | 59.71 | $ | 60.18 |
| 5b | Electrician Helper | $ | 46.64 | $ | 46.99 |
| 5c | General Maintenance Mechanic | $ | 46.64 | $ | 46.99 |
| 5d | Pipefitter | $ | 56.25 | $ | 56.69 |
| 5e | Welder | $ | 62.96 | $ | 54.72 |
| 5f | Insulator | $ | 46.64 | $ | 54.29 |
| 5g | Insulator Helper | $ | 40.99 | $ | 46.99 |
| 5h | Laborer Leader | $ | 37.98 | $ | 38.25 |
| 5j | General Laborer | $ | 32.94 | $ | 33.16 |
| NA | Pipefitter, Lead | $ | 62.52 | $ | 63.03 |
| NA | Insulator, Lead | $ | 53.87 | $ | 54.29 |

94-2104 **DC**,DISTRICT-WIDE          10/15/02
***FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL***
                                                                WASHINGTON D.C.  20210


| | | |
|---|---|---|
| William W.Gross | Division of | Wage Determination No.: 1994-2104 |
| Director | Wage Determinations | Revision No.: 20 |
| | | Date Of Last Revision: 10/04/2002 |

States: District of Columbia, Maryland, Virginia

Area: District of Columbia Statewide
Maryland Counties of Calvert, Charles, Frederick, Montgomery, Prince George's, St Ma
Virginia Counties of Alexandria, Arlington, Fairfax, Falls Church, Fauquier, King Ge
Loudoun, Prince William, Stafford

---

                    **Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION TITLE | MINIMUM WAGE RATE |
|---|---|
| Administrative Support and Clerical Occupations | |
| Accounting Clerk I | 10.16 |
| Accounting Clerk II | 11.88 |
| Accounting Clerk III | 14.04 |
| Accounting Clerk IV | 16.37 |
| Court Reporter | 14.94 |
| Dispatcher, Motor Vehicle | 14.63 |
| Document Preparation Clerk | 11.29 |
| Duplicating Machine Operator | 11.29 |
| Film/Tape Librarian | 14.65 |
| General Clerk I | 11.68 |
| General Clerk II | 13.72 |
| General Clerk III | 15.32 |
| General Clerk IV | 18.74 |
| Housing Referral Assistant | 17.82 |
| Key Entry Operator I | 10.40 |
| Key Entry Operator II | 11.62 |
| Messenger  (Courier) | 9.30 |
| Order Clerk I | 14.74 |
| Order Clerk II | 16.29 |
| Personnel Assistant (Employment) I | 13.05 |
| Personnel Assistant (Employment) II | 14.24 |
| Personnel Assistant (Employment) III | 16.42 |
| Personnel Assistant (Employment) IV | 19.60 |
| Production Control Clerk | 17.28 |
| Rental Clerk | 15.42 |
| Scheduler, Maintenance | 14.06 |
| Secretary I | 14.71 |
| Secretary II | 15.35 |
| Secretary III | 18.49 |
| Secretary IV | 19.57 |
| Secretary V | 22.79 |
| Service Order Dispatcher | 14.04 |
| Stenographer I | 14.68 |
| Stenographer II | 16.47 |
| Supply Technician | 19.57 |
| Survey Worker (Interviewer) | 14.94 |

