# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | |
|---|---|---|
| CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| PS03 | Jul 9, 2004 | | |

**6. ISSUED BY** CODE WPO

GSA
HOTD Service Delivery Team
13th & C Sts, S.W.
Washington, DC 20407
Aliza Y. Brown          (202)690-9731

**7. ADMINISTERED BY** (If other than Item 6)   CODE
SEE BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR**

Day & Zimmermann Svcs
1818 Market St
10th Floor
Philadelphia PA 19103-3672

Vendor ID: [redacted]
DUNS: [redacted]
CAGE:

(X) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
GS-11P-02-YMC-0085

10B. DATED (SEE ITEM 13)
Mar 21, 2002

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

US    2,042,025.24

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).
(such as changes in paying office, appropriation data, etc.)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR Clause 52.217-9 Option to extend the term of the contract (MAR 1998)

[ ] D. OTHER (Specify type of modification and authority)

**IMPORTANT:** Contractor [X] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

--------GS11P02YMC0085---------

Contract number GS11P02YMC0085 for providing maintenance and repair services for the GSA Steam Distribution Tunnels is hereby modified to exercise Option II period for an additional twelve (12) month period. Retroactively effective to March 1, 2004 thru February 28, 200 .

EXHIBIT C

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or Print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or Print) |
|---|---|
| LARRY AMES, President | Michael Vrobel    (202)708-7853<br>Contracting Officer<br>michael.vrobel@gsa.gov |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) |
| 15C. DATE SIGNED<br>13 JUL 04 | 16C. DATE SIGNED<br>7/14/04 |

7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE            CUSTOMER COPY            30-105            STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY | UI | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | Contract GS11P01YMC0085 for providing maintenance and repair services for the GSA Steam distribution tunnels is hereby modified to exercise Option II period for an additional twelve (12) month period. Retroactively effective to March 1, 2004 and continuing thru February 28, 2005. | 1 | EA | 2,042,025.24 | 2,042,025.24 |

Accounting and Appropriation Data:
P11642224.192X.P1121020.61.25.A42.516.                .        .DC0001ZZ
US$ 2,042,025.24
DELIVERY DATE: 02/28/2005
SHIP TO: GSA
         HOTD Service Delivery Team
         13th & C Sts, S.W.
         Washington, DC 20407
FOB: Destination

```
                                         200401951
REGISTER OF WAGE DETERMINATIONS UNDER  |       U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT         |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                       |        WASHINGTON D.C.   20210
                                       |
                                       |
                                       |  Wage Determination No.: 2004-0195
William W.Gross       Division of      |          Revision No.: 1
Director          Wage Determinations  |  Date Of Last Revision: 07/01/2004
```

State:  District of Columbia
Area:   District of Columbia Statewide

Employed on contract for maintenance & repair services:

Collective Bargaining Agreement between Day and Zimmermann Services Inc. and Steamfitters Local Union No. 602, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, effective May 15, 2003 through February 28, 2006.

In accordance with Sections 2(a) and 4(c) of the Service Contract Act, as amended, employees employed by the contractor(s) in performing services covered by the Collective Bargaining Agreement(s) are to be paid wage rates and fringe benefits set

forth in the current collective bargaining agreement and modified extension agreement(s).

# MAINTENANCE SERVICE AGREEMENT

Between
DAY AND ZIMMERMANN SERVICES INC.
And
Steamfitters Local Union No. 602
United Association

