# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
|  | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| PA04 | Aug 30, 2004 | | |

| 6. ISSUED BY | CODE | WPC | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

GSA
HOTD Service Delivery Team
13th & C Sts, S.W.
Washington, DC 20407
Aliza Y. Brown          (202)690-9731

SEE BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and ZIP Code)

Vendor ID: 00000836
DUNS: 942760497
CAGE:

Day & Zimmermann Svcs
1818 Market St
10th Floor
Philadelphia PA 19103-3672

| (X) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | GS-11P-02-YMC-0085 |
| | 10B. DATED (SEE ITEM 13) |
| | Mar 21, 2002 |

CODE          FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

US          0.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☒ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). (such as changes in paying office, appropriation date, etc.)

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

-----------Contract number  GS-11P-02-YMC-0085----------

This contract number GS-11P-02-YMC-0085 for providing maintenance and repair services for the GSA Steam Distribution Tunnels is hereby modified to novate the contract, in accordance with the attached novation agreement dated July 14, 2004, as follows:

Day and Zimmermann Services, Inc.
1818 Market Street - 10th floor

*Received + Effective 11/29/04*

**EXHIBIT D**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or Print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or Print) |
|---|---|
| m R. Holmes, President | Michael Vrobel          (202)708-7853 |
| | Contracting Officer |
| | michael.vrobel@gsa.gov |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 08/27/2004 | BY (Signature of Contracting Officer) | 8/27/04 |

NSN 7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE

30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

```
     adelphia, PA 19103
DUNS No-054961516
CAGE/NCAGE-1WSV6


is hereby transferred to:

Consolidated Engineering Services, Inc.
320 23rd Street South, Suite 100
Arlington, VA 22202
DUNS No.-858888761
CAGE/NCAGE Code-085P7

Novation is effective August 30, 2004

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME
```

[Handwritten note: "Our text should be on ID this mod. 54│9│3551 AMM"]

STANDARD FORM 30