```
 1              UNITED STATES DISTRICT COURT

 2                  DISTRICT OF COLUMBIA

 3

 4

 5    NATALIE HSIEH, et al.,         )

 6                    Plaintiffs,    ) Case No.

 7    v.                             ) 06-1218 (CKK)

 8    CONSOLIDATED ENGINEERING       )

 9    SERVICES, INC., et al.         )

10                    Defendants.    )

11

12                     - - - - -

13

14         The deposition of MICHAEL J. VROBEL was

15    taken on Thursday, May 3, 2007, commencing at

16    10:12 a.m., at the United States Attorney's

17    Office, District of Columbia, 501 3rd Street,

18    N.W., Conference Room 3813, Washington, D.C.,

19    before Melissa G. Fleming, Notary Public.

20

21

22
```

COPY

EXHIBIT E

1   you could read that to yourself.
2       A.   (Witness complies.)
3       Q.   And if you can then turn to page 25,
4   section two there and read that paragraph, then
5   I'll ask you the question again.
6       A.   (Witness complies.)
7       Q.   And if you turn to page 26, subsection
8   E.  If you could read the second paragraph of
9   that.
10      A.   (Witness complies.)  Okay.
11      Q.   Is it your understanding as contracting
12  officer under this contract with CES that's
13  Exhibit 1 that for repairs under $1,000 CES did
14  not need to seek GSA's approval?
15      A.   Correct.
16      Q.   Is it your understanding as contracting
17  officer under the contract marked as Exhibit 1
18  that for repairs over $1,000 CES needed to seek
19  GSA's approval --
20      A.   Correct.
21      Q.   -- prior to working on whatever the
22  repair is?  And the answer is?

1   underground environment and lack a
2   catho-protection and there are other things on
3   that page. There's nothing specific in this
4   agreement that authorizes or directs the vendor,
5   either Day & Zimmerman or under the Novation
6   CES, to undertake a replacement of those lines
7   that are in poor condition that lack
8   catho-protection, correct?
9       A.   To the best my knowledge, no.
10      Q.   You get involved in issues that affect
11  the proper operation of the steam distribution
12  complex, such as where water may build up in
13  some of the manholes that might affect the steam
14  getting -- or maintaining a certain temperature
15  or getting to certain locations or causing
16  disruption on the public streets, are you
17  involved in any of that?
18      A.   No.
19      Q.   Do you get involved in any -- or have
20  you been involved in any negotiation discussions
21  with other water authorities, such as WASA, as
22  to water penetrating or invading into the steam