Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------

NATALIE T. HSIEH, et al.,

        Plaintiffs        Civil Action No.
                              06cv1218(CKK)

    v.

CONSOLIDATED ENGINEERING
SERVICES, INC., et al.,

        Defendants

                            Washington, DC
                      Tuesday, March 27, 2007

Deposition of JOHN D. BRIGHT, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.


EXHIBIT F

Phone: 703 837 0076    CASAMO & ASSOCIATES    www.casamo.com
Fax: 703 837 8118  Court Reporting, Video Depositions, Trial Presentation & Web Design  info@casamo.com

Page 14

1  remember what he told me. Just told me somebody got
2  burnt.
3      Q  Did he tell you what they were burned by?
4      A  He said they were burned by steam coming
5  out of the hole.
6      Q  Did you conduct an investigation as to the
7  circumstances surrounding that allegation?
8      A  No, I did not.
9      Q  When did you prepare this Exhibit No. 10?
10     A  I prepared that that day, 9-12, Sunday.
11     Q  So okay. Read this into the record, if you
12 would, sir, starting with notes.
13     A  Okay. Isolated steam to 10th Street so
14 could repair a bad weld in manhole 42 at 10th and
15 Pennsylvania Avenue. We brought in our contractors,
16 Consolidated, and they handled the repair work. We then
17 re-energized.
18     Q  This is dated the 12th, so obviously you
19 knew about this on at least the 12th; is that fair to
20 say?
21     A  Yes.
22     Q  And you say isolated steam to 10th Street.

Page 15

1  Who did that?
2      A  My workers, Joseph Lambright and whoever is
3  down here, Gerald Jackson, Warren Taylor, and Clinton
4  Adams.
5      Q  Before you prepared this, did you actually
6  go out to the scene?
7      A  No, I did not.
8      Q  And isolated steam on 10th Street so we
9  could repair a bad weld in manhole 42?
10     A  Yes.
11     Q  Who told you there was a bad weld?
12     A  Nobody told me that. Just assumed that's
13 what it was because it was blowing so bad.
14     Q  What do you mean by blowing so bad?
15     A  Well, it was blowing so bad it was loud, it
16 was real loud, and that's what I was told, it was real
17 loud. Most of the time when you got a weld leak in an
18 area like that, it's a weld leak.
19     Q  It's blowing up out of the manhole?
20     A  Yes it was.
21     Q  How much distant was that from where you
22 assume this bad weld was?

Page 16

1      A  Distance?
2      Q  Well, you assumed there was a bad weld
3  somewhere, so where did you assume the weld was?
4      A  In the manhole.
5      Q  Okay. But a weld on what or to what?
6      A  I assumed it was on the steam line.
7      Q  How far was the steam line, roughly how far
8  was the steam line from the street level? Are we talking
9  two feet, ten feet?
10     A  Six foot deep, seven foot, maybe.
11     Q  You say we brought in our contractors, that
12 is Consolidated Engineering?
13     A  Yes.
14     Q  Were you the person who made the contact
15 with Consolidated?
16     A  Yes.
17     Q  What did you tell them?
18     A  I received a call on 9-11 that there was a
19 bad leak out there, and they needed the steam shut off.
20     Q  When did you call Consolidated?
21     A  I didn't call them. They called me.
22     Q  Do you know who called you?

Page 17

1      A  Richard Matkins.
2      Q  What did he tell you?
3      A  That there was a great deal of steam coming
4  out of manhole 42, and we needed to isolate the line to
5  figure out the cause.
6      Q  That's something GSA had to do, not
7  Consolidated?
8      A  No, we do that.
9      Q  Did he indicate what he had done other than
10 inspect the area before the call?
11     A  Blocked it off, roped the area off and put
12 up what we call a chimney.
13     Q  The chimney went up what date, the 12th?
14     A  11th.
15     Q  Did he indicate he'd been burned by the
16 steam coming out?
17     A  No, he did not.
18     Q  Did you learn that later on?
19     A  That he was burnt?
20     Q  Yeah.
21     A  No. I didn't learn about him being burnt.
22     Q  Did you inspect this work while it was

Page 42

1  it?
2     A  Yes.
3     Q  That's not a maintenance issue, is it?  You
4  can't control what comes out of the sky, can you?
5     A  No, I can't.
6     Q  And the WASA water that's originated from
7  the WASA, that's not a maintenance and repair issue, is
8  it, from your perspective?
9     A  It's not my maintenance.
10    Q  All right.  So of the three possibilities
11 that occurred on 9-11-04, only one of those possibilities
12 could be related to a GSA and/or contractor problem, that
13 is the steam coming from a broken weld, correct?
14    MS. MELNIK:  Objection.
15    MR. HICKEY:  I don't know why you're objecting.
16 It's helping you, but you can object.
17    MS. MELNIK:  It's the way you're phrasing it.
18    THE WITNESS:  Are you saying that there's just
19 one problem?
20 BY MR. HICKEY:
21    Q  Only one of the three possible scenarios
22 that resulted in the injury to these individuals is a

Page 43

1  problem to which GSA and/or its contractor are
2  responsible, correct?
3     A  No.
4     Q  Why not?
5     A  Pump the water out, water's got to be
6  pumped out of the manhole.  That's our responsibility.
7     Q  What is your responsibility in terms of
8  responding to water in a manhole?  One day, ten days, 30
9  days?
10    A  Routine inspections.
11    Q  Okay.  And those are approximately 30
12 days?
13    A  No.  People are out there all the time.
14    Q  Okay.  So if they see steam coming out of a
15 manhole, let's say, you are a CES employee, what are they
16 supposed to do when they see it?
17    A  CES employees or us, we write a work order.
18    Q  As far as you know, there were no work
19 orders written prior to the time that you were notified
20 that there was steam coming out of the manhole on
21 September 11, 2004, correct?
22    A  That I don't know about, no.

Page 44

1     Q  All right.  So that water or that situation
2  could have spontaneously occurred an hour, two hours,
3  five hours before the incident occurred; isn't that true?
4     MR. ADAMS:  Objection.
5     THE WITNESS:  Yes.
6     MR. HICKEY:  I don't have any other questions.
7     MR. ADAMS:  I have a couple.  I'm sorry, Karen.
8     MR. HICKEY:  I just have one more before you
9  start.
10 BY MR. HICKEY:
11    Q  On Exhibit No. 15 that you looked at, this
12 is typewritten.  Did you type it or have someone else
13 type it?
14    A  I had no -- I don't know about the typing
15 on this document.
16    Q  Okay.  Under 14 it says, corrective action
17 shut down steam and replace piping on high side trap
18 valve.
19    Is that the information that you provided to
20 somebody?
21    A  No.
22    Q  So do you know where that information came

Page 45

1  from?
2     A  No, I do not.
3     Q  Is there a difference between a high side
4  trap valve and a blowdown valve?
5     A  Well, yeah.  Yes, I'd say, yes, there is.
6     Q  Okay.  Have you seen a work order that
7  indicates that a repair was done for -- to replace a
8  blowdown valve on HP drip leg?
9     A  Have I seen a work order for that, no, I
10 haven't.
11    Q  Would you take a look at Exhibit 6.
12    A  Okay.
13    Q  Do you see up at the top there where it has
14 pump manhole 42, cooled off until able to go down and
15 find out what was leaking, cut down and replace blowdown
16 valve on HP drip leg?  Do you see that?
17    A  Yes.
18    Q  Okay.  Is that -- same description as is
19 contained on Exhibit 15, that the shut down steam and
20 replace piping on high side trap valve?
21    A  No.  The wording's not the same, no.
22    Q  And the work is not the same, is it?