UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------

NATALIE T. HSIEH, et al.,

    Plaintiffs                Civil Action No.
                               06cv1218(CKK)

    v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

    Defendants

                              Washington, DC

                          Tuesday, March 27, 2007

Deposition of GREG WESTPHAL, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.



Phone: 703 837 0076         CASAMO & ASSOCIATES         www.casamo.com
Fax: 703 837 8118  Court Reporting, Video Depositions, Trial Presentation & Web Design  info@casamo.com

Page 58

1  the present time?
2      A  No.
3      Q  If I understand you correctly, and correct
4  me if I'm mistaken, the reason for the venting of the
5  steam that we're alleging caused injuries to our client
6  was the failure of this valve, whether it's a blowdown
7  valve or whatever, that led the steam to escape the
8  self-contained system to vent up through the manhole; is
9  that fair to say?
10     A  Correct, yeah.
11     Q  Is this system a boiler system, if you
12  will?
13     A  No. It's a steam distribution system.
14     Q  How does that differ from a boiler?
15     A  A boiler is housed in our heating plant.
16  The boiler produces the steam from water.
17     MR. HICKEY:  Excuse me, could I have, not that
18  question, but the question before that and answer read
19  back.
20     (Thereafter the requested material was
21     read by the court reporter).
22     MS. MELNIK:  Let me interject an objection to

Page 59

1  that, please. Lack of foundation.
2  BY MR. ADAMS:
3      Q  Is this system we're talking about here an
4  unfired pressure vessel?
5      A  Which system?
6      Q  Well, we're talking about the steam system
7  underneath manhole 42.
8      A  Inside the manhole?
9      Q  Yes. What I'm trying to get at, again,
10  this is not my field, but there are terms used in
11  statutes in DC about boiler, unfired pressure vessel. Do
12  they mean anything in terms of what we're talking about
13  here?
14     A  No, they don't.
15     Q  What is an unfired pressure vessel, in your
16  mind?
17     A  It's in a power plant, heating plant, does
18  not have combustion inside of it. It would be like a
19  tank, a boiler drum such as that.
20     Q  And I'm not getting the distinction,
21  because I don't know enough, but you're saying that a
22  boiler is not the same as the piping system we're dealing

Page 60

1  with her?
2      A  Correct.
3      Q  My understanding is that the boiler creates
4  the heat that is vented through these pipes; is that
5  correct?
6      A  Correct. It produces the steam that's
7  distributed to the pipes.
8      Q  So it's all part and parcel of the same, is
9  that correct?
10     A  We don't consider it all one system.
11     Q  It's kind of important that you separate it
12  out. If it's not, again, the boiler seems to create the
13  heat and the energy that results in this steam being
14  distributed through the pipes in its most simple form,
15  isn't that accurate?
16     A  Correct.
17     Q  So you don't have anything going through
18  these pipes without a boiler or something that fires the
19  stuff up and gets it moving?
20     A  Correct.
21     Q  Okay. We've had an allegation in this
22  case, and it's an allegation by nontechnical people, like

Page 61

1  Mr. Hickey, that the conditions of steam release, this is
2  in the District of Columbia in general, the conditions of
3  steam release for unknown causes from time to time is a
4  fact known to most district residents.
5      Does that mean anything to you?
6      A  Not really.
7      Q  In your experience, does steam capable of
8  injuring people that come in contact with it for unknown
9  reasons occasionally vent up from your system?
10     A  Yes.
11     Q  For what reasons? I assume you try to find
12  out what's going on?
13     A  Absolutely. Mostly steam leaks. The other
14  primary cause is --
15     MS. MELNIK:  I'm sorry?
16     THE WITNESS:  The primary reason is steam
17  leaks. Another cause is flooded tunnels and manholes.
18  BY MR. ADAMS:
19     Q  So when these things happen, for unknown
20  causes, the causes are unknown only because nobody has
21  investigated them; am I right?
22     MR. HICKEY:  Objection to form.

Page 62

1  THE WITNESS: Correct, mostly.
2  BY MR. ADAMS:
3   Q If steam pops up and allegedly hurts
4  somebody, you guys go out and try to find out what is
5  going on? You or somebody?
6   MR. HICKEY: Objection to form.
7  BY MR. ADAMS:
8   Q In your experience, is the cause normally
9  determined?
10   MR. HICKEY: Objection to form.
11   THE WITNESS: Yes.
12  BY MR. ADAMS:
13   Q Have you ever seen the cause not be
14  determined?
15   MR. HICKEY: Objection to form.
16   THE WITNESS: No.
17  BY MR. ADAMS:
18   Q It's fairly common, certainly at Georgetown
19  University, it's fairly common to see homeless folks
20  sleeping on these grates?
21   A Yes.
22   Q Presumably, because there's warm vapor or

Page 63

1  air coming out of these grates?
2   A Not necessarily vapor, just heat.
3   Q So when we see these guys sleeping there
4  ordinarily, would you assume that they're not having
5  steam come out?
6   A Correct.
7   Q Steam's not supposed to be coming out of
8  there, correct?
9   MR. HICKEY: Objection.
10  BY MR. ADAMS:
11   Q Is that correct?
12   A Correct.
13   Q Usually what we see is vapor but not steam?
14   A Correct.
15   Q What is that vapor?
16   MS. MELNIK: Calls for speculation.
17   THE WITNESS: I don't want to get too technical.
18  BY MR. ADAMS:
19   Q Please don't get too technical.
20   A Part of it is the heat. Put it in simple
21  terms, if you go outside on cold day, you breathe and see
22  air; that's vapor. It's the same thing.

Page 64

1   Q But it's not condensate, it's not mixed
2  with water?
3   A Correct.
4   Q That's steam?
5   A Right. Real steam.
6   Q It's fairly common, is it not, to see this
7  vapor that's not steam come out of these grates when the
8  weather's cold?
9   MR. HICKEY: Objection to form. He's not an
10  expert, as far as I know.
11   THE WITNESS: Would you repeat it.
12  BY MR. ADAMS:
13   Q We've been talking about vapor that's not
14  steam coming out of these grates.
15   MR. HICKEY: Lack of foundation.
16   MS. MELNIK: Grates, can you be more specific.
17  BY MR. ADAMS:
18   Q Manholes, things that are above and vent
19  stuff from your system, all of those are intertwined with
20  your system; am I right?
21   MS. MELNIK: Objection. I don't know what
22  question you're asking about.

Page 65

1   MR. HICKEY: Same objection; form.
2   THE WITNESS: Can you simplify?
3  BY MR. ADAMS:
4   Q Yes. We've talked about a few things.
5  We've talked about homeless people sleeping on grates and
6  breathing out. Is all of that smoke, vapor, whatever,
7  emanating from your system that we see around town here?
8   A No.
9   Q When we have vapor emitted from your
10  system, that's not steam and not caused by a leak in the
11  system, if you will, what causes the vapors?
12   MR. HICKEY: Objection. Lack of foundation. No
13  expertise.
14  BY MR. ADAMS:
15   Q That's all right. If you can't answer, you
16  can't.
17   MS. MELNIK: I'm confused. Is there a
18  difference between vapor and steam? Is that what we were
19  talking about before, is the heat causing --
20   MR. ADAMS: No. There's no water particulate.
21   MS. MELNIK: No water, okay.
22   THE WITNESS: Right. We'll define steam as