Washington

Page 1

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

_____

NATALIE T. HSIEH, et al.,

        Plaintiffs             Civil Action No.

                                 06cv1218(CKK)

    v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

        Defendants

**EXHIBIT**

H

Washington, DC

Thursday, March 29, 2007

Deposition of HARRY WASHINGTON, a witness herein, called

for examination by counsel for the plaintiffs in the

above-entitled matter, at the Offices of the U.S.

Attorney, Judiciary Center Building, 555 - 4th Street NW,

Room E-4112, Washington, DC, before Tracy E. Barksdale,

Certified Shorthand Reporter and Notary Public in and for

the District of Columbia.

46

1   Dan Zimmerman came on board and after Dan Zimmerman came
2   on board. Before Dan Zimmerman came on board, were the
3   manholes and the steam distribution complex having
4   problems with water getting into some of the manholes?
5       A   Yes.
6       Q   And was it your responsibility to dewater
7   these manholes from time to time?
8       A   Yes.
9       Q   And then when Dan Zimmerman came on board,
10  whose responsibility was it to determine whether the
11  manholes had water that needed to be dewatered?
12      A   It was their responsibility.
13      Q   So did you -- you meaning your job as
14  supervisor for GSA -- have any responsibility to
15  determine if any of the manholes had accumulated a
16  certain amount of water that needed attention?
17      A   Repeat that question.
18      Q   Did you have any -- you, and when I say
19  you, I mean you and others at GSA that were the
20  supervisors, have any responsibility to find out if there
21  was water in the manholes?
22      A   Not directly.

47

1       Q   What do you mean by that?
2       A   I mean, if we ride up and see when steam
3   was up, we would call.
4       Q   And you were out, after Dan Zimmerman came
5   on board, you were out every day, you and your other
6   co-workers who had similar job responsibilities, were out
7   on the streets every day?
8       A   I wasn't out every day, but somebody would
9   be.
10      Q   People like yourself?
11      A   Yes. Someone would be.
12      Q   On every given day, would somebody from GSA
13  be out on the street?
14      A   Yes.
15      Q   And you indicated earlier that it would
16  take you about a day to visually inspect the manholes in
17  the steam distribution complex, right?
18      A   Yes.
19      Q   But it -- are you telling me that after Dan
20  Zimmerman came on board, you did not have any
21  responsibility to physically look in the manholes and
22  determine how much water had accumulated in any

48

1   particular manhole?
2       A   No.
3       Q   So you relied totally on Dan Zimmerman and
4   then later Consolidated Engineering to let you know when
5   a particular manhole had water in it?
6       A   Yes.
7       Q   In your job as supervisor, were you
8   expected to be informed when manholes needed to be
9   dewatered or pumped out? When I say you, I mean somebody
10  in the supervisor capacity for GSA.
11      A   Yes, normally they would let someone know.
12      Q   Did you have to approve, let's say manhole
13  No. 10, let's say, we need to dewater manhole No. 10,
14  would it have to come to you or somebody like you to say,
15  okay, you can do it, or no, you can't?
16      A   No.
17      Q   They had permission to go ahead and do it?
18      A   Yes.
19      Q   Is there any way to determine how much
20  water is physically in a manhole without actually going
21  down and looking at it, getting down into the manhole
22  itself?

49

1       A   No. You can't get down there if it's that
2   hot.
3       Q   Right. But if it's not hot, let's say a
4   manhole is the depth of -- the bottom of the manhole to
5   the pipe, as you described in manhole 42, is two and a
6   half feet, let's say there was water accumulated in that
7   manhole two feet. Okay?
8       A   Yes.
9       Q   There would be no way for you to know
10  whether there was two feet of water in there, one foot of
11  water in there, six inches of water in there or no water
12  in there unless you physically went down and measured the
13  water in the manhole; is that true?
14      A   True.
15      Q   And a lot of these manholes over time have
16  emitted what you call vapor, these wafting things that
17  the wind blows around and looks like steam?
18      MS. MELNIK: Objection. Vague.
19      MR. HICKEY: I'll rephrase the question.
20  BY MR. HICKEY:
21      Q   You testified over the years that you have
22  seen vapors come out of these manholes, correct?