```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF COLUMBIA

 3

 4

 5   NATALIE HSIEH, et al.,        )

 6                    Plaintiffs,  ) Case No.

 7   v.                            ) 06-1218 (CKK)

 8   CONSOLIDATED ENGINEERING      )

 9   SERVICES, INC., et al.        )

10                    Defendants.  )

11

12                       - - - - -

13

14           The deposition of JOSEPH LAMBRIGHT was

15   taken on Thursday, May 3, 2007, commencing at

16   11:32 a.m., at the United States Attorney's

17   Office, District of Columbia, 501 3rd Street,

18   N.W., Conference Room 3813, Washington, D.C.,

19   before Melissa G. Fleming, Notary Public.

20

21                                          EXHIBIT
                                               I
22
```

COPY

```
 1   I correct?
 2       A.   Yes.
 3       Q.   And did you start doing that when you
 4   got there and if you did, what did you do?
 5       A.   I don't remember exactly what I did.
 6       Q.   Tell me what you do remember.
 7       A.   I remember just at the time what I did
 8   before, isolate the steam.  I don't remember,
 9   but I know that I went to 10th and Constitution
10   -- I went down to 10th and Constitution to
11   isolate the steam line.
12       Q.   And how do you do that?
13       A.   You open the hole, then you close the
14   valve off.
15       Q.   So you have to go down in a manhole and
16   then there's a valve there that shuts off the
17   steam going to manhole 42?
18       A.   Yes.
19       Q.   And you do recall doing that?
20       A.   Yes.
21       Q.   And you don't recall if Gerald Jackson
22   was with you at the time?
```

1    A.   Yes, he was.

2    Q.   And how much time did it take you from
3　the time that you got to manhole 42 to go down
4　to 10th and Constitution and isolate the steam
5　line?

6    A.   Repeat that.

7    Q.   Yeah.  How much time did it -- you
8　indicated that you got your truck, you went to
9　manhole 42, you saw that it was blocked off.
10　You knew you had to isolate the steam line.  How
11　much time did it take between the time you got
12　to manhole 42 and the time you actually got in
13　the manhole at 10th and Constitution and shut
14　the steam line down?

15   A.   I'll say an hour and a half.

16   Q.   And when you got -- did you go back to
17　manhole 42 after doing that?

18   A.   Yes.

19   Q.   And was there still steam or something
20　coming out of the manhole?

21   A.   Yes.

22   Q.   And who was there then, do you recall?

1  manhole was cool enough to go down, did you
2  actually go down in the manhole?
3      A.  Yes.
4      Q.  Were you the first guy into the
5  manhole?
6      A.  Yes.
7      Q.  And -- strike my thought.  Was there
8  water pumped out of the manhole before you
9  actually went down there?
10     A.  Yes.
11     Q.  Did you notice that there was water, in
12 fact, in the manhole before you went down to
13 turn off the steam lines?
14     A.  I don't remember.
15     Q.  Could you see water?
16     A.  I don't remember that.
17     Q.  Did you assume there was water there
18 because there was steam coming out?
19         MS. MELNIK:  Objection.  You can answer
20 if you know or remember.
21         BY MR. ADAMS:
22     Q.  Did you form an impression as you got

```
 1        Q.   So as you go down, as you get off the
 2   ladder at the bottom, where was this leak
 3   located?
 4        A.   I'd say four feet from the ladder, four
 5   to six feet from the ladder.
 6        Q.   And you say it's six to eight inches
 7   off the flooring?
 8        A.   To my guess I'd say yes.
 9        Q.   Did you show Jackson where you thought
10   this leak was?
11        A.   Yes.
12        Q.   So both of you saw the same thing as
13   far as you know?
14        A.   Yes.
15        Q.   And what did you do then?
16        A.   Came out of the hole.
17        Q.   And what did you do after that?
18        A.   Took Mike down there and showed him
19   where it was.
20        Q.   And why did you take Mike down there?
21        A.   At that time he was a supervisor for
22   Consolidated.
```

```
 1              MR. ADAMS:  If you can answer that, you
 2   can.  Did he need permission to do the work that
 3   he apparently authorized was done?
 4              THE WITNESS:  Yes.
 5              BY MR. ADAMS:
 6       Q.   And whose permission did he need?
 7       A.   John Bright.
 8       Q.   You didn't give him the permission, did
 9   you?
10              MS. MELNIK:  Did you personally give
11   him permission; is that your job?
12              THE WITNESS:  No, it's not.
13              BY MR. ADAMS:
14       Q.   Were you present between any
15   conversation between Mr. Bright and Mr. Glock as
16   to the repair of the weld?
17       A.   No.
18       Q.   Do you know if Glock actually talked
19   with Bright about that on September 12th?
20       A.   No.
21       Q.   Who was it that told you to turn the
22   steam back on?
```