UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

—— — — — — — — — — — — — — — — —

NATALIE T. HSIEH, et al.,

Plaintiffs        Civil Action No.

06cv1218(CKK)

v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,



EXHIBIT

J

Defendants

Washington, DC

Thursday, March 29, 2007

Deposition of RICHARD MATKINS, a witness herein, called

for examination by counsel for the plaintiffs in the

above-entitled matter, at the Offices of the U.S.

Attorney, Judiciary Center Building, 555 - 4th Street NW,

Room E-4112, Washington, DC, before Tracy E. Barksdale,

Certified Shorthand Reporter and Notary Public in and for

the District of Columbia.

Culpeper, VA
(540) 825-7482

Casamo & Associates, Inc.

Alexandria, VA
(703) 837-0076

122

1  BY MS. MELNIK:
2      Q   Of the steam distribution equipment.
3      MR. HICKEY:  If you -- you want to direct him to
4  a portion of the contract so he can read it?  Are you
5  reading from the contract?
6      MS. MELNIK:  I'm reading from my notes.  I just
7  want him to answer the question.
8      THE WITNESS:  You're asking me if I'm aware of
9  that, no.
10 BY MS. MELNIK:
11     Q   You're not aware of it?
12     A   No.
13     MS. MELNIK:  Give me one moment.
14     (Whereupon a discussion was held off
15     the record).
16 BY MS. MELNIK:
17     Q   Mr. Matkins, if you'd turn to page 47 for
18 me, if you're not already there, under the No. 8.  Do you
19 see where I am?
20     A   Yes, ma'am.
21     Q   Okay.  Where it says, I'm on the second
22 sentence, the contractor assumes full liability and

123

1  responsibility for all losses and damages to property or
2  injuries to persons occasioned through the performance of
3  any services or the use, maintenance, and operation of
4  equipment and vehicles by the contractor's employees and
5  agents.
6      Do you see where I'm reading?
7      A   I do.
8      Q   And did I read that correctly?
9      A   You read what's written there.
10     Q   So I'm correct to say that the contractor
11 assumes full liability and responsibility for all
12 injuries to persons occasioned through the performance of
13 any of the services or the maintenance and operation of
14 equipment by the contractor or employees?
15     A   That's what that sentence says.
16     Q   And equipment refers to the equipment of
17 the steam distribution complex, correct?
18     A   Not the way I read that.
19     Q   Well, how do you read it, if equipment
20 doesn't refer to the equipment that CES is responsible
21 for?
22     A   Pump truck --

124

1      Q   Well, it says vehicles, but it has
2  equipment and vehicles.
3      A   Doesn't make any reference to the steam
4  distribution complex or installed equipment.
5      Q   What equipment do you understand that to
6  mean where it says equipment?
7      A   Our corporate-owned equipment that is used
8  in the execution of our work.
9      Q   So they're referring, you think, to
10 injuries to persons from the maintenance of your own
11 trucks?
12     A   If I failed to maintain a truck, and the
13 brakes aren't good on it, and I run over someone in the
14 course of something that's exactly correct, and I use
15 that an as example.
16     Q   I understand that.  It's your understanding
17 that equipment doesn't refer to -- let me go back, give
18 me one second.
19     A   In that context, it doesn't refer to the
20 project.  Doesn't refer to the installed equipment of the
21 owner --
22     MR. HICKEY:  Objection.  You answered it.  Wait

125

1  for another question.  I'm going to object to counsel
2  advising counsel.  Let the record reflect that Mr. Obitz
3  is advising Ms. Melnik about how to question my witness.
4  BY MS. MELNIK:
5      Q   Well, this is a performance contract,
6  correct?
7      A   I believe you're correct.
8      Q   Okay.  And it's referring to the
9  performance of any services in that sentence, correct?
10     MR. HICKEY:  Objection.
11 BY MS. MELNIK:
12     Q   You can answer.
13     A   Restate your question.
14     Q   Sure.  This is a performance contract
15 between CES and GSA, correct?
16     A   Yes.
17     Q   And the sentence that I have just read
18 refers to in the sentence, refers to through the
19 performance of any services, correct?
20     MR. HICKEY:  Where does it say that?
21     MS. MELNIK:  Sentence I just read.
22     MR. HICKEY:  Why don't you read it in context.

126

1        MS. MELNIK: If he understands it, Mr. Hickey,
2    he can answer the question.
3        MR. HICKEY: No. If you want him to answer a
4    question about something in the contracts.
5    BY MS. MELNIK:
6        Q    I should have started off with this.
7    Mr. Matkins, if you don't understand the question that
8    I'm asking, feel free to ask me. I'll rephrase it.
9    Okay? If you don't ask me to rephrase, or if you don't
10   say you don't understand it, I'll assume that you do.
11   All right? So I'll repeat my last question.
12       I believe my second-to-last question was, this
13   is a performance contract, and you answered yes; is that
14   correct?
15       A    That's correct.
16       Q    Okay. And the sentence that I read on page
17   47 under 8(a) refers to the contractor assuming full
18   liability and responsibility, and it lists a number of
19   things, correct?
20       A    That's what the document says.
21       Q    And one of the things it says the
22   contractor is responsible for is the performance of any

127

1    service?
2        MR. HICKEY: It says through the performance of
3    any service.
4    BY MS. MELNIK:
5        Q    Through the performance of any service.
6        MR. HICKEY: Then the words after --
7        MS. MELNIK: Mr. Hickey, if he doesn't
8    understand it, he can say. It's not for you to have a
9    dialogue with me.
10       MR. HICKEY: Yes. I want the question to be
11   accurate.
12       MS. MELNIK: If he doesn't understand the
13   question, Mr. Hickey, he can ask me. It's not for you to
14   clarify. I understand the question. If he doesn't, he
15   can say.
16       MR. HICKEY: Well, you're not going to pull a
17   phrase out of contract and ask him if that's his
18   understanding, when the next word after that says or.
19       MS. MELNIK: Well, then he can say that, or you
20   can do follow-up with him.
21       MR. HICKEY: No.
22       MS. MELNIK: Yes.

