1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - - - x

NATALIE T. HSIEH, et al.,          :          *ORIGINAL*

      Plaintiffs,                :

    v.                                 : CASE NO. 1:06-cv-01218-CKK

CONSOLIDATED ENGINEERING           :

  SERVICES, INC., et al.,          :

      Defendants.                :

- - - - - - - - - - - - - - - x

                     Rockville, Maryland

                     Tuesday, April 3, 2007

DEPOSITION OF:

MATTHEW HSIEH

called for examination by counsel for the Defendant

Consolidated Engineering Service, Inc., pursuant to

notice, taken at the law offices of William J. Hickey,

33 Wood Lane, Rockville, Maryland, commencing at 11:07

a.m., before Maureen S. Bennie, a Notary Public in and for

the State of Maryland, when were present on behalf of the

respective parties:

EXHIBIT

1

1    rephrase it.  All right?

2        A    Okay.

3        Q    You have sworn to tell the truth here at this

4    deposition today, correct?

5        A    Yes.

6        Q    I don't know if your attorney advised you or

7    not, but you are a party in this case and your deposition

8    can be used for any purpose or in any manner at a trial of

9    this case, should this case go to trial.  In other words,

10   I could stand up and read your deposition to a jury.

11   Okay?

12       A    Okay.

13       Q    All right.  How long have you resided where you

14   presently reside?

15       A    Last six years.

16       Q    And how are you employed?

17       A    Through NIH, the National Institutes of Health.

18       Q    And what is your title or position there?

19       A    Staff clinician.

20       Q    And what specialty or area are you engaged in?

21       A    Hematology and oncology.

22       Q    How long have you been affiliated or associated

1          A     I have noticed them in the past, yes.

2          Q     In Boston, when you were in Boston, did you ever

3    determine whether the steam or the vapors that emanated

4    from these grates were cold, hot, room temperature?

5          A     The few that I have been through or came in

6    contact with, I noticed them to be at least warm.

7          Q     Okay.  Have you, yourself, ever been seriously

8    injured?

9          A     No.

10         Q     Have you, yourself, ever sustained a burn?

11         A     Are we talking about other than the incident

12    here?

13         Q     Yes.  Let's exclude the incident for the time

14    being.

15         A     Okay.  Can I ask you a question to clarify?

16         Q     Sure.

17         A     Are you talking about the ones that you get when

18    oil splatters when you are cooking, that type?

19         Q     Any kind of burn.

20         A     Nothing out of the ordinary from cooking or

21    sunburning.

22         Q     Have you ever burned your finger on the stove or

22

1    Was it cloudy, was it sunny, was it rainy, was it cold,

2    was it hot?

3         A    It was a pretty nice day.  It was sunny.  The

4    temperature was in the 70s, and I think all of us were in

5    our shorts and short sleeves.

6         Q    Do you recall what the weather was two or three

7    days before that?  Do you have any recollection?

8         A    No.

9         Q    Okay.  You were with a Natalie Naoko?

10        A    Naoko, yes.

11        Q    So it was you, Natalie and your daughter

12   Natalie?

13        A    There's only three of us; myself, Naoko and my

14   daughter.

15        Q    Right.  They both happen to have the same name,

16   Natalie?

17        A    No.

18        Q    Really?

19        A    No.

20        Q    What is Naoko's name?

21        A    That's her name.

22        Q    And what is your daughter's name?

23

1       A    Natalie.

2       Q    Okay.  Who is she?

3       A    She's a friend of my wife's.

4       Q    And you said in your Answers to Interrogatories

5    that she was visiting Washington, D.C.?

6       A    Yes.

7       Q    Was she staying with you --

8       A    Yes.

9       Q    -- in your house?

10      A    Yes.

11      Q    Where was your wife that morning?

12      A    She was at work.

13      Q    Was this part of her part-time work?

14      A    Yes.

15      Q    And how did you get to the city?  Did you take

16   Metro or did you drive?

17      A    We drove.

18      Q    And did you walk from the Spy Museum to the FBI

19   Building?

20      A    Yes.

21      Q    And how was your daughter Natalie being

22   transported?

1       A      In a stroller.

2       Q      Do you know the make or the model of that

3    stroller?

4       A      No.

5       Q      Can you describe it?  Was it plastic or metal or

6    what?

7       A      It's got a metal frame.  It's commonly referred

8    as an umbrella stroller and it's got a cloth seat she sits

9    on.

10       Q      It folds up?

11       A      It folds up.

12       Q      And how old was she in September '04?

13       A      She was born in '01, so three-and-a-half, three.

14       Q      Three to three-and-a-half?

15       A      Right.

16       Q      Could she walk?  She could walk, right?

17       A      Yes.

18       Q      It was just more convenient to push her in the

19    carriage, right, stroller?

20       A      Yes.

21       Q      So if I understand you correctly, you left the

22    Spy Museum and you walked along the streets and you were

25

1    headed to the FBI Building that morning, correct?

