EXHIBIT

2

