UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:06-cv-01218 |
| ) | (CKK/JMF) |
| v. ) | |
| ) | Next event: September 7, 2007 |
| UNITED STATES OF AMERICA, et al., ) | Dispositive Motions |
| ) | Deadline |
| Defendants. ) | |
| ) | |
| _____) | |
| CONSOLIDATED ENGINEERING ) | |
| SERVICES, INC., defendant and ) | |
| third-party plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAY & ZIMMERMAN ) | |
| SERVICES, INC., third-party defendant. ) | |
| ) | |
| _____) | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF CONSOLIDATED
ENGINEERING SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT
AGAINST PLAINTIFF/COUNTERCLAIM DEFENDANT MATTHEW HSIEH**

Defendant/counterclaim plaintiff Consolidated Engineering Services, Inc. ("CESI"), by undersigned counsel, pursuant to Fed. R. Civ. P. 56 and Local Rule 7 (LCvR 7), hereby moves this Honorable Court for Summary Judgment on CESI's Counterclaim against plaintiff/counterclaim defendant Matthew M. Hsieh. CESI seeks indemnity/contribution from Matthew M. Hsieh for his negligence for any and all damages that may be imposed upon CESI in favor of plaintiff Natalie Hsieh. Based on the material facts not in dispute, CESI is entitled to summary judgment as a matter of

1

law. A Statement of Material Facts with Exhibits, Memorandum of Points and Authorities, and Proposed Order are being filed this same day.

WHEREFORE, for the reasons stated in this Motion, the Statement of Material Facts, and the Memorandum of Points and Authorities in Support of the Motion, Consolidated Engineering Services, Inc. respectfully requests that this Honorable Court grant Summary Judgment in its favor on defendant/counterclaim plaintiff CESI's Counterclaim against plaintiff/counterclaim defendant Matthew M. Hsieh for contribution from Matthew M. Hsieh for any and all damages that may be imposed upon CESI in favor of plaintiff Natalie Hsieh. CESI further requests an award of its costs and attorneys' fees and such other relief as the Court deems proper.

**DEFENDANT/COUNTERCLAIM PLAINTIFF CONSOLIDATED ENGINEERING SERVICES, INC. RESPECTFULLY REQUESTS ORAL ARGUMENT ON THE MOTION**

                                       **CONSOLIDATED ENGINEERING SERVICES, INC.**

By:   /s/ David D. Hudgins
        David D. Hudgins (D.C. Bar # 362451)
        HUDGINS LAW FIRM, P.C.
        515 King Street, Suite 400
        Alexandria, VA 22314
        Tel: (703) 739-3300
        Fax: (703) 739-3700
        *Counsel for Consolidated Engineering Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 7th day of September 2007 to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
*Counsel for Federal Defendants*

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
*Counsel for Plaintiffs*

Mary Malloy Dimaio
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
*Counsel for Third-party Defendant Day & Zimmerman Services, Inc.*

/s/ David D. Hudgins
David D. Hudgins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:06-cv-01218 |
| ) | (CKK/JMF) |
| v. ) | |
| ) | Next event: September 7, 2007 |
| UNITED STATES OF AMERICA, et al., ) | Dispositive Motions |
| ) | Deadline |
| Defendants. ) | |
| ) | |
| CONSOLIDATED ENGINEERING ) | |
| SERVICES, INC., defendant and ) | |
| third-party plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAY & ZIMMERMAN ) | |
| SERVICES, INC., third-party defendant. ) | |

### DEFENDANT/COUNTERCLAIM PLAINTIFF CONSOLIDATED ENGINEERING SERVICES, INC.'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Defendant/counterclaim plaintiff Consolidated Engineering Services, Inc. ("CESI"), by undersigned counsel, pursuant to Fed. R. Civ. P. 56 and LCvR 7(h), provides its Statement of Material Facts as to which there is no genuine dispute in support of its Motion for Summary Judgment against plaintiff Matthew M. Hsieh upon CESI's counterclaim against Hsieh. CESI incorporates by reference herein the Statement of Material Facts from defendants CESI, United States of America and General Services Administration's joint Motion for Summary Judgment as follows:

1

## Material Facts Not in Dispute

1. CESI adopts and incorporates by reference herein the entire Statement of Material Facts As To Which There Is No Genuine Issue filed by defendants CESI, United States of America and General Services Administration in support of their joint Motion for Summary Judgment against plaintiff Matthew M. Hsieh upon his Complaint.

                              CONSOLIDATED ENGINEERING
                              SERVICES, INC.

By:  /s/ David D. Hudgins
      David D. Hudgins (D.C. Bar # 362451)
      HUDGINS LAW FIRM, P.C.
      515 King Street, Suite 400
      Alexandria, VA 22314
      Tel: (703) 739-3300
      Fax: (703) 739-3700
      *Counsel for Consolidated Engineering Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 7th day of September 2007 to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
*Counsel for Federal Defendants*

Mary Malloy Dimaio
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
*Counsel for Third-party Defendant Day & Zimmerman Services, Inc.*

