UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATALIE T. HSIEH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>)<br>_____)<br>CONSOLIDATED ENGINEERING )<br>SERVICES, INC., defendant and )<br>third-party plaintiff, )<br>)<br>v. )<br>)<br>DAY & ZIMMERMAN )<br>SERVICES, INC., third-party defendant. )<br>)<br>_____) | Civil Action No. 1:06-cv-01218<br>(CKK/JMF)<br><br>Next event: October 12, 2007<br>Dispositive Motions<br>Oppositions Deadline |

## PRAECIPE

The parties, Consolidated Engineering Services, Inc. (CESI) and Day & Zimmerman Services, Inc. (D&Z), in order avoid the time and expense of a Motion to Compel, have come to an agreement regarding certain discovery matters and respectfully request entry of the attached Agreed Order signed by counsel for CESI and counsel for D&Z.

Respectfully Submitted,

/s/ David D. Hudgins
David D. Hudgins (D.C. Bar # 362451)
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, VA 22314
Tel: (703) 739-3300
Fax: (703) 739-3700
*Counsel for Defendant/Third-party Plaintiff*
*Consolidated Engineering Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing and the attachment were served via electronic filing this 25th day of September 2007 to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
*Counsel for Federal Defendants*

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
*Counsel for Plaintiffs*

Mary Malloy Dimaio
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
*Counsel for Third-party Defendant Day &*
*Zimmerman Services, Inc.*

/s/ David D. Hudgins
David D. Hudgins