UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:06-cv-01218 |
| ) | (CKK/JMF) |
| v. ) | |
| ) | Next event: October 12, 2007 |
| UNITED STATES OF AMERICA, et al., ) | Dispositive Motions |
| ) | Oppositions Deadline |
| Defendants. ) | |
| ) | |
| ) | |
| CONSOLIDATED ENGINEERING ) | |
| SERVICES, INC., defendant and ) | |
| third-party plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAY & ZIMMERMAN ) | |
| SERVICES, INC., third-party defendant. ) | |
| ) | |

## AGREED ORDER

THIS MATTER comes before the Court upon a discovery dispute which has been resolved by parties Consolidated Engineering Services, Inc. (CESI) and Day & Zimmerman Services, Inc. (D&Z) and, in conjunction therewith, these parties request the entry of this Agreed Order; and

WHEREAS the Rule 30(b)(6) deposition of third-party defendant D&Z was properly noticed for September 25, 2007, but Day & Zimmerman's counsel notified counsel for CESI that the D&Z corporate representative was not available; and

WHEREAS the parties, in order avoid the time and expense of a Motion to Compel, have come to an agreement, and it appearing to the Court by the signature of

1

counsel hereto that the discovery issues have been resolved by such agreement; it is hereby

ORDERED that the Rule 30(b)(6) deposition of Day & Zimmerman Services, Inc. shall be conducted on October 18, 2007, by agreement of all counsel in this case, pursuant to the Amended Notice of Deposition to be issued by Consolidated Engineering Services, Inc.

SO ORDERED.

                                          Colleen Kollar-Kotelly
                                          United States District Judge

AGREED:


/s/ David D. Hudgins
David D. Hudgins (D.C. Bar # 362451)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA  22314
*Counsel for Consolidated Engineering Services, Inc.*


AGREED:


/s/ Mary Malloy Dimaio
Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
*Counsel for Day & Zimmerman Services, Inc.*


cc:

David D. Hudgins (D.C. Bar # 362451)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA  22314

Karen L. Melnik (D.C. Bar # 436452)
Assistant United States Attorney
555  4th Street, NW, Rm. E 4112
Washington, DC  20530

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA  22102

Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204