UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>)<br>_____ )<br>CONSOLIDATED ENGINEERING )<br>SERVICES, INC., defendant and )<br>third-party plaintiff, )<br>)<br>v. )<br>)<br>DAY & ZIMMERMAN )<br>SERVICES, INC., third-party defendant. )<br>)<br>_____ ) | Civil Action No. 1:06-cv-01218<br>(CKK/JMF)<br><br>Next event: October 12, 2007<br>       Dispositive Motions<br>       Oppositions Deadline |

## AGREED ORDER

THIS MATTER comes before the Court upon a discovery dispute which has been resolved by parties Consolidated Engineering Services, Inc. (CESI) and Day & Zimmerman Services, Inc. (D&Z) and, in conjunction therewith, these parties request the entry of this Agreed Order; and

WHEREAS third-party plaintiff CESI issued Interrogatories and Requests for Production to D&Z on July 3, 2007, to which there has been no response by D&Z; and

WHEREAS the parties, in order avoid the time and expense of a Motion to Compel, have come to an agreement, and it appearing to the Court by the signature of

counsel hereto that the discovery issues have been resolved by such agreement; it is hereby

ORDERED that Day & Zimmerman Services, Inc. shall provide full and complete responses to the Interrogatories and Requests for Production, propounded upon Day & Zimmerman Services, Inc. by Consolidated Engineering Services, Inc., by October 1, 2007;

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge

9/25/07

AGREED:


/s/ David D. Hudgins
David D. Hudgins (D.C. Bar # 362451)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA 22314
*Counsel for Consolidated Engineering Services, Inc.*


AGREED:


/s/ Mary Malloy Dimaio
Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
*Counsel for Day & Zimmerman Services, Inc.*


cc:

David D. Hudgins (D.C. Bar # 362451)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA 22314

Karen L. Melnik (D.C. Bar # 436452)
Assistant United States Attorney
555 4th Street, NW, Rm. E 4112
Washington, DC 20530

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102

Mary Malloy Dimaio (D.C. Bar # 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204