UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et. al.,

            Plaintiffs,

v.                                      Case No: 1:06-cv-01218-CKK

CONSOLIDATED ENGINEERING
SERVICES, INC., et. al.

            Defendants.

           **MATTHEW HSIEH'S OPPOSITION TO DEFENDANTS'
                 MOTION FOR SUMMARY JUDGMENT**

       COMES NOW the plaintiff herein, Matthew M. Hsieh, by counsel, and respectfully opposes the defendants' Motion For Summary Judgment herein on the grounds that he was contributorily negligent as a matter of law and that his negligence was a proximate cause of the damages of which he complains and requests that the Court deny the Motion.  A Statement of Material Facts Not In Dispute, Memorandum of Points and Authorities in support of his opposition, and Proposed Order are being filed the same day.

                                              MATTHEW M. HSIEH
                                              By counsel


GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000


/s/ Robert B. Adams
_____
Robert B. Adams (DC Bar# 189159)
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et. al.,

        Plaintiffs,

v.                                          Civil Action No: 1:06-cv-01218
                                                                     (CKK)

CONSOLIDATED ENGINEERING,

        Defendants.

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

With respect to Statement of Material Facts Not In Dispute that the defendants have filed herein, the plaintiffs object to their reference in the same to the sidewalk grate that is involved in this lawsuit as a "steam grate" and to the vapor emanating from the same as "steam" inasmuch as those assertions are not borne out by the evidence that has been developed in the case.

The plaintiff further contests the accuracy of Material Fact number 6 in which it is asserted that the foot traffic on the sidewalk in question was light at the time of the plaintiff's accident and in this regard directs the Court to the testimony of FBI Police Officer Louis Burton that is attached as an exhibit to the Memorandum Of Points and Authorities in Opposition To Defendants' Motion For Summary Judgment that he has filed herein.

-2-

  He further offers the following as additional Material Facts Not In Dispute in the case.

  1. On September 11, 2004 Matthew Hsieh was properly on the public sidewalk adjacent to the Hoover FBI Building located at 10th Street and Pennsylvania, NW in the District of Columbia with other members of the general public that included his three year old daughter Natalie whom he was pushing in a stroller and a family friend visiting from overseas. See Exhibit 1 (Deposition of Matthew Hsieh) at pages 21-30)

  2. Matthew Hsieh noticed a vapor being emitted from a grate in the sidewalk near where he was standing with his daughter while taking a photo of his friend with the FBI Building in the background. Exhibit 1. Page 41.

  3. There were no warnings of any kind in the area of the grate from which a vapor was being emitted that the emissions presented a danger or potential danger to persons in the vicinity.

  4. Matthew Hsieh had seen vapors being emitted from sidewalk grates in the past that were not harmful to the touch. Exhibit 1. Pages 41-42.

  5. In the circumstances presented Matthew Hsieh had no reason to believe that the vapors that were being emitted from the grate over which he walked while pushing his daughter in a stroller were potentially harmful to either. Exhibit 1. Pages 41-43.

-3-

                                        MATTHEW M. HSIEH
                                        By counsel

GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000

/s/ Robert B. Adams
_____
Robert B. Adams (DC Bar#: 189159)
Counsel for Plaintiff