HSIEH.403

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - - - x

NATALIE T. HSIEH, et al.,          :

   Plaintiffs,          :

  v.          : CASE NO. 1:06-cv-01218-CKK

CONSOLIDATED ENGINEERING          :

  SERVICES, INC., et al.,          :

   Defendants.          :

- - - - - - - - - - - - - - - x

Rockville, Maryland

Tuesday, April 3, 2007

DEPOSITION OF:

MATTHEW HSIEH

called for examination by counsel for the Defendant Consolidated Engineering Service, Inc., pursuant to notice, taken at the law offices of William J. Hickey, 33 Wood Lane, Rockville, Maryland, commencing at 11:07 a.m., before Maureen S. Bennie, a Notary Public in and for the State of Maryland, when were present on behalf of the respective parties:

2

HSIEH.403

APPEARANCES:

On behalf of Plaintiffs:

    TIMOTHY R. OBITTS, ESQUIRE
    GAMMON & GRANGE, P.C.
    8280 Greensboro Drive
    Seventh Floor
    McLean, Virginia 22102
    (703) 761-5000

On behalf of Defendant Consolidated Engineering Services, Inc.:

    WILLIAM J. HICKEY, ESQUIRE
    LAW OFFICES OF WILLIAM J. HICKEY
    33 Wood Lane
    Rockville, Maryland 20850
    (301) 424-6300

On behalf of Defendants United States of America and GSA:

    KAREN L. MELNIK, ESQUIRE
    ASSISTANT U.S. ATTORNEY
    CIVIL DIVISION
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-7566

    AND

    ELIZABETH A. HALL, ESQUIRE
    ASSISTANT REGIONAL COUNSEL
    OFFICE OF REGIONAL COUNSEL
    U.S. GENERAL SERVICES ADMINISTRATION
    7th and D Street, S.W.
    Suite 7048
    Washington, D.C. 20407
    (202) 708-7877

3

CONTENTS

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Matthew Hsieh | Mr. Hickey | 5, 86 |
|  | Ms. Melnik | 83 |

EXHIBITS

HSIEH.403

21

1  York City when we would go up there for a vacation or
2  trips.
3      Q   Would you see them in the wintertime when it was
4  cold do this?
5      A   I don't think I have been there enough in the
6  wintertime to notice.
7      Q   Did you have some understanding that the reason
8  they were laying on these grates was because it generated
9  some sort of warmth for them in cold weather?
10     A   I can assume so, but I --
11     Q   Well, no. I don't want you, necessarily, to
12  assume, but did that thought come to your mind as you saw
13  people laying on grates, as opposed to on a park bench or
14  some other place?
15     A   Yeah.
16     Q   Okay. On September 11th 2004, you were, based
17  upon your Answers to Interrogatories, at the Spy Museum
18  before you went to the Hoover Building?
19     A   Yes. The Hoover Building is the FBI Building?
20     Q   Right.
21     A   Okay.
22     Q   And could you tell me what kind of a day it was?

22

HSIEH.403

1  Was it cloudy, was it sunny, was it rainy, was it cold,
2  was it hot?
3     A  It was a pretty nice day. It was sunny. The
4  temperature was in the 70s, and I think all of us were in
5  our shorts and short sleeves.
6     Q  Do you recall what the weather was two or three
7  days before that? Do you have any recollection?
8     A  No.
9     Q  Okay. You were with a Natalie Naoko?
10    A  Naoko, yes.
11    Q  So it was you, Natalie and your daughter
12  Natalie?
13    A  There's only three of us; myself, Naoko and my
14  daughter.
15    Q  Right. They both happen to have the same name,
16  Natalie?
17    A  No.
18    Q  Really?
19    A  No.
20    Q  What is Naoko's name?
21    A  That's her name.
22    Q  And what is your daughter's name?

23

1    A  Natalie.
2    Q  Okay. Who is she?

Page 20

HSIEH.403

3   A   She's a friend of my wife's.

4   Q   And you said in your Answers to Interrogatories

5   that she was visiting Washington, D.C.?

6   A   Yes.

7   Q   Was she staying with you --

8   A   Yes.

9   Q   -- in your house?

10  A   Yes.

11  Q   Where was your wife that morning?

12  A   She was at work.

13  Q   Was this part of her part-time work?

14  A   Yes.

15  Q   And how did you get to the city? Did you take

16  Metro or did you drive?

17  A   We drove.

18  Q   And did you walk from the Spy Museum to the FBI

19  Building?

20  A   Yes.

21  Q   And how was your daughter Natalie being

22  transported?

24

1   A   In a stroller.

2   Q   Do you know the make or the model of that

3   stroller?

