Page 1

UNITED STATES DISTRICT COUR

FOR THE DISTRICT OF COLUMBIA

------------------------------

NATALIE T. HSIEH, et al.,

        Plaintiffs        Civil Action No.

                                06cv1218(CKK)

  v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

        Defendants

                          Washington, DC

                   Thursday, March 29, 2007

Deposition of OFFICER LOUIS BURTON, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

Page 6

1  Q  How long have you been employed by the FBI?
2  A  18 years.
3  Q  How long have you been employed by the FBI
4  as a police officer?
5  A  Eight years.
6  Q  You're actually on the FBI police force?
7  A  Yes.
8  Q  Okay. And where are you currently
9  stationed?
10 A  Headquarters, Washington, DC.
11 Q  And what is the nature of your current
12 employment?
13 A  Protect the buildings, grounds, and the
14 immediate area.
15 Q  And you are a uniformed police officer?
16 A  Yes.
17 Q  Do you recall the event of September 11,
18 2004?
19 A  Yes, I do.
20 Q  Do you recall what kind of weather it was
21 that day?
22 A  A sunny day.

Page 7

1  Q  What day of the week was it?
2  A  Saturday.
3  Q  And was -- how was the traffic around the
4  FBI? It was the anniversary of 9-11-2001.
5  A  It was okay. Traffic wise?
6  Q  I mean the foot traffic.
7  A  Foot traffic? Being it was a weekend, you
8  have a lot of tourists in this area.
9  Q  Were there more tourists in the area that
10 day because it was 9-11 than ordinarily?
11 A  No.
12 Q  Do you recall what the temperature was, you
13 know, in general?
14 A  I'd say about -- I would say about 80
15 degrees.
16 Q  So it was warm as opposed to being really
17 cool?
18 A  Yeah.
19 Q  Were you working with some other officers
20 at the time?
21 A  Yes.
22 Q  Where were you situated? Are you

Page 8

1  situated -- on that day were you situated one particular
2  place?
3  A  Yeah. Yes, I was that day.
4  Q  Where was that?
5  A  I was stationed on 10th Street.
6  Q  And near Pennsylvania or on the other side
7  of the building?
8  A  Actually was kind of in the middle between
9  E Street and Pennsylvania Avenue on 10th Street.
10 Q  Okay. What was your job at that location
11 that day?
12 A  That point I was at the uniformed police
13 booth to check cars coming in.
14 Q  Was there an Officer Lessard working with
15 you?
16 A  No, he wasn't working with me, no.
17 Q  Was he on the premises that day?
18 A  Yes.
19 Q  Were there other police officers whose
20 identity you call?
21 A  I cannot recall.
22 Q  Before we get to the incident in question,

Page 9

1  who is Officer A.D. Threatt, T-h-r-e-a-t-t? Do you know
2  that officer?
3  A  Yes. Judy Threatt.
4  Q  Who is she?
5  A  She's an officer. She's still with us. I
6  don't even remember her being at the scene.
7  Q  How about Lieutenant Augustus?
8  A  That my lieutenant. He's retired.
9  Q  And do you know where Officer Lessard is
10 these days?
11 A  He left the FBI. He went to the CIA. Left
12 CIA, and I think became a contract security in Iraq,
13 contractor.
14 Q  He's no longer in the area, as far as you
15 know?
16 A  No.
17 Q  How about Officer Threatt, is she still
18 around?
19 A  Yeah. She's still employed. She's still
20 with the FBI.
21 Q  There's a reference, let me just dig this
22 out here, to another officer. Looks like Monasterio.

## Page 10

1  A  Yes. He just left a couple weeks ago. He
2  went to the U.S. Marshal's.
3  Q  So as far as you know, he's still in the
4  area?
5  A  Yes.
6  Q  Do you recall an incident in which a little
7  girl was burned on FBI property --
8  A  Yes.
9  Q  -- on that day? Tell us what you recall
10 about that.
11 A  Like I said, I was at the booth on 10th
12 Street, and I heard a little girl crying. I saw her
13 father pick her up, and she started kicking her legs, and
14 she was still crying. He put her on the ground. She
15 started jumping up and down. She was still crying. So
16 they kind of walked closer toward me --
17 Q  Let me stop you for a moment. Where were
18 they when you first saw them?
19 A  They were on 10th Street closer to
20 Pennsylvania Avenue.
21 Q  That was how far away from you, roughly?
22 A  I would say about 40 feet.

## Page 11

1  Q  Okay. What happened then?
2  A  So as they came closer toward me, I came
3  out the booth and I asked the father, what's wrong, and I
4  believe he said, the lady that was with them said she had
5  burned her legs on the steam grate, the steam. At that
6  point I saw like the back of her legs, the skin was like
7  peeled back, peeled off.
8  Q  Did the father appear to have any injuries?
9  A  No.
10 Q  And what did -- what did you do at that
11 point?
12 A  Well, at that point they wanted a
13 bathroom. They wanted water, so I kind of directed them
14 to a restaurant on the corner of 10th Street. I think
15 Officer Lessard came out at that point and said, no, we
16 have to call an ambulance, because this is an injury
17 here. I believe after the ambulance came.
18 Q  Did you have any further dealings with
19 them?
20 A  We kind of like tried to calm the situation
21 down, told them to stand by. I think they were going to
22 try to look for a bathroom.

