UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et. al.,

        Plaintiffs,

v.                                          Case No: 1:06-cv-01218-CKK

CONSOLIDATED ENGINEERING
SERVICES, INC., et. al.

        Defendants.

**MATTHEW HSIEH'S OPPOSITION TO CONSOLIDATED ENGINEERING SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the plaintiff herein, Matthew M. Hsieh, by counsel, and respectfully opposes the defendant Consolidated Engineering Services, Inc.'s Motion For Summary Judgment herein seeking indemnity/contribution from him for any and all damages that may be imposed upon it in favor of Natalie Hsieh on the grounds that he was negligent as a matter of law in causing the damages of which Natalie Hsieh complains. A Statement of Material Facts Not In Dispute, Memorandum of Points and Authorities in support of his opposition, and Proposed Order are being filed the same day.

                                                            MATTHEW M. HSIEH
                                                            By counsel

GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000


/s/ Robert B. Adams
_____
Robert B. Adams (DC Bar# 189159)
Counsel for Plaintiff

-2-

I hereby certify that on this 8th day of November, 2007, true and complete copies of the foregoing were served via electronic filing to the following counsel of record:

Karen L. Melnik, Esq.
Assistant U.S. Attorney
555 4th Street, NW
Washington, DC 20530
Counsel for the Federal Defendants

David D. Hudgins, Esq.
515 King Street, Suite 400
Alexandria, Virginia 22314
Counsel for Consolidated
Engineering Services, Inc.

Mary Malloy Dimaio, Esq.
502 Washington Avenue, Suite 410
Towson, Maryland 21204
Counsel for Day & Zimmmerman

/s/ Robert B. Adams
_____
Robert B. Adams