```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et. al.,

               Plaintiffs,


v.                                  Civil Action No: 1:06-cv-01218
                                             (CKK)

CONSOLIDATED ENGINEERING,

               Defendants.
```

**MATTHEW HSIEH'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Matthew Hsieh, by counsel, provides its Statement of Material facts Not In Dispute in support of his Opposition to Consolidated Engineering Services, Inc.'s Motion For Summary Judgment against him. He incorporates by reference herein the Statement of Material facts Not In Dispute that he has filed in support of his Opposition to the defendants' Motion For Summary Judgment against him upon his Complaint as follows:

**MATERIAL FACTS NOT IN DISPUTE**

1. Matthew Hsieh adopts and incorporates by reference herein the entire Statement of Material Facts Not In Dispute that he filed in opposition to the defendants' Motion For Summary Judgment against him upon his Complaint.

                                         MATTHEW M. HSIEH
                                         By counsel

-2-

GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000


/s/ Robert B. Adams
_____
Robert B. Adams (DC Bar#: 189159)
Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2007, I served true and complete copies of the foregoing to all counsel of record.

/s/ Robert B. Adams

_____
Robert B. Adams