UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATALIE T. HSIEH, et al.,

        Plaintiffs,

v.                         Civil Action No: 1:06-cv-01218
                                            (CKK)

CONSOLIDATED ENGINEERING
SERVICES, INC., et. al.,

        Defendants.

**MATTHEW HSIEH'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS OPPOSITION TO CONSOLIDATED ENGINEERING SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT**

      Plaintiff Matthew Hsieh, by counsel, opposes the defendant Consolidated Engineering Services, Inc.'s Motion For Summary Judgment against him on its Counterclaim for indemnity and contribution. He adopts and incorporates by reference the Memorandum of Points and Authorities that he filed in support of his Opposition to the Defendants' Motion For Summary Judgment against him alleging that he was contributory negligent as a matter of law. It logically follows that, if he was not contributorily negligent as a matter of law so as to bar his own claim for damages, he was not negligent as a matter of law in causing the damages of which Natalie Hsieh complains herein.

      WHEREFORE, Matthew Hsieh respectfully requests that the Court deny the defendant Consolidated Engineering Services,

-2-

Inc.'s Motion For Summary Judgment seeking indemnification or contribution from him should Natalie Hsieh prevail in her claim against it herein.

                                                MATTHEW M. HSIEH
                                                By counsel

GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
(703) 761-5000


/s/ Robert B. Adams
_____
Robert B. Adams (D.C. Bar No. 189159)
Counsel for Plaintiffs


**CERTIFICATE OF SERVICE**

       I hereby certify that on this 8th day of November, 2007, I served true and complete copies of the foregoing via electronic filing on the following counsel of record:

Karen L. Melnik, Esq.
Assistant U.S. Attorney
555 4th Street, NW
Washington, DC

David D. Hudgins, Esq.
515 King Street, Suite 400
Alexandria, Virginia 22314

Mary Malloy Dimaio, Esq.
502 Washington Avenue, Suite 410
Towson, Maryland 21204

                                                /s/ Robert B. Adams
                                                _____
                                                Robert B. Adams