```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

NATALIE T. HSIEH, et al.,

        Plaintiffs.

v.                           Civil Action No: 1:06-cv-01218
                                     (CKK)

CONSOLIDATED ENGINEERING
SERVICES, INC., et. al.

        Defendants.

**ORDER**

UPON CONSIDERATION of the Defendant Consolidated Engineering Services, Inc.'s Motion For Summary Judgment against Plaintiff Matthew Hsieh upon its Counterclaim against him, and the submissions filed, along with the entire record herein; it is hereby

ORDERED that the Motion For Summary Judgment against Plaintiff Matthew Hsieh is DENIED.

                                              _____
                                              Colleen Kollar-Kotelly
                                              United States Judge

cc:

David D. Hudgins (DC Bar #: 362451)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, Virginia 22314

Karen L. Melnik (DC Bar #: 436452)
Assistant U.S. Attorney
555 4th Street, NW, Room E 4112
Washington, DC 20530

-2-

Robert B. Adams (DC Bar #: 189159)
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102

Mary Malloy Dimaio (DC Bar #: 464100)
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, Maryland 21204