

**EXHIBIT 7.01(f)(ii)**

## NOVATION AGREEMENT

DAY & ZIMMERMANN SERVICES, INC. ("Transferor"), a corporation duly organized and existing under the laws of Maryland with its principal office in Philadelphia, Pennsylvania; CONSOLIDATED ENGINEERING SERVICES, INC. ("Transferee"), a corporation duly organized and existing under the laws of Maryland with its principal office in Arlington, Virginia; and the UNITED STATES OF AMERICA ("Government") enter into this Agreement as of July 9, 2004.

(a) THE PARTIES AGREE TO THE FOLLOWING FACTS:

(1) The Government, represented by various Contracting Officers of the General Services Administration, has entered into a certain contract with the Transferor, namely: Facilities Support Services for the Heating, Operation and Transmission District (Contract Number: GS-11P-01-YMC0085 ("Contract"). The term "Contract" as used in this Agreement, means the above contract and related purchase orders, including all modifications to the Contract, made between the Government and the Transferor before the effective date of this Agreement (whether or not performance and payment have been completed and releases executed if the Government or the Transferor has any remaining rights, duties, or obligations under the Contract related purchase orders). Included in the term "Contract" are also all modifications made under the terms and conditions of the Contract and related purchase orders between the Government and the Transferee, on or after the effective date of this Agreement.

(2) Effective the date of the execution of this Agreement by all parties, the Transferor has transferred to the Transferee certain assets, including the Contract, of the Transferor ("Purchased Assets") by virtue of an Asset Purchase Agreement between the Transferor and the Transferee.

(3) The Transferee has acquired the Purchased Assets o the Transferor by virtue of the above transfer.

(4) The Transferee has assumed all obligations and liabilities of the Transferor under the Contract by virtue of the above transfer.

(5) The Transferee is in a position to fully perform all obligations that may exist under the Contract.

(6) It is consistent with the Government's interest to recognize the Transferee as the successor party to the Contract.

(7) Evidence of the above transfer has been filed with the Government.



(b) IN CONSIDERATION OF THESE FACTS, THE PARTIES AGREE THAT BY THIS AGREEMENT--

(1) The Transferor confirms the transfer to the Transferee, and waives any claims and rights against the Government that it now has or may have in the future in connection with the Contract.

(2) The Transferee agrees to be bound by and to perform the Contract in accordance with the conditions contained in the Contract. The Transferee also assumes all obligations and liabilities of, and all claims against, the Transferor under the Contract as if the Transferee were the original party to the Contract.

(3) The Transferee ratifies all previous actions taken by the Transferor with respect to the Contract, with the same force and effect as if the action had been taken by the Transferee.

(4) The Government recognizes the Transferee as the Transferor's successor in interest in and to the Contract. The Transferee by this Agreement becomes entitled to all rights, titles, and interests of the Transferor in and to the Contract as if the Transferee were the original party to the Contract. Following the effective date of this Agreement, the term "Contractor," as used in the Contract, shall refer to the Transferee.

(5) Except as expressly provided in this Agreement, nothing in it shall be construed as a waiver of any rights of the Government against the Transferor.

(6) All payments and reimbursements previously made by the Government to the Transferor, and all other previous actions taken by the Government under the Contract, shall be considered to have discharged those parts of the Government's obligations under the Contract. All payments and reimbursements made by the Government after the date of this Agreement in the name of or to the Transferor shall have the same force and effect as if made to the Transferee, and shall constitute a complete discharge of the Government's obligations under the Contract, to the extent of the amounts paid or reimbursed.

(7) The Transferor and the Transferee agree that the Government is not obligated to pay or reimburse either of them for, or otherwise give effect to, any costs, taxes, or other expenses, or any related increases, directly or indirectly arising out of or resulting from the transfer or this Agreement, other than those that the Government in the absence of this transfer or Agreement would have been obligated to pay or reimburse under the terms of the Contract.

(8) The Transferor guarantees payment of all liabilities and the performance of all obligations that the Transferee (i) assumes under this Agreement or (ii) may undertake in the future should the Contract be modified under their terms and conditions. The Transferor waives notice of, and consents to, any such future modifications.

(9) The Contract shall remain in full force and effect, except as modified by this Agreement. Each party has executed this Agreement as of the day and year first above written.

UNITED STATES OF AMERICA,
By _Michael Wrobel_ _8/5/04_
Title _Contracting Officer_


DAY & ZIMMERMANN SERVICES, INC.,
By _____
Title _President_

[CORPORATE SEAL]


CONSOLIDATED ENGINEERING SERVICES, INC.

By _____
Title _President_

[CORPORATE SEAL]

Certificate

I, Gregory S. Hill, certify that I am the Secretary of DAY & ZIMMERMANN SERVICES, INC.; that Lawrence Ames, who signed this Agreement for this corporation, was then President of this corporation; and that this Agreement was duly signed for and on behalf of this corporation by authority of its governing body and within the scope of its corporate powers. Witness my hand and the seal of this corporation this 14th day of July, 2004.

By _Gregory S. Hill_
[corporate seal]

Certificate

I, _Philip D. Sayers_, certify that I am the Secretary of CONSOLIDATED ENGINEERING SERVICES, INC.; that _Johnna S. Spera_, who signed this Agreement for this corporation, was then _President_ of this corporation; and that this Agreement was duly signed for and on behalf of this corporation by authority of its governing body and within the scope of its corporate powers. Witness my hand and the seal of this corporation this _12th_ day of _July_, 2004.

By _____
[corporate seal]