```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

-------------------------------x
NATALIE T. HSIEH et al.,       :
                               :
     Plaintiffs,               :
                               :
     v.                        : No. 1:06-CV-01218
                               :
UNITED STATES OF AMERICA       :
et al.,                        :
                               :
     Defendants.               :
-------------------------------x
CONSOLIDATED ENGINEERING       :
SERVICES, INC.,                :
                               :
     Third-Party Plaintiff,    :
                               :
     v.                        :
                               :
DAY & ZIMMERMAN SERVICES,      :
INC.,                          :
                               :
     Third-Party Defendant.    :
-------------------------------x
```

                              Alexandria, Virginia

                              Thursday, October 18, 2007

Deposition of

            DANIEL W. MCDONALD

a witness, called for examination by counsel for

Third-Party Plaintiff, pursuant to notice and

agreement of counsel, beginning at approximately

3:03 p.m., at the offices of Hudgins Law Firm, 515

EXHIBIT M

1  time we basically did -- GSA had come up with
2  their own automated work order system and
3  basically they used their work order system to
4  assign us work and which is opposed to the mission
5  orders that we thought we had when we bid on the
6  contract. So we really did what GSA told us.
7      Q   Mission orders; what's that?
8      A   Mission orders go maintain and repair it
9  and let the contractor figure out how to do it in
10 the best way and most economical way.
11     What they said is you go and replace
12 valve 123 and then you check valve '87 and then
13 you pump out this manhole.
14     So we really weren't -- we weren't given
15 basically work management responsibility as we had
16 thought.
17     Q   So Day & Zimmerman Services went into
18 the contract thinking it would have work
19 management?
20     A   We did. We thought we would have work
21 management and we thought that the part of the
22 tunnel we'd seen on the site visit was

1  representative of the entire tunnel and that
2  improved not -- both of them proved to be
3  incorrect.
4      Q    But you had said that before the
5  contract was finalized that GSA made some changes?
6      A    No.  It was after the contract was
7  awarded.  I became involved as well as my vice
8  president of operations in negotiating with GSA.
9  We basically said that you gave us this contract
10 but we can't do it under these conditions.
11          And so we did negotiate a change order
12 to have the -- all the scrap metal and junk
13 cleaned out.  They were able to obtain funds for
14 50 percent of the tunnel as they promised us they
15 would give us the rest of the funds the following
16 year.
17      Q    A couple of minutes ago you mentioned
18 the specific orders that were given to you by GSA.
19 What did you call those?
20      A    Well, basically they're work orders to
21 tell us what to do.
22      Q    Did Day & Zimmerman Services do any work