COPY

1                    UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLUMBIA

3

4    - - - - - - - - - - - - - - - - -x

5    NATALIE HSIEH, et al                    :

6                    Plaintiff               :

7        vs.                                 :

8    CONSOLIDATED ENGINEERING                :

9    SERVICES, INC.                          :

10                   Defendant               :

11   - - - - - - - - - - - - - - - - -x

12

13                                    Washington, D.C.

14                                    Tuesday, April 24, 2007

15

16

17   Deposition of:

18                    LARRY D. SMITH

19   the Deponent, called for examination by counsel for the

20   Defendants, pursuant to notice and agreement as to time and

21   place, at 501 3rd Street, N.W., Washington, D.C., before

22   Andy Vogel, a Notary Public in and for the District of

23   Columbia.

24

25

FREE STATE REPORTING, INC.
Court Reporting    Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947



EXHIBIT

N

1      Q.   Okay.  Under Number 2 you indicate that the owner of

2   the steam distribution system was responsible for inspection

3   and maintenance that would have discovered the deficiency

4   prior to the incident in question.  You came to that

5   conclusion on February the 2nd after having spoke to Mr. Adams

6   and reviewed the documents that you have listed here in your

7   report?

8      A.   Yes.

9      Q.   What in the documents suggests that there was a

10  failure to inspect and/or maintain such that this problem

11  would have been discovered prior to the incident?

12     A.   There's nothing that says they failed to.  It's just

13  based on the contract they're required to do maintenance and

14  inspections to determine any problems with the system.

15     Q.   Did you have a copy of the contract at this time?

16     A.   Yes, I did.

17     Q.   And you reviewed that?

18     A.   Yes.  And the contract essentially provides that

19  there's a 30 day inspection requirement for the system,

20  correct?

21     A.   Right.

22     Q.   And if this particular problem had occurred on Day

23  15 after the last inspection, it's reasonable to conclude that

24  they wouldn't have discovered it until 15 days later at

25  another inspection, correct?

1       A.    That's possible, yes.

2       Q.    Number 3, you have based on contractual obligations,

3   Consolidated Engineering was responsible for the performance

4   of the inspection and maintenance program on the system and

5   was negligent in identifying the deficiencies.  Was that just

6   a conclusion you derived because there was a weld that needed

7   to be repaired and you assumed that since there was a breach

8   in the -- either the valves or the pipe that someone should

9   have known about it?

10      A.    It should have been discovered.

11      Q.    Well, breaches in welds can occur spontaneously,

12  can't they?

13      A.    Normally on a catastrophic failure they might, yes.

14      Q.    All right.  A small breach in a line or weld on Day

15  1 may not be there, but Day 2 may be there, correct?

16      A.    Correct.

17      Q.    And on Day 3, Day 4, Day 5 it may not get any worse.

18  It will just remain as a small breach in the line, correct?

19  My question --

20      A.    Possibly.

21      Q.    My question is does every breach in the line get

22  worse on each consecutive day or over short periods of time?

23      A.    Well, that crack will grow if it's being used, yes.

24  It will incur additional stresses that will radiate out and

25  cause the crack to grow.

1   would have discovered this.

2       Q.    What do you mean by a proper maintenance and

3   inspection system?

4       A.    Based on the problems they were having with this

5   pipe and the flooding, increased inspections should have been

6   done and additional NDE examinations should have been done

7   because of the corrosive environment that this pipe was

8   seeing, and if erosion was a possibility because of the steam

9   going through there, they should have an erosion/corrosion

10  program that would identify areas where the steam was

11  impinging on the pipe and may cause thinness of the piping and

12  eventually a leak.

13      Q.    And how frequently or on what periodic basis would

14  these so-called increased inspections be necessary or

15  required?

16      A.    It depends on the severity of the situation.  If

17  this -- submerged in water, then it should have had additional

18  NDE.  Besides the visual, they should have had maybe magnetic

19  or ultrasonic or radiography testing done to see if there were

20  any cracks that were initiated but not had reached the

21  system up the wall, yes.

22      Q.    So is it your opinion that every manhole in the

23  system, which may be somewhere upward to, what a hundred

24  manholes, who gathered water where the system could have been

25  compromised by either corrosion because of the water system in

1    there should have had an NDE with all sorts of testing and

2    metallurgy analysis done on all the pipes in this system?

3         MR. OBITTS:  Objection.  Object to -- the number of

4    manholes that there are.

5         BY MR. HICKEY:

6    Q.   Yeah, whatever number of manholes.

7    A.   Yes, they should.  If it's going to be possibly a --

8    if public safety is in question, then yes, it should be done.

9    Q.   And to your knowledge have you reviewed any

10   documents which indicated that a similar type of failure such

11   as occurred in Manhole 42 had occurred prior to September

12   11th, 2004 anywhere in the system?

13   A.   No, I haven't seen any reports like that.

14   Q.   So neither CES, the maintenance contractor, nor the

15   owner of the system, GSA, was on notice that this potential

16   problem could occur because of the circumstances that you just

17   related, is that true?

18   A.   I have no idea.  I never got the reports from each

19   manhole or steam --

20   Q.   But you don't know of any?

21   A.   No, I have not seen any.

22   Q.   So are you of the opinion that -- with respect to

23   this particular incident that occurred on November 11th, 2004

24   --

25        MS. MELNIK:  September.

1              BY MR. HICKEY:

2       Q.   Sure.  I'll rephrase it.  Is there anything in the

3    contract that requires CES to initiate these sorts of

4    inspections or recommend these sorts of inspections be done

5    where GSA is already knowledgeable of the conditions that are

6    existing in the manhole, i.e, namely the filling up with water

7    in --

8       A.   The contract requires them to use certain codes in

9    the performance of the contract, and one of them is ASME 31.1

10   which talks about performing those non-destructive

11   examinations.

12      Q.   But they can't perform a non-destructive examination

13   without a directive from GSA, do you agree with that?

14      A.   If their cost of it is more than a certain amount, I

15   believe, then yes, they need to have approval.

16      Q.   Yeah.  Let me -- if the examination costs more than

17   a thousand dollars, they need to have the authorization and

18   directive from GSA to do that, correct?

19      A.   From what I understand from the contract, that's

20   correct.

21      Q.   And notwithstanding their -- the obligation to meet

22   code is GSA's obligation, is it not?

23      A.   It's also their obligation, yes.

24      Q.   But it's primarily their obligation, is it not?

25           MR. OBITTS:  Objection to the form, but go ahead.

1    A.    It allowed steam to vent directly up through the

2    grate onto the walkway, the sidewalk.

3    Q.    So anytime a steam distribution system allows steam

4    to come up through the grate it's designed incorrectly or

5    improperly?

6    A.    As it occurred on September 11th, 2004, a failure

7    such as that, steam that's that hot should not be coming up

8    directly through the grate.

9    Q.    All right.  But steam or vapors coming up through

10   the grate is not a failure of design?

11   A.    Vapors, no.

12   Q.    And the innocuous vapors that don't burn the skin

13   are not subject to incorrect design or construction, is that

14   correct?

15   A.    That's correct.

16   Q.    So it's only the situation where injury results from

17   steam being released up through the grate that the system is

18   improperly designed or constructed, is that correct?

19   A.    Correct.

20   Q.    Now about the construction or the design in this

21   case could have been different or changed such that it would

22   not have allowed or prevented such -- or would have prevented

23   the release of steam at such high temperatures through the

24   grate?

25   A.    Could have used steel plates to make it a more

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

1   tortuous path for the steam to get out through the manhole
2   which would give it time to release a lot of its energy, could
3   have had a steam enclosure around the affected area that are
4   possibly -- most susceptible of failing, which is welds or
5   bends in the pipe, could have had a steel door at the bottom
6   of the manhole that would prevent any of the steam and just
7   have small vents to allow air or the vapors to escape so they
8   don't build up pressure inside the vault.
9       Q.   And these are design issues, correct, in other
10  words, configuration of the manhole?
11      A.   Configurational.  Right, that's correct.
12      Q.   And in order to satisfy that kind of requirement,
13  every manhole would have to be reconstructed or at least from
14  what you know about the system, is that true?  None of the
15  manholes had what you talked about, is that correct?
16      A.   Not that I'm aware of.  I don't know.
17      Q.   Particularly Manhole 42 doesn't have that, right?
18      A.   Evidently not.
19      Q.   Do you know what the cost of that would be offhand?
20      A.   No, I do not.
21      Q.   Simply because steam is released either through a
22  failure of a weld or breach in the piping system or for
23  whatever other reason it escapes and reaches the surface level
24  where pedestrians are located, simply because that occurs, is
25  it your opinion that that is evidence of negligence?

1  the cause of the buildup of the water as you sit here today?

2      A.   No.  I never went in the manhole.  I don't know

3  what's around the manhole, constructed around it --

4  infiltrating into the hole.

5      Q.   Number 11, that there were no long term

6  repair/design changes to address the issue of water flooding

7  in the manholes.  What long term repairs or design changes did

8  you have in mind when you wrote that?

9      A.   The installation of water level alarms that would

10  let them know when water is approaching the steam pipes,

11  installation of sump pumps in the vaults, waterproofing the

12  vaults, sealing them up.  They're all listed on page 10 in the

13  first full paragraph.  Those are the three I listed in there.

14      Q.   On 12 it's your opinion that the water that built up

15  in Manhole 42 was not solely from a crack in the steam pipe?

16      A.   Yes, sir.

17      Q.   What do you base that on?

18      A.   Based on Mr. Zucker and also the dimensions given in

19  one of the depositions concluded that approximately 1,200

20  cubic feet of water was collected in the manhole, which would

21  come out to about 9,000 gallons of water, and with the steam

22  able to vent through the manhole, it wouldn't all vent.  There

23  would have to be a huge steam rupture to provide that much

24  water to condense in two days.

25      Q.   What is your opinion as to what actually happened in