

RTI Group, LLC
FORENSIC ENGINEERING SINCE 1975

# NATALIE T. HSEIH, ET AL. V. UNITED STATES OF AMERICA, ET AL. V. CONSOLIDATED ENGINEERING SERVICES, INC., ET AL. V. DAY & ZIMMERMANN SERVICES, INC.

**RTI Matter No. 500105.UT001**
**May 4, 2007**

*Prepared and Submitted By:*

John L. Edler, P.E.
Senior Mechanical Engineer

Robert Pond, Jr., Ph.D.
Senior Metallurgist and Material Scientist

Joseph R. Reynolds, P.E., MEWI
Principal Forensic Engineer

910 Bestgate Road
Suite E
Annapolis, MD 21401

410.571.0712 tele
866.327.1165 toll free
410.571.0713 fax

www.rtiforensics.com
moreinfo@rtiforensics.com

Natalie T. Hseih v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.: 500105.UT001 - May 4, 2007

# TABLE OF CONTENTS

Page No.

1.0  INTRODUCTION  .    .    .    .    .    .    1

2.0  BACKGROUND  .    .    .    .    .    .    3

3.0  INVESTIGATION .    .    .    .    .    .    5

   3.1  *Document Review*  .    .    .    .    .    5

   3.2  *Site Inspection*    .    .    .    .    .    9

   3.3  *Water Hammer*    .    .    .    .    .    20

   3.4  *Expert Witness Reports*    .    .    .    .    21

   3.5  *Accumulation of Water in Manhole* .    .    .    21

   3.6  *CESI's Maintenance Obligations*    .    .    .    24

   3.7  *Manhole Number 42 Work Orders*  .    .    .    27

   3.8  *Accident Information*.    .    .    .    .    28

   3.9  *Application Code Information*    .    .    .    29

4.0  ANALYSIS .    .    .    .    .    .    .    31

5.0  CONCLUSIONS  .    .    .    .    .    .    36

*i*

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007

## 1.0  INTRODUCTION

On September 11, 2004 Dr. Matthew M. Hsieh was sightseeing with his three year old daughter who was in a stroller at the corner of 10th Street and Pennsylvania Avenue, N.W. adjacent to the Hoover Building in Washington DC. While over a grate in the outer planter barrier area of the sidewalk at the curb on 19th Street, Natalie Hsieh allegedly was burned when she came in contact with a stream of hot vaporous material coming from the grate. At the same time, Dr. Hsieh was also allegedly injured by the same vapors. The incident occurred at what is denoted as manhole number 42. Manhole 42 is an underground vault that is a part of a District Heating System that is operated by the General Services Administration (GSA) through its National Capital Region Division.

RTI Group, LLC (RTI) was retained on February 7, 2007 to investigate the source of vaporous steam at manhole No. 42 along with its causal factors.  RTI was also requested to investigate the practices and restrictions contained in the maintenance requirements of the contract between GSA and Consolidated Engineering Services, Inc. (CESI).

John L. Edler, PE; Robert B. Pond, Jr., PHD; and Joseph R. Reynolds, PE worked as the RTI team to conduct the investigation and reach the conclusions presented in this report.

John L. Edler, PE is a licensed professional engineer and holds the position of Consulting Senior Mechanical Engineer with RTI Group, LLC.

Robert B. Pond, Jr., PHD is a professor of Engineering with specialization in metallurgy and materials science, and he is the Chairman of the Department of Engineering Science at Loyola College in Maryland. He holds the position of Consulting Senior Metallurgist and Material Scientist with the RTI Group, LLC.

1

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007

Joseph R. Reynolds, PE is a licensed professional engineer, and holds the position of Principal Engineer with the RTI Group, LLC. Mr. Reynolds is the team lead investigator for RTI for this project.

RTI was instructed to review the past and on-going maintenance activities, and to specifically investigate any real or potential failures of the equipment within manhole number 42 that could have caused the release of the vaporous material.

The independent investigation conducted by RTI included, but was not limited to a review of available documents, interviews, available photos, maintenance work orders and a site visit to inspect manhole 42 on May 1, 2007.

2

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007

## 2.0 BACKGROUND

The General Services Administration (GSA), through its National Capital Region, operates the District Heating System called the Heating, Operation and Transmission District (HOTD) Steam Distribution Complex (SDC). The SDC consists of 7 miles of tunnels and 5 miles of direct buried pipeline supplying 250-psi (pounds per square inch) steam at a saturation temperature of 406 degrees Fahrenheit to approximately 100 buildings and monuments in downtown Washington, DC.

The District Heating System has been in operation since the 1930's. The system was operated continuously by GSA / Government personnel until approximately February 1, 2002. During this extended period, GSA was the primary maintenance contractor.

Day & Zimmermann Services Inc. was the first outside contractor to be hired to provide maintenance through a long-term maintenance contract starting in February, 2002. Mr. M. Wrobel, GSA's Contracting Officer (CO) signed the contract on January 22, 2002. On September 1, 2004, through a Novation Agreement, Consolidated Engineering Services Inc. (CESI) replaced Day and Zimmermann as the primary maintenance contractor. The contract began 10 days before the Hsieh accident.

CESI provides a relatively small work force, approximately ten people, to meet the terms of their contract.

The SDC System was constructed about 75 years ago with two 18 inch or 20 inch carbon steel steam lines and one 8 inch or 10 inch low pressure pumped condensate return line. In addition to the piping, there are 700 expansion joints, more than 60 manholes, 350 steam traps, 2600 pressure regulating valves or isolation valves, 38 sump pumps, intake / exhaust fans and lighting fixtures.

3

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.: 500105.UT001  -  May 4, 2007

The steam system can be fed from either the local Central Heating Plant or the West Heating Plant. The latter is the emergency back-up plant.

As described in the GSA Contract with CESI, much of the directly buried pipelines appear to be in poor condition due to exposure to a corrosive environment without a cathodic protection system to reduce the rate of corrosion.

The overall condition of the HOTD District Heating System has degraded over the extensive years of operation with minimal maintenance and the lack of major maintenance, or capital improvements. The system's current condition has been evolving over many decades of operation. The overall condition was not created after Day & Zimmermann or CESI were contracted. Repairs and replacements that are needed in this system are extensive, very expensive, and would markedly interrupt service. GSA has not supported extensive repairs and replacements.

Water intrusion into tunnels and manholes is endemic, and has been for a significant period of time. The primary sources of water are thought to be District of Columbia Water and Sewer Authority (WASA) water system leaks, ground water, and flooding due to precipitation. CESI, the current maintenance contractor, is pressed to keep up with dewatering or pumping out the manholes. The water removal, identification of cause of water ingress, and elimination of causes of water ingress into the steam system exceed the scope of CESI's contract.

Most, if not all, manholes generally have water in them at any given time. Only a few inches of water in a hot humid manhole will promote corrosive conditions. The steam piping in the manhole in question, No. 42, is now often submerged and requires pumping two days a week.

Natalie T. Hseih v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.: 500105.UT001  -  May 4, 2007

rti

## 3.0    INVESTIGATION

The investigation consisted of a review and analysis of file materials and documents provided to and researched by RTI; as well as, an incident scene inspection on May 1, 2007.

### 3.1 Documentation Review

The following documents and materials were reviewed:

1.    First Amended Complaint.

2.    Second Amended Complaint.

3.    Answer to Plaintiffs' Second Amended Complaint.

4.    Federal Defendants' Answer to Second Amended Complaint.

5.    Defendant/Third-Party Plaintiff Consolidated Engineering Services, Inc.'s Third-Party Complaint.

6.    Defendant/Third-Party Plaintiff Consolidated Engineering Services, Inc.'s Answer to Federal Defendants' Cross-Claim.

7.    Defendant/Counter Plaintiff, Consolidated Engineering Services, Inc.' Opposition to Plaintiffs' Motion to Dismiss Counterclaim.

8.    Federal Defendants' Answer to Cross Claim.

9.    Defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss Counts VII & VIII of First Amended Complaint.

10.    Plaintiffs' Motion to Dismiss Counterclaim Filed by Defendant Consolidated Engineering Services, Inc.

11.    Federal Defendant's Motion to Dismiss, or Alternatively for Summary Judgment.

12.    Consent Motion of Partial Dismissal.

13.    Federal Defendant's Response to Plaintiffs' Third request for production of Documents & Things.

14.    Letter of Transmittal from Robert M. Gittins, dated March 23, 2007 - MH 42 Work Orders, Bates Stamped 000100 thru 000410.

Natalie T. Hseih v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.: 500105.UT001  -  May 4, 2007

15. Letter of Transmittal from Robert M. Gittins, dated March 23, 2007 – MH 41 Work Orders, Bates Stamped 000100 thru 000497.

16. Letter from Robert M. Gittins, March 28, 2007, GSA/CES Contract Analysis; deposition exhibits #1, #2, #3, #4, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #17, #18, #19, #20, #21, #22, #23.

17. Two Data CD's: Green Book Folder 1-Contents; Folder 2-Tunnels; Folder 3-Buildings; Folder 4-Electrical; Folder 5-Index.

18. Email Attachment, March 28, 2007: Contract.doc

19. Email Attachment, March 28, 2007: Contract GS11P01YMC0085 082704.pdf.

20. Email Attachment, March 28, 2007: Contract GS11p02YMC0085 082704.pdf.

21. Email Attachment, March 28, 2007: DC Steam Tunnel Drawings.pdf.

22. Email Attachment, March 28, 2007: Instrument of Assumption (Exhibit 2.02(a)) 083004.

23. Email Attachment, March 28, 2007: Novation Agreement (Exhibit 7.01 (f) (ii) 070904.

24. Email Attachment, March 28, 2007: Steam Distribution Tunnel Contact Information 121305.pdf.

25. Email Attachment, March 28, 2007: 2002 GSA RFP Technical Matrix Mar 2 – Feb 03.doc

26. Email Attachment, March 28, 2007: 2003 Revised M & R Spec showing changes.doc.

27. Email Attachment, March 28, 2007: 2003 Revised M & R Spec with changes accepted.doc

28. Email Attachment, March 28, 2007: 2004 New M & R Spec showing changes.doc

29. Email Attachment, March 28, 2007: 2004 New M & R Spec with changes accepted.doc.

30. Email Attachment, March 30, 2007: 2CESI 2005 New M&R Spec OPT YR 3 final with changes shown.

6

Natalie T. Hseih v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.: 500105.UT001 - May 4, 2007

31. Email Attachment, March 30, 2007:  2005 CESI New M&R Spec Opt YR 3 final 1 March 05 – 28 Feb 06.

32. Email Attachment, March 30, 2007: CESI 2003 Revised M&R Spec with changes accepted.

33. Email Attachment, March 30, 2007: CESI 2002 GSA RFP Technical Matrix Mar 02 – Feb 03.

34. Email Attachment, March 30, 2007: CESI 2003 Revised M&R Spec showing changes.

35. Email Attachment, March 30, 2007: CESI 2004 New M&R Spec showing changes.

36. Email Attachment, March 30, 2007:  CESI 2004 New M&R Spec with changes accepted.

37. Email Attachment, March 30, 2007: CESI 2006 M&R Spec Option Year 4.

38. Email Attachment, April 3, 2007:  Extract from the 2004 version of contract found in "Part I – Section C Description/Specifications/Work Statement".

39. Letter from Robert M. Gittins, April 12, 2007, Plaintiff's Rule 26 (a) (2) (B) Statement; expert report from CED Accident Analysis, Inc. signed by Larry D. Smith and William H. Daley dated February 2, 2007; IPEC Engineering Report on Escaping Steam, April 9, 2007.

40. Two (2) Letters from Bishop Enterprises, Parkville, MD to Mr. Robert Adams, Esq., Gammon & Grange, P.C., both dated February 2, 2007.

41. Three (3) Letters from Chesapeake Engineering & Design to Robert B. Adams, Gammon & Granger, P.C., dated February 2, 2007, March 29, 2007, and April 23, 2007.

42. Drawings: three (3) buildings 1 47-50.

43. Government Expert's Report – IPEC Job No.: 10703008DC, Prepared By: Edwin Zucker, P.E., April 9, 2007.

44. Deposition of John D. Bright, March 27, 2007.

45. Deposition of Officer Louis Burton, March 29, 2007.

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007

46.  Deposition of James Cherry, April 19, 2007.

47.  Deposition of Matthew Hsieh, April 3, 2007.

48.  Deposition of Joel H. Klotz, March 27, 2007.

49.  Deposition of Richard Matkins, March 29, 2007.

50.  Deposition of Andre Peck, April 19, 2007.

51.  Deposition of Harry Washington, March 29, 2007.

52.  Deposition of Ronald Welker, April 129, 2007.

53.  Deposition of Greg Westphal, March 27, 2007.

54.  Work Order # Y02002995, Manhole #42 at 10th & Pennsylvania, Date Issued 07/23/02,
     Bates Stamp 000144.

55.  Work Order # Y02002355, Manhole # 42 at 10th & Pennsylvania, Date Issued 08/29/02,
     Bates Stamp 000136.

56.  Work Order # Y02002591, Manhole #42 at 10th & Pennsylvania, Date Issued 10/17/02,
     Bates Stamp 000140.

57.  Work Order #Y04000154, Manhole #42 at 10th & Pennsylvania, Date Issued 01/16/04,
     Bates Stamp 000147.

58.  Work Order # Y04000987, Manhole #42 at 10th & Pennsylvania, Date Issued 03/31/04,
     Bates Stamp 000149.

59.  Work Order # Y04001463, Manhole #42 at 10th & Pennsylvania, Date Issued 08/27/04.

60.  Work Order # Y04001500, Manhole #42 at 10th & Pennsylvania Date Issued 09/01/04.

61.  Work Order # (blank), Manhole #42 at 10th & Pennsylvania, Date Issued 09/09/04,
     Bates Stamp 000169.

8

Natalie T. Hseih v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.: 500105.UT001 - May 4, 2007

rti

62.    Work Order # Y04001535, Manhole #42 at 10th & Pennsylvania Date Issued 09/11/04.

63.    Work Order # Y04001535, Manhole #42 at 10th & Pennsylvania, Date Issued 09/13/04,
       Bates Stamp 000204.

## 3.2 Site Inspection

On May 1, 2007, RTI's Joe Reynolds and John Edler visited the site of the Hsieh September 11, 2004 incident, and manhole 42 at 10th and Pennsylvania Avenue, NW, Washington, DC. They were escorted by three CESI employees. They were John Bryan – Project Manager, Andre Peck – Steam Fitter / Pipe Fitter, John Fort – Mechanic.



Photo No. 1 – At Manhole 42 View to South on 10th Street at Pennsylvania Ave, NW

9

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007

CESI had prepared the manhole for inspection by removing a steam chimney that had been in operation, and pumped out several inches of water. An air horn / fan was inserted to provide cooling air to the vault. An employee of CESI said that he recently had been pumping out the manhole twice a week to keep the water from reaching the level of the main steam line.



Photo No. 2 – At Corner Post on 10th Street and Pennsylvania Ave, NW Toward Manhole 42 and Hoover Building to Right.

10

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007



Photo No. 3 – Outer Planter Barrier Area at Curb on 10th Street toward Manhole 42 at Workmen.

The manhole entrance to the vault extended 5 to 6 feet below the level of the sidewalk. The vault was approximately 10 by 12 feet, and the height was approximately 6 feet.

11

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007



Photo No. 4 – Manhole 42 in Outer Planter Barrier Area.

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007

Upon entry, a general advanced level of corrosion was visible on all un-insulated pipe surfaces, as well as piping supports and guides. A water level mark or stain was visible approximately 2 ½ feet above the vault's floor, about the same height as the lower surface of the main steam pipe. The steam and condensate line were still fully covered by insulating blankets.

It was clear that, in the past, an effort had been made to repair the poured concrete sidewalls. Some of the repaired areas were again failing, and cracking, with some of the concrete patch material falling to the floor.



Photo No. 5 – Manhole 42 Vault Wall with Extensive Cracking and Loss of Cover Seal Coating.

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007

rti

A few of the concrete foundations, that support equipment in manhole 42, were badly in need of repair. The foundation that supports the steam line to the Hoover Building showed severe cracking with loss of concrete on top of the foundation.



Photo No. 6 – Fractured Steam Line Foundation for Pipe Support to Hoover Building.

14

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007



Photo No. 7 – Closer View of Fracture in Steam Line Foundation Possibly Due to Water Hammer.

There were a few minor steam leaks, primarily in drain lines and steam trap lines, that were not hazardous. There was also a minor leak on a ball type expansion joint in the steam line to the Hoover Building.

15

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007



Photo No. 8 – Steam Line on Fractured Foundation in Photos 6 and 7.   Note Steam Leak at Ball Joint in Center of Photo.

16

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007



Photo No. 9 – Manhole 42 Vault Wall with Failed Patch at Pipe Penetration.

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007



Photo No. 10 – Extreme Corrosion on Expansions Joint at Vault Wall. Note the Persistent "Water Line" on Wall at Corner at Bottom of Pipe.

There was no sump pump or electric service in the vault at manhole 42.

18

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007

During the visit to manhole 42, manhole 41which is farther south on 10th Street was inspected from the street / sidewalk levels. There were two steam chimneys over the two manhole 41 grates. A low amount of steam vapor was discharging from both chimneys. No entry was made to manhole 41. It was also observed that steam vapor was being emitted from manhole 40 south of manhole 41. A noticeable drop in grade occurs on 19th Street from manhole 42 to 41 and 40.



Photo No. 11 – Steam Chimneys on Manhole 41.

Natalie T. Hseih  v. United States of America v. Consolidated Engineering Services, Inc. v. Day & Zimmermann Services, Inc.

RTI Matter No.:  500105.UT001  -  May 4, 2007