# CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS

800.466.1090
www.ced-aai.com

April 23, 2007

Robert B. Adams
Attorney at Law
Gammon & Grange, P.C.
Seventh Floor
8280 Greensboro Drive
McLean, Virginia 22102-3807

**Reference:**
Hsieh v. Consolidated Engineering Services, Inc., et al
CED/AAI Case No. 6666.1

Dear Mr. Adams:

CED/Accident Analysis, Inc. (CED/AAI) was asked to investigate an accident involving severe burn injuries originating from a steam line under a roadway. This is a supplemental report based on additional information received since the initial report.

## Background

On September 11, 2004, Mr. Matthew Hsieh was pushing his daughter, Miss Natalie Hsieh, in a stroller on the sidewalk near 10th Street and Pennsylvania Avenue in Washington, D.C. While passing over a grate, Mr. Hsieh and his daughter suffered burns.

| New England Region | Mid Atlantic Region | Western Region | Southern Region | |
|---|---|---|---|---|
| 88 Trap Falls Road | 2444 Holly Avenue | 20033 Detroit Road | 609 SE Central Parkway | 6900 Southpoint Drive, North |
| Shelton, Connecticut 06484 | Annapolis, Maryland 21401 | North Ridge Annex, Suite E | Stuart, Florida 34994 | Suite 230 |
| Tel: 203.929.1339 | Tel: 410.224.4235 | Cleveland, Ohio 44116 | Tel: 772.781.3900 | Jacksonville, Florida 32216 |
| Fax: 203.929.1534 | Fax: 410.841.6605 | Tel: 440.356.6195 | Fax: 772.781.3949 | Tel: 904.281.7935 |
| | | Fax: 440.356.6205 | | Fax: 904.281.7936 |

**Document Review**

CED/AAI reviewed the following additional documents since the initial report:

- American National Standard Institute (ANSI) B31.1, "Power Piping", 2004 edition.
- Expert report of Edwin Zucker, P.E., dated April 9, 2007.
- Deposition transcript of John D. Bright, March 27, 2007.
- Deposition transcript of Joel H. Klotz, March 27, 2007.
- Deposition transcript of Greg Westphal, March 27, 2007.
- Deposition transcript of Harry Washington, March 29, 2007.
- Deposition transcript of Richard Matkins, March 29, 2007.
- Deposition transcript of Officer Louis Burton, March 29, 2007.

**Review of Documents**

Expert report of Edwin Zucker, P.E.:

- Conclusion – "The cause of the burn injuries cited in ¶ 1.1 was exposure to a steam –air mixture or vapor. The source of the steam was from within MH 42" (Zucker report – page 4).
- Conclusion – "The escaping steam originated from a penetrating crack in or near a weld in a steam drain line fitting below the main steam line within MH 42" (Zucker report – page 4).
- "I have been informed by Client, (Karen Melnik) that CES's management has asserted that upon CES's arrival at the accident site on September 11, 2004, the water height within the MH 42 was at the lower level of the manhole opening" (Zucker report – page 6).
- "I conclude that the steam leak from the drain pipe cited in ¶ 5.12 was from a significant crack in the pipe in or near the weld

identified by GSA. The basis for this conclusion resides in the attribution of the loud noise cited in ¶ 5.11 to high pressure high velocity escaping steam, and the large volume of water (i.e. condensed steam), approximately 1200 cubic feet calculated to have collected in MH 42, between September 9 and 11, 2004 (see ¶ 5.9 and ¶ 5.10)" (Zucker report – page 8).

- "The air-steam vapor cited in ¶ 5.17 is deduced to be between 140F and 150F[5] from the lack of greater burn injury severity than reported in [6.19]" (Zucker report – page 9).

Deposition transcript of John D. Bright:
- Employed with General Services Administration (GSA) since 1982.
- Considers water leaking into the manholes a problem – "Water leaks in, gets up on the pipe, and causes steam to come out of the hole" (Bright deposition – page 9).
- Aware of other people being burnt by steam coming out of the manholes – more than once.
- Steam line 6 to 7 feet below street level.
- Consolidated Engineering Services, Inc. (CESI) told him – "That there was a great deal of steam coming out of manhole 42, and we needed to isolate the line to figure out the cause" (Bright deposition – page 17).
- Inspection and de-watering of the manholes something CESI did on their own.
- More common to have water accumulate in a manhole, come in contact with steam piping and result in steam emanating from the manhole than a defective valve producing the same effect.
- Water is leaking into the system – continuous problem.

- Water is not condensate – it's either city water or leakage from standing water around.
- Asked if routine inspections of the manhole were completed every month – "No. People are out there all the time" (Bright deposition – page 43).
- "We've always had water leaking into our system" (Bright deposition – page 48).
- CESI responsible for pumping out manholes.

Deposition transcript of Joel H. Klotz:
- GSA employee.
- Contractor responsibilities - "My recollection is that they were responsible to perform the preventative maintenance and the inspections and the housekeeping and the repairs, and there was a certain threshold that the repairs were part of the base work of the contract, and then there was, I believe the instructions in there that if it got above that level, they're supposed to come back and have a negotiation about the price, based on some unit prices, and above that, there's even possibility. Negotiating other work too, but they're supposed to identify the work that needs to get done, do the work, and be subject to inspection" (Klotz deposition – page 10).
- "My recollection is that there have been problems with water leaking into various places at various times" (Klotz deposition – page 14).
- "Water, the worst thing is if water gets - - the very worst thing is if water gets deep in a manhole and essentially a tunnel, and if the sump pump fails, let's say there's a power outage, and the water gets deep, and it gets up to the level of the steam pipe, and the

hot pipe boils the water. Then you get all this vapor, hot vapor in the tunnel or manhole, and that's very bad" (Klotz deposition – page 15).

- Other causes of steam release – "Leaks at equipment that's in the piping or the trap connections and so forth. There's different or maybe a valve open, and there's steam blowing out the trap valve, but just, generalize a hundred percent, but pretty much generally all those kind of things are so much more minor because it's the kind of thing where even a person in the tunnel, one of our people, myself, you could walk right past it and very rarely actually get hurt by walking right past it 'cause it's just steam blowing down. You can avoid the steam and walk over it. The amount that gets to the street would be very little, just like a little vapor coming up, and it would be cooled down. The thing I told you before this rare case of when there's actually a flood that gets to the pipe and heats up, and it's boiling, that's a lot different" (Klotz deposition – pages 18-19).

- Q: "Was it a regular part of events during the course of your time in working with the steam distribution complex water, when it accumulated in the tunnels, was pumped out?"
  A: "Yes" (Klotz deposition – page 19).

- D&Z/CESI responsible to inspect the system and discover the water in the manholes.

- What GSA has done to deal with that issue – "Contacting WASA and - - first of all, pumping out the water and having sump pumps that work and for tunnels and so forth and having pumping of manholes, and then contacting WASA officials in cases where it's a serious amount of water and requesting that they fix it and - -" (Klotz deposition – page 24).

Deposition transcript of Greg Westphal:
- GSA employee.
- What D&Z did – "Performed the maintenance, minor repairs, housekeeping, inspecting tunnels and manholes, other tasks as we assigned them" (Westphal deposition – page 14).
- "They (D&Z/CESI) go inside the manhole, inspect all the equipment, note deficiencies, and report back to us; what we use now is the deficiency database, they tell us what's wrong in the manhole, and we correct it" (Westphal deposition – page 17).
- Steam chimneys used to prevent injury to people that came in contact with the steam that's being emitted.
- Why they don't want water down there – "It makes it difficult, if not impossible, to walk into the manhole to perform inspections and do work. Also, if it gets up to the level of the steam line, it becomes boiling water, and that's where the steam vapors come from" (Westphal deposition – page 26).
- Aware of other incidents of people getting burned from steam leaks.
- "There was a trap return line running down 10th Street and into the Hoover building. All the traps in these various manholes send the condensate through the return line, you know, down the street into the building. The Hoover building was repairing their drain piping. They had a problem with it" (Westphal deposition – pages 50-51).
- No change in design since the incident.
- Steam is not supposed to come out of the manholes/grates - usually see heat vapor.
- If the pipes were engulfed in water, it becomes boiling water – results in vapor/steam.

Deposition transcript of Harry Washington:

- Employed by GSA for 36 years.
- D&Z responsible for inspecting the steam lines, the valves, and the steam traps in Manhole 42 - supposed to be weekly inspections.
- Anything mechanical would be inspected weekly – piping, valves, traps, etc.
- Manhole 42 - about eight feet from street level to floor of manhole; concrete floor; vault is about 10 by 12 feet.
- Lowest steam line about 2, 2½ feet off the ground; highest steam line about 4 feet off the ground.
- Have had a continuing problem of water leaking into Manhole 42.
- "We have a lot of leaks from WASA" (Washington deposition – page 16).
- "We've always had that problem, I guess" (Washington deposition – page 16).
- Water in the manhole causes vapor that could rise out of the manhole and be harmful to people.
- Problem with water hitting the steam lines and causing vapor to rise has happened at Manhole 42 prior to September 11, 2004.
- Prior to September 11, 2004, pedestrians had been injured by vapor emitting from the manholes.
- Pump the water out to get it out - put hose in manhole to pump water out.
- There are not sump pumps in most of the manholes.
- "Because most of them don't have no place to drain" (Washington deposition – page 21).
- Criterion for pumping the manhole – "Normally when they see steam, they would pump" (Washington deposition – page 21).

- Had problems with water coming into the manholes prior to D&Z getting the contract

Deposition transcript of Richard Matkins:
- Project Manager for D&Z and CESI.
- Water in the manhole – "There were periodic challenges to the system" (Matkins deposition – page 27).
- Had the "challenges" from the beginning.
- Water was from varying sources – leak in the pipe, water infiltration.
- Manholes inspected every 30 days.
- Prior to September 11, 2004, believes manhole 42 was last inspected September 1, 2004.
- D&Z personnel were in the manhole on August, 27, 2004.
- Pumped out and closed blowdown valve on September 1, 2004.
- Pumped out manhole 42 on September 9, 2004.
- Pumping out manhole 42 does not require an entry.
- Received burns on his nose while investigating.
- When he arrived, the water level was well above the equipment in the manhole.
- Did not try to figure out the source of the water – "That wasn't in the scope of the contract" (Matkins deposition – page 70).

Deposition transcript of Officer Louis Burton:
- FBI Police officer.
- "So as they came closer toward me, I came out of the booth and I asked the father, what's wrong, and I believe he said, the lady that was with them said she had burned her legs on the steam grate, the steam. At that point I saw like the back of her legs, the skin was like peeled back, peeled off" (Burton deposition – page 11).

- "Well, as usual, the steam was coming out of the grate, the sidewalk. It seemed like that day was extra hot" (Burton deposition – page 12).
- Saw what appeared to be steam or smoke coming out of that grate every day.
- Always looked the same – whether cold or warm weather.
- Had seen people walk through the steam – "Like on weekends when there's a lot of tourists in the area, kids either flock to the pigeons, try to chase the pigeons away" (Burton deposition – page 13).
- "Or they go straight to the steam and stand in the steam and play like they're an angel or something" (Burton deposition – page 13).
- No impediment to access the grate.
- "Well, after the incident happened, and, I guess, the crew that handles that grate, whatever, the steam from the building, one of the workers came out. He kept wiping his mouth and his nose, so I'm thinking like it's 80 degrees. What's wrong with you, I asked him. He said, at that point, he had a cold. He just said, no, I just burned my lip and mouth looking over the steam" (Burton deposition – page 15).

## Discussion

Several workers for the General Services Administration (Mr. John Bright, Mr. Joel Klotz and Mr. Harry Washington) stated that they were aware that the introduction of water into the manholes had been a long-term problem with the steam distribution system. Mr. Matkins, project manger for both D&Z and CESI, was aware that water introduction into the manholes had been an issue since the beginning of the contract. Several meetings have been held with Washington, D.C. water and

Sewage Authority (WASA) but the source of the water has yet to be definitively identified. The owner of the steam distribution system and the contractor responsible for the maintenance on the steam distribution system did not adequately address identifying the cause of water in the manhole.

The only repairs/work performed to address the water intrusion problems in the manholes has been to pump out the vaults when water is observed or personnel injury exists. Several possibilities exist to address this issue (i.e., water proofing the vaults, installation of sump pumps in the vaults, installation of water level alarms in the vaults). The owner of the steam distribution system and the contractor responsible for the maintenance on the steam distribution system did not pursue any long-term repairs/design changes to address the issue of water flooding the manholes.

Mr. Zucker stated that approximately 1200 cubic feet of water was calculated to have collected in manhole 42, between September 9 and 11, 2004. This was equivalent to approximately 9,000 gallons of water. Since there was a direct path to the atmosphere via the manhole, not all of the steam would have condensed and remained in the vault. The amount of water introduced into the manhole 42 vault was most likely not solely from a crack in the steam piping.

Mr. Matkins stated the last inspection of manhole 42 was September 1, 2007. The last entry into manhole 42 was made on September 7, 2004, when the manhole was pumped and the blowdown valves shut. The crack in the valve/pipe weld could have existed at least since September 7, 2004.

## Conclusions

Discovery is still ongoing, but based on a review of materials provide to date, CED/Accident Analysis, Inc. is able to state the following conclusions within a reasonable degree of engineering certainty:

10. The owner of the steam distribution system and the contractor responsible for the maintenance on the steam distribution system did not adequately address identifying the cause of water in the manhole.

11. The owner of the steam distribution system and the contractor responsible for the maintenance on the steam distribution system did not pursue any long-term repairs/design changes to address the issue of water flooding the manholes.

12. The amount of water introduced into the manhole 42 vault was most likely not solely from a crack in the steam piping.

13. The crack in the valve/pipe weld could have existed at least since September 7, 2004.

If there are any questions about the content of this report, or if new information becomes available, please contact our offices.

Submitted by:

*(signature)*

Larry D. Smith
Mechanical Engineer

Reviewed by:

*(signature)*

William H. Daley, III, P.E.
Mechanical Engineer

# CED/AAI Photographs

## Hsieh v. Consolidated Engineering
## Steam Accident Analysis

Photographs taken 03/19/07

by

Larry D. Smith, C.F.E.I.
Mechanical Engineer

CED/AAI Case No. 6666.1

**CHESAPEAKE ENGINEERING & DESIGN, INC.**
**ANNAPOLIS, MD**

CED/AAI Case No.: 6666.1
# Hsieh v. Consolidated Engineering Steam Accident Analysis
## March 19, 2007

## PHOTO INDEX

| | |
|---|---|
| Photograph 1. | Approaching Manhole #42 heading south |
| Photograph 2. | Approaching Manhole #42 heading south |
| Photograph 3. | Approaching Manhole #42 heading south |
| Photograph 4. | Approaching Manhole #42 heading south |
| Photograph 5. | Approaching Manhole #42 heading south |
| Photograph 6. | Approaching Manhole #42 heading south |
| Photograph 7. | Approaching Manhole #42 heading north |
| Photograph 8. | Approaching Manhole #42 heading north |
| Photograph 9. | Approaching Manhole #42 heading north |
| Photograph 10. | Approaching Manhole #42 heading north |
| Photograph 11. | Approaching Manhole #42 heading north |
| Photograph 12. | Manhole #42 facing west |
| Photograph 13. | Manhole #42 facing north |
| Photograph 14. | Manhole #42 facing north |
| Photograph 15. | Close-up of Manhole #42 |
| Photograph 16. | Markings on Manhole #42 |
| Photograph 17. | Marking on Manhole #42 |
| Photograph 18. | Close-up of grate of Manhole #42 |
| Photograph 19. | "Stove pipe" covering manhole nearby Manhole #42 |
| Photograph 20. | Rectangular grate near Manhole #42 |