

CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090   www.ced-aai.com

## PHOTOGRAPH 1.

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090   www.ced-aai.com

## PHOTOGRAPH 2.

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090      www.ced-aai.com

## PHOTOGRAPH 3.

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident    03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090      www.ced-aai.com

## PHOTOGRAPH 4.

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident    03/19/07



**CED Accident Analysis Inc.**
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090   www.ced-aai.com

**PHOTOGRAPH 5.**

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



**CED Accident Analysis Inc.**
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090   www.ced-aai.com

**PHOTOGRAPH 6.**

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



**PHOTOGRAPH 7.**

CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090    www.ced-aai.com

LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident    PHOTOS TAKEN 03/19/07



Case 1:06-cv-01218-CKK    Document 69-5    Filed 11/12/2007    Page 4 of 10

**PHOTOGRAPH 8.**

CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090    www.ced-aai.com

LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident    PHOTOS TAKEN 03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090   www.ced-aai.com

**PHOTOGRAPH 9.**

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090   www.ced-aai.com

**PHOTOGRAPH 10.**

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090   www.ced-aai.com
**PHOTOGRAPH 11.**
PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090   www.ced-aai.com
**PHOTOGRAPH 12.**
PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090    www.ced-aai.com
PHOTOGRAPH 13.
PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident    03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090    www.ced-aai.com
PHOTOGRAPH 14.
PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident    03/19/07



**PHOTOGRAPH 15.**
CED Accident Analysis Inc.
800-466-1090  www.ced-aai.com
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   PHOTOS TAKEN 03/19/07

**PHOTOGRAPH 16.**
CED Accident Analysis Inc.
800-466-1090  www.ced-aai.com
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   PHOTOS TAKEN 03/19/07



**CED** Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090    www.ced-aai.com
**PHOTOGRAPH 17.**
PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



**CED** Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090    www.ced-aai.com
**PHOTOGRAPH 18.**
PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident   03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090    www.ced-aai.com

## PHOTOGRAPH 19.

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident    03/19/07



CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS
800-466-1090    www.ced-aai.com

## PHOTOGRAPH 20.

PHOTOS TAKEN
LDS / CASE 6666.1-Hsieh v. Consol. Eng. Steam Accident    03/19/07