Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------
NATALIE T. HSIEH, et al.,

        Plaintiffs        Civil Action No.
                           06cv1218(CKK)

    v.

CONSOLIDATED ENGINEERING
SERVICES, INC., et al.,

        Defendants

                                Washington, DC
                           Tuesday, March 27, 2007

Deposition of JOEL H. KLOTZ, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

**Page 2**

APPEARANCES:
On behalf of Plaintiffs:
ROBERT B. ADAMS, ESQ.
TIMOTHY R. OBITTS, ESQ.
Gammon & Grange, PC
8280 Greensboro Drive, Seventh Floor
McLean, VA 22102-3807
(703) 761-5000

On behalf of Defendant GSA:
KAREN MELNIK, ESQ.
Office of the U.S. Attorney
555 - 4th Street, NW, Room E-4112
Washington, DC 20530
(202) 307-0338
ELIZABETH A. HALL, ESQ.
Assistant Regional Counsel
Office of Regional Counsel
U.S. General Services Administration
7th & D Street, SW, Suite 7048
Washington, DC 20407
(202) 708-7877

On behalf of Defendant Consolidated Engineering Services, Inc.:

WILLIAM JOHN HICKEY, ESQ.
Law Offices of William J. Hickey
33 Wood Lane
Rockville, MD 20850
(301) 424-6300

**Page 3**

```
        I-N-D-E-X
WITNESS                         EXAMINATION
JOEL H. KLOTZ
  By Mr. Adams                       4
  By Mr. Hickey                     21
  By Mr. Adams                      26
  By Mr. Hickey                     29
```

**Page 4**

                    PROCEEDINGS
                                12:08 p.m.
Whereupon,
        JOEL H. KLOTZ,
a witness, was called for examination by counsel for the plaintiffs, and having been duly sworn, was examined and testified as follows:
        EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
BY MR. ADAMS:
    Q  Mr. Klotz, would you give us your name and address, please.
    A  Joel H. Klotz, K-l-o-t-z, and my address is 3123 University Boulevard West, No. 5, Kensington, Maryland, 20895.
    Q  What is your date of birth, sir?
    A  March 18th, 1949.
    Q  Educational background?
    A  I have a bachelor's degree in civil engineering from Cornell University in 1971 and a master's degree in aerospace engineering in 1976 from Cornell, and I am about to finish a master's degree in public administration at American University next month.

**Page 5**

    Q  By whom are you currently employed?
    A  General Services Administration national capital region.
    Q  What's your current position?
    A  My current position is I am engineering manager at the heating operation and transmission district, which is an office of the national capital region public building service.
    Q  What was your position at the GSA just prior to that?
    A  Just prior to the one I have now?
    Q  Yes. It's my understanding you were the manager of the steam distribution HOTD for GSA; is that right?
    A  Yes. There was a period of time I was that. I was the manager of that organization, yes.
    Q  Were you were the immediate predecessor in that job of Greg Westphal?
    A  Yes.
    Q  And when did you start that job, and when did you leave that job?
    A  I don't recall.

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

Page 6

1  Q  Do you recall when you finished, when he
2  started, roughly?
3  A  No, I don't. I don't recall.
4  Q  And what is the -- what are the differences
5  in responsibilities in your current position with regard
6  to those you had as manager of the steam distribution
7  aspect of GSA?
8  A  In my current position, I do not have
9  people who report to me that I do ratings on. In the
10 position I had then, I had people who reported to me and
11 I did ratings on. That's an important difference.
12 Q  When you were the manager of the steam
13 distribution portion of GSA, who was your immediate
14 supervisor? Was it Steve Williford?
15 A  Yes.
16 Q  Are you in that chain of command, if you
17 will, still?
18 A  Yes.
19 Q  Where are you with regard too
20 Mr. Williford?
21 A  He's my immediate supervisor.
22 Q  Okay. And are you kind of a parallel

Page 7

1  position from Mr. Westphal's, or one of you supervises
2  the other?
3  A  Right now I'm parallel to him.
4  Q  Have you ever discussed the incident that
5  brings us here today with Matthew Hsieh, the fellow who
6  alleges he was injured September 11, 2004, outside the
7  FBI building?
8  A  Have I ever discussed the incident --
9  Q  With Matthew Hsieh?
10 A  With whom?
11 Q  With Matthew Hsieh, the individual.
12 A  No.
13 Q  With whom have you discussed the essence of
14 this lawsuit, the injuries that the Hsiehs alleged that
15 they had in September 11, 2004, other than with GSA's
16 lawyers?
17 A  Nobody, except for a few words with Steven
18 Williford and a few words with Greg Westphal, but nothing
19 substantial.
20 Q  Have you reviewed any documents in
21 preparation for your deposition here today?
22 A  No.

Page 8

1  Q  Let me ask you a few questions, hopefully
2  we won't go over too much old ground.
3  Did you have any role in the solicitation offer
4  and award to Dan Zimmerman for the inspection,
5  maintenance, and repair of the steam distribution complex
6  in DC that was awarded in 2002?
7  A  Yes.
8  Q  What was your role in that process?
9  A  My recollection is that I was on the source
10 selection team. It was -- for that process, and also
11 that I was part of the team that wrote the document,
12 wrote the actual specification document.
13 Q  It's my understanding that the duties that
14 were assumed by Dan Zimmerman that were reduced to a
15 contract, which we'll talk about, had previously to the
16 issuance of that award had been performed by GSA?
17 A  Yes. We had a -- we had direct, what's
18 called directly hired some additional help from a
19 contractor, but that was not under a performance contract
20 like this. It was a contract that was just for manpower
21 under the direct supervision of GSA associates.
22 Q  Okay.

Page 9

1  A  That was before that, and that was part of
2  the manpower. Before the beginning of the Dan Zimmerman
3  contract, a good part of the manpower, if not all of it,
4  was our own people from GSA that was directly performing
5  the work. I do believe there was some other contracted
6  manpower helping, but that was under direct supervision
7  of GSA people.
8  Q  If you would take a look at the document
9  which I marked as Exhibit 5, roughly a 138-page
10 document. Take a look and tell me if you can identify
11 that as a copy of the contract between GSA and Dan
12 Zimmerman with respect to the inspection, maintenance,
13 and care of the steam distribution complex?
14 A  If I can identify this as the Dan Zimmerman
15 contract?
16 Q  Yes.
17 A  I'm unable to identify this definitively as
18 that contract. Looks like one of the drafts, maybe the
19 final one.
20 Q  Do you have any reason to believe it's not?
21 A  I don't have any reason to believe.
22 Q  That's fine.

Phone: 703 837 0076
Fax: 703 837 8118
CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design
www.casamo.com
info@casamo.com

Page 10

1   A   It could be, yeah.
2   Q   In general, if you can, what
3   responsibilities did Dan Zimmerman assume with regard to
4   the inspection, maintenance, and repair of the steam
5   distribution complex that previously had been performed
6   by either GSA employees or the contractor that you
7   mentioned before?
8   A   My recollection is that they were
9   responsible to perform the preventative maintenance and
10  the inspections and the housekeeping and the repairs, and
11  there was a certain threshold that the repairs were part
12  of the base work of the contract, and then there was, I
13  believe the instructions in there that if it got above
14  that level, they're supposed to come back and have a
15  negotiation about the price, based on some unit prices,
16  and above that, there's even possibility. Negotiating
17  other work too, but they're supposed to identify the work
18  that needs to get done, do the work, and be subject to
19  inspection.
20  Q   To your knowledge, were there any documents
21  other than this contract we've identified that set forth
22  Dan Zimmerman's duties and responsibilities with regard

Page 11

1   to the steam distribution complex? Or was that, did that
2   contract determine whose rights and responsibilities were
3   involved?
4   A   It's my recollection that contract was the
5   document that determined the relationship.
6   Q   Did they -- to the extent that there are
7   other documents referenced in that contract incorporated
8   by reference, did they, in your opinion, or based on your
9   understanding, constitute part of the contract?
10  A   Yes.
11  Q   Did Dan Zimmerman provide GSA with a
12  quality control plan? Do you recall on any document or
13  any understanding termed quality control plan?
14  A   I recall quality control plan, I believe,
15  being called for in the contract that were called -- Dan
16  Zimmerman and their successors have been on this contract
17  for quite a while now, and I do believe that I recall the
18  quality control plan being, you know, existing as being
19  verified by us at some point. I don't recall when,
20  though.
21  Q   Did you have any role in reviewing or
22  accepting or ratifying the quality control plan of Dan

Page 12

1   Zimmerman?
2   A   I don't recall.
3   Q   Do you know if CESI also submitted a
4   quality control plan to GSA?
5   A   I don't recall whether it was with Dan
6   Zimmerman or to CES or both. I don't recall.
7   Q   While Dan Zimmerman had this contract, did
8   you more or less interface with its employees? Is that
9   part of your job to deal with Dan Zimmerman, or were
10  those the folks below you?
11  A   It was the folks below me.
12  Q   And this is Mr. Washington, Mr. Bright?
13  Are they two of those?
14  A   That's two of them, yes. If I can -- there
15  is a supervisor for Dan Zimmerman.
16  Q   Mr. Matkins?
17  A   Yeah.
18  Q   Is he the guy you had the most contact
19  with?
20  A   He's about the only guy I had much contact
21  with.
22  Q   Were you involved in the execution of the

Page 13

1   novation agreement between Dan Zimmerman and Consolidated
2   Engineering executed in July or August of 2004? Did you
3   have any role in that?
4   A   I don't recall.
5   Q   But at some point in time CESI took over
6   the contract that Dan Zimmerman originally entered into?
7   A   Yes.
8   Q   Were there any changes in, to your
9   knowledge, in the responsibilities that CESI had in
10  accordance with the contract from those that Dan
11  Zimmerman had?
12  A   I don't believe so.
13  Q   And with whom at Consolidated Engineering
14  did you have the most dealings with when you had to deal
15  with them? Was that Matkins again?
16  A   Yeah. Matkins, yeah.
17  Q   He went with the contract?
18  A   Went with the contract, yeah. Matkins
19  and -- I'm trying to think. He must have had some boss
20  under Dan Zimmerman. I can't recall him off the top of
21  my head. In the case of CES, there was a Richard Small
22  who was Matkins' boss at CES. May still. I don't know.

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

### Page 14

1  I've spoken with him occasionally. But even he wasn't so
2  much involved. It was mainly Matkins, yes.
3      Q  Where is manhole 42 in the steam
4  distribution complex we're going to be discussing here?
5      A  I don't know the numbers. I don't know
6  which manholes are where. I know where to look.
7      Q  There's been an allegation in this case
8  that for a year or two before this incident that brings
9  us here, the September 11, 2004, incident, that there was
10 a problem of leaking into the various manholes in the
11 steam distribution complex. Do you recall that?
12     A  Say that again. In the year or two before
13 this incident in 2004 --
14     Q  There had been a problem with water leaking
15 into the manholes in the steam distribution complex.
16     A  My recollection is that there have been
17 problems with water leaking into various places at
18 various times.
19     Q  Why is that a problem?
20     A  And I don't recall whether it's this area
21 of manholes, but I mean, just in general, over the whole
22 complex, yes, there's -- if it's not one here, over

### Page 15

1  there, over the years.
2      Q  Why does that present a problem for you
3  folks?
4      A  A number of things. Water, the worst thing
5  is if water gets -- the very worst thing is if water gets
6  deep in a manhole and essentially a tunnel, and if the
7  sump pumps fail, let's say there's a power outage, and
8  the water gets deep, and it gets up to the level of the
9  steam pipe, and the hot pipe boils the water. Then you
10 get all this vapor, hot vapor in the tunnel or manhole,
11 and that's very bad.
12     Q  Does that vent out onto the --
13     A  It can come up, yeah, grates or --
14     Q  Do you recall passersby being injured by
15 vapor or steam from manholes before this incident in
16 September of 2004?
17     A  I'm trying to think.
18     MS. MELNIK: I'm just going to object to the
19 scope of the question.
20     THE WITNESS: I don't recall.
21 BY MR. ADAMS:
22     Q  Do you have any independent recollection of

### Page 16

1  water leakage problems into the manholes around the FBI
2  building at 10th and Pennsylvania Avenue in the several
3  months before the incident in September of 2004 that
4  brings us here?
5      A  No.
6      Q  Mr. Klotz, when did you first become aware
7  that there was an allegation by the plaintiff in this
8  case, Matthew Hsieh, that he and his daughter had been
9  burned by steam and other vapor emanating from the
10 manhole next to the FBI building on September 11, 2004?
11     A  In the last few weeks from counsel.
12     Q  There's some reference in, at least, my
13 file that you were contacted by someone, whether it's an
14 FBI police officer or somebody within a day or two or
15 even a day after this incident. Do you recall?
16     A  No, I don't recall.
17     Q  Did you at any time talk with FBI police
18 officers present at the scene of the accident about the
19 incident?
20     A  I don't recall.
21     Q  Did you conduct any personal investigation
22 as to the circumstances surrounding this incident?

### Page 17

1      A  I don't recall, and I really doubt it,
2  because if I had, I would have recalled that. That's a
3  big action.
4      Q  You don't recall talking about this
5  incident with John Bright?
6      A  No.
7      Q  With Harry Washington?
8      A  No.
9      Q  How about Richard Matkins?
10     A  No.
11     Q  Greg Westphal?
12     A  No.
13     Q  There's been an allegation made in this
14 case that over the years steam has been released from the
15 steam distribution complex for unknown causes from time
16 to time.
17     Do you recall that taking place?
18     A  No, and moreover, that doesn't sound -- I
19 mean, I explained to you the danger of those known
20 causes, but saying unknown causes, what does that mean?
21     Q  Steam is released, you can find out why; is
22 that a fair statement?

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

**Page 18**

1  A  Right. When things happen, you can
2  investigate and find out what's happening.
3  Q  Other than the accumulation of water that
4  heats the steam pipes, what other activities have you
5  seen, what other events have you seen during your course
6  of time at the GSA that causes steam or hot vapor to be
7  emitted through the manholes?
8  A  Leaks at equipment that's in the piping or
9  the trap connections and so forth. There's different or
10 maybe a valve open, and there's steam blowing out the
11 trap valve, but just, generalize a hundred percent, but
12 pretty much generally all those kind of things are so
13 much more minor because it's the kind of thing where even
14 a person in the tunnel, one of our people, myself, you
15 could walk right past it and very rarely actually get
16 hurt by walking right past it 'cause it's just steam
17 blowing down. You can avoid the steam and walk over it.
18 The amount that gets to the street would be very little,
19 just like a little vapor coming up, and it would be
20 cooled down.
21     This thing I told you before this rare case of
22 when there's actually a flood that gets to the pipe and

**Page 19**

1  heats up, and it's boiling, that's a lot different.
2  Q  In general then, it's the accumulation of
3  water that comes in contact with the steam pipes that is
4  the most worrisome in terms of vapor getting out into the
5  street?
6  A  Yes. And if there's a major pipe leak or
7  something.
8  Q  Was it a regular part of events during the
9  course of your time in working with the steam
10 distribution complex water, when it accumulated in the
11 tunnels, was pumped out?
12 A  Yes.
13 Q  Was that done, when Dan Zimmerman had the
14 contract, was that done by Dan Zimmerman's people or by
15 GSA?
16 A  During the time of the contract?
17 Q  Yes.
18 A  By Dan Zimmerman's people.
19 Q  Then when CESI took over the contract, the
20 pumping out of water accumulated in the manholes would
21 have been done by CESI?
22 A  That's my recollection.

**Page 20**

1  Q  Was their responsibility, to the best of
2  your knowledge?
3  A  Yes.
4  Q  Mr. Klotz, in the time that Dan Zimmerman
5  had the contract, whose responsibility was it to look for
6  and find water accumulation in the manholes? Was that
7  part of Dan Zimmerman's responsibilities, as you
8  understand it?
9  A  Yes. They were in charge of inspecting the
10 entire system, both the tunnels and manholes.
11 Q  CESI as well?
12 A  Yes.
13 Q  If I understood you correctly, it would
14 also be their responsibility to have that pumped out or
15 removed?
16 A  Yes.
17 Q  If CESI or Dan Zimmerman had detected in
18 their inspection an accumulation of water that was
19 potentially dangerous, did they have to go to GSA to have
20 this pumped out, or was that done as part of the
21 contract?
22     MR. HICKEY: Objection to form.

**Page 21**

1      MS. MELNIK: But you can answer.
2      THE WITNESS: My recollection is that they just
3  go ahead and pump it out.
4      MR. ADAMS: Let's go outside and speak.
5      (Pause in proceedings).
6      MR. ADAMS: I have no more questions.
7      MR. HICKEY: I just have a couple questions.
8      EXAMINATION BY COUNSEL FOR DEFENDANT
9  BY MR. HICKEY:
10 Q  I represent CES or CESI, variously referred
11 to, Consolidated Engineering.
12     How do you pronounce your last name?
13 A  Klotz.
14 Q  You're aware of ongoing discussions with
15 WASA, WASA, Washington Area Water System, with regard to
16 water getting into the GSA tunnels and systems?
17     MS. MELNIK: Objection. Lack of foundation.
18     You can answer, if you can.
19     THE WITNESS: When? Do you mean then or now?
20 BY MR. HICKEY:
21 Q  Any time.
22 A  Yes. I'm aware of discussions with WASA.