UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------

NATALIE T. HSIEH, et al.,

       Plaintiffs       Civil Action No.

                    06cv1218(CKK)

       v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

       Defendants

                 Washington, DC

                 Tuesday, March 27, 2007

Deposition of JOHN D. BRIGHT, a witness herein, called
for examination by counsel for the plaintiffs in the
above-entitled matter, at the Offices of the U.S.
Attorney, Judiciary Center Building, 555 - 4th Street NW,
Room E-4112, Washington, DC, before Tracy E. Barksdale,
Certified Shorthand Reporter and Notary Public in and for
the District of Columbia.



**Page 2**

APPEARANCES:
On behalf of Plaintiffs:
  ROBERT B. ADAMS, ESQ.
  TIMOTHY R. OBITTS, ESQ.
  Gammon & Grange, PC
  8280 Greensboro Drive, Seventh Floor
  McLean, VA  22102-3807
  (703) 761-5000

On behalf of Defendant GSA:
  KAREN MELNIK, ESQ.
  Office of the U.S. Attorney
  555 - 4th Street, NW, Room E-4112
  Washington, DC  20530
  (202) 307-0338

  ELIZABETH A. HALL, ESQ.
  Assistant Regional Counsel
  Office of Regional Counsel
  U.S. General Services Administration
  7th & D Street, SW, Suite 7048
  Washington, DC  20407
  (202) 708-7877

On behalf of Defendant Consolidated Engineering
Services, Inc.:
  WILLIAM JOHN HICKEY, ESQ.
  Law Offices of William J. Hickey
  33 Wood Lane
  Rockville, MD  20850
  (301) 424-6300

**Page 3**

I-N-D-E-X

WITNESS
JOHN D. BRIGHT                      EXAMINATION
  By Mr. Adams                           4
  By Mr. Hickey                         36
  By Ms. Melnik                         48
  By Mr. Adams                          49

**Page 4**

PROCEEDINGS
1:15 p.m.

1  Whereupon,
2          JOHN D. BRIGHT,
3  a witness, was called for examination by counsel for the
4  plaintiffs, and having been duly sworn, was examined and
5  testified as follows:
6          EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
7  BY MR. ADAMS:
8      Q   Mr. Bright, would you give us your name and
9  your address, please.
10     A   My working address?
11     Q   Give me either your home or work address.
12     A   My name is John D. Bright, 1113 Copley
13  Avenue, Waldorf, Maryland, 20602.
14     Q   And your date of birth?
15     A   2-2-49.
16     Q   Give me an idea of your educational
17  background.
18     A   12 years of high school.
19     Q   Where did you do your high school?
20     A   Bladensburg.

**Page 5**

1      Q   Do you have any -- you are a pipe fitter;
2  am I correct?
3      A   Yes.
4      Q   Do you remember the union?
5      A   602.
6      Q   How long have you been a member of 602?
7      A   Nine years.
8      Q   Did you go through your apprentice program?
9      A   Yes, I did.
10     Q   How long have you been a pipe fitter?
11     A   30 years, 30 some years.
12     Q   When did you begin your employment with the
13  federal government?
14     A   1982.
15     Q   '82?
16     A   Yes.
17     Q   Has that all been with the GSA?
18     A   Yes.
19     Q   What is your current position?
20     A   I'm a supervisor for the mechanical
21  engineering technicians.
22     Q   And how many of those folks do you --

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design
Phone: 703 837 0076
Fax: 703 837 8118
www.casamo.com
info@casamo.com

**6**

1     A   Ten.
2        MS. MELNIK:  Let him ask the question before you
3  answer.  One voice at a time.
4  BY MR. ADAMS:
5        Q   Is that the same position you held in
6  September of 2004?
7        A   Yes.
8        Q   And who is Harry Washington?
9        A   Harry Washington is my associate.  He's a
10  supervisor, same as me.
11        Q   We have somewhere that he's a supervising
12  mechanical engineering technician?
13        A   Right.
14        Q   You do essentially the same type of thing
15  or is he more mechanical type?
16        A   We do pretty much the same.
17        Q   How long has he been with the GSA, if you
18  know?
19        A   I don't know.
20        Q   If you've been at GSA from '82, you were
21  working before Dan Zimmerman became involved with --
22        A   Yes.

**7**

1        Q   Repair and maintenance of the steam
2  distribution complex; is that correct?
3        A   Yes.
4        Q   Before Dan Zimmerman got the contract that
5  was later taken over by Consolidated Engineering, you
6  folks did essentially all of the maintenance and repair
7  work to the steam distribution complex?
8        A   Yes.
9        Q   How did your -- by you, I mean guys that
10  you supervised and yourself, how did your job change when
11  Dan Zimmerman came on?
12        A   Basically we went from hands-on, actually
13  doing the work to more of an inspection type job.
14        Q   And with whom did you interface most with
15  when Dan Zimmerman had the contract; this fellow Richard
16  Matkins?
17        A   Richard Matkins came on later.
18        Q   Do you recall roughly when he came on?
19        A   No, I don't.
20        Q   When he came on, was he the guy you
21  typically talked to?
22        A   Yes.

**8**

1        Q   In your more supervisory capacity, just
2  tell me, you know, what you did on a regular basis in
3  general as opposed to what the Dan Zimmerman and CESI
4  people did.
5        A   We were inspection.  I was in charge of the
6  guys that inspected the work that was being done.
7        Q   And who decided what you would inspect?
8  Did you inspect everything that was going on, or did
9  these contractors ask you to inspect it?  How did that
10  all work?
11        A   It was like a random sort of thing.  We'd
12  go down and check on them every once in a while.
13        Q   And when CESI took over, Matkins went with
14  CESI, if I'm correct?
15        A   Yes.
16        Q   Was he the guy you mostly dealt with?
17        A   Yes.
18        Q   There's been allegations in this litigation
19  that there was a problem, if you will, a chronic problem
20  for a year or two before September 11, 2004, with water
21  leaking into the SDC; is that accurate?
22        A   Well, leaking in the SDC, what are you

**9**

1  saying?
2        Q   What I'm saying is, there's an allegation
3  here that the people on the sidewalk at 10th and
4  Pennsylvania were burned by steam or some other vapor
5  emanating from manhole 42.  You're aware of that, I
6  think, right?
7        A   Yes.
8        Q   We've had testimony that a problem --
9  strike that.
10        Would you consider it a problem for water to
11  leak into these manholes and possibly come in contact
12  with the steam lines?  Is that something that concerned
13  you during the course of your employment with the GSA?
14        A   Yes.
15        Q   And why is that a problem, potentially?
16        A   Water leaks in, gets up on the pipe, and
17  causes steam to come out of the hole.
18        Q   Before the incident that we're going to
19  talk about here that happened in September 2004, were you
20  aware of people, passersby by steam grates or manholes,
21  being burned by steam coming out of the steam
22  distribution complex?

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

Phone: 703 837 0076
Fax:   703 837 8118

www.casamo.com
info@casamo.com

10

1    A   Yes.
2    Q   How many occasions, would you say?
3    A   I don't know.
4    Q   More than one?
5    A   More than one, yes.
6    Q   Do you recall the approximate area of the
7  city where at that took place?
8    A   Pennsylvania Avenue, manholes Pennsylvania
9  Avenue.
10   Q   Does that include manhole 42?
11   A   42, no, I don't remember any problems with
12  42.
13   Q   How about 45 and 46?
14   A   No, I don't remember.
15   Q   And those manholes are located where?
16   A   10th Street, further up 10th Street.
17   Q   Near Pennsylvania?
18   A   Yes -- no. Further up, 10th and G, 10th
19  and F.
20   Q   42 is on Pennsylvania Avenue?
21   A   10th and Pennsylvania.
22   Q   Do you recall where on 10th Street the

11

1  injuries occurred before this?
2    A   Where on 10th Street?
3    Q   Yeah. I think you said 10th Street.
4    A   I don't remember.
5    Q   Do you remember on Pennsylvania Avenue?
6    A   Yeah. 6th and Pennsylvania.
7    Q   Again, do you recall roughly what year that
8  may have been?
9    A   No.
10   Q   Did your role as essentially an inspector
11  change in any manner when the contract went from Dan
12  Zimmerman to CESI?
13   A   No.
14   Q   Mr. Bright, let me show you a document
15  which we've marked as Exhibit No. 10. I'd ask you to
16  take a look at that. Do you recognize that document?
17   A   Yes.
18   Q   Who prepared that?
19   A   I did.
20   Q   Let me ask you this, when did you first
21  become aware of an allegation that the plaintiff in this
22  case, Matthew Hsieh, and his daughter were injured by

12

1  steam coming out of manhole 42 on September 11, 2004?
2    A   I don't remember. I think it was after
3  the -- after we repaired this thing that I found out
4  someone got burnt.
5    Q   Okay. We have some, not testimony yet, but
6  something saying that one of the FBI police officers
7  called a number of people right after this thing occurred
8  on September 11, 2004. One was Mr. William Graham. Who
9  is he?
10   A   He's an engineer at the central heating
11  plant, watch foreman.
12   Q   Apparently he gave your number and Harry
13  Washington's number to this officer, and you folks were
14  described as supervisors in the steam prevention unit.
15  Is there such a thing as a steam prevention unit?
16   A   Steam prevention, no.
17   Q   That's not a term you're familiar with?
18  Who's Roger Fox?
19   A   I have no idea.
20   Q   Okay. Allegedly this fellow contacted
21  Harry Washington and told him about this incident.
22  Mr. Washington stated that he was off the previous day

13

1  and that the steam vents were supposed to have been
2  worked on the prior week.
3    Do you know anything about that?
4    A   No.
5    Q   Okay. From whom did you find out that this
6  incident occurred?
7    MS. MELNIK: I guess I need to object to --
8  there's an incident of steam coming out and incident of
9  your clients getting injured, and they're actually two
10  different things. Do you know what I'm saying? So if
11  you broke it down.
12  BY MR. ADAMS:
13   Q   From whom did you find out there was an
14  allegation of injury from steam coming out of manhole 42?
15   A   Steven Williford.
16   Q   When did he tell you that?
17   A   That following Monday.
18   Q   I think the record will show that that was
19  the 13th.
20   A   Yes.
21   Q   And what did he tell you, if you recall?
22   A   I don't remember, exactly words. I

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com