Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------

NATALIE T. HSIEH, et al.,

       Plaintiffs            Civil Action No.
                                    06cv1218(CKK)

       v.

CONSOLIDATED ENGINEERING
SERVICES, INC., et al.,

       Defendants

                                   Washington, DC
                           Tuesday, March 27, 2007

Deposition of GREG WESTPHAL, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

## Page 2

APPEARANCES:
On behalf of Plaintiffs:
  ROBERT B. ADAMS, ESQ.
  TIMOTHY R. OBITTS, ESQ.
  Gammon & Grange, PC
  8280 Greensboro Drive, Seventh Floor
  McLean, VA 22102-3807
  (703) 761-5000

On behalf of Defendant GSA:

  KAREN MELNIK, ESQ.
  Office of the U.S. Attorney
  555 - 4th Street, NW, Room E-4112
  Washington, DC 20530
  (202) 307-0338

  ELIZABETH A. HALL, ESQ.
  Assistant Regional Counsel
  Office of Regional Counsel
  U.S. General Services Administration
  7th & D Street, SW, Suite 7048
  Washington, DC 20407
  (202) 708-7877

On behalf of Defendant Consolidated Engineering Services, Inc.:

  WILLIAM JOHN HICKEY, ESQ.
  Law Offices of William J. Hickey
  33 Wood Lane
  Rockville, MD 20850
  (301) 424-6300

## Page 3

            I-N-D-E-X
WITNESS                      EXAMINATION
GREG WESTPHAL
  By Mr. Adams                    4
  By Mr. Hickey                  78
  By Ms. Melnik                 102
  By Mr. Adams                  104

            EXHIBITS
PLAINTIFF'S    EXHIBIT NO.    PAGE MARKED
  24   Work Order                71
  25   Work Order                72
  26   Work Order                73
  27   Work Order                74
  28   Work Order                75
  29   New Job/Work Order Set-Up Form   76

Exhibits 24 through 29 were retained by counsel.

## Page 4

1           PROCEEDINGS
2                9:22 a.m.
3   Whereupon,
4           GREG WESTPHAL,
5   a witness, was called for examination by counsel for the
6   plaintiffs, and having been duly sworn, was examined and
7   testified as follows:
8       EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
9   BY MR. ADAMS:
10      Q  Mr. Westphal, would you give us your name
11  and address, please.
12      A  Greg Westphal. Work address?
13      Q  You can give a work address.
14      A  Central heating plant, 13th and C Street,
15  Southwest, Washington, DC.
16      Q  What's your date of birth?
17      A  12-15-71.
18      Q  And what is your educational background?
19      A  Bachelor of science, mechanical
20  engineering, University of Maryland, College Park.
21      Q  When did you get your BS?
22      A  December 1994.

## Page 5

1       Q  Are you still currently employed by the
2   GSA?
3       A  Yes.
4       Q  What type of work did you do before
5   beginning employment with the U.S. government?
6       A  College student.
7       Q  Best kind of work.
8       A  I worked in a bookstore for a couple years.
9       Q  You're a lifer so far with the government?
10      A  Yes.
11      Q  When did you begin your employment with the
12  GSA?
13      A  May 18th, '92.
14      Q  What is your current job title?
15      A  Manager steam distribution.
16      Q  How long have you had that position?
17      A  About two and a half years, almost.
18      Q  What was your job title before that?
19      A  Mechanical engineer.
20      Q  And what did you do as a mechanical
21  engineer?
22      A  I ran all of the construction projects, or

### Page 26

1  A  Rain water, ground water, city water,
2  leakage.
3  Q  Why don't you want water down those
4  manholes?
5  A  It makes it difficult, if not impossible,
6  to walk into the manhole to perform inspections and do
7  work. Also, if it gets up to the level of the steam
8  line, it becomes boiling water, and that's where the
9  steam vapors come from.
10  Q  So if water accumulates and touches the
11  piping where the steam's going through it, it becomes
12  steam and vents out through the manhole?
13  A  Correct.
14  Q  So the accumulation of water is a
15  significant problem, potentially, for people on the
16  street above these manholes; is that fair to say?
17  A  Yes.
18  Q  Do you know who these fellows are in the
19  bottom of the picture?
20  A  I recognize him and him.
21  MS. MELNIK: Who's the him?
22  THE WITNESS: Oh, sorry. The guy in the middle,

### Page 27

1  I recognize the guy in this middle. The picture is
2  awfully fuzzy. I'm thinking that's Patrick Nichols.
3  BY MR. ADAMS:
4  Q  Who is he?
5  A  He's the inspector for consolidated. Well,
6  was. He's the general foreman, I don't know if there's a
7  title. Guy on the left, I believe that's Wilfredo.
8  Q  Is he a CESI employee?
9  A  Yes.
10  Q  Do you know who the other fellow is?
11  A  No. I can't identify him.
12  Q  Is it more likely than not, if you can
13  answer it, that he's probably a CESI guy too?
14  A  Yes.
15  Q  This kind of activity, getting water out of
16  these manholes, is that something Dan Zimmerman did when
17  they had the contract and CESI did?
18  A  Yes.
19  Q  That's not something that GSA does?
20  A  Not typically.
21  Q  You said that you don't know who ordered
22  the placement of that chimney in Exhibit No. 20. Do you

### Page 28

1  know who would be likely to know that? John Bright?
2  A  Could be John Bright, Harry Washington, or
3  they may have -- or CES was able to install them
4  themselves.
5  Q  Who owned that chimney, do you know?
6  A  GSA owns them.
7  Q  Look at 22, if you would, please. The top
8  of these two pictures looks to me like, is that steam
9  coming out of that manhole?
10  A  Steam vapor.
11  Q  And the bottom shows a hose with water.
12  What's that all about?
13  A  They're pumping the water out of the
14  manhole into a storm drain.
15  Q  So this water coming out of that hose is
16  presumably coming out of manhole 42?
17  A  I don't know from the perspective what
18  manhole that is.
19  Q  Some manhole?
20  A  Yes.
21  Q  Take a look at 23. Do you know what is
22  shown in 23?

### Page 29

1  A  This is about the same thing. I know
2  that's Pennsylvania Avenue, but I wouldn't know what
3  street that is.
4  Q  If that's 10th Street, is that where
5  manhole 42 is?
6  A  Yes. It's on the north side of 10th
7  Street.
8  Q  Do you know, sir, if before September 11,
9  2004, GSA or CESI, Dan Zimmerman, or anybody had occasion
10  to provide any kind of warning to people on the sidewalk
11  around manhole 42 of the venting of steam?
12  A  Not that I'm aware of.
13  Q  Are there any other documents that you're
14  aware of that detail CESI's obligations with regard to
15  the steam distribution complex, other than the contract
16  that we're dealing with?
17  A  Not that I know of.
18  Q  Did CESI's responsibilities for inspection,
19  maintenance, and repair of the steam distribution
20  complex, were their responsibilities any different than
21  Dan Zimmerman's were before that?
22  A  No.

**Page 78**

1  Q  Who is that?
2  A  He works for Consolidated Engineering.
3  Q  How about Cherry, C-h-e-r-r-y?
4  A  If it's the same Cherry I know, it's James
5  Cherry, also works for --
6      MS. MELNIK: Works for whom?
7      THE WITNESS: Also works for Consolidated.
8  Sorry.
9  BY MR. ADAMS:
10  Q  What is the steam prevention unit?
11  A  I don't know.
12  Q  That's not a term you're familiar with?
13  A  No.
14     MR. ADAMS: I have no more questions, but if we
15  can, we would like to reserve the right to bring him
16  back. We won't do it frivolously. Once we get a chance
17  to take a look at all the things brought up.
18     MS. MELNIK: That's fine.
19     EXAMINATION BY COUNSEL FOR DEFENDANT
20  BY MR. HICKEY:
21  Q  Mr. Westphal, let me get your information
22  again. Are you the manager?

**Page 79**

1  A  Manager.
2  Q  And your function is to oversee the steam
3  distribution system for GSA?
4  A  Correct.
5  Q  You've had that job and function in
6  September 2004?
7  A  No.
8  Q  Who did?
9  A  Joel Klotz.
10  Q  Okay. And your position at that time was
11  what?
12  A  Mechanical engineer.
13  Q  And you said earlier in the deposition that
14  part of that function was to actually go out and look at
15  the various repairs that were needed on the system?
16  A  Not typically. I oversaw projects.
17  Q  Projects. That's different from a repair?
18  A  Yes.
19  Q  Did you have some responsibility for the
20  general overall maintenance of the system?
21     MS. MELNIK: Objection to the form.
22     THE WITNESS: I'm not responsible for the

**Page 80**

1  maintenance.
2  BY MR. HICKEY:
3  Q  This is back in September of '04?
4  A  Right.
5  Q  Was there some person at GSA who did have
6  that function?
7  A  Can you clarify what you mean by
8  responsible for maintenance.
9  Q  The steam distribution system or SDC,
10  whatever we want to call it, is a system of GSA that
11  provides steam to various buildings in the
12  District of Columbia, correct?
13  A  Correct.
14  Q  And part of the responsibility that GSA has
15  is to inspect, maintain, and repair that system, correct?
16  A  No. That's consolidated, CES's
17  responsibility.
18  Q  Oh, that's only by way of contract, it's --
19  A  Correct.
20  Q  -- it's GSA's primary responsibility, is it
21  not?
22     Didn't you testify that before Dan Zimmerman

**Page 81**

1  came on, that GSA did this job Themselves?
2  A  We did at that time, yes.
3  Q  Okay. So it's GSA's primary
4  responsibility, is it not?
5     MS. MELNIK: Objection to the form.
6     But you can answer.
7     THE WITNESS: I guess you can look at it that
8  way.
9  BY MR. HICKEY:
10  Q  Okay. And so back in September of 2004,
11  who was the person, if you know, that had the
12  responsibility to oversee the repair, maintenance, and
13  inspection?
14     MS. MELNIK: Again, objection. Lack of
15  foundation.
16     THE WITNESS: I don't know how that would be
17  classified.
18  BY MR. HICKEY:
19  Q  I'm just looking for a person, not how it's
20  classified.
21  A  I don't know who would be that person.
22  Q  Would it ultimately be the manager, person

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com