Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-----------------------------------

NATALIE T. HSIEH, et al.,

        Plaintiffs        Civil Action No.

                              06cv1218(CKK)

    v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

        Defendants

                              Washington, DC

                              Thursday, March 29, 2007

Deposition of HARRY WASHINGTON, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

**Page 2**

APPEARANCES:
On behalf of Plaintiffs:
  ROBERT B. ADAMS, ESQ.
  TIMOTHY R. OBITTS, ESQ.
  Gammon & Grange, PC
  8280 Greensboro Drive, Seventh Floor
  McLean, VA  22102-3807
  (703) 761-5000
On behalf of Defendant GSA:
  KAREN MELNIK, ESQ.
  Office of the U.S. Attorney
  555 - 4th Street, NW, Room E-4112
  Washington, DC  20530
  (202) 307-0338
  ELIZABETH A. HALL, ESQ.
  Assistant Regional Counsel
  Office of Regional Counsel
  U.S. General Services Administration
  7th & D Street, SW, Suite 7048
  Washington, DC  20407
  (202) 708-7877
On behalf of Defendant Consolidated Engineering Services, Inc.:

  WILLIAM JOHN HICKEY, ESQ.
  Law Offices of William J. Hickey
  33 Wood Lane
  Rockville, MD  20850
  (301) 424-6300

**Page 3**

I-N-D-E-X

| WITNESS | EXAMINATION |
|---|---|
| HARRY WASHINGTON | |
| By Mr. Adams | 4 |
| By Mr. Hickey | 43 |
| By Ms. Melnik | 60 |
| By Mr. Adams | 65 |

**Page 4**

PROCEEDINGS
                    11:10 a.m.
Whereupon,
        HARRY WASHINGTON,
a witness, was called for examination by counsel for the
plaintiffs, and having been duly sworn, was examined and
testified as follows:
     EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
BY MR. ADAMS:
     Q  Mr. Washington, would you give us your name
and address, please.
     A  My name is Harry Washington, 1114 Egyptian
Drive, Marlborough, Maryland.
     Q  What's your date of birth, sir?
     A  5-23-50.
     Q  What is your educational background?
     A  Educational background?
     Q  Yes.
     A  High school.
     Q  Where did you go to high school?
     A  Crossland.
     Q  Where is that, sir?

**Page 5**

     A  That's in Camp Springs, Maryland.
     Q  You've been in the DC area for quite a
while?
     A  Yes.
     Q  Who is your present employer?
     A  GSA.
     Q  How long have you been an employee of GSA?
     A  36 years.
     Q  What is your present job title?
     A  MET supervisor.
     Q  What is --
     A  That's mechanical engineer technical
supervisor.
     Q  What do you do on that job?
     A  I supervise inspectors; we have inspectors,
like, inspecting the contract work and stuff like that.
     Q  Are you kind of a lateral -- are you kind
of a peer of John Bright, who was here the other day?
     A  Yes.
     Q  Okay.  So in the hierarchy, you're kind of
at the same level?
     A  Yes.

**Page 14**

1  Q  Okay. Would you folks at GSA oversee their
2  inspections? Would you inspect their inspections, if you
3  will?
4  A  Yes.
5  Q  On how regular a basis was that done?
6  A  About once a month.
7  Q  So they inspected roughly once a week, and
8  you folks oversaw that once a month?
9  A  Yeah. Once they get that done, turned in,
10 we'd inspect it.
11  Q  Was it Consolidated Engineering's practice
12 to produce a written document concerning each inspection
13 of manhole 42?
14  A  Yes.
15  Q  Who did Consolidated Engineering file that
16 with, if you know, at GSA?
17  A  They would file it in the system.
18  Q  Do you know how I would get ahold of that
19 if I were to subpoena somebody who was in charge of it?
20 Do you know? Is that just not part of your job?
21  A  Probably pull up the inspections.
22  Q  Okay. So somewhere in the GSA system there

**Page 15**

1  are copies of written documents concerning weekly
2  inspections by Consolidated Engineering?
3  A  Yes.
4  Q  Would there also be written documents
5  concerning GSA's monthly inspections of the same areas?
6  A  Yes.
7  Q  Would you personally do that? I'm talking
8  about manhole 42 now, did you do that monthly inspection
9  personally for manhole 42?
10  A  No.
11  Q  Is there somebody that does that on a
12 regular basis?
13  A  Our inspectors usually go out with the
14 sheets and do the inspections.
15  Q  Okay. And are those inspectors answerable
16 to you in the chain of command, or are they in a
17 different part of the hierarchy?
18  A  No. They don't turn it in to me.
19  Q  Is it fair to say, Mr. Washington, that
20 before September 11th of 2004, that there was a problem
21 with water leaking into manhole 42 and others?
22  MS. MELNIK: Object to the question. Compound.

**Page 16**

1  BY MR. ADAMS:
2  Q  What I'm getting at is, we've had testimony
3  that over the years there has been a continuing, I'm
4  going to use the word problem, with water leaking into
5  manhole 42 and other manholes; is that a fair statement?
6  A  Yes.
7  Q  Tell us the -- what that's all about.
8  What's the problem? What was the problem?
9  A  We have a lot of leaks from WASA.
10  Q  How does that water get into the manholes?
11  A  Usually comes through the cracks in the
12 walls or something.
13  Q  And when did that problem begin, do you
14 recall?
15  A  We've always had that problem, I guess.
16  Q  I'm concerned now about, say when Dan
17 Zimmerman took over, has the problem gotten worse over
18 time?
19  A  Probably about the same.
20  Q  And why is it a problem? What's the matter
21 with water leaking into the manholes?
22  A  What's the matter with it?

**Page 17**

1  Q  Yeah. Why don't you want water down there?
2  A  Because it should be dry. Shouldn't have
3  water leaking in it, because water buildup around the
4  steam lines.
5  Q  Why is that a problem, a potential problem?
6  A  Because it causes vapor.
7  Q  And what happens to that vapor if the water
8  gets to the steam lines?
9  A  It will vapor up out of the manhole.
10  Q  Would that be the vapor that was
11 potentially harmful to people that it hit?
12  A  Yes.
13  Q  And has that happened over the years on
14 various manholes throughout the district?
15  A  Yes.
16  Q  Has that happened throughout the years to
17 manhole 42?
18  MS. MELNIK: Well, I'm going to object. Are you
19 asking about whether or not vapor comes up or whether or
20 not people have been injured periodically over the
21 years?
22  BY MR. ADAMS:

**Page 18**

1  Q  As the vapor you described when standing
2  water hits the steam lines, that has happened to manhole
3  42?
4     MS. MELNIK: Prior to September 11 --
5  BY MR. ADAMS:
6  Q  Prior to September 11, 2004.
7  A  Yes.
8  Q  There is currently, if I'm correct, is
9  there a chimney over manhole 42 now?
10 A  I can't recall if it's there right now.
11 Q  Before September 11, 2004, the situation
12 you've described for us where standing water hits the
13 steam lines, and vapor emanates from the manhole, did
14 that happen various places in the city before 9-11-2004?
15 A  Yes.
16 Q  Did it happen in manhole 42 before
17 9-11-2004?
18 A  Can you repeat that.
19 Q  Yeah. To your knowledge, Mr. Washington,
20 before 9-11-2004, had there been pedestrians, people on
21 the street injured by vapor emitting from the manholes?
22 A  Yes.

**Page 19**

1  Q  On how many occasions, to your knowledge?
2  A  I can't recall.
3  Q  Do you know if anybody previously had been
4  injured at manhole 42 before September 11, 2004?
5     MR. HICKEY: Objection, lack of foundation.
6     THE WITNESS: Not that I know of.
7  BY MR. ADAMS:
8  Q  What activities did Dan Zimmerman take to
9  remedy the water leakage problem in the steam
10 distribution complex?
11 A  I don't understand what you're asking.
12 Q  We talked about the problem posed by water
13 coming into the system, correct?
14 A  Yes.
15 Q  What was done by Dan Zimmerman to try
16 to remedy that problem other than just pumping the water
17 out? We'll talk about that. You can pump the water out,
18 but what else was done?
19 A  Some repairs have been made.
20 Q  Repairs to what, sir?
21 A  If we had a leak in the hole, they would
22 repair it, but if the walls have a leak, we contact them

**Page 20**

1  to try to get them to fix their leak.
2  Q  So the problem, it seems to me, correct me
3  if I'm mistaken, seems there is water coming from the
4  sides of the tunnels, not water coming from the sides of
5  the storm drains?
6  A  Correct.
7  Q  Now, when this kind of water gets into the
8  manholes, and again, I'm really specifically talking
9  about 42, how do you get it out of there?
10 A  Pump it out.
11 Q  Tell me how that's done. I'm assuming that
12 a big truck is brought, and there's a big hose put down
13 there, and the water is pulled out, but is that
14 essentially right?
15 A  Yes.
16 Q  And whose trucks are brought in or were
17 brought in in 2004?
18    MS. MELNIK: For what? 2004 what?
19 BY MR. ADAMS:
20 Q  Pump the water out.
21    Are these Consolidated Engineering trucks, were
22 they Dan Zimmerman's, were they government trucks, who

**Page 21**

1  does the actual pumping?
2  A  Consolidated, they pumped it.
3  Q  And are there sump pumps in manhole 42?
4  A  No.
5  Q  Are there sump pumps in most of the
6  manholes in your steam distribution complex?
7  A  No.
8  Q  Is there any reason why not? Seems like
9  that might solve part of this problem.
10 A  Because most of them don't have no place to
11 drain.
12 Q  So when, and we'll talk about manhole 42
13 specifically, but for instance, when there's water in
14 manhole 42 that needs to be pumped, who makes the
15 determination that the water needs to be eliminated?
16 A  Our contractors.
17 Q  Do you know what their criterion is for
18 that? Is it so many inches in the bottom? Do you know
19 what their criterion is for deciding the water needs to
20 be pumped out?
21 A  Normally when they see steam, they would
22 pump.

**Page 22**

1  Q  So if it's steaming, there's an indication
2  that something's not quite right?
3  A  Yes.
4  Q  In theory, there should be no steam coming
5  out of their manholes; am I right?
6  A  You may have a little vapor sometimes.
7  Q  Typically, what kinds of things cause the
8  steam that's blowing just a little bit?
9  A  We have condensate.
10  Q  Can explain that for me.
11  A  Condensate, enough get around that line,
12  you have a hot line, that causes it.
13  Q  Is that ground water, you know,
14  accumulating to the point where it touches the lines?
15  A  Yes.
16  Q  Is that typically what causes the steam
17  emanation?
18  A  Yes.
19  Q  And am I correct then that when that's seen
20  by somebody looking for it, somebody at GSA, somebody at
21  Consolidated, that's the time to take a look and get the
22  pumper trucks out?

**Page 23**

1  A  Yes.
2  Q  Mr. Washington, over the past three or four
3  years has manhole 42 had more problems with this kind of
4  water accumulation problem than most of the other
5  manholes in the district?
6  A  No.
7  MR. HICKEY:  Objection, lack of foundation.
8  BY MR. ADAMS:
9  Q  So this is just a problem throughout the
10  system in DC?
11  A  Yes.
12  Q  In order to pump out a manhole such as 42,
13  do you have to shut down the whole steam?
14  A  No.
15  Q  How do you do that?  You just stick the
16  hose down; people don't have to go down?
17  A  You put the pump -- stick the pump down in
18  the hole.
19  Q  If you can answer this -- if you can't
20  answer this, just tell me.  We've talked about vapor
21  coming out of manholes and then condensate coming out of
22  manholes.  When it gets to the condensate stage, how hot

**Page 24**

1  is it, do you know?
2  A  No.
3  Q  Me neither.  Curious about that, actually.
4  Who is Richard Matkins?
5  A  He's with Consolidated.
6  Q  Is he kind of the top dog at Consolidated,
7  project manager, if you will?
8  A  Yeah.  Project manager.
9  Q  He was the same thing at Dan Zimmerman, I
10  think?
11  A  Yes.
12  Q  When did you first learn that the little
13  girl had been burned at manhole 42 on September 11, 2004?
14  A  It was sometime that afternoon.
15  Q  Do you recall who told you?
16  A  I got a call from the plant, central plant,
17  and they gave me a number to the Hoover building.
18  Q  Did you call over there?
19  A  Yes.
20  Q  And do you remember with whom you spoke?
21  A  No.
22  Q  And do you remember the substance of the

**Page 25**

1  conversation?
2  A  Yes.  They had told me that a little girl
3  had got burned.  I think the father pushed through on a
4  stroller or something, they told me, and may have got
5  burned.
6  Q  Did you take any notes concerning that
7  conversation?
8  A  Yes.
9  Q  Do you know where those are today?
10  A  No.
11  Q  Did you or anybody, to your knowledge, at
12  GSA create a file concerning that particular incident?
13  A  It would have a report.
14  Q  Did you prepare a report concerning this
15  whole event?
16  A  Got a report from the office down at
17  Hoover.
18  Q  This is the FBI office?
19  A  FBI.
20  Q  Okay.  What did you do when you found out
21  about this incident?  They called you for a reason, I
22  presume, so did you have to do anything concerning it?

Phone: 703 837 0076
Fax: 703 837 8118

CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design

www.casamo.com
info@casamo.com

**Page 30**

1  requires pumping, there has to be at least, at least in
2  manhole 42, there has to be two and a half feet of water
3  in there?
4      A  You said -- you could repeat that question.
5      Q  Yeah. If I understand you correctly, the
6  lowest pipe in manhole 42 is about two and a half feet
7  off the floor; isn't that right?
8      A  Yes.
9      Q  In order for condensate to be emanated such
10 as was the case on 9-11-2004, the water has to reach that
11 bottom pipe; am I right?
12     A  Yes.
13     Q  So what I'm saying, maybe it's -- for steam
14 to come out, is that the same thing as condensate in your
15 mind, or not?
16     A  For condensate to come out?
17     Q  Well, let's go back.
18 9-11-2004 there was -- what was coming out that
19 caused an injury to the child? Was it steam?
20     A  Steam. Steam vapor.
21     Q  For steam to come out like that, am I
22 correct that the water on the bottom of the manhole has

**Page 31**

1  to reach the bottom pipe?
2      A  Yes.
3      Q  So in manhole 42, for that kind of event to
4  take place, the water has to be at least two and a half
5  feet deep in the manhole?
6      A  Yes.
7      Q  Do you know how long after you arrived at
8  the scene it was before somebody actually went down to
9  manhole 42?
10     A  I'm not sure. I didn't see anybody go
11 down.
12     Q  Do you know who ultimately went down?
13     A  No.
14     Q  Did you talk with anybody that actually
15 went in the manhole to find out what had happened that
16 day?
17     A  Yes.
18     Q  And who have you spoken with that has that
19 kind of firsthand knowledge?
20     A  Well, I wasn't here, you know, when he went
21 down there. I wasn't here at all.
22     Q  I understand. What I'm getting at is, who

**Page 32**

1  have you spoken with that did go down there?
2      A  I heard one of the guys say they went down,
3  something was leaking. I don't know.
4      Q  Do you know who the guy was? Was it a
5  Consolidated Engineering person?
6      A  I'm not sure.
7      Q  Do you know a fellow named Andre who works
8  for Consolidated?
9      A  Yes.
10     Q  Might it have been him that told you that?
11     MR. HICKEY: Objection. Speculation.
12     THE WITNESS: I don't know.
13 BY MR. ADAMS:
14     Q  Joseph Glock, do you know Joseph
15 Glock?
16     A  Yes.
17     Q  Is he another Consolidated fellow?
18     A  Yeah.
19     MS. MELNIK: Is that a yes or no?
20     THE WITNESS: You said did I know him, yes, I
21 know him.
22 BY MR. ADAMS:

**Page 33**

1      Q  Worker for Consolidated?
2      A  Yes.
3      Q  James Cherry?
4      A  Yes.
5      Q  He's a Consolidated fellow?
6      A  Yes?
7      Q  Do you know a guy named Mike?
8      A  Mike?
9      Q  Named Mike that does the same kind of work
10 as these other fellows for Consolidated?
11     A  What's the last name?
12     Q  That's a good question. Are there more
13 than one Glock? Is Joseph Glock -- is there a Mike Glock
14 too?
15     A  They're the same person.
16     Q  Okay. So Mike and Joe are the same guy?
17     A  Yes.
18     Q  But you don't know if it was any one of
19 those fellows who told you they went down there?
20     A  No. I heard some of them talk, but I don't
21 know which exactly it was.
22     Q  If you have an understanding,

## Page 46

1  Dan Zimmerman came on board and after Dan Zimmerman came
2  on board. Before Dan Zimmerman came on board, were the
3  manholes and the steam distribution complex having
4  problems with water getting into some of the manholes?
5      A  Yes.
6      Q  And was it your responsibility to dewater
7  these manholes from time to time?
8      A  Yes.
9      Q  And then when Dan Zimmerman came on board,
10 whose responsibility was it to determine whether the
11 manholes had water that needed to be dewatered?
12     A  It was their responsibility.
13     Q  So did you -- you meaning your job as
14 supervisor for GSA -- have any responsibility to
15 determine if any of the manholes had accumulated a
16 certain amount of water that needed attention?
17     A  Repeat that question.
18     Q  Did you have any -- you, and when I say
19 you, I mean you and others at GSA that were the
20 supervisors, have any responsibility to find out if there
21 was water in the manholes?
22     A  Not directly.

## Page 47

1      Q  What do you mean by that?
2      A  I mean, if we ride up and see when steam
3  was up, we would call.
4      Q  And you were out, after Dan Zimmerman came
5  on board, you were out every day, you and your other
6  co-workers who had similar job responsibilities, were out
7  on the streets every day?
8      A  I wasn't out every day, but somebody would
9  be.
10     Q  People like yourself?
11     A  Yes. Someone would be.
12     Q  On every given day, would somebody from GSA
13 be out on the street?
14     A  Yes.
15     Q  And you indicated earlier that it would
16 take you about a day to visually inspect the manholes in
17 the steam distribution complex, right?
18     A  Yes.
19     Q  But it -- are you telling me that after Dan
20 Zimmerman came on board, you did not have any
21 responsibility to physically look in the manholes and
22 determine how much water had accumulated in any

## Page 48

1  particular manhole?
2      A  No.
3      Q  So you relied totally on Dan Zimmerman and
4  then later Consolidated Engineering to let you know when
5  a particular manhole had water in it?
6      A  Yes.
7      Q  In your job as supervisor, were you
8  expected to be informed when manholes needed to be
9  dewatered or pumped out? When I say you, I mean somebody
10 in the supervisor capacity for GSA.
11     A  Yes, normally they would let someone know.
12     Q  Did you have to approve, let's say manhole
13 No. 10, let's say, we need to dewater manhole No. 10,
14 would it have to come to you or somebody like you to say,
15 okay, you can do it, or no, you can't?
16     A  No.
17     Q  They had permission to go ahead and do it?
18     A  Yes.
19     Q  Is there any way to determine how much
20 water is physically in a manhole without actually going
21 down and looking at it, getting down into the manhole
22 itself?

## Page 49

1      A  No. You can't get down there if it's that
2  hot.
3      Q  Right. But if it's not hot, let's say a
4  manhole is the depth of -- the bottom of the manhole to
5  the pipe, as you described in manhole 42, is two and a
6  half feet, let's say there was water accumulated in that
7  manhole two feet. Okay?
8      A  Yes.
9      Q  There would be no way for you to know
10 whether there was two feet of water in there, one foot of
11 water in there, six inches of water in there or no water
12 in there unless you physically went down and measured the
13 water in the manhole; is that true?
14     A  True.
15     Q  And a lot of these manholes over time have
16 emitted what you call vapor, these wafting things that
17 the wind blows around and looks like steam?
18        MS. MELNIK: Objection. Vague.
19        MR. HICKEY: I'll rephrase the question.
20 BY MR. HICKEY:
21     Q  You testified over the years that you have
22 seen vapors come out of these manholes, correct?