# Work Order

| | | |
|---|---|---|
| Status: COMPLETE | Safety: .F. | Component Number: |
| Order Number: Y04001500 | | Building Number: 11020165 |
| Location: Manholes on 10th ST. | | Date Scheduled: 09/01/04 |

**Work Requested:** Put the traps back in service on 10th ST and also pump manholes as needed.

**Action Taken:** PUMPED OUT AND CLOSED BLOW DOWN VALVES AT MHS 46, 45, 42

| | | |
|---|---|---|
| Time Issued: 13:32 | Account Number: | Priority: 3 Normal |
| Date Issued: 09/01/04 | Sub Account: | Shop: SD |
| Date Completed: 09/07/04 | Category: | Assigned To: CES-P |
| Requested By: J. Bright | | Due Date: 09/07/04 |
| Phone: 337-6260 | Reimbursement Classification: | B Basic Scope Lump Sum Repairs (up to |
| Total Time: 0.00 | Labor Cost: 0.00 | Material Cost: 0.00 |

Total Work Order Cost (Labor+Materials):   0.00

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT 9