IQ26T

# Work Order

needs + me wo#
3945 Job #

| | | |
|---|---|---|
| Status: NON-COMPLETE | Safety: .F. | Component Number: MHs 46 45 42 |
| Work Order Number: Y04001500 | 52.057c 05.60 05.50 | Building Number: 11020165 |
| Location: Manholes on 10th ST. | | Date Scheduled: 09/01/04 |

**Work Requested:** Put the traps back in service on 10th ST and also pump manholes as needed.

**Action Taken:** Pumped out and closed blow down valves at MHs 46 45 42

R 39.45 ZK

| | | |
|---|---|---|
| Time Issued: 13:32 | Account Number: | Priority: 5 |
| Date Issued: 09/01/04 | Sub Account: | Shop: SD |
| Date Completed: / / | Category: | Assigned To: Cons-P |
| | | Due Date: 09/01/04 |
| Requested By: J. Bright | | |
| Phone: 337-6260 | Reimbursement Classification: | |
| Total Time: 0.00 | Labor Cost: 0.00 | Material Cost: 0.00 |

Sign: *James Cherry*   Date: 9/7/04

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
| | Cherry | 3 | | 9-7-04 |
| | Peck | 3 | | 9-7-04 |
| | | | | |
| | | | | |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Closed DDB 9/7/04 JY
04-02-0509
Closed QB/C 9/7/04 JY

Δπ EXHIBIT 25
Deponent Westphal
Date 3-27-07 Rptr kb
WWW.DEPOBOOK.COM

000174