# Work Order

Status: Complete
Work Order Number:
Location: 10th at hoover (NoLPA)

Safety: .F.
802-0530

Component Number:
Building Number:
Date Scheduled: 9/9/04

Work Requested:

Action Taken: _____ pump out mh 42 _____

Time Issued:
Date Issued: 9/9/04
Date Completed: 9/9/04

Account Number:
Sub Account:
Category:

Priority:
Shop:
Assigned To:

Requested By:
Phone:

Reimbursement Classification:
Labor Cost:

Due Date: 9/9/04

Total Time:

Material Cost:

Sign: _(signature)_

Date: 9/9/04

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
| | Andre | | | |
| | Mike | | | |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|
| | | | | |



000169