# Work Order

us: COMPLETE  
k Order Number: Y04000987  
ation: MH 42  

rk Requested: DEWATER MH 42  

on Taken: PUMPED WATER OUT OF MH 42  

me Issued: 18:05  
ate Issued: 03/31/04  
ate Completed: 03/31/04  

equested By:  
Phone: 202.529.8300  
Total Time: 0.00  

Safety: .F.  

Account Number:  
Sub Account:  
Category:  

Reimbursement Classification:  
Labor Cost: 0.00  

Component Number: MH42  
Building Number:  
Date Scheduled: 03/31/04  

Priority: 5  
Shop:  
Assigned To: DZS-P  
Due Date: 03/31/04  

B Basic Scope Lump Sum Repairs (up to  
Material Cost: 0.00  

Total Work Order Cost (Labor+Materials): 0.00

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

EXHIBIT 7