```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF COLUMBIA

 3

 4

 5    NATALIE HSIEH, et al.,        )

 6              Plaintiffs,         ) Case No.

 7    v.                            ) 06-1218 (CKK)

 8    CONSOLIDATED ENGINEERING      )

 9    SERVICES, INC., et al.        )

10              Defendants.         )

11

12                   - - - - -

13

14         The deposition of MICHAEL J. VROBEL was

15   taken on Thursday, May 3, 2007, commencing at

16   10:12 a.m., at the United States Attorney's

17   Office, District of Columbia, 501 3rd Street,

18   N.W., Conference Room 3813, Washington, D.C.,

19   before Melissa G. Fleming, Notary Public.

20

21

22
```

**COPY**

1   rules with you.  All right.  So what we have

2   here, we'll mark this as Exhibit 1.  Is that

3   possible?

4          (Vrobel Exhibit Number 1 was marked for

5   identification.)

6          BY MR. OBITTS:

7      Q.   Could you tell me what Exhibit 1 is,

8   please?

9      A.   Exhibit 1 is -- the first page is a

10  copy of the standard form 30, which is a

11  modification to the base contract that exercises

12  the -- that was exercising option two effective

13  March 1, 2004 through February 28, 2005.

14     Q.   And then behind it?

15     A.   Behind is the edited revised scope of

16  work and services that Greg Westphal provided to

17  me before I signed it for review and after I

18  reviewed it, I signed it and the contractor

19  signed it, too.

20     Q.   And was this the contract that was in

21  place between GSA and Consolidated Engineering

22  Services as of September 11, 2004?

1      A.    Yes, it was.

2      Q.    And were you the contracting officer --

3      A.    Yes.

4      Q.    -- on this contract?  And were you the

5   contracting officer at the time back in 2002

6   when GSA entered into a contract with Day &

7   Zimmerman regarding this steam distribution?

8      A.    Yes, I was.

9      Q.    And what I have, which we'll mark here

10  as Vrobel Exhibit 2.

11           (Vrobel Exhibit Number 2 was marked for

12  identification.)

13           BY MR. OBITTS:

14     Q.    Exhibit 2, can you identify that

15  document for us, please?

16     A.    This is a standard form 33 award of a

17  contract to Day Zimmerman from GSA for the

18  operation and maintenance repair of the steam

19  tunnels and manholes and associated equipment.

20     Q.    And were you the contracting officer

21  that signed that solicitation offer?

22     A.    Yes.