UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>)<br>_____ )<br>)<br>CONSOLIDATED ENGINEERING )<br>SERVICES, INC., defendant and )<br>third-party plaintiff, )<br>)<br>v. )<br>)<br>DAY & ZIMMERMAN )<br>SERVICES, INC., third-party defendant. )<br>)<br>_____ ) | Civil Action No. 1:06-cv-01218<br>(CKK/JMF)<br><br>Next event:  December 10, 2007<br>                      Replies to Dispositive<br>                      Motions Deadline |

### CONSOLIDATED ENGINEERING SERVICES, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST MATTHEW M. HSIEH

Consolidated Engineering Services, Inc. ("CESI"), by undersigned counsel, pursuant to Fed. R. Civ. P. 56 and Local Rule 7 (LCvR 7), hereby moves this Honorable Court for Summary Judgment on its Counterclaim against Matthew M. Hsieh ("Hsieh"). Based on the material facts not in dispute, as a matter of law, CESI is entitled to judgment on its Counterclaim against Hsieh for indemnity and contribution.

CESI adopts and incorporates by reference herein defendants CESI, United States of America and General Services Administration's Reply Memorandum in support of their joint Motion for Summary Judgment against plaintiff Matthew M. Hsieh. CESI

1

further states that Matthew Hsieh knew of the danger or peril of the steam, but chose not to act on this knowledge.[1] Dr. Hsieh observed the steam coming out of the steam grate prior to walking over the grate, he knew that he was pushing his young daughter in a stroller,[2] he knew that the temperature outside was over 70 degrees, he knew that the steam had to be hotter than the ambient temperature, he knew that he had other routes he could take, and, yet, knowing this information, Hsieh still walked over the steam emitting from the grate. Hsieh ignored the danger he knew of and did not adjust his actions accordingly. Consequently, if Dr. Hsieh was contributorily negligent for his own injuries, it then follows that he should be found a joint tortfeasor for any injuries to his daughter Natalie Hsieh, since he was pushing his daughter in a stroller at the time of the incident from which both he and his daughter claim injuries.

WHEREFORE, Consolidated Engineering Services, Inc. respectfully requests that this Honorable Court grant Summary Judgment in its favor on CESI's Counterclaim against Matthew M. Hsieh ("Hsieh") for indemnity and/or contribution from Hsieh for any and all damages that may be imposed upon CESI in favor of plaintiff Natalie Hsieh. CES further requests an award of its costs and attorneys' fees and such other relief as the Court deems proper.

---

[1] In the present case, the Court does not even have to impute to Hsieh any knowledge of the danger . . . Hsieh admits that he had actual knowledge of the potential danger.

[2] Dr. Hsieh, as a father and as a doctor, knew or should have known that children's skin is tender and susceptible to burns at relatively low temperatures.

                                        CONSOLIDATED ENGINEERING
                                        SERVICES, INC.

By:   /s/ David D. Hudgins
       David D. Hudgins (D.C. Bar # 362451)
       HUDGINS LAW FIRM, P.C.
       515 King Street, Suite 400
       Alexandria, VA 22314
       Tel: (703) 739-3300
       Fax: (703) 739-3700
       *Counsel for Consolidated Engineering*
       *Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 5th day of December 2007 to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
*Counsel for Federal Defendants*

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
*Counsel for Plaintiffs*

Mary Malloy Dimaio
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
*Counsel for Third-party Defendant Day &*
*Zimmerman Services, Inc.*

                                            /s/ David D. Hudgins
                                            David D. Hudgins