Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------

NATALIE T. HSIEH, et al.,

        Plaintiffs        Civil Action No.

                                   06cv1218(CKK)

   v.

CONSOLIDATED ENGINEERING

SERVICES, INC., et al.,

        Defendants

                     Washington, DC

                     Thursday, March 29, 2007

Deposition of HARRY WASHINGTON, a witness herein, called for examination by counsel for the plaintiffs in the above-entitled matter, at the Offices of the U.S. Attorney, Judiciary Center Building, 555 - 4th Street NW, Room E-4112, Washington, DC, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the District of Columbia.

EXHIBIT O

**22**

1  Q  So if it's steaming, there's an indication
2  that something's not quite right?
3  A  Yes.
4  Q  In theory, there should be no steam coming
5  out of their manholes; am I right?
6  A  You may have a little vapor sometimes.
7  Q  Typically, what kinds of things cause the
8  steam that's blowing just a little bit?
9  A  We have condensate.
10  Q  Can explain that for me.
11  A  Condensate, enough get around that line,
12  you have a hot line, that causes it.
13  Q  Is that ground water, you know,
14  accumulating to the point where it touches the lines?
15  A  Yes.
16  Q  Is that typically what causes the steam
17  emanation?
18  A  Yes.
19  Q  And am I correct then that when that's seen
20  by somebody looking for it, somebody at GSA, somebody at
21  Consolidated, that's the time to take a look and get the
22  pumper trucks out?

**23**

1  A  Yes.
2  Q  Mr. Washington, over the past three or four
3  years has manhole 42 had more problems with this kind of
4  water accumulation problem than most of the other
5  manholes in the district?
6  A  No.
7  MR. HICKEY: Objection, lack of foundation.
8  BY MR. ADAMS:
9  Q  So this is just a problem throughout the
10  system in DC?
11  A  Yes.
12  Q  In order to pump out a manhole such as 42,
13  do you have to shut down the whole steam?
14  A  No.
15  Q  How do you do that? You just stick the
16  hose down; people don't have to go down?
17  A  You put the pump -- stick the pump down in
18  the hole.
19  Q  If you can answer this -- if you can't
20  answer this, just tell me. We've talked about vapor
21  coming out of manholes and then condensate coming out of
22  manholes. When it gets to the condensate stage, how hot

**24**

1  is it, do you know?
2  A  No.
3  Q  Me neither. Curious about that, actually.
4  Who is Richard Matkins?
5  A  He's with Consolidated.
6  Q  Is he kind of the top dog at Consolidated,
7  project manager, if you will?
8  A  Yeah. Project manager.
9  Q  He was the same thing at Dan Zimmerman, I
10  think?
11  A  Yes.
12  Q  When did you first learn that the little
13  girl had been burned at manhole 42 on September 11, 2004?
14  A  It was sometime that afternoon.
15  Q  Do you recall who told you?
16  A  I got a call from the plant, central plant,
17  and they gave me a number to the Hoover building.
18  Q  Did you call over there?
19  A  Yes.
20  Q  And do you remember with whom you spoke?
21  A  No.
22  Q  And do you remember the substance of the

**25**

1  conversation?
2  A  Yes. They had told me that a little girl
3  had got burned. I think the father pushed through on a
4  stroller or something, they told me, and may have got
5  burned.
6  Q  Did you take any notes concerning that
7  conversation?
8  A  Yes.
9  Q  Do you know where those are today?
10  A  No.
11  Q  Did you or anybody, to your knowledge, at
12  GSA create a file concerning that particular incident?
13  A  It would have a report.
14  Q  Did you prepare a report concerning this
15  whole event?
16  A  Got a report from the office down at
17  Hoover.
18  Q  This is the FBI office?
19  A  FBI.
20  Q  Okay. What did you do when you found out
21  about this incident? They called you for a reason, I
22  presume, so did you have to do anything concerning it?

**Page 26**

1. A  Yes.
2. Q  What did you do, sir?
3. A  I called Richard Matkins.
4. Q  What did you tell him?
5. A  I told him a little girl got burned down at
6. the manhole at Hoover, and he told me that he was in the
7. area.
8. Q  Did you go out to that area?
9. A  Yes.
10. Q  Yourself?
11. A  Yes.
12. Q  When did you go out, the same day?
13. A  Yes.
14. Q  Let me just back up for a second. We've
15. got a document that we've made reference to, prepared by
16. Officer Threatt, T-h-r-e-a-t-t. It references a
17. conversation that you had, and it looks like with a
18. Lieutenant Augustus. I'm going to read it, and it
19. states, Mr. Washington states he was off Friday and also
20. that the steam vents were supposed to have been worked on
21. last week.
22.      Do you remember telling the person you spoke

**Page 27**

1. with that?
2. A  Steam vents were open -- no, I don't
3. recall.
4. Q  It says, Mr. Washington stated he was off
5. on Friday and also that the steam vents were supposed to
6. have been worked on last Friday.
7.      Do you know what that refers to?
8. A  No, I don't recall.
9. Q  Do you know what the term steam vents means
10. in that context?
11. A  Probably talking about the manhole or
12. something.
13. Q  Was there work that was supposed to have
14. been done on those manholes the prior week?
15. A  I'm not sure.
16. Q  All right. You went to the scene the same
17. day, 9-11-2004?
18. A  Yes.
19. Q  Who was out there when you got there?
20. A  Richard Matkins, some of his guys.
21. Q  Was he topside, or was he down in the --
22. A  Topside.

**Page 28**

1. Q  Had he been burned?
2. A  Not that I know of.
3. Q  And what did he tell you, if anything?
4. A  Well, he said he got the guys up and pumped
5. out, and security put the barricade the area off.
6. Q  He knew there had been an injury because
7. you told him?
8. A  Yes.
9. Q  When he got there, he had known there was
10. an injury?
11. A  Yes.
12. Q  At some point when you were there, did
13. anybody go down in the manhole?
14. A  No.
15. Q  What was being done? Water was being
16. pumped out?
17. A  Yeah. Pumped it down, get it secure.
18. Q  Okay. How long did it take that day to
19. pump out the water that was in this manhole, do you
20. know?
21. A  I'm not sure.
22. Q  Do you know how much water was pumped out?

**Page 29**

1. A  No.
2. Q  Is the water that's pumped out, typically
3. in a situation like this, is it measured in any way?
4. A  What do you mean?
5. Q  I'm wondering if -- is the water pumped
6. into the truck? Is that how this works?
7. A  No. Pumped in the sewer drain.
8. Q  So the truck has the mechanism whereby it
9. yanks the water out and goes into the sewer?
10. A  Yes.
11. Q  Does anybody measure how much water is
12. taken out of the manhole?
13. A  No.
14. Q  In order for that kind of steam that
15. requires pumping to be done, is it fair to say the water
16. at the bottom of the manhole has to rise to at least the
17. level of the lowest pipe?
18. A  Yes.
19. Q  That's what, two and a half feet off the
20. ground, I think you told me?
21. A  Yes.
22. Q  Before you see the kind of condensate that

Phone: 703 837 0076
Fax: 703 837 8118
CASAMO & ASSOCIATES
Court Reporting, Video Depositions, Trial Presentation & Web Design
www.casamo.com
info@casamo.com