UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>_____ )<br>CONSOLIDATED ENGINEERING )<br>SERVICES, INC., defendant and )<br>third-party plaintiff, )<br>)<br>v. )<br>)<br>DAY & ZIMMERMAN )<br>SERVICES, INC., third-party defendant. )<br>)<br>_____ ) | Civil Action No. 1:06-cv-01218<br>(CKK/JMF) |

## STIPULATION OF DISMISSAL

The parties, by undersigned counsel, hereby stipulate to dismiss without prejudice, pursuant to Fed. R. Civ. P. 41, the Third-Party Complaint of Defendant/Third-Party Plaintiff Consolidated Engineering Services, Inc. against Third-Party Defendant Day & Zimmerman Services, Inc. ONLY.

/s/ David D. Hudgins
David D. Hudgins (D.C. Bar # 362451)
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, VA 22314
Tel: (703) 739-3300
Fax: (703) 739-3700
*Counsel for Defendant/Third-Party Plaintiff
Consolidated Engineering Services, Inc.*

/s/ Mary Malloy Dimaio
Mary Malloy Dimaio, #464100
502 Washington Avenue, Suite 410
Towson, MD 21204
410.769.8100
410.769.8344 (fax)
*Counsel for Third-Party Defendant,*
   *Day & Zimmermann Services, Inc.*


/s/ Robert B. Adams
Robert B. Adams #189159
Timothy Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
703.761.5000
*Counsel for Plaintiffs*


Karen L. Melnik
Karen L. Melnik, #436452
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street
Washington, D.C. 20530
202.307.0338
*Counsel for Defendants United States*
*of America and General Services*
*Administration*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 13th day of February 2008 to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
*Counsel for Federal Defendants*

Mary Malloy Dimaio
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
*Counsel for Third-party Defendant Day & Zimmerman Services, Inc.*

Robert B. Adams
Timothy R. Obitts
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
*Counsel for Plaintiffs*

/s/ David D. Hudgins
David D. Hudgins