IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
NATALIE T. HSIEH, et al.,      )
                               )
         Plaintiffs,           )
                               )
v.                             )
                               ) Civil Action No: 06-1218 (CKK)
CONSOLIDATED ENGINEERING       )
SERVICES, INC., et al.,        )
                               )
         Defendants.           )
_____)
```

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants United States of America and General Services Administration in the above-captioned case substituting for Assistant U.S. Attorney Karen L. Melnik.

                                Respectfully submitted,

                                ___/s/_____
                                DIANE M. SULLIVAN, D.C. Bar #12765
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Room E4919
                                Washington, D.C.  20530
                                (202)514-7205