UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATALIE T. HSIEH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSOLIDATED ENGINEERING SERVICES, INC., *et al.*, <br><br> Defendants. | Civil Action No. 06–1218 (CKK) |

**ORDER**
(August 7, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 7th day of

August, 2008, hereby

**ORDERED** that the Federal Defendants' [59] Motion to Dismiss or, in the Alternative,

for Summary Judgment is GRANTED-IN-PART and DENIED-IN-PART WITHOUT

PREJUDICE.  Specifically, the Court concludes that the independent contractor exception

applies to the inspection, preventative maintenance, and minor repairs of the SDC, and therefore

grants-in-part the Federal Defendants' [59] Motion to Dismiss, and dismisses CESI's cross-claim

and Plaintiffs' claims, insofar as they are premised on those activities.  The remainder of the

Federal Defendants' Motion is denied-in-part without prejudice; it is further

**ORDERED** that the parties shall file briefing on whether and how the discretionary

function exception to the Federal Tort Claims Act applies in the instant case.  The Federal

Defendants shall file their opening brief on that issue on or before August 21, 2008; Plaintiffs

and CESI shall file any oppositions to the Federal Defendants' brief on or before September 4,

2008; and the Federal Defendants shall file any reply brief on or before September 15, 2008; it is

further

**ORDERED** that CESI's [60] Motion for Partial Summary Judgment is DENIED

WITHOUT PREJUDICE, with leave for CESI to refile it, if appropriate, after the Court

determines whether the discretionary function exception applies in the instant case; it is further

**ORDERED** that Defendants' [61] Joint Motion for Summary Judgment against Mr.

Hsieh and CESI's independent [62] Motion for Summary Judgment against Mr. Hsieh are both

DENIED.

**SO ORDERED**.

_____/s/_____

COLLEEN KOLLAR-KOTELLY
United States District Judge
