IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NATALIE T. HSIEH, et al.,           )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    ) Civil Action No: 06-1218 (CKK)
CONSOLIDATED ENGINEERING            )
SERVICES, INC., et al.,             )
                                    )
        Defendants.                 )
_____)

**CONSENT MOTION TO ENLARGE THE BRIEFING SCHEDULE**

   The United States, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court to enlarge the briefing schedule up to and including October 8, 2008 for the government's brief.

   The government's opening brief is presently due August 21, 2008, oppositions are due September 4, 2008, and the reply is due September 15, 2008.  Present counsel for the government was assigned to the case after discovery was completed and dispostive motions had been filed.  Present counsel needs additional time to familiarize herself with the extensive file and to obtain permission from the Department of Justice to file a brief asserting the discretionary function exception to the Federal Tort Claims Act.  The length of time requested is due in large part to previously set deadlines in other cases, including a reply brief in Abdelkarim v. Glassman, Civil Action No. 05-1783 due on August 21, 2008 (involving five plaintiffs and thirty

selections), twenty five depositions in three different cases set for September, and several mediations.

Counsel for the plaintiff and Consolidated Engineering Services, Inc. (CESI) have graciously consented to this request. Counsel for the parties have conferred and propose, subject to the approval of the Court, the following briefing schedule: The government brief will be filed on October 8, 2008, oppositions will be filed on November 12, 2008, and the reply will be filed on December 8, 2008. An Order consistent with this motion is attached.

Wherefore, it is respectfully requested that the Federal Defendant's motion to enlarge the briefing schedule be granted consistent with the attached Order.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205