```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
NATALIE T. HSIEH, et al.,           )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    ) Civil Action No: 06-1218 (CKK)
CONSOLIDATED ENGINEERING            )
SERVICES, INC., et al.,             )
                                    )
        Defendants.                 )
_____)

**ORDER**

Upon consideration of the Federal Defendant's Consent Motion to Enlarge the Briefing Schedule, the entire record herein, it is this ___ day of August, 2008

ORDERED, that the Federal Defendant's motion is hereby GRANTED; it is further

ORDERED, that the Federal Defendant's brief will be filed on October 8, 2008, further

ORDERED that oppositions will be filed on November 12, 2008, and further

ORDERED that the reply will be filed on December 8, 2008.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel via ECF