| Job Title | Rate |
|---|---|
| Switchboard Operator-Receptionist | 10.96 |
| Test Examiner | 15.35 |
| Test Proctor | 15.35 |
| Travel Clerk I | 11.63 |
| Travel Clerk II | 12.49 |
| Travel Clerk III | 13.41 |
| Word Processor I | 11.80 |
| Word Processor II | 14.22 |
| Word Processor III | 16.65 |
| Automatic Data Processing Occupations | |
| Computer Data Librarian | 11.69 |
| Computer Operator I | 13.30 |
| Computer Operator II | 15.67 |
| Computer Operator III | 18.60 |
| Computer Operator IV | 18.94 |
| Computer Operator V | 22.94 |
| Computer Programmer I (1) | 19.64 |
| Computer Programmer II (1) | 23.05 |
| Computer Programmer III (1) | 26.99 |
| Computer Programmer IV (1) | 27.62 |
| Computer Systems Analyst I (1) | 26.99 |
| Computer Systems Analyst II (1) | 27.62 |
| Computer Systems Analyst III (1) | 27.62 |
| Peripheral Equipment Operator | 14.06 |
| Automotive Service Occupations | |
| Automotive Body Repairer, Fiberglass | 21.38 |
| Automotive Glass Installer | 17.03 |
| Automotive Worker | 17.03 |
| Electrician, Automotive | 18.05 |
| Mobile Equipment Servicer | 14.94 |
| Motor Equipment Metal Mechanic | 19.03 |
| Motor Equipment Metal Worker | 17.03 |
| Motor Vehicle Mechanic | 19.11 |
| Motor Vehicle Mechanic Helper | 16.01 |
| Motor Vehicle Upholstery Worker | 17.03 |
| Motor Vehicle Wrecker | 17.03 |
| Painter, Automotive | 18.05 |
| Radiator Repair Specialist | 17.03 |
| Tire Repairer | 14.43 |
| Transmission Repair Specialist | 19.03 |
| Food Preparation and Service Occupations | |
| Baker | 11.87 |
| Cook I | 10.41 |
| Cook II | 11.87 |
| Dishwasher | 8.76 |
| Food Service Worker | 9.01 |
| Meat Cutter | 16.07 |
| Waiter/Waitress | 8.17 |
| Furniture Maintenance and Repair Occupations | |
| Electrostatic Spray Painter | 18.05 |
| Furniture Handler | 12.55 |
| Furniture Refinisher | 18.05 |
| Furniture Refinisher Helper | 13.85 |
| Furniture Repairer, Minor | 16.01 |
| Upholsterer | 18.05 |
| General Services and Support Occupations | |
| Cleaner, Vehicles | 9.67 |
| Elevator Operator | 9.79 |
| Gardener | 12.98 |
| House Keeping Aid I | 9.02 |

House Keeping Aid II .......................... 9.28
Janitor ........................................ 9.64
Laborer, Grounds Maintenance ................. 10.75
Maid or Houseman .............................. 9.28
Pest Controller .............................. 11.85
Refuse Collector ............................. 10.88
Tractor Operator ............................. 12.73
Window Cleaner ............................... 10.51

Health Occupations
Dental Assistant ............................. 14.36
Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver .. 11.95
Licensed Practical Nurse I ................... 14.43
Licensed Practical Nurse II .................. 16.20
Licensed Practical Nurse III ................. 18.13
Medical Assistant ............................ 11.76
Medical Laboratory Technician ................ 13.93
Medical Record Clerk ......................... 13.57
Medical Record Technician .................... 14.21
Nursing Assistant I ........................... 8.46
Nursing Assistant II .......................... 9.52
Nursing Assistant III ........................ 11.94
Nursing Assistant IV ......................... 13.40
Pharmacy Technician .......................... 11.84
Phlebotomist ................................. 11.21
Registered Nurse I ........................... 22.54
Registered Nurse II .......................... 25.08
Registered Nurse II, Specialist .............. 25.08
Registered Nurse III ......................... 32.38
Registered Nurse III, Anesthetist ............ 32.38
Registered Nurse IV .......................... 38.81

Information and Arts Occupations
Audiovisual Librarian ........................ 18.95
Exhibits Specialist I ........................ 16.79
Exhibits Specialist II ....................... 20.99
Exhibits Specialist III ...................... 25.84
Illustrator I ................................ 17.03
Illustrator II ............................... 21.29
Illustrator III .............................. 26.20
Librarian .................................... 22.33
Library Technician ........................... 15.03
Photographer I ............................... 13.93
Photographer II .............................. 15.64
Photographer III ............................. 19.56
Photographer IV .............................. 24.08
Photographer V ............................... 26.50

Laundry, Dry Cleaning, Pressing and Related Occupations
Assembler ..................................... 8.71
Counter Attendant ............................. 8.71
Dry Cleaner ................................... 9.83
Finisher, Flatwork, Machine ................... 8.71
Presser, Hand ................................. 8.71
Presser, Machine, Drycleaning ................. 8.71
Presser, Machine, Shirts ...................... 8.71
Presser, Machine, Wearing Apparel, Laundry .... 8.71
Sewing Machine Operator ...................... 10.63
Tailor ....................................... 12.43
Washer, Machine ............................... 9.31

Machine Tool Operation and Repair Occupations
Machine-Tool Operator (Toolroom) ............. 18.05
Tool and Die Maker ........................... 21.95

Material Handling and Packing Occupations
  Forklift Operator — 14.58
  Fuel Distribution System Operator — 19.38
  Material Coordinator — 16.97
  Material Expediter — 16.97
  Material Handling Laborer — 11.50
  Order Filler — 13.21
  Production Line Worker (Food Processing) — 12.80
  Shipping Packer — 12.21
  Shipping/Receiving Clerk — 13.09
  Stock Clerk (Shelf Stocker; Store Worker II) — 12.69
  Store Worker I — 8.89
  Tools and Parts Attendant — 16.99
  Warehouse Specialist — 15.01
Mechanics and Maintenance and Repair Occupations
  Aircraft Mechanic — 21.95
  Aircraft Mechanic Helper — 14.51
  Aircraft Quality Control Inspector — 23.11
  Aircraft Servicer — 16.78
  Aircraft Worker — 17.84
  Appliance Mechanic — 18.05
  Bicycle Repairer — 14.43
  Cable Splicer — 20.93
  Carpenter, Maintenance — 18.05
  Carpet Layer — 17.61
  Electrician, Maintenance — 22.59
  Electronics Technician, Maintenance I — 16.08
  Electronics Technician, Maintenance II — 20.88
  Electronics Technician, Maintenance III — 22.73
  Fabric Worker — 15.76
  Fire Alarm System Mechanic — 19.03
  Fire Extinguisher Repairer — 14.94
  Fuel Distribution System Mechanic — 20.93
  General Maintenance Worker — 16.46
  Heating, Refrigeration and Air Conditioning Mechanic — 19.03
  Heavy Equipment Mechanic — 19.03
  Heavy Equipment Operator — 19.31
  Instrument Mechanic — 19.03
  Laborer — 10.70
  Locksmith — 18.05
  Machinery Maintenance Mechanic — 20.51
  Machinist, Maintenance — 21.52
  Maintenance Trades Helper — 13.85
  Millwright — 19.24
  Office Appliance Repairer — 18.05
  Painter, Aircraft — 20.76
  Painter, Maintenance — 18.05
  Pipefitter, Maintenance — 19.04
  Plumber, Maintenance — 18.05
  Pneudraulic Systems Mechanic — 19.03
  Rigger — 19.03
  Scale Mechanic — 17.03
  Sheet-Metal Worker, Maintenance — 19.03
  Small Engine Mechanic — 20.05
  Telecommunication Mechanic I — 19.41
  Telecommunication Mechanic II — 20.45
  Telephone Lineman — 20.93
  Welder, Combination, Maintenance — 19.03
  Well Driller — 19.03
  Woodcraft Worker — 19.03

| | |
|---|---|
| Woodworker | 15.32 |
| **Miscellaneous Occupations** | |
| Animal Caretaker | 8.97 |
| Carnival Equipment Operator | 11.11 |
| Carnival Equipment Repairer | 11.97 |
| Carnival Worker | 7.48 |
| Cashier | 8.53 |
| Desk Clerk | 9.78 |
| Embalmer | 19.04 |
| Lifeguard | 9.67 |
| Mortician | 21.63 |
| Park Attendant (Aide) | 12.15 |
| Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 9.03 |
| Recreation Specialist | 15.94 |
| Recycling Worker | 14.06 |
| Sales Clerk | 10.04 |
| School Crossing Guard (Crosswalk Attendant) | 10.34 |
| Sport Official | 11.24 |
| Survey Party Chief (Chief of Party) | 14.92 |
| Surveying Aide | 9.27 |
| Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 14.18 |
| Swimming Pool Operator | 13.21 |
| Vending Machine Attendant | 10.20 |
| Vending Machine Repairer | 13.24 |
| Vending Machine Repairer Helper | 10.77 |
| **Personal Needs Occupations** | |
| Child Care Attendant | 11.37 |
| Child Care Center Clerk | 15.86 |
| Chore Aid | 8.05 |
| Homemaker | 16.45 |
| **Plant and System Operation Occupations** | |
| Boiler Tender | 20.85 |
| Sewage Plant Operator | 19.15 |
| Stationary Engineer | 20.85 |
| Ventilation Equipment Tender | 13.85 |
| Water Treatment Plant Operator | 19.72 |
| **Protective Service Occupations** | |
| Alarm Monitor | 15.04 |
| Corrections Officer | 17.69 |
| Court Security Officer | 18.84 |
| Detention Officer | 18.29 |
| Firefighter | 19.72 |
| Guard I | 9.51 |
| Guard II | 12.53 |
| Police Officer | 20.54 |
| **Stevedoring/Longshoremen Occupations** | |
| Blocker and Bracer | 16.46 |
| Hatch Tender | 15.74 |
| Line Handler | 15.74 |
| Stevedore I | 15.47 |
| Stevedore II | 17.45 |
| **Technical Occupations** | |
| Air Traffic Control Specialist, Center (2) | 28.96 |
| Air Traffic Control Specialist, Station (2) | 19.97 |
| Air Traffic Control Specialist, Terminal (2) | 21.99 |
| Archeological Technician I | 14.57 |
| Archeological Technician II | 16.29 |
| Archeological Technician III | 20.20 |
| Cartographic Technician | 22.73 |
| Civil Engineering Technician | 19.56 |

| | |
|---|---|
| Computer Based Training (CBT) Specialist/ Instructor | 23.94 |
| Drafter I | 12.22 |
| Drafter II | 15.30 |
| Drafter III | 17.18 |
| Drafter IV | 21.49 |
| Engineering Technician I | 15.50 |
| Engineering Technician II | 17.99 |
| Engineering Technician III | 21.63 |
| Engineering Technician IV | 24.82 |
| Engineering Technician V | 30.35 |
| Engineering Technician VI | 36.72 |
| Environmental Technician | 19.29 |
| Flight Simulator/Instructor (Pilot) | 27.76 |
| Graphic Artist | 20.36 |
| Instructor | 23.34 |
| Laboratory Technician | 15.98 |
| Mathematical Technician | 23.39 |
| Paralegal/Legal Assistant I | 16.71 |
| Paralegal/Legal Assistant II | 21.31 |
| Paralegal/Legal Assistant III | 26.07 |
| Paralegal/Legal Assistant IV | 31.54 |
| Photooptics Technician | 21.06 |
| Technical Writer | 23.99 |
| Unexploded (UXO) Safety Escort | 18.40 |
| Unexploded (UXO) Sweep Personnel | 18.40 |
| Unexploded Ordnance (UXO) Technician I | 18.40 |
| Unexploded Ordnance (UXO) Technician II | 22.27 |
| Unexploded Ordnance (UXO) Technician III | 26.69 |
| Weather Observer, Combined Upper Air and Surface Programs (3) | 16.64 |
| Weather Observer, Senior (3) | 19.38 |
| Weather Observer, Upper Air (3) | 16.64 |
| Transportation/ Mobile Equipment Operation Occupations | |
| Bus Driver | 15.09 |
| Parking and Lot Attendant | 8.62 |
| Shuttle Bus Driver | 12.94 |
| Taxi Driver | 10.60 |
| Truckdriver, Heavy Truck | 17.52 |
| Truckdriver, Light Truck | 11.78 |
| Truckdriver, Medium Truck | 14.97 |
| Truckdriver, Tractor-Trailer | 17.52 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: Life, accident, and health insurance plans, sick leave, pension pl
civic and personal leave, severance pay, and savings and thrift plans. Minimum empl
contributions costing an average of $2.56 per hour computed on the basis of all hour
worked by service employees employed on the contract.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or success
weeks after 5 years, and 4 weeks after 15 years. Length of service includes the who
of continuous service with the present contractor or successor, wherever employed, a
the predecessor contractors in the performance of similar work at the same Federal
facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther Ki
Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Co
Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitu
any of the named holidays another day off with pay in accordance with a plan communi

to the employees involved.}   (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as
numbered):

1)   Does not apply to employees employed in a bona fide executive, administrative, o
professional capacity as defined and delineated in 29 CFR 541.  (See CFR 4.156)

2)   APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL:  An employee is
entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M.
rate of basic pay plus a night pay differential amounting to 10 percent of the rate
basic pay.

3)   WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a r
tour of duty, you will earn a night differential and receive an additional 10% of ba
for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours
week) and Sunday is part of your regularly scheduled workweek, you are paid at your
basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday wo
which is not overtime (i.e. occasional work on Sunday outside the normal tour of dut
considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees emp
in a position that represents a high degree of hazard when working with or in close
proximity to ordinance, explosives, and incendiary materials.  This includes work su
screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, a
pyrotechnic compositions such as lead azide, black powder and photoflash powder.  Al
house activities involving propellants or explosives.  Demilitarization, modificatio
renovation, demolition, and maintenance operations on sensitive ordnance, explosives
incendiary materials.  All operations involving regrading and cleaning of artillery

A 4 percent differential is applicable to employees employed in a position that repr
a low degree of hazard when working with, or in close proximity to ordance, (or empl
possibly adjacent to) explosives and incendiary materials which involves potential i
such as laceration of hands, face, or arms of the employee engaged in the operation,
irritation of the skin, minor burns and the like; minimal damage to immediate or adj
work area or equipment being used.  All operations involving, unloading, storage, an
hauling of ordance, explosive, and incendiary ordnance material other than small arm
ammunition.  These differentials are only applicable to work that has been specifica
designated by the agency for ordance, explosives, and incendiary material differenti

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (eith
the terms of the Government contract, by the employer, by the state or local law, et
the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning)
uniforms is an expense that may not be borne by an employee where such cost reduces
hourly rate below that required by the wage determination. The Department of Labor w
accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequat
number of uniforms without cost or to reimburse employees for the actual cost of the
uniforms.  In addition, where uniform cleaning and maintenance is made the responsib
of the employee, all contractors and subcontractors subject to this wage determinati
shall (in the absence of a bona fide collective bargaining agreement providing for a
different amount, or the furnishing of contrary affirmative proof as to the actual c
reimburse all employees for such cleaning and maintenance at a rate of $3.35 per wee
$.67 cents per day).  However, in those instances where the uniforms furnished are m
"wash and wear" materials, may be routinely washed and dried with other personal gar
and do not require any special treatment such as dry cleaning, daily washing, or com
laundering in order to meet the cleanliness or appearance standards set by the terms

Government contract, by the contractor, by law, or by the nature of the work, there
requirement that employees be reimbursed for uniform maintenance costs.

## ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service
Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by
Third Supplement, dated March 1997, unless otherwise indicated.  This publication ma
obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the
Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402
Copies of specific job descriptions may also be obtained from the appropriate contra
officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form
(SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is no
listed herein and which is to be employed under the contract (i.e., the work to be
performed is not performed by any classification listed in the wage determination),
classified by the contractor so as to provide a reasonable relationship (i.e., appro
level of skill comparison) between such unlisted classifications and the classificat
listed in the wage determination.  Such conformed classes of employees shall be paid
monetary wages and furnished the fringe benefits as are determined.  Such conforming
process shall be initiated by the contractor prior to the performance of contract wo
such unlisted class(es) of employees.  The conformed classification, wage rate, and/
fringe benefits shall be retroactive to the commencement date of the contract. {See
4.6 (C)(vi)}  When multiple wage determinations are included in a contract, a separa
1444 should be prepared for each wage determination to which a class(es) is to be
conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupa
and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order p
classification title), a Federal grade equivalency (FGE) for each proposed
classification), job description), and rationale for proposed wage rate), including
information regarding the agreement or disagreement of the authorized representative
employees involved, or where there is no authorized representative, the employees
themselves.  This report should be submitted to the contracting officer no later tha
days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
action, together with the agency's recommendations and pertinent information includi
position of the contractor and the employees, to the Wage and Hour Division, Employm
Standards Administration, U.S. Department of Labor, for review.  (See section 4.6(b)
Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disa
the action via transmittal to the agency contracting officer, or notifies the contra
officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupat
(the Directory) should be used to compare job definitions to insure that duties requ
are not performed by a classification already listed in the wage determination.  Rem
it is not the job title, but the required tasks that determine whether a class is in
in an established wage determination.  Conformances may not be used to artificially
combine, or subdivide classifications listed in the wage determination.