Effective May 15, 2003 through February 28, 2006

TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| ARTICLE I | Recognition | 3 |
| ARTICLE II | Geographical Territory | 4 |
| ARTICLE III | Union Shop Clause and Check-Off | 4 |
| ARTICLE IV | Scope of Work Maintenance Services | 5 |
| ARTICLE V | Management Rights | 5 |
| ARTICLE VI | No Strike/No Lock Out | 6 |
| ARTICLE VII | Classification of Employees | 8 |
| ARTICLE VIII | Non-Exclusive Hiring | 8 |
| ARTICLE IX | Supervision | 9 |
| ARTICLE X | Hours of Work, Overtime, Shift Work and Standby | 9 |
| ARTICLE XI | Wages, Fringes | 11 |
| ARTICLE XII | Paydays | 11 |
| ARTICLE XIII | Reporting Pay | 12 |
| ARTICLE XIV | Medical Fund | 12 |
| ARTICLE XV | Pension Fund | 12 |
| ARTICLE XVI | Bereavement Day | 13 |
| ARTICLE XVII | Tools | 13 |
| ARTICLE XVIII | Vacations | 13 |
| ARTICLE XIX | Grievance and Arbitration Procedure | 13 |
| ARTICLE XX | Work Rules | 15 |
| ARTICLE XXI | Workers' Compensation | 15 |
| ARTICLE XXII | Policy on Use of Company Vehicles | 15 |
| ARTICLE XXIII | Emergency Service during Work Stoppage | 15 |
| ARTICLE XXIV | General Savings Clause | 16 |
| ARTICLE XXV | Modification, Duration and Termination | 16 |

## *ARTICLES OF AGREEMENT*

1. This Agreement, entered into this 15th day of May, 2003 by and between Day & Zimmermann Services Inc., hereinafter called the "Employer" and Local Union No. 602 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada (AFL-CIO), hereinafter called the "Union".

2. The Employer now employs, and will employ employees represented by the Union for the maintenance services work assigned to the Employer by the Owner.

3. The Employer and the Union desire to mutually establish hours and working conditions for employees represented by the Union for maintenance services assigned to the Employer by the owner at the Heating, Operation and Transmission District ("HOTD") in the Steam Distribution Complex in Washington DC.

### ARTICLE 1
### Recognition

1. The Employer recognizes the Union as the sole and exclusive bargaining representative for all maintenance worker and Tradesmen classifications as set forth in Article VII, paragraph 4.and any other classification mutually agreed upon in the employ of the Employer at the Heating, Operation and Transmission District ("HOTD") in the Steam Distribution Complex in Washington DC and the employer's local office and shop facilities.

2. In respect to wages, hours of work and other terms and conditions of employment, it is further agreed that employees working under this agreement shall constitute a bargaining unit separate and distinct from all others. This agreement covers only that work assigned by the Owner to the Employer and performed by the employees of the Employer covered by this Agreement.

3. The company agrees to recognize one Steward authorized by the Union to represent those employees covered by the terms of the Agreement. The Union will train and certify the steward prior to appointment. The Steward will be authorized reasonable and necessary time off during working hours to carry out his/her duties to the employees and will not unreasonably interfere with the assigned duties. The union will ensure that the Steward engage only in those activities which are authorized by this Agreement. When addressing employee concerns on company time, the steward shall obtain approval from the DZS Project Manager prior to exceeding two hours during any week. Attendance by the Steward of labor-management meetings during working hours will be without loss of pay. The Union agrees that there be no other organized Union meetings conducted on Company property except with permission of the DZS Project Manager. The scope of Steward activities shall be in accordance with the National Labor Relations Act and shall be limited to and not exceed the following:
  - To consult with and employee regarding presentation of a request, complaint or grievance concerning this Agreement.
  - To investigate a complaint or grievance before presentation.
  - To present a request, complaint, or grievance to the appropriate supervisor.

- To meet with an appropriate Supervisor or other designated representative of the company when necessary to adjust grievance in accordance with this Agreement and the grievance procedure.

4. In the event the Employer ceases to provide maintenance services at the Heating, Operation and Transmission District in the Steam Distribution Complex in Washington DC, this contract shall automatically terminate and the rights and obligations of both the Union and the Employer hereunder shall automatically cease.

## ARTICLE II
### Geographical Territory

The territorial jurisdiction covered by this Agreement is that territory within the boundary of the Steam Distribution Complex in Washington DC and the employer's local office and shop facilities.

## ARTICLE III
### Union Shop Clause and Check-Off

1. Maintenance of Financial Obligations of Membership – All employees of the Company covered by this agreement who are members of the Union on the effective or execution date of this Agreement, whichever is later, shall remain members, and those who are not members on the effective or execution date of this agreement, is later, shall on the fourteenth (14th) day following the effective or execution date of this Agreement, whichever is later, become and remain members in the Union. All employees covered by this Agreement and hired on or after its effective or execution date, whichever is later, shall on the fourteenth (14th) day following the beginning of each employment become and remain members in the Union. If an individual refuses to pay dues or an initiation fee as required under this article, the Company, upon request of the Union and a showing that the Union has complied with the applicable laws, shall discharge the individual. The discharge shall be effective within ten (10) days after the employee shall be given the right to cure the default in payment of such dues, initiation fees, or uniformly levied assessments by tender of same to the Union.

2. Indemnification of Company – The Union agrees to defend indemnify and hold the Company harmless from and against any and all claims, demands, suits, grievances, liabilities, actions, cost and expenses in any manner arising out of or connected with action by the Company taken pursuant to the provisions of this Article.

3. Check-off – Upon receipt by the Company of a checkoff authorization form executed by an employee, the Company shall deduct, from the wages owed such employee for the first payroll period in each calendar month following receipt of such checkoff authorization, until such checkoff authorization is revoked by the employee in accordance with the terms thereof, the Union's membership dues for the month in which such deduction is made. The Company will forward the monies so deducted to the Business Manager of the UA Local 602, 809 Maryland Avenue, N.E., Washington, D.C. 20002, together with a list of the names of the employees from whose pay deductions were made. The Company shall deduct from and employee's wages only

4

that amount of money which the Business Manager of the UA Local 602 have certified to the Company, in writing, is the amount of dues, properly established by the Union in accordance with applicable law and the Union's constitution and bylaws, required of all employees as a condition of acquiring or retaining membership in the Union. If, for any payroll period in which the company is obligated to make deduction pursuant to this article, the wages owed and employee (after deductions mandated by any governmental body) are less than that amount of money which the employee has authorized the Company to deduct pursuant to this article. The Company shall make no deductions from wages owed the employee for that payroll period, from wages owed the employee for any future payroll period.

4. Checkoff Authorization Form – The Company shall not deduct any monies from an employee's wages pursuant to (3) above of this Agreement, unless the checkoff authorization has been executed by the employee on the form provided by the Union and agreed to by the Company.

## ARTICLE IV
## Scope of Work
## Maintenance Services

1. Maintenance Services Work Definition. Anything which is necessary to keep facilities operating in an efficient manner. This work shall include the service maintenance, start-up testing, balancing, adjusting, repair, modification and replacement of mechanical equipment and related controls and piping and all other service, maintenance and operations work assigned by the Owner in the Heating, Operation and Transmission District in the Steam Distribution Complex in Washington DC. Temporary systems are to be considered service work. The Employer reserves the right to subcontract any work other than normal day-to-day maintenance. None of the above shall exceed the existing BTU capacity already in place in a facility. It is understood that new construction is not covered by this agreement.

2. Non-bargaining unit employees of the Employer or the Employer's vendors or contractors may perform work of a technical nature related to diagnosing problems, or for the purpose of instruction and training only.

## ARTICLE V
## Management Rights

1. The management of the Employer's business, including but not limited to the direction of the working force, the right to hire, plan, direct, control, and schedule all operations (including the scheduling of the work force), the right to establish, eliminate, change or introduce new or improved methods, machinery, quality standards, or facilities is the sole and exclusive prerogative and responsibility of the Employer. All rights not specifically nullified by this agreement are retained by the Employer.

2. The Employer is vested with the right to require all employees to observe the its work rules not inconsistent with this agreement and to relieve employees from duty because of lack of work

or other legitimate reasons, to promote, suspend, demote, transfer or discharge for cause in line with this agreement.

3. The Union shall not sanction any employee performing any work covered under this Agreement after his regular working hours for other than his current employer.

4. Because of the nature of work conditions where employees are before the general public, it shall be an option of the Employer to supply or buy company work uniforms, to be maintained by the employer and worn during working hours. Neat and clean appearance by employees during working hours will be enforced by the Employer.

5. The Employer has the exclusive right to decide the number of employees required with due consideration to the proper classification thereof and the exclusive right to hire and lay off employees as the Employer feels appropriate to meet work requirements and/or skills required.

## ARTICLE VI
## No Strike/No Lock Out

A)  It is expressly understood and agreed that the business of the Company is directly related to the important and vital work of the United States Government and that uninterrupted services must be furnished to those agencies that have need of and make use of the capabilities of the Company. Therefore, the parties agree that during the terms of this Agreement:

1) The procedure provided for herein, for the settlement of grievances shall serve as means for peaceful settlement of all disputes that may arise between the Parties.

2) Except as provided for in Sections D) and E) below, there shall be no strike, work stoppage, slowdown, sit-down, meetings not authorized under this Agreement, refusal to handle merchandise, refusal to work, boycott, or picketing by the union or its representatives or members, or lockout on the part of the Company during the term of this Agreement.

B)  Any employee or employees, individually or collectively, who shall cause or take part in any violation of this Article or any activities prohibited by this Article may, if proven by the Company, be immediately discharged or subject to other disciplinary action as the Company may consider appropriate.

1) Any such disciplinary action shall be subject to the grievance and arbitration procedure defined herein. Should the Company fail to prove the individual(s) participated in such acts; the arbitrator shall be empowered to make the individual(s) whole.

C)  In the event of a violation of this Article, the union, its officers, agents and members agree that it will use its best efforts to end such prohibited conduct, utilizing every possible means to include but not be limited to:

    1)      Requesting through personal contact or meeting with employees that they comply with the Agreement and not take part in any prohibited conduct.

    2)      Notification to all employees that such prohibited conduct is unauthorized and in violation of the Agreement.

    3)      Requesting those violating this Agreement to return to work and/or otherwise fully comply with the terms of this Agreement.

D)      It shall not be a violation of this no strike Article in Sections A), B), and C) above, and the grievance procedure of this Agreement shall not apply, and it shall not be cause for permanent replacement, disciplinary action, or discharge in the event.

    1)      An employee refuses to cross or work behind a primary strike picket line.

    2)      The Company fails to participate in the grievance procedure, or abide by a decision of an arbitrator, the Department of Labor or the National Labor Relations Board.

    3)      The Company fails to make proper and timely deductions and payment of Union initiation fees, re-initiation fees, dues, supplemental dues and assessments.

    4)      The Company fails to provide or make proper and timely Insurance, Health & Welfare contributions for eligible employees to the respective Trust Funds.

E)      The Union shall provide the Company at least seventy-two (72) hours written notice prior to commencement of such work stoppage referred in Section D) above.

### ARTICLE VII
### Classification of Employees

1. Maintenance workers must be skilled craftsmen in their trade. They shall be allowed to perform all of the work covered under this Agreement. The employer has sole discretion in determining the appropriate placement regarding employee classification.

2. The Tradesmen 1 can perform all preventive maintenance work under the direction of a qualified maintenance worker. Preventive maintenance work is defined as such work as oiling and greasing of equipment, checking, tightening and replacing belts, changing filters, tower and coil cleaning and water treatment, general housekeeping, delivery truck driving of parts and equipment trucks and systems operation assigned to the Employer by the Owner. It is understood that the Tradesmen 1 classification can perform any other work up to that classification.

3. When the Tradesmen 3 is assigned to assist the Tradesmen 1, s/he shall be paid at the Tradesmen 2 rate

4. For the purposes of this agreement the following classifications shall be recognized:

7

      a) Pipefitter Foreman
      b) Pipefitter
      c) Welder
      d) Electrician
      e) Electrician Foreman
      f) Tradesmen 1 worked as tradesmen 2 for a period of one year
      g) Tradesmen 2 worked as tradesmen 3 for a period of one year
      h) Tradesmen 3 entry level

## ARTICLE VIII
### Non-Exclusive Hiring/Union Security

1. The Employer may, but is not required to, hire maintenance workers or Tradesmen by calling or writing the Union referral office and stating the qualifications required of the maintenance workers or Tradesmen and the location of the job.

2. It is understood that when the Employer hires an employee who has not been referred through the Union referral office, the Employer shall notify the Union that the employee has been hired by calling or writing the union referral hall within twenty-four (24) hours. Failure to notify the Union in a timely fashion as set forth herein can be grieved by the Union subject to the grievance procedure set forth in this agreement.

3. The Union will honor requests by the Employer for specific unemployed workers who have worked for any employer bound by or signatory to a contract with the Union. The Employer requesting a worker by name shall do so by calling or writing the referral office.

4. Recognizing that the Employer and the Union have mutual responsibility for non-discriminatory hiring practices, it is agreed that the Union will make a good faith effort to furnish to the contractors, upon request, qualified minority or female journeymen and/or apprentices in order to comply with the requirements of Executive Order 11246 and the Civil Rights Act of 1964, and the duly promulgated regulations of the Department of Labor implementing the Executive Order and the Civil Rights Act of 1964.

5. The Employer retains the right to reject any job applicant referred by the Union. The Employer shall be the sole judge as to the competency of the workers supplied by the Union.

6. It is agreed that applicants referred from the Union or hired by the Employer for positions covered in this Agreement shall be considered probationary employees until such time as they meet the owners (Governments') security requirements not inconsistent with state and federal laws. This provision shall not preclude such probationary employees' rights under Article XIX relative to any grievance arising under any other section of this agreement.

## ARTICLE IX
### Supervision

Crew size and foreman requirements are at the discretion of the Employer. The Employer shall not have inadequate supervision at any time.

## ARTICLE X
### Hours of Work, Overtime, Shift Work and Standby

1. The regular eight-hour work day may be scheduled between the hours between 5:00 a.m. and 4:00 p.m. from Monday through Friday. The starting and ending work times may be changed by mutual agreement of the parties. Work may be scheduled during any twenty-four (24) hour time period provided the employee is paid at the appropriate base rate and overtime rate.

2. By mutual consent of the Employer, the employee and the Union, the starting and quitting time of a normal established work day of eight (8) hours for the one employee may be set or changed for any or all employees.

3. The Employer shall give one (1) hour's notice of layoff to an employee to enable said employee to return the tools of the Employer that are in his or her possession and to gather his or her personal effects.

4. Employees shall be allowed one hour with pay annually to vote in election of union officers. In order to be paid for this hour, employee must furnish his Employer with proof, from the Union election officer, that he or she cast a vote.

5. Overtime. All time worked in excess of eight (8) hours in a workday Monday through Friday inclusive, shall be at a rate of time and one-half the employee's regular base rate. All hours worked on Saturday shall be paid at time and one-half the base rate. All hours worked on Sunday shall be paid at two times the base rate.

6. By mutual consent of the Employer and employee a ten (10) hour day, four (4) day work week may be established, including Saturday and Sunday. Should Saturday and Sunday be included, these two days shall be paid at the base rate plus 15%. The employee shall be paid one and one-half times the base rate for each hour worked over the scheduled 10 hours in any one day and beyond 40 hours in a scheduled work week.

7. The following paid holidays shall be recognized and observed within this agreement: New Year's Day, Martin Luther King Jr.'s Birthday, President's Day, Memorial Day, Independence Day, Labor Day, Veterans Day, Thanksgiving Day, Columbus Day and Christmas Day. These holidays shall be celebrated on the same day as recognized by the Federal Government. Work scheduled during one of the aforementioned holidays shall be paid at two times the base wage rate. The day after Thanksgiving may be substituted for President's Day. One or the other shall be recognized as a paid holiday.

8. There may be additional holidays recognized by the project and, if so, it is understood that those holidays are not paid holidays and as such work may or may not be available. Holidays declared by the President of the United States for federal workers shall not be paid holidays.

9. To qualify for paid holidays, an employee must work the workday before and the workday after the holiday. The holiday will be paid in the payroll period in which the holiday falls. The following are the exceptions to this policy: death in the immediate family, disabling job injury, major illness, and scheduled vacation time. All disputes will are subject to the grievance procedure set forth in this agreement.

10. By mutual consent of the Employer, the employee and the Union, any consecutive five (5) days of work may be scheduled as a workweek, including Saturday, Sunday and holidays. Saturday, Sunday and holidays shall be paid at the base rate plus 15%. Overtime shall be paid at the applicable overtime rate.

11. When so elected by the Employer, multiple shifts on a temporary basis may be worked. When two (2) or three (3) shifts are worked, the first shift shall be the day shift and shall be established on an eight (8) hour basis exclusive of a one half hour unpaid meal period, and the second and third shifts shall be on an eight (8) hour basis exclusive of a one half hour unpaid meal period, paid at the base rate plus 15%. Temporary shifts shall be a minimum of five (5) consecutive days.

## ARTICLE XI
### Wages, Fringes

1. The following is a breakdown of wages, fringe contributions and deductions, effective May 15, 2003 through February 28, 2004. All wages are based on Local 602 area wide collective bargaining agreement which is currently $27.52 per hour worked. Wages shall be increased by 2.5% on each anniversary date of this Agreement. The medical fund contribution rate shall increased by $.25 on each anniversary date of this Agreement. To the extent the actual medical fund increase is less that $.25 in any given year, the difference between the actual medical fund increase and $.25 shall be added to wages.

| Pipefitter | Welder | Electrician | Tradesmen 1 | Tradesmen 2 | Tradesmen3 |
|---|---|---|---|---|---|
| 82% | 82% | 82% | 62% | 52% | 42% |

Employer Contributions (to be paid on actual number of hours worked)

| | Pipefitter | Welder | Electrician | Tradesmen 1 | Tradesmen 2 | Tradesmen3 |
|---|---|---|---|---|---|---|
| Medical Fund | $3.555 | | $3.555 | $3.555 | $3.555 | $3.555 |
| Pension Fund | $1.00 | | $1.00 | $1.00 | $1.00 | $1.00 |

2. All workers are eligible to attend Local 602's Trade School for a maximum employer reimbursement of $540.00 per year. Reimbursement shall be made upon documented successful completion of the training. Any reimbursement by the employer for the training set forth above shall be returned to the employer by the employee if such employee voluntarily resigns within one year of receiving the employer's reimbursement.

10

3. The wages of the General Foreman shall be a minimum of $2.00 per hour higher then those listed above and not lower than $27.52. The wages for the Foreman shall be $1.00 per hour higher then those listed above.

4. When work is identified as Davis Bacon work and is authorized and approved by the Contracting Officer as such, and is performed by bargaining unit employees, the employees will be paid Davis Bacon wages. Davis Bacon wages will be paid to the bargaining unit employees; however, the Davis Bacon fringe payments will be made to the Union Trust Fund on their behalf.

## ARTICLE XII
### Paydays

1. Payday shall be every two weeks. Employees performing Davis Bacon work shall be paid weekly. Employees are to be paid at the option of the Employer in cash or negotiable payroll check. When employees are laid off or discharged, they shall immediately be paid all wages due.

2. Electronic Pay. Provisions for electronic pay shall be by mutual consent between the Employer and the Union.

## ARTICLE XIII
### Reporting Pay

1. When an employee reports for work, and is not given the opportunity to work, and was not notified before the completion of the previous day's work, s/he shall be paid two (2) hours reporting time. When an employee has started to work in the beginning of a shift, s/he shall be paid not less than four (4) hours pay.

2. If an employee stops work for reasons of his/her own, s/he shall be entitled to pay only the hours actually worked in the day and the four (4) hours minimum condition shall not apply.

## ARTICLE XIV
### Medical Fund

1. The Employer signatory to this agreement hereby agrees to make contributions to the Hearing, Piping and Refrigeration Medical Fund for all hours worked by all employees whose wages are covered by this collective bargaining agreement in accordance with Article X and transmit these monies with other sums as outlined in Article X. This sum is then to be allocated and sent by the Central Depository to the Trustees of the Heating, Piping and Refrigeration Medical Fund as indicated.

2. The Association and the Union shall each designate three Trustees to administer and control the Heating, Piping and Refrigeration Medical Fund. The Heating, Piping and Refrigeration Medical Fund shall be a separate and distinct Trust Fund and shall comply in all respects with Section 302 of the Labor-Management Relations Act. The Association and the Union have executed a written Health and Medical Trust Agreement, setting forth the terms and conditions