128

1        MR. HICKEY: I'm not going to let you mislead
2    this witness.
3        MS. MELNIK: I'm not misleading him. He has the
4    document in front of him.
5        MR. HICKEY: You're intentionally misleading
6    him.
7        MS. MELNIK: You know, I don't want to get into
8    this with you. If he doesn't have a problem -- if he can
9    answer the question the way I've asked it then let him.
10   If not, you can do follow-up, if there's some
11   clarification. It's called rebuttal or redirect in this
12   circumstance.
13       MR. HICKEY: Go ahead.
14       THE WITNESS: I'm not real sure of the context
15   you're asking the question.
16   BY MS. MELNIK:
17       Q    My question is in the context of the
18   contract that's before you between GSA and CES. Okay?
19       A    Okay.
20       Q    And you've already acknowledged that it's a
21   performance contract, correct?
22       A    That is correct.

129

1        Q    Okay. Now specifically on page 47 section
2    8(a). Are you with me there?
3        A    I'm with you.
4        Q    Okay. Part of what it says, the contractor
5    assumes full liability and responsibility for injuries to
6    persons occasioned through the performance of any
7    services. That's correct?
8        A    That is what the contract says.
9        Q    And that is your understanding as between
10   CES and GSA?
11       A    In the total context of the sentence or the
12   use, maintenance, and operation of equipment and vehicles
13   by the contractor's employees and agent.
14       Q    So is that a yes? I'm asking you about
15   performance of any services. I know it says or and goes
16   on to list other things, including maintenance and
17   operation of equipment and vehicles, but I'm asking you
18   about the performance of any services. That item right
19   in the contract.
20       A    That is what the contract says.
21       Q    That's your understanding of CES's
22   responsibility?

130

1    MR. HICKEY: Objection to what his understanding
2 is.
3    You can answer.
4    MS. MELNIK: Did you say he can answer?
5    MR. HICKEY: Can, yes. I'm objecting to it.
6    THE WITNESS: That is what is in the contract,
7 yes.
8 BY MS. MELNIK:
9    Q  I asked you if that's your understanding of
10 CES's responsibility.
11    MR. HICKEY: Objection.
12    THE WITNESS: This is the contract that --
13 BY MS. MELNIK:
14    Q  Sir, I know you want to go on and on about
15 what the contract says. I'm asking you a different
16 question, okay? Please, I'm asking you if that is your
17 understanding as between CES and GSA, that CES is
18 responsible for what we've just been talking for the last
19 ten minutes.
20    A  When services are performed.
21    Q  It says through the performance of any
22 services, correct.

131

1    A  That's what it says, yes.
2    Q  Part of the services that CES performs for
3 GSA includes maintenance, repair, and inspection and
4 housekeeping of the steam distribution complex, correct?
5    A  That is the scope of the contract.
6    Q  Is that in the contract or not?
7    A  Yes, that is the scope of the contract.
8    Q  Going back ever so briefly to September
9 11th, '04, did, to your knowledge, did CES ever check the
10 temperature of the water inside the manhole?
11    A  I don't recall.
12    Q  Do you recall making a comment to the FBI
13 police officer there on the scene about how hot the steam
14 was coming out of that manhole?
15    A  I don't recall. That's not to say I didn't
16 make a reference, but I don't recall.
17    Q  Do you know just based on your experience
18 how long it would take, say there's water accumulating
19 inside a manhole, and it comes in contact with the steam
20 line, how long it would take before that steam starts
21 coming up through the manhole?
22    A  No.

132

1    (Whereupon a discussion was held off
2    the record).
3 BY MS. MELNIK:
4    Q  Mr. Matkins, if you could just look on page
5 4 at the top. If you would look at the top underneath 1,
6 where it states under summary, the contractor shall be
7 responsible for tours, basic operations, preventative
8 maintenance, housekeeping, and minor repair and
9 replacement of mechanical, electrical, and structural
10 systems and equipment in this manholes, vaults, tunnels,
11 sumps, and buildings, steam, stations of the heating
12 operation and transmission district, steam distribution
13 complex in Washington, DC.
14    Do you see where I've read that?
15    A  I do.
16    Q  And did I read it accurately?
17    A  With the omission of the parens.
18    Q  Okay.
19    A  Of HOTD after operation transmission
20 district and SDC after steam distribution complex.
21    Q  Okay. Other than that, did I read it
22 accurately?

133

1    A  Yes, I believe so.
2    Q  Okay. And as the project manager for CES
3 from on or about August '04 through on or about February
4 '07, does that accurately summarize the sort of things
5 CES was doing as part of their contract with GSA?
6    A  Yes. That's in the scope of the contract.
7    Q  I understand that was in the scope of the
8 contract. I'm asking you weekday-to-day, week-to-week,
9 month-to-month, year-to-year, is that the stuff that you
10 were doing?
11    A  Yes. That's the requirements of the
12 contract.
13    Q  So yes, that's the stuff you were doing?
14    A  I said yes, that's the requirement of the
15 contract.
16    Q  Do you understand how you're not answering
17 my question? Let me clarify, Mr. Hickey, I don't need
18 your help.
19    Understanding that's what it says in the
20 contract, right?
21    A  Yes.
22    Q  So now I'm asking you, forget the contract