2        A    Yes.

3        Q    Did you make any stops in between?

4        A    No.

5        Q    Your intent -- what was your intent when you

6    went to the FBI Building?

7        A    Just to visit the FBI Building.

8        Q    Did you have a pass?  Were you going to go

9    inside and that sort of thing?

10       A    The friend wanted a picture right in front of

11   the FBI Building, so we went there mainly for that.

12       Q    Did you go in the building at all?

13       A    No.

14       Q    Did you actually take the picture before this

15   incident occurred?

16       A    Yes.

17       Q    Do you have that picture?

18       A    No.  I took a picture of our friend.  I don't

19   think we were in the picture.

20       Q    So you didn't take a -- she didn't take a

21   picture of you and Natalie or anything, right?

22       A    I don't think so, but I don't remember.

1       Q     Okay.  How would you describe the foot traffic

2    that day?

3       A     It was light, but there were people on, you

4    know, sort of my side of the sidewalk and also across the

5    street.

6       Q     What day of the week was this, by the way?

7       A     Saturday.

8       Q     Do you recall seeing any steam coming from any

9    grates during the period of time that you left the Spy

10   Museum until the time you got to the Hoover Building?

11      A     Not in between.  Not in between, except for that

12   one that was right next to us.

13      Q     Okay.  And what was your intent after you were

14   going to leave -- take pictures at the Hoover Building?

15   Where were you going to go?

16      A     We were just going to walk around the building

17   to see if there were other places that we can take

18   pictures.

19      Q     Okay.  I'm going to show you some photographs.

20   I'm going to mark them and hand them to you.

21            MR. HICKEY:  Let's mark these 1 through

22   whatever.

1    entire view of the building.

2        Q    Okay.  Let me ask, would this area (indicating)

3    behind where you just indicated be Pennsylvania Avenue?

4        A    I think so.

5        Q    Will you put P-A there, so we can orient

6    ourselves?

7        A    Okay.

8        Q    Okay.

9        A    And I believe this is 10th (indicating).

10       Q    Okay.  All right.  Go ahead.

11       A    So after we took the picture -- we were here

12   (indicating), taking the picture.  I believe the steam or

13   the emissions, whatever they were, were somewhere close to

14   us.  I didn't think much of it, and I just walked in that

15   general direction.

16       Q    Okay.  I want to see if we can figure that out

17   from these photographs.  I'm going to show you Exhibit

18   Number 8, and I am going to direct your attention to the

19   top photograph.

20                      (Whereupon, Hsieh Exhibit No. 8 was

21                       referred to.)

22               BY MR. HICKEY:

38

1                    (Whereupon, Hsieh Exhibit Nos.

2                    2 and 3 were previously marked

3                    for identification.)

4        BY MR. HICKEY:

5        Q    Again, can you identify which steam grate may

6   have been the one over which you pushed your daughter that

7   resulted in the burn?

8        A    No.

9        Q    If I didn't ask you, I'm going to ask you now.

10  How did your daughter sustain the injury or the burns to

11  her body?

12       A    Can you rephrase?

13       Q    What physically took place that resulted in your

14  daughter sustaining the burns that were ultimately

15  treated?

16       A    It was from injuries caused by the emissions

17  coming from one of the two grates.

18       Q    And how did your daughter get in proximity of

19  the two grates that resulted in the injury?

20       A    She was sitting in the stroller and I was

21  walking as I normally would have walked on a sidewalk.

22       Q    And?

39

1       A    And I was caring for her and pushing the

2    stroller.

3       Q    And did you actually push the stroller over the

4    steam grate?

5       A    Yes.

6       Q    And were you walking at a normal -- you weren't

7    running, you were just walking normally?

8       A    Not running, but we were walking at, sort of, a

9    faster-than-normal walking pace.

10      Q    And you did that because you thought it would be

11   a good experience or what?

12      A    No.

13      Q    There were other avenues that you could have

14   taken other than going directly over a steam grate, would

15   you agree?

16      A    No.  Near the corner where we were, it was just

17   more convenient to go the path that I took.

18      Q    Where were you headed?

19      A    Around to the side of the building, to see more

20   of the building.

21      Q    All right.  Now, let me show you Exhibit Number

22   8.

1    this was warmer than what I have usually experienced.

2        Q    Okay.  But it wasn't, like, ouch and you ran,

3    nothing like that?

4        A    No, but I do remember that it felt like there

5    was, sort of, low-grade burning immediately after and sort

6    of, you know, staying after.

7        Q    But it wasn't like a match?  You know how you

8    get burned with a match?  It didn't feel like that?

9        A    No.

10       Q    Do you recall whether the steam coming out was

11   -- and I will use the word wafting, meaning like a vapor

12   blowing back and forth with the breeze, or was it shooting

13   up in the air?  How was it?

14       A    That day didn't have a lot of wind, and I didn't

15   think too much of these emissions that were coming out.

16       Q    It wasn't like it was really pouring out of

17   there?  Is that a fair statement?

18       A    Not to me, no.

19       Q    And I think, from what you're telling me, it

20   appeared to be like you had seen it in the past, kind of

21   like a misty vapor type of emission?

22       A    Yes.

1              EXAMINATION BY COUNSEL FOR DEFENDANTS

2                 UNITED STATES OF AMERICA AND GSA

3            BY MS. MELNIK:

4       Q    Dr. Hsieh, I'm Karen Melnik.  I represent the

5   United States and GSA in this case.  I'm here with Liz

6   Hall, who is a lawyer for GSA.

7            Do you have a recollection of, on September 11,

8   2004 -- and I will refer you to Exhibit 11 that you looked

9   at previously, and Exhibit 1 as well.

10                      (Whereupon, Hsieh Exhibit Nos. 1 and

11                       11 were referred to.)

12            BY MS. MELNIK:

13       Q    Do you have a recollection of there being

14   planters in that area?

15       A    I do remember there were some planters, but I

16   don't remember where they were.

17       Q    Okay.  You will see from Exhibit 11 that the

18   manhole covers, the steam grates, are a few feet from the

19   curb of 10th Street.  Would you agree with me with respect

20   to that?

21       A    Yes.

22       Q    Okay.  Do you recall why you pushed -- why you

1    that's when we started walking.

2        Q    And that's when you headed towards the curb

3    line?

4        A    Right, because we were in that general vicinity.

5        Q    And, based on your experience -- I think, with

6    respect to when you were in Boston -- you were aware that,

7    from your experience, what's emitted from these manhole

8    covers or grates is warmer than the outside air

9    temperature?

10       A    If you are in the wintertime, yes, the emitted

11   things are warmer than the ambient, you know,

12   environmental temperature.

13           MS. MELNIK:  If you would just give me a minute.

14           (Whereupon, Ms. Melnik confers with Ms. Hall off

15   the record.)

16           MS. MELNIK:  I have no further questions.

17           MR. HICKEY:  I have a couple of followups.

18           (Whereupon, there was a brief discussion off the

19   record.)

20

21

22

1          FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

2             CONSOLIDATED ENGINEERING SERVICES, INC.

3             BY MR. HICKEY:

4     Q    Just so I'm clear on what you observed at the

5  time, you didn't see constant steam coming out of this

6  grate; you saw intermittent steam or things blowing around

7  or there wasn't a lot of breeze, but it wasn't a constant

8  flow of steam coming out of there, was it?

9     A    I didn't think too much about it.  I just saw

10  something was coming out of, you know, that steam grate,

11  similar to what I have seen in the past.  I didn't think

12  much else.

13     Q    Do you recall making a statement to either an

14  Officer Lessard or somebody else that you remembered

15  seeing steam before you pushed your daughter's stroller

16  over the grate, but didn't think it was going to be real

17  hot?  Do you remember making a statement to that effect or

18  something to that effect?

19     A    I don't remember, you know, saying that to the

20  officer, but I think, you know --

21     Q    Well, do you remember making any statement to

22  either Burton or Lessard or somebody there at the scene

1    that you saw the steam and that you didn't think it was as

2    hot as it was?

3         A    Probably this is after the fact, you know --

4         Q    Yes, after the fact, not before the fact.

5         A    It might have been a passing comment, like oh,

6    you know, I saw something -- or steam or something coming

7    out of there, but I didn't think it was going to be this

8    hot.

9         Q    Okay.  Now, my question is a little more

10   specific, not what you might have done or what you could

11   have done.  I'm asking if you remember making a statement

12   such as that.

13        A    I don't remember.

14        Q    You did see something coming out of there,

15   correct?

16        A    Yes.

17        Q    And there was another way that you could have

18   gone?  I mean, this wasn't the only path of travel,

19   correct?  You could have turned around and come the way

20   you went, right?  You didn't walk over the steam vent to

21   get there, right?

22        A    No, but given where we were, you know, we were

1    pretty close to that place.  You know, the most logical

2    way we would have gone was where we went.

3         Q    But there was a choice; you could have gone

4    another direction, correct?

5         A    I guess it's no different than sitting in here.

6    You know, I could have picked any seat, I suppose

7    (indicating).

8         Q    Right.  You could have gone any of several

9    different directions?

10        A    I wouldn't say several different directions.

11        Q    A few different directions?

12        A    Yes.

13        Q    No one forced you to go in the direction that

14   you took; in other words, you voluntarily chose to go in

15   that direction?

16        A    I think again, you know, most -- you know, given

17   where I was, I would not have tried to go around different

18   obstacles to try to get to where I wanted to go.  So where

19   I went was the most reasonable to me at that time.

20        Q    I understand, but the point I'm making is no one

21   told you to go there.  You chose that way for whatever

22   reason, whether it's the most reasonable or is the closest