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
*Counsel for Plaintiffs*

                              /s/ David D. Hudgins
                              David D. Hudgins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al.,                )<br>                                                         )<br>         Plaintiffs,                            )<br>                                                         )<br>v.                                                     )<br>                                                         )<br>UNITED STATES OF AMERICA, et al., )<br>                                                         )<br>         Defendants.                         )<br>                                                         )<br>_____)<br>                                                         )<br>CONSOLIDATED ENGINEERING   )<br>SERVICES, INC., defendant and     )<br>third-party plaintiff,                        )<br>                                                         )<br>v.                                                     )<br>                                                         )<br>DAY & ZIMMERMAN                     )<br>SERVICES, INC., third-party defendant. )<br>                                                         )<br>_____) | Civil Action No. 1:06-cv-01218<br>         (CKK/JMF)<br><br>Next event:   September 7, 2007<br>                    Dispositive Motions<br>                    Deadline |

**DEFENDANT/COUNTERCLAIM PLAINTIFF CONSOLIDATED
ENGINEERING SERVICES, INC.'S MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF ITS
<u>MOTION FOR SUMMARY JUDGMENT AGAINST MATTHEW M. HSIEH</u>**

Defendant/counterclaim plaintiff Consolidated Engineering Services, Inc. ("CESI"), by undersigned counsel, pursuant to Fed. R. Civ. P. 56 and Local Rule 7 (LCvR 7), hereby moves this Honorable Court for Summary Judgment against plaintiff/counterclaim defendant Matthew M. Hsieh ("Hsieh"). Based on the material facts not in dispute, as a matter of law, defendant/counterclaim plaintiff CESI is entitled to summary judgment on its Counterclaim against Hsieh for indemnity and contribution. CESI adopts and incorporates by reference herein defendants CESI, United States of

1

America and General Services Administration's Memorandum of Points and Authorities in support of their joint Motion for Summary Judgment against plaintiff Matthew M. Hsieh. In further support, CESI states as follows:

To the extent the Court may grant defendants CESI, United States of America and General Services Administration's Motion for Summary Judgment against plaintiff Matthew Hsieh, based upon his contributory negligence, judgment as a matter of law should be granted upon defendant/counterclaim plaintiff CESI's Counterclaim for indemnity and contribution against Matthew Hsieh for any judgment that may be entered against CESI in favor of plaintiff Natalie Hsieh. It logically follows that if Matthew Hsieh is found contributorily negligent as a matter of law for his own injuries, he should be found, as a matter of law, a joint tortfeasor for any injuries to his daughter Natalie Hsieh, since he was pushing his daughter in a stroller at the time of the incident from which both he and his daughter claim injuries.

WHEREFORE, Consolidated Engineering Services, Inc. respectfully requests that this Honorable Court grant Summary Judgment in its favor on defendant/counterclaim plaintiff CESI's Counterclaim against plaintiff/counterclaim defendant Matthew M. Hsieh ("Hsieh") for contribution from Hsieh for any and all damages that may be imposed upon CESI in favor of plaintiff Natalie Hsieh. CES further requests an award of its costs and attorneys' fees and such other relief as the Court deems proper.

>                               CONSOLIDATED ENGINEERING
>                               SERVICES, INC.
>
>
> By:   /s/ David D. Hudgins
>       David D. Hudgins (D.C. Bar # 362451)
>       HUDGINS LAW FIRM, P.C.
>       515 King Street, Suite 400
>       Alexandria, VA 22314
>       Tel: (703) 739-3300
>       Fax: (703) 739-3700
>       *Counsel for Consolidated Engineering
>       Services, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 7th day of September 2007 to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
*Counsel for Federal Defendants*

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
*Counsel for Plaintiffs*

Mary Malloy Dimaio
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
*Counsel for Third-party Defendant Day &
Zimmerman Services, Inc.*

>                               /s/ David D. Hudgins
>                               David D. Hudgins

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>)<br>_____)<br>CONSOLIDATED ENGINEERING )<br>SERVICES, INC., defendant and )<br>third-party plaintiff, )<br>)<br>v. )<br>)<br>DAY & ZIMMERMAN )<br>SERVICES, INC., third-party defendant. )<br>)<br>_____) | Civil Action No. 1:06-cv-01218<br>(CKK/JMF)<br><br>Next event:   September 7, 2007<br>               Dispositive Motions<br>               Deadline |

## ORDER

UPON CONSIDERATION of defendant/counterclaim plaintiff Consolidated Engineering Services, Inc.'s Motion for Summary Judgment against plaintiff/counterclaim defendant Matthew M. Hsieh on its Counterclaim; and the submissions filed, along with the entire record herein; and [the lack of] any opposition to the motion; it is hereby

ORDERED that defendant/counterclaim plaintiff Consolidated Engineering Services, Inc.'s Motion for Summary Judgment against plaintiff/counterclaim defendant Matthew M. Hsieh is GRANTED; and it is further

1

ORDERED that Matthew M. Hsieh is hereby found to be solely liable for any and all damages that may be imposed upon CESI in favor of plaintiff Natalie Hsieh; or, alternatively, it is

ORDERED that Matthew M. Hsieh is hereby found to be a joint tortfeasor liable for any and all damages that may be imposed upon CESI in favor of plaintiff Natalie Hsieh.

                                          Colleen Kollar-Kotelly
                                          United States District Judge

cc:

David D. Hudgins (D.C. Bar # 362451)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA 22314

Karen L. Melnik (D.C. Bar # 436452)
Assistant United States Attorney
555 4th Street, NW, Rm. E 4112
Washington, DC 20530

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102

Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204