4   A   No.

5   Q   Can you describe it? Was it plastic or metal or

Page 21

HSIEH.403

6  what?

7  A  It's got a metal frame. It's commonly referred

8  as an umbrella stroller and it's got a cloth seat she sits

9  on.

10  Q  It folds up?

11  A  It folds up.

12  Q  And how old was she in September '04?

13  A  She was born in '01, so three-and-a-half, three.

14  Q  Three to three-and-a-half?

15  A  Right.

16  Q  Could she walk? She could walk, right?

17  A  Yes.

18  Q  It was just more convenient to push her in the
19  carriage, right, stroller?

20  A  Yes.

21  Q  So if I understand you correctly, you left the

22  Spy Museum and you walked along the streets and you were

25

1  headed to the FBI Building that morning, correct?

2  A  Yes.

3  Q  Did you make any stops in between?

4  A  No.

5  Q  Your intent -- what was your intent when you

6  went to the FBI Building?

7  A  Just to visit the FBI Building.

Page 22

HSIEH.403

8   Q   Did you have a pass? Were you going to go
9   inside and that sort of thing?

10   A   The friend wanted a picture right in front of
11   the FBI Building, so we went there mainly for that.

12   Q   Did you go in the building at all?

13   A   No.

14   Q   Did you actually take the picture before this
15   incident occurred?

16   A   Yes.

17   Q   Do you have that picture?

18   A   No. I took a picture of our friend. I don't
19   think we were in the picture.

20   Q   So you didn't take a -- she didn't take a
21   picture of you and Natalie or anything, right?

22   A   I don't think so, but I don't remember.


26

1   Q   Okay. How would you describe the foot traffic
2   that day?

3   A   It was light, but there were people on, you
4   know, sort of my side of the sidewalk and also across the
5   street.

6   Q   What day of the week was this, by the way?

7   A   Saturday.

8   Q   Do you recall seeing any steam coming from any
9   grates during the period of time that you left the Spy
10   Museum until the time you got to the Hoover Building?

Page 23

HSIEH.403

11   A  Not in between. Not in between, except for that

12  one that was right next to us.

13   Q  Okay. And what was your intent after you were

14  going to leave -- take pictures at the Hoover Building?

15  Where were you going to go?

16   A  We were just going to walk around the building

17  to see if there were other places that we can take

18  pictures.

19   Q  Okay. I'm going to show you some photographs.

20  I'm going to mark them and hand them to you.

21      MR. HICKEY: Let's mark these 1 through

22  whatever.

27

1      (Whereupon, Hsieh Exhibit

2      Nos. 1 through 8 were marked

3      for identification.)

4  BY MR. HICKEY:

5   Q  Dr. Hsieh, I am going to hand you what I have

6  previously marked as Exhibit Number 5. It's a photograph.

7      (Whereupon, Hsieh Exhibit No.

8      5 was previously marked for

9      identification.)

10  BY MR. HICKEY:

11   Q  These were provided by your counsel. Did you

12  take those, or do you know when these photographs were

HSIEH.403

13  taken?

14  A   I did not take these.

15  Q   Okay. Do you recognize the area depicted in

16  that photograph?

17  A   Just what I assume is the FBI Building here, on

18  the upper right-hand corner (indicating).

19  Q   Okay. While I pass that one around, let me show

20  you Exhibit Number 6.

21         (Whereupon, Hsieh Exhibit No.

22         6 was previously marked for

28

1          identification.)

2      BY MR. HICKEY:

3  Q   Do you recognize the area depicted in that

4  photograph?

5  A   Same as the last picture.

6  Q   Okay. Let me show you Exhibit Number 8 and ask

7  you if you recognize the area depicted in that photograph.

8          (Whereupon, Hsieh Exhibit No.

9          8 was previously marked for

10         identification.)

11     THE WITNESS: It looks like it's very similar to

12  the last two.

13     BY MR. HICKEY:

14  Q   And that would be 10th and Pennsylvania Avenue,

Page 25

HSIEH.403

15  right near where the Hoover Building is?

16  A  Uh-huh.

17      MR. OBITTS: You have to say yes or no.

18      THE WITNESS: Yes.

19      MR. OBITTS: Sorry.

20      BY MR. HICKEY:

21  Q  Let's use Exhibit Number --

22      MR. HICKEY: Have you seen this?

29

1       BY MR. HICKEY:

2   Q  Let's use Exhibit Number 8. First of all, there

3   are two photographs in Exhibit Number 8. Do either of the

4   photographs show the area where you took the picture of

5   your friend on that morning?

6   A  I haven't been back to this area since the

7   incident, so it's more than -- you know, close to three

8   years now. We took the picture right at the corner of the

9   building near the main entrance, so I don't know how far

10  this -- you know, this part (indicating) comes to the main

11  entrance.

12  Q  The top photograph?

13  A  Right. Or the bottom. I think they are, sort

14  of, an extension of the same --

15  Q  So you wouldn't be able to -- strike that.

16      Let me show you Exhibit Number 5.

17      (Whereupon, Exhibit No. 5 was

Page 26

HSIEH.403

18        referred to.)

19    BY MR. HICKEY:

20    Q   Does that help you at all in finding the area
21  that, perhaps, you may have taken the photograph?

22    A   It looks just like the other ones. The only

30

1  thing I remember is just this (indicating) looks like the
2  steps off to the side of the building. I remember after
3  the burn we sat there for a good 10, 20 minutes, trying to
4  calm her down from crying.

5    Q   Okay. Do you remember the steps before the
6  incident occurred? Do you remember seeing the steps or
7  walking --

8    A   Do you mean this right here (indicating)?

9    Q   Yes, right, whatever that is.

10   A   No.

11   Q   Okay. I am going to give you whatever
12  photographs you can use to show me the path of travel that
13  you took that resulted in the burning of yourself and your
14  daughter from the steam from the grate. Can you show me
15  where you remember being and how you got to that location?

16       MS. MELNIK: Why don't you have him mark --

17       MR. HICKEY: I am. I am going to have him mark
18  it.

19       MS. MELNIK: Okay.

Page 27

HSIEH.403

17  (indicating). Okay?

18  A  Okay.

19  Q  Would you agree with me that that is not a

20  normal walk pattern or path for a pedestrian to take?

21  A  I think it depends on where you are on the

22  sidewalk.

41

1  Q  This is not a crosswalk, would you agree with

2  me, where that police cruiser is (indicating)?

3  A  It's not a crosswalk?

4  Q  Not a crosswalk.

5  A  Yes.

6  Q  Was your friend beside you, behind you or in

7  front of you when you pushed Natalie over the steam grate?

8  A  When we were taking the photographs, she was

9  next to me. When we started walking, she was behind us.

10  Q  When you approached the steam grate, did you

11  recall having a sensation that the steam coming from the

12  grate was hot?

13  A  No.

14  Q  Did you feel any intensity of heat or rise in

15  temperature as you approached the steam grate?

16  A  No.

17  Q  As you, yourself walked over the steam grate,

18  did you experience a significantly hotter temperature than

19  before you had walked across the steam grate?

HSIEH.403

20   A   Meaning afterwards?

21   Q   As you were walking across it.

22   A   When the emissions touched my skin, I thought

42

1   this was warmer than what I have usually experienced.

2   Q   Okay. But it wasn't, like, ouch and you ran,

3   nothing like that?

4   A   No, but I do remember that it felt like there

5   was, sort of, low-grade burning immediately after and sort

6   of, you know, staying after.

7   Q   But it wasn't like a match? You know how you

8   get burned with a match? It didn't feel like that?

9   A   No.

10   Q   Do you recall whether the steam coming out was

11   -- and I will use the word wafting, meaning like a vapor

12   blowing back and forth with the breeze, or was it shooting

13   up in the air? How was it?

14   A   That day didn't have a lot of wind, and I didn't

15   think too much of these emissions that were coming out.

16   Q   It wasn't like it was really pouring out of

17   there? Is that a fair statement?

18   A   Not to me, no.

19   Q   And I think, from what you're telling me, it

20   appeared to be like you had seen it in the past, kind of

21   like a misty vapor type of emission?

HSIEH.403

22   A   Yes.

43

1   Q   Had you ever been to that location prior to that

2   date, specifically to that location?

3   A   No.

4   Q   What were you wearing that day?

5   A   A T-shirt and a pair of shorts.

6   Q   Did you have sandals or sneakers on or what?

7   A   I think I had sneakers on.

8   Q   And, again, Natalie was dressed how, your

9   daughter?

10   A   She was in a short-sleeve top and shorts, and

11   she was wearing sandals.

12   Q   Tell me what happened after you had pushed the

13   stroller over the steam vent. What was the next thing

14   that you remember or recall?

15   A   That Natalie started crying. I just thought she

16   was startled, and I kept on walking until those steps that

17   I showed you earlier. I stopped there, and she actually

18   continued to cry for the next -- close to half an hour.

19   Q   And you didn't know during that half an hour

20   period why she was crying?

21   A   Well, after a few minutes that she, you know,

22   wouldn't stop crying, I thought okay, she was getting