## Page 12

1  Q  Did the little girl ever stop crying when
2  you were with them?
3  A  She might have calmed down some, but she
4  was still aggravated.
5  Q  How old did she appear to be?
6  A  I'd say about three years old.
7  Q  Did you go to the area where it appeared
8  she'd been burned?
9  A  Yes, I did.
10 Q  What did you see when you went there?
11 A  Well, as usual, the steam was coming out of
12 the grate, the sidewalk. It seemed like that day was
13 extra hot.
14 Q  Was it only one manhole that was coming out
15 of the -- or were there multiple ones?
16 A  There's two grates there. Sometimes it
17 comes out of both, but I just remember that one grate
18 where it was real hot.
19 Q  How frequently before that day, how
20 frequently did you see what appeared to be steam or smoke
21 coming out of that grate?
22 A  Every day.

## Page 13

1  Q  Did it generally look the same, or did it
2  change from day to day?
3  A  It looked the same, yeah.
4  Q  This is when it's warm or cold, whatever?
5  A  Yes.
6  Q  Did anybody block off that area after this
7  incident?
8  A  Yes, we did, the officers did, FBI police
9  officers did.
10 Q  Had you ever had to do that previously?
11 A  No.
12 Q  To your knowledge, had anybody been injured
13 at that location before?
14 A  No.
15 Q  Did you see people walk through the same
16 steam?
17 A  Oh, yes. Like on weekends when there's a
18 lot of tourists in the area, kids either flock to the
19 pigeons, try to chase the pigeons away.
20 Q  Those kids.
21 A  Or they go straight to the steam and stand
22 in the steam and play like they're an angel or something.

**Page 14**

1  Q  So it's quite common for people to go
2  through?
3  A  Yes.
4  Q  Even if they're not seeking it out, kids
5  tend to seek it out?
6  A  Yes.
7  Q  Was there any impediment to get to the
8  grate?
9  A  No.
10 Q  Did you folks, the police officers, ever
11 complain about that?
12 A  No. We park our cruisers next to the
13 steam, and the glass gets foggy, but no one's complained.
14 Q  Prior to September 11, 2004, had you seen
15 workmen out there pumping out that manhole?
16 A  I believe so.
17 Q  Did they do that after this incident, if
18 you recall?
19 A  Yes.
20 Q  Do you know how long after the incident?
21 A  After the incident happened, I would say
22 there were out there like maybe three days.

**Page 15**

1  Q  And were you present when workers or people
2  appeared to be workmen came to look at the site and do
3  whatever they needed to do to it?
4  A  Yes.
5  Q  All right. And what, if anything, were you
6  told as to the cause of that steam that day?
7  A  Well, after the incident happened and, I
8  guess, the crew that handles that grate, whatever, the
9  steam from the building, one of the workers came out. He
10 kept wiping his mouth and his nose, so I'm thinking like
11 it's 80 degrees. What's wrong with you, I asked him. He
12 said, at that point, he had a cold. He just said, no, I
13 just burned my lip and mouth looking over the steam.
14 Like what?
15 Q  Could you describe that fellow for us.
16 A  I would say about five ten to five nine,
17 white male, very heavyset.
18 Q  And he said he burned his face on the
19 steam?
20 A  Yeah. Exactly. He kind of looked over,
21 and the steam got him.
22 Q  Did you put your hand in the steam?

**Page 16**

1  A  Oh, no. He said that day the temperature,
2  he said something crazy like, man, maybe, like, say, over
3  200 degrees, 250.
4  Q  Did you see the workmen actually go into
5  the manhole actually that day?
6  A  No. They usually put, I think it's a large
7  hose down.
8  Q  What was your -- what were your work hours
9  that day, Officer?
10 A  6 in the morning to 6 p.m.
11 Q  Was that your ordinary shift in those days?
12 A  Yes, it was.
13 Q  Do you know the identity of anybody who you
14 believe was an eye witness to this, the actual event,
15 other than the child and the father and the person with
16 them?
17 A  No. No one I work with really witnessed
18 it.
19 Q  Did you ever talk to -- who did you talk
20 to, if anybody, after 9-11-2004, about this incident,
21 other than the investigator? You gave a statement to an
22 investigator; did you talk to anybody else?

**Page 17**

1  A  No. I just talked to my co-workers. That
2  was it.
3  Q  Are you still situated in the same place?
4  A  Headquarters, yes.
5  Q  It's my understanding that there are what
6  are called chimneys over that grate and others?
7  A  Yeah, now.
8  Q  Is there a chimney on that particular grate
9  now?
10 A  Yes.
11 Q  How long has that been there, do you recall?
12 A  Wow. I would say after last summer.
13 Q  It's been there continuously?
14 A  Yeah.
15 Q  Have people been working on and off in that
16 manhole, based on your observation?
17 A  Yes, I've seen, yeah.
18 MR. ADAMS: I have nothing else.
19 MR. HICKEY: Are you done?
20 MR. ADAMS: I'm done.
21 EXAMINATION BY COUNSEL FOR DEFENDANT
22 BY MR